# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS <br><br> *Plaintiff(s)* <br> v. <br> DAVID MISCAVIGE (see attached for additional Defendants) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:22-cv-00986 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        DAVID MISCAVIGE
        The Fort Harrison
        210 S. Ft. Harrison Ave.
        Clearwater, Florida 33756

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Neil L. Glazer
        Kohn, Swift & Graf, P.C.
        1600 Market Street, Suite 2500
        Philadelphia, PA 19103-7225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*AlejandroCastillo*

Date: April 29, 2022

*Signature of Clerk or Deputy Clerk*

## Summons 2nd Page

**Additional Defendants:**

CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.;

RELIGIOUS TECHNOLOGY CENTER, INC.;

IAS ADMINISTRATIONS, INC.;

CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.;

and

CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.,