UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID MISCAVIGE; CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.; RELIGIOUS TECHNOLOGY CENTER, INC., IAS ADMINISTRATIONS, INC.; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.; AND CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>Case No. 8:22-cv-00986 |

**NOTICE OF APPEARANCE**

Gustavo J. Membiela of the law firm of Winston & Strawn LLP hereby gives notice of his appearance on behalf of Defendant Church of Scientology International, Inc. and request that copies of all motions, notice, and other pleadings filed in this case be furnished to the undersigned.

Date:   May 23, 2022

Respectfully submitted,

    *s/ Gustavo J. Membiela*
Gustavo J. Membiela
Florida Bar No. 513555
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
Telephone: 305-910-0717
Facsimile: 305-910-0505

and

William H. Forman*
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
whforman@winston.com
Tel: 213.615.1992

Attorneys for Church of Scientology International, Inc.

*pro hac vice motion forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               *s/ Gustavo J. Membiela*
                                               Gustavo J. Membiela