UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                              Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.;

    Defendants.

_____/

## DEFENDANT RELIGIOUS TECHNOLOGY CENTER, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Religious Technology Center ("**RTC**"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, by and through undersigned counsel, hereby submits its Disclosure Statement and states as follows:

1. Pursuant to Fed. R. Civ. P. 7.1(a)(1), RTC does not have a parent corporation, and no publicly held corporation owns ten percent or more of RTC's stock. RTC is a non-profit religious corporation and owns no stock.

2. Pursuant to Local Rule 3.03(a)(1), the following individuals and entities have or might have an interest in the outcome of this litigation:

    a. Gawain Baxter – Plaintiff

1

      Laura Baxter –Plaintiff
      Valeska Paris –Plaintiff
      Warren A. Zimmerman, P.A. – Law Firm for Plaintiff
      Warren A. Zimmerman – Counsel for Plaintiff
      Kohn, Swift & Graf, P.C. – Law Firm for Plaintiff
      Joseph C. Kohn – Counsel for Plaintiff
      Neil L. Glazer – Counsel for Plaintiff
      Zahra R. Dean – Counsel for Plaintiff
      Aarthi Manohar – Counsel for Plaintiff
      Elias A. Kohn – Counsel for Plaintiff
      Preti Flaherty Beliveau & Pachios, Chartered, LLP – Law Firm for Plaintiff
      Gregory P. Hansel – Counsel for Plaintiff
      Shana M. Solomon – Counsel for Plaintiff
      Elizabeth F. Quinby – Counsel for Plaintiff
      Katherine L. Oaks – Counsel for Plaintiff
      Cohen Milstein Sellers & Toll PLLC – Law Firm for Plaintiff
      Theodore Leopold – Counsel for Plaintiff
      Manuel J. Dominguez – Counsel for Plaintiff
      Agnieszka M. Fryszman – Counsel for Plaintiff
      Brendan Schneiderman – Counsel for Plaintiff

b. Church of Scientology International, Inc. – Defendant
   Winston & Strawn, LLP – Law Firm for Defendant
   Gustavo J. Membiela – Counsel for Defendant
   William H. Forman – Counsel for Defendant

c. Religious Technology Center, Inc. – Defendant
   DLA Piper LLP (US) – Law Firm for Defendant
   Christopher G. Oprison – Counsel for Defendant
   Janelly Crespo – Counsel for Defendant

d. IAS Administrations, Inc. – Defendant
   Johnson Pope Bokor Ruppel & Burns, LLP – Law Firm for Defendant
   Robert V. Potter, Jr. – Counsel for Defendant

e. Church of Scientology Flag Service Organization, Inc.– Defendant
   Trenam Law – Law Firm for Defendant
   Charles M. Harris, Jr. – Counsel for Defendant
   Brigid A. Merenda – Counsel for Defendant

f. Church of Scientology Flag Ship Service Organization, Inc. – Defendant

    Trenam Law – Law Firm for Defendant
    Charles M. Harris, Jr. – Counsel for Defendant
    Brigid A. Merenda – Counsel for Defendant

  g. David Miscavige – Defendant

  3. Pursuant to Local Rule 3.03(a)(2), the following entity with publicly traded shares or debt might be affected by the outcome of this litigation: None known at this time.

  4. Pursuant to Local Rule 3.03(a)(3), the undersigned is of the belief that each party likely to actively participate has been named a party to this litigation.

  5. Pursuant to Local Rule 3.03(a)(4), the following entity or individual arguably eligible for restitution: Plaintiffs allege that they were victims of wrongful conduct by RTC, which RTC vehemently denies.  Otherwise, none known at this time.

  6. Defendant reserves its right to modify or supplement these disclosures upon discovering any ground for amendment.

## CERTIFICATION

Pursuant to Local Rule 3.03(b), I certify that I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: July 12, 2022						Respectfully submitted,

							**DLA PIPER LLP (US)**

							*/s/ Christopher G. Oprison*
							Christopher G. Oprison, Esq.
							Florida Bar No. 0122080
							chris.oprison@dlapiper.com
							Janelly Crespo, Esq.
							Florida Bar No. 0124073
							janelly.crespo@dlapiper.com
							200 South Biscayne Boulevard.
							Suite 2500
							Miami, Florida 33131-5341
							Tel.: 305.423.8500
							Fax: 305.437.8131

							*Counsel for Defendant*
							*Religious Technology Center, Inc.*