UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                           Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

    Defendants.

_____/

## DECLARATION OF SARAH HELLER

I, Sarah Heller, depose and say:

1. I am over the age of 21 and I make the following statements of my personal knowledge. If called on to testify thereto, I could and would do so competently and without reservation.

2. I am a staff member of the Church of Scientology Flag Service Organization, Inc. ("FSO") located in Clearwater, Florida. FSO serves as the worldwide spiritual headquarters to Scientology and ministers to Scientologists throughout the world who come to Clearwater for Scientology services, including services available only at that Church.

3. FSO is a Scientology entity that espouses, presents, propagates or practices the Scientology religion.

4. I oversee the legal department of FSO. I have held positions at FSO continuously for over 20 years. In my role, I am familiar with the documents executed by the members of the Sea Organization ("Sea Org") related to their service as members of Scientology's religious order.

5. Scientology is an applied religion based upon the research, writings and recorded lectures of L. Ron Hubbard, which collectively constitute the Scripture of the religion. All of Mr. Hubbard's writings and lectures about Scientology are part of the Scripture. This Scripture is the sole source of all the doctrines, tenets, philosophy, practices, rituals and fundamental policies of the Scientology faith. They encompass more than 300 books and other writings, over 3,000 recorded lectures and numerous religious instruction films, totaling tens of millions of words. The doctrine and practices of the Scientology religion are known as Scientology's spiritual or religious "technology."

**SCIENTOLOGY ETHICS AND JUSTICE**

6. The Scientology Ethics and Justice system has been in place for over five decades, functioning as the means by which Scientologists avail themselves of true justice in any sphere of their lives. The justice codes and procedures are an inherent part of the religion and are derived from our core beliefs. As Mr. Hubbard wrote, "When we speak of ethics, we are talking about right and wrong conduct. We are talking about good and evil." The concepts of good and evil are defined in precise

2

terms according to fundamental Scientology doctrine relating to one's ultimate survival. They are a central reason why the religion has developed and requires the use of its own internal justice and dispute resolution structure.

7.     In Scientology, spiritual progress and proper conduct are inextricably linked. The precepts of ethics in Scientology are reflected in a large body of Scientology Scripture written by Mr. Hubbard, and which form an essential component of the Scientology religion. The procedures for Scientology Ethics and Justice are delineated in Church policy, directives and books, including *Introduction to Scientology Ethics*, which are published and made available to all Scientologists.

8.     Mr. Hubbard developed much of the Scientology justice system in the mid-1960s. This system includes codes of conduct and discipline to be applied by all members of the religion. All Scientologists agree to abide by the Scientology Ethics and Justice Codes as a necessary condition for participation in the religion.

9.     Scientology Justice is a formalized system designed for fair and equitable treatment. It contains exact procedures for resolving matters ranging from Chaplain's Courts (to resolve matters of dispute between individuals) to a fact-finding body addressing all other disputes called a Committee of Evidence. Mr. Hubbard set forth a system of jurisprudence that is acceptable to all members and it is required that it be used in all matters relating to Scientology organizations, groups and concerns.

10.    These procedures include resolution through direct communication with Chaplains and Ethics Officers, written application to senior ecclesiastical bodies, ethics and justice procedures and final Scientology arbitration. It is a principle of Scientology

that tolerance, mercy, understanding and the actual handling of the individual is attainable by decent and effective Ethics and Justice.

11. A core tenet of the Scientology religion is that parishioners and Scientology churches *must* resolve all disputes exclusively through the Scientology internal Ethics, Justice and binding religious arbitration procedures. Mr. Hubbard wrote that "we have a superior law code and legal system which gives real justice to people," and he mandates that "we *must* use Scientology … justice in all our affairs." All Scientologists and staff members in accepting posts or membership agree to abide by Scientology religious Justice codes.

12. The decisions, findings, judgments or other determinations made in a Scientology justice proceeding reflect fundamental religious beliefs. Therefore, it is a matter of Scientology doctrine that only qualified members of the Church, who are in good standing, can adjudicate disputes concerning the proper interpretation and application of its religious laws. It is apparent, then, why Scientologists have any disputes adjudicated through the Scientology justice system, founded, as it is, upon their most fundamental religious beliefs.

13. The doctrine requiring submission of all disputes to the Scientology internal justice system in accordance with Scientology tenets, policies and principles is by no means trivial. Every Scientologist who wishes to participate in the religion of Scientology must commit himself or herself in writing to that doctrine that he or she undertakes such participation.

