UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.

Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

    Defendants.

_____/

## DECLARATION OF MISLAV RAOS

I, Mislav Raos, depose and say:

1. I am more than 18 years of age and provide this testimony based on my personal knowledge. If called upon to do so, I could and would testify to these facts.

2. The International Association of Scientologists ("IAS") is the official membership organization of Scientology. It was formed in 1984 with the purpose to unite, advance, support, and protect the Scientology religion and Scientologists in all parts of the world so as to achieve the Aims of Scientology as originated by L. Ron Hubbard. IAS

Administrations, Inc. ("IASA") is contracted by the IAS to service its membership. IASA is recognized as exempt from federal income tax under Internal Revenue Code ("IRC") section 501(c)(3) and as a supporting organization under IRC section 509(a)(3). IASA is an organization which espouses, presents, propagates or practices the Scientology religion.

3. I am Secretary of IASA and have served as IASA's Secretary since 2010. I have been on the staff of IASA since 1993. As Secretary, I am readily familiar with the organization and operation of IASA.

4. IASA is incorporated in the State of Delaware and has been since August 7, 2007. Previously, from 1993 until 2007, IASA was incorporated under the laws of the Netherlands Antilles.

5. Since 2008, IASA's principal place of business has been in Los Angeles, California. Approximately three-quarters of IASA's current staff are permanently posted in Los Angeles, including all of the individuals who serve as its officers and directors. All of IASA's corporate decisions are made in and directed from Los Angeles, and all of its financial and other affairs are managed from Los Angeles. Previously, from 1993 until

2008, IASA's headquarters were aboard the *Freewinds*, an ocean-going vessel in the Caribbean.

6. IASA administers annual dues paid by members of the IAS. All annual dues paid by IAS members are received and administered in Los Angeles, California.

7. IASA does not maintain any bank accounts in Florida.

8. IASA has a few staff posted in Clearwater, Florida. None of the Clearwater staff are officers or directors of IASA and all of their activities are directed and supervised by officials in Los Angeles.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __12__ day of July, 2022, in Los Angeles, California.

_____
Mislav Raos