**EXHIBIT 1**

## DECLARATION OF LYNN R. FARNY

I, Lynn R. Farny, hereby submit this declaration as follows:

1. I am over the age of eighteen. I have personal knowledge of the facts stated below and, if called upon to do so, could and would competently testify thereto.

2. I am the Secretary of Church of Scientology International ("CSI"). I submit this declaration in support of CSI's *Motion To Dismiss Under Fed. R. Civ. P. 12(b)(2); Compel Arbitration Under 9 U.S.C. § 1 et seq.; Or In The Alternative Dismiss Under Fed. R. Civ. P. 12(b)(6)*.

3. I began working in an official capacity for CSI in 1984. I have been a corporate officer of CSI since June 1988. I have been an ordained minister of the Scientology religion since 1980. Thus, I am intimately familiar with the operations of CSI, and have reviewed the Complaint filed against CSI and others by Plaintiffs Gawain Baxter, Laura Baxter, and Valeska Paris ("Plaintiffs") in this Court.

4. CSI is a nonprofit religious corporation incorporated in the State of California, with its principal place of activity in Los Angeles, California, and its headquarters at 6331 Hollywood Boulevard in Los Angeles.

5. CSI has been and is committed and dedicated to the advancement and dissemination of the Scientology religion in accordance

2

with Scientology Scripture, consisting of the religious writings and recorded spoken words of L. Ron Hubbard, the Founder of the Scientology religion. CSI is a Scientology church.

6. There are thousands of Scientology churches, missions, and groups in more than 167 countries, and more than 30 churches and missions in California alone. Scientology is a religion that offers a precise path leading to a complete and certain understanding of one's true spiritual nature. Scientology comprises a body of knowledge which extends from certain fundamental truths developed by Mr. Hubbard. The ultimate goal of Scientology is true spiritual enlightenment and freedom for all.

7. CSI is responsible for the overall ecclesiastical dissemination, propagation, and defense of the Scientology religion. CSI provides broad planning and direction needed to support the Church's international growth and to disseminate the Scientology religion. CSI itself does not own or operate the Church of Scientology Flag Service Organization, Church of Scientology Flag Ship Service Organization, Inc., or any individual Church of Scientology. Each local Church of Scientology is separately incorporated and operated by its own officers and directors.

8. The Sea Organization (the "Sea Org") is an unincorporated religious order composed of persons who have committed their lives to

3

advancing the Scientology religion. While CSI is staffed by members of the Sea Org, most members of the Sea Org are not CSI staff.

9. CSI does not have any business facilities, officers, employees, representatives, or agents, including an agent for service of process, in Florida.

10. CSI is not registered to conduct business in Florida and does not operate any businesses in Florida.

11. CSI does not have any offices in Florida.

12. The statements in paragraphs 8-11 above have been the case for the time periods covered in Plaintiffs' Complaint.

13. Plaintiffs are not, and have never been, employed or associated with CSI or part of its staff.

14. CSI has never ordered, demanded, requested or otherwise required Plaintiffs to do anything. CSI has never controlled, supervised, directed, or been involved in any aspect of Plaintiffs' lives or circumstances, or otherwise supervised or controlled any of their work.

//

//

//

//

4

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2022, in Los Angeles, California.

_____
Lynn R. Farny