UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS, Plaintiffs, vs. DAVID MISCAVIGE; CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.; RELIGIOUS TECHNOLOGY CENTER, INC.; IAS ADMINISTRATIONS, INC.; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.; and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC., Defendants. | Case No. 8:22-cv-00986 |

**NOTICE OF PLAINTIFFS' INTENTION TO FILE AMENDED COMPLAINT PURSUANT TO RULE 15(a)(1)(B)**

While preparing to file oppositions to the various Motions to Dismiss[1] filed on July 12, 2022 by Defendants Church of Scientology International, Inc. ("CSI"), Flag Service Organization,

---

[1] All Defendants filed combined motions to dismiss the Complaint and compel arbitration or in the alternative to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendants CSI, RTC and IASA also moved to dismiss the Complaint for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2). A motion to compel arbitration is considered a motion to dismiss for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), and therefore under Local Rule 3.01(c), Plaintiffs have to respond to Defendants' motions within 21 days, by August 2, 2022. *See, e.g.*, *Nelson v. City of Live Oak*, No. 3:11-CV-549-J-32JBT, 2011 WL 5006472, *1 (MDFL., Oct. 20, 2011); *Bell v. Atlantic Trucking Co., Inc.*, No. 3:09-cv-4-6-J-32MCR, 2009 WL 4730564, *2 (MDFL, Dec. 7, 2009).

Inc. ("FSO"), Flag Ship Service Organization, Inc. ("FSSO"), IAS Administrations, Inc. ("IASA"), Religious Technology Center, Inc. ("RTC") (collectively "Defendants"), Plaintiffs Gawain Baxter, Laura Baxter, and Valeska Paris (collectively "Plaintiffs") met and conferred with Defendants, pursuant to Local Rule 3.01(g), to request an extension of time to respond to their motions. As part of this process, Plaintiffs also informed Defendants they would be filing an amended complaint by right pursuant to Fed. R. Civ. P. 15(a)(1)(B). After learning of Plaintiffs' intent to amend the complaint, Defendants informed Plaintiffs that all motions to dismiss are moot and they will review the complaint as amended and file appropriate motions in response. See email attached as Exhibit 1. Plaintiffs are filing this notice as a courtesy to advise the Court they will be filing an amended Complaint as a matter of right, pursuant to Rule 15(a)(1)(B), on or before August 2, 2022, and will not be filing any responses or memoranda of law in opposition to Defendants' motions to dismiss the original Complaint.

Dated: July 26, 2022

Respectfully submitted,

/s/ Theodore Leopold
Theodore Leopold
(Fla. Bar No. 705608)
Manuel J. Dominguez
(Fla. Bar No. 0054798)
COHEN MILSTEIN SELLERS
 & TOLL PLLC
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstien.com
jdominguez@cohenmilstein.com

Agnieszka M. Fryszman
(pro hac vice)
Brendan Schneiderman
(pro hac vice)

COHEN MILSTEIN SELLERS
   & TOLL PLLC
1100 New York Ave., N.W., 5th Floor
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Joseph C. Kohn
(pro hac vice)
Neil L. Glazer
(pro hac vice)
Zahra R. Dean
(pro hac vice)
Aarthi Manohar
(pro hac vice)
Elias A. Kohn
(pro hac vice)
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
jkohn@kohnswift.com
nglazer@kohnswift.com
zdean@kohnswift.com
amanohar@kohnswift.com
ekohn@kohnswift.com

Gregory P. Hansel
(Fla. Bar No. 607101)
Shana M. Solomon
(pro hac vice)
Elizabeth F. Quinby
(pro hac vice)
PRETI FLAHERTY BELIVEAU
   & PACHIOS, CHARTERED, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ghansel@preti.com
ssolomon@preti.com
equinby@preti.com

Warren A. Zimmerman
(Fla. Bar No. 652040)

WARREN A. ZIMMERMAN, P.A.
4114 Sparrow Ct
Lutz, FL 33558-2727
(813) 230-1465
warren@wzimmermanlaw.com