14. The Church internal justice and dispute resolution procedures, including Church arbitration, are based on Scientology Scripture. However, one need not be a practicing Scientologist to participate in these procedures. For example, a party to a Church arbitration procedure is not required to make a profession of faith, undergo Scientology auditing, or participate in any religious ceremony or service as part of presenting a dispute to the arbitrators.

**THE SEA ORGANIZATION**

15. The Sea Organization is the religious order of the Scientology religion and is composed of the singularly most dedicated Scientologists—individuals who have committed their lives to the volunteer service of their religion. Sea Org members form the dedicated core of the Scientology religion and dedicate themselves to the Sea Org for a billion years. This term reflects both their dedication to their religion and their awareness of themselves as immortal spiritual beings who have lived countless lives and who will live again and again.

16. The Sea Organization is a religious order and is not incorporated. Members of the Sea Organization are therefore wholly responsible to the Church of Scientology to which they are assigned and are responsible, as are all other staff, to the officers and directors of the Church to which they are assigned.

17. The Sea Organization was established in 1967 and the name derives from the fact it once operated at sea from a number of oceangoing vessels. It was formed to assist L. Ron Hubbard with advanced research operations and supervise Church

organizations around the world. The Sea Organization is entrusted to minister the advanced services of Scientology.

18. The Sea Organization retains its traditional name, although today the majority of its members are based on land. In keeping with the tradition of the order's inception, however, they still have ranks and ratings and other maritime-related traditions.

19. As volunteers and members of a religious order, Sea Organization members are bound together by the highest standards of ethical conduct and personal contribution. They work long hours, serve without pay, are subject to the Sea Organization's lifestyle and disciplinary restrictions, and live communally with housing, meals, uniforms, medical and dental care, transport and all expenses associated with their duties provided for them. They also receive a stipend to purchase personal items, as all of their other expenses are fully covered by the Church. Those becoming members of the Sea Organization do so with full knowledge they could be assigned to Scientology Organizations anywhere in the world to further the goals of the religion.

20. Sea Organization members participate in Scientology training and auditing during a portion of each day, but otherwise dedicate themselves to furthering the objectives of Scientology through their particular functions.

21. Positions in the Sea Organization are analogous to that of members of religious orders in other religions. They are at the forefront of spearheading the Church's massive social mission, including the world's largest nongovernmental drug

education campaign, the largest human rights education campaign and many other global programs that touch the lives of millions. Sea Organization members are acutely aware of the world in which they live, as their service is dedicated to helping Mankind. They do not live cloistered lives, but are very much a *part* of society.

22. A Sea Organization member may formally withdraw his vows and leave through a process called "routing out." This procedure is purely ecclesiastical and allows a member to remain as a Scientologist in good standing. This process excuses one from their duties, while they participate in an ethics program consisting of spending part of the day studying Scientology Scripture or coming clean of one's overts and withholds (transgressions) and the other part of the day performing chores. This procedure can take weeks to months, depending on their speed of progress. A member who leaves the religious order without routing out is free to do so but may be expelled or declared a *Suppressive Person*, akin to being excommunicated or shunned from the religion.

23. Today, over six thousand members of the Sea Organization hold staff positions in upper-level Scientology church organizations around the world, ensuring the religion is available to Scientology parishioners who live and work outside the Church.

24. On May 10, 1996, Valeska Paris executed a Declaration of Religious Commitment and Application for Membership in a Scientology Religious Order and for Participation on Church Staff. A true and correct copy of Paris' Covenant is attached hereto as Ex. A ("Paris Covenant").

25.     Paris acknowledged that her Covenant "binds [her] to follow the ecclesiastical, moral and ethical policies, rules, norms and practices of the Scientology religious philosophy as a member of a religious order and to follow the administrative policies and procedures of the Church." (Ex. A at 2, ¶ 17.) Paris understood her service to be a "religious commitment to spiritual awareness, to the Scientology religion and to create a better world" and agreed to "serve pursuant to their religious obligations and not in contemplation of receiving any compensation whatsoever, and in doing so that they are forsaking all commercial and financial motivation." (*Id.* at 2, ¶ 17.)

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 12TH day of July, 2022, in Clearwater, Florida.

*Sarah Heller* (signature)
Sarah Heller

**Exhibit A**



# CHURCH OF SCIENTOLOGY
Flag Service Organization

## Application, Declaration and General Release
## Declaration of Religious Commitment and Application for Membership in a Scientology Religious Order and for Active Participation on Church Staff.

I, __Valeska Rsabelle Paris__ (full name)
of __551 Saturn Ave North, CW 34615__ (address)
apply for membership in a Scientology Religious Order and for active participation as a staff member within the Church of Scientology of __Clearwater, Florida__
_____ (address)
hereinafter referred to as the "Church" for a period of
(five (5) years) / two and one-half (2 1/2) years (circle appropriate period).
Acceptance of my application is based on the following information:

### INFORMATION

1. (If a Minor). I have obtained the consent of my parents or guardian to the commitment and participation herein described, for the Church of Scientology, which consent is indicated beneath my signature.
2. I have never been convicted of the commission of any criminal felony under the laws of any jurisdiction.
3. I have no institutional history of psychosis.
4. I have no electric, insulin or other shock or psychiatric brain operation history.
5. I am not an active drug pusher.

6. I have never sued the Church, or any Scientology organization or made complaint to any governmental authority with respect to the Church, any member of the Church, or any Scientology organization.

7. ___ I am not a blown staff member or blown Sea Organization member. That is, I have never, without authorization in accordance with Church Policies, departed from any staff position within any Scientology organization or broken my vow of service as a member of the Sea Organization, a religious order of the Church of Scientology.

OR

_____ I have in the past blown, as described above, but have since recanted and been given forgiveness and accepted back into the Scientology religion after having made proper restitution.

8. I am not related to or connected with any intelligence agency, either by past history or immediate familial connection.

9. I do NOT have a parent or a guardian who is an antagonist of the Scientology religion, or of any organization devoted to Scientology applied religious philosophy.

10. I am not seeking a staff position to obtain material for dissemination to the public via press, radio, television, motion picture or other media. I do not seek to obtain data for any other organization or to disrupt the Church organization.

11. I do not have personal debts of a magnitude such that efforts to satisfy them would immediately disrupt or cause me to pull back from my commitment to the Church.

12. I do not have any mental institutional history, by which is meant voluntary or involuntary stay in a mental institution and knowingly or unknowingly receiving treatment therein.

13. I have no prior service in a high security section of the government or armed forces.

14. My spouse has no objections to my working for the Church.

15. I am not currently on drugs.

16. I have seen the film "Orientation" and I am now informed and aware that Scientology is a religion, its teachings are religious and its claims are religious in nature. I further understand that if I desire to participate in Scientology services, I do so being fully aware that these are religious services and that I am participating in them under the ecclesiastical principles of the Scientology religion.

17. I attest that I have been given and read Scientology Policy Directive 13 March 1996, Statements by Staff Members, and Scientology Policy Directive 13 March 1996, Return of Donations.

(Exception to any of the above can be made only after an applicant has petitioned a Senior Officer of the Church and received unconditional acceptance. Such written approval must be presented to HCO before signing the Declaration.)

I UNDERSTAND AND AGREE THAT BY THIS DECLARATION I AM DECLARING A RELIGIOUS COMMITMENT TO SPIRITUAL AWARENESS, TO THE SCIENTOLOGY RELIGION AND TO CREATE A BETTER WORLD, IN ACCORDANCE WITH THIS DECLARATION. PLEASE INITIAL ____

I FURTHER UNDERSTAND THAT ALL CHURCH STAFF MEMBERS INCLUDING MYSELF, ARE MEMBERS OF A RELIGIOUS ORDER; THAT THEY SERVE PURSUANT TO THEIR RELIGIOUS OBLIGATIONS AND NOT IN CONTEMPLATION OF RECEIVING ANY COMPENSATION WHATSOEVER, AND IN DOING SO THAT THEY ARE FORSAKING ALL COMMERCIAL AND FINANCIAL MOTIVATION. PLEASE INITIAL ____

EACH CONSIDERS HIMSELF/HERSELF A VOLUNTEER TO CREATE A BETTER WORLD, AND UNDERSTANDS THAT HE/SHE IS NOT AN EMPLOYEE, I.E. IS NOT ENTITLED TO RECEIVE SECULAR BENEFITS SUCH AS A MINIMUM WAGE OR OVERTIME COMPENSATION. PLEASE INITIAL ____

I acknowledge that this declaration binds me to follow the ecclesiastical, moral and ethical policies, rules, norms and practices of Scientology religious philosophy as a member of a religious order and to follow the administrative policies and procedures of the Church.

I agree to maintain the confidentiality of all communications (whether written or oral), all documents, all files, all mailing lists, and all other material not commonly offered to the public for sale or use (collectively "Materials") which may come into my knowledge or possession in the course of my service as a staff member of the Church or any other Scientology organization. In other words, without limiting the generality of the foregoing, I agree not to remove Materials from the premises where I perform services as a staff member, and not to disclose contents or give out copies of Materials coming into my possession except in the ordinary course of performing my

duties as a staff member pursuant to Church policy. Upon conclusion of my service as a staff member I agree to return all Materials given to me in the course of my service, and not to disclose any information to anyone without the prior written consent of the Church.

I agree that any claim, dispute or controversy arising out of this Declaration and Application or relating to any Scientology or Dianetics services or activities that I engage in shall first be submitted in writing to the International Justice Chief ("IJC"), who shall decide the matter in accordance with the religious doctrines of the Church including Scientology justice procedures. I understand that in the event that I am unhappy with the decision of IJC that I may have recourse to other ecclesiastical justice procedures described in the policy of the Church.

IN NO EVENT SHALL SUCH CLAIM OR CONTROVERSY BE SUBMITTED TO A COURT FOR JUDICIAL DETERMINATION AS THE PARTIES UNDERSTAND THAT SUCH MATTERS ARE RELIGIOUS IN NATURE.

I understand and agree that my participation as a staff member of the Church shall be based upon the following:

1. SERVICE HOURS AND EXTRA SERVICE. The Day Organization serves weekdays, the Foundation serves evenings and weekends. Staff are expected to study in their off duty hours and to assist with additional duties.

2. HOLIDAYS: Two (2) service weeks per year after one year's continuous active service, for Class V org staff and three (3) weeks per continuous active year for Sea Org Members.

3. SICK LEAVE: 2 days non-accumulative in every full calendar month, upon presentation of a doctor's certificate.

4. PENSION. The Church does not provide a pension or any other retirement program.

5. FURNISHING OF NECESSARIES. Church staff members serve pursuant to their personal religious commitment and conviction rather than for monetary gain or other traditional commercial or financial motives or incentives. Nevertheless, the Church will, pursuant to this covenant, furnish certain necessaries, including a weekly nominal "pocket money" allowance, and, for certain staff positions, room and board. The furnishing of these necessary items is not intended to be and is not compensation for services performed by the applicant, but rather it provides an opportunity for the Church to establish an appropriate environment within which religious and spiritual awareness may receive the greatest prospect for enhancement and in which such matters constitute the sole reward for services. The amount of weekly allowance may vary depending upon economic conditions generally prevailing within the Church.

6. POLICY. Staff are subject to existing policy, which is subject to amendment, deletion and/or addition with or without prior notice. Staff members study and receive examination on their knowledge or Policies, Bulletins and Directives relating to their activities and upon other Policies, Bulletins and Directives as from time to time are requested. Staff may be dismissed in accordance with policy.

7. BREACH OF COVENANT. If a staff member, who receives services from no cost up to and including 50% of cost (cost to the public), breaks his agreement either by leaving staff before completing his commitment or by violating his good standing as a Scientology staff member so that he is dismissed in accordance with policy, he or she shall remit forthwith to the Church a penance for violation of this covenant in accordance with the ecclesiastical policy of the Church if such person is declared a "freeloader". This provision is not intended to reflect traditional commercial bargains or concerns, but rather is intended as a manifestation of applicable ecclesiastical ethics.

8. ETHICAL CONDUCT. As members of a religious order, Church staff members are expected to uphold a high degree of personal ethical conduct in accordance with Church policy and doctrine. Church staff members are governed by the ethics policies of the Church, which are designed to assist a person to become a more ethical, productive and happy being.

9. ENTIRETY OF COVENANT. The Church shall not be obligated to honor any verbal promises or any other terms or conditions not specifically covered in this Covenant. This Covenant forms the entirety of the Church's agreement with the Church staff member, and promises no specific counselling, training, posts or other benefits to any Church staff member.

10. ASSOCIATION WITH INDIVIDUALS NOT IN GOOD STANDING. During my service as a staff member, I agree not to knowingly associate, in any way, with former parishioners of the Church or any other Scientology organization who are either no longer in good standing, or have been expelled or have been declared.

## GENERAL RELEASE

AS CONSIDERATION for being permitted by the Church to become a member in a Scientology Religious Order and become an active participant as a staff member within the Church as provided in this Application, Declaration and General Release.

**A.** I HEREBY AGREE THAT I, MY HEIRS, DISTRIBUTEES, GUARDIANS, LEGAL REPRESENTATIVES AND ASSIGNS WILL NOT MAKE CLAIM AGAINST, SUE, ATTACH THE PROPERTY OF, OR PROSECUTE the Church, any successor of L. Ron Hubbard, Religious Technology Center and its principals, Church of Scientology International, and/or any of its affiliated Churches, Missions, corporations, associations, partnerships, or organizations, and/or their agents, servants, successors, heirs, executors and assigns, (hereinafter collectively referred to as "the Releasees") for injury or damage resulting from the negligence or other acts, howsoever caused, by any Releasee or by any employee, agent or contractor of the Church, its affiliates, or other Releasee, arising out of or any way connected with my membership in the Scientology Religious Order, active participation on Church staff or association with the Releasees.

**B.** I HEREBY RELEASE AND DISCHARGE THE RELEASEES from all actions, claims or demands I, my heirs, distributees, guardians, legal representatives or assigns ever had, now have or may hereafter have for injury or damage resulting from or any way connected with my membership in the Scientology Religious Order, active participation on Church staff or association with the Releasees.

**C.** I FURTHER AGREE TO INDEMNIFY AND SAVE AND HOLD HARMLESS THE RELEASEES and each of them from any loss, inability damage or cost, including but not limited to attorneys' fees they may incur, whether caused by the negligence of the Releasees or otherwise as a result of (a) my breach of any covenants contain herein; (b) my breach of the fiduciary duties owed to the Church and/or the Releasees; (c) my activity within the Church or my conduct in the community at large with regard to the Church and/or the Releasees whether or not such activity or conduct is pursuant to this Application, Declaration and General Release; (d) any statements made by me herein, which are now false or which hereafter become false; and or (e) my membership in the Scientology Religious Order, my active participation on Church staff or my association with Releasees.

I HAVE CAREFULLY READ THE ABOVE TERMS OF THIS GENERAL RELEASE AND FULLY UNDERSTAND THEM. PLEASE INITIAL _[initialed]_

I AM AWARE THAT THIS IS A RELEASE OF LIABILITY, COVENANT NOT TO SUE AND INDEMNITY AGREEMENT BETWEEN MYSELF AND THE CHURCH AND/OR ITS AFFILIATED ORGANIZATIONS AND/OR OTHER INDIVIDUALS, AND I UNDERSTAND AND AGREE THAT BY PLACING MY SIGNATURE AT THE END OF THIS DOCUMENT I SHALL BE BOUND BY ITS TERMS.
PLEASE INITIAL _[initialed]_

## CONCLUSION

I acknowledge that I have read and fully understand this Declaration/Application and, before voluntarily affixing my signature below, completely understood its contest and all of the consequences of my agreements and waivers. I am joining staff and becoming a member of a religious order, of my own free will, solely to help forward the religious goals and tenets of the Scientology religion and the Church and not for monetary gain, auditing or training. I have been given the opportunity to consult persons of my choice and to discuss questions regarding this Declaration. I understand that by executing this agreement I am accepting this commitment and making a formal religious vow to serve on staff for the entire period circled above. In accordance with Church doctrine, I declare I have not gone past any word in this declaration I have not fully understood.

10 May '96 _____
Date                                            Signature of Applicant

_____
Signature of parent or guardian if a minor

The church acknowledges the declaration of, accepts the application of, and agrees to have _Valeska Paris_ serve in accordance with the terms of this Declaration, including the information supplied, and upon the conditions stated, for the period as indicated above.
CHURCH OF SCIENTOLOGY OF _Flag Service Organization_
Date: _10 May 1996_   by _Valtulde Sol_

© 1996 CSI. All Rights Reserved. SCIENTOLOGY, SCIENTOLOGY Symbol and DIANETICS are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGIST is a collective membership mark and designates membership in the affiliated churches and missions of SCIENTOLOGY. SCIENTOLOGY is an applied religious philosophy. Item #1369