EXHIBIT 1

| | |
|---|---|
| **From:** | Forman, William H. |
| **To:** | Neil L.Glazer; Manuel John Dominguez; Hansel, Gregory P.; Zahra R. Dean |
| **Cc:** | Oprison, Chris; Crespo, Janelly; Charles M. Harris; Brigid A. Merenda; Bob Potter; Membiela, Gus; Cote, Alexander H. |
| **Subject:** | [EXTERNAL] RE: Baxter: meet and confer re oppositions |
| **Date:** | Monday, July 25, 2022 6:32:10 PM |

Hi Neil – you may not represent to the court that we agree to an extension of 28 days. Our offer was based on the clear proviso that you would be filing oppositions to *all* motions within 28 days. In light of your statement of today that you will be filing an amended complaint, those circumstances have clearly changed. We believe the filing of an amended complaint moots all motions, and we will review your new complaint and file appropriate motions in response to that.

Best,

Bill.


### William H. Forman

**Partner**

Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1992

M: +1 626-422-7118

F: +1 213-615-1750

winston.com



**From:** Neil L.Glazer <nglazer@kohnswift.com>
**Sent:** Monday, July 25, 2022 10:57 AM
**To:** Forman, William H. <WHForman@winston.com>; 'jdominguez@cohenmilstein.com' <jdominguez@cohenmilstein.com>; Hansel, Gregory P. <GHansel@preti.com>; Zahra R. Dean <zdean@kohnswift.com>
**Cc:** Oprison, Chris <chris.oprison@us.dlapiper.com>; Crespo, Janelly <Janelly.Crespo@us.dlapiper.com>; Charles M. Harris <CHarris@trenam.com>; Brigid A. Merenda <BMerenda@trenam.com>; Bob Potter <BobP@jpfirm.com>; Membiela, Gus <GMembiela@winston.com>; Cote, Alexander H. <ACote@winston.com>
**Subject:** Re: Baxter: meet and confer re oppositions

Thanks, Bill.  We are going to move to extend our deadline to respond to the motions to compel arbitration to August 23 and to stay all further proceedings on the other motions until the arbitration issue is decided, and alternatively to set the same August 23 deadline for responses to any motions the court does not stay.  Unless you instruct us otherwise, we will represent that while defendants do not oppose an August 23 deadline, they do oppose any stay and contend that plaintiffs should respond to all motions at that time.

Plaintiffs also intend to amend the complaint as of right, per Rule 15(a)(1)(B), by August 2.

Neil L. Glazer
Attorney
T: 215.238.1700
F: 215.238.1968
nglazer@kohnswift.com
www.kohnswift.com



1600 Market Street, Suite 2500
Philadelphia, PA 19103

---

**From:** Forman, William H. <WHForman@winston.com>
**Date:** Sunday, July 24, 2022 at 3:52 PM
**To:** Neil L.Glazer <nglazer@kohnswift.com>, 'jdominguez@cohenmilstein.com' <jdominguez@cohenmilstein.com>, Hansel, Gregory P. <GHansel@preti.com>, Zahra R. Dean <zdean@kohnswift.com>
**Cc:** Oprison, Chris <chris.oprison@us.dlapiper.com>, Crespo, Janelly <Janelly.Crespo@us.dlapiper.com>, Charles M. Harris <CHarris@trenam.com>, Brigid A. Merenda <BMerenda@trenam.com>, Bob Potter <BobP@jpfirm.com>, Membiela, Gus <GMembiela@winston.com>, Cote, Alexander H. <ACote@winston.com>
**Subject:** Baxter: meet and confer re oppositions

> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Neil:  We cannot accept your proposal of last Friday of briefing and arguing just the jurisdictional motions to dismiss and the arbitration motion without the motions to dismiss on the merits. We can agree to an extension of 28 days for plaintiffs to file their oppositions to all of the motions that were filed – the motions to dismiss for lack of jurisdiction, to arbitration, and to dismiss for failure to state a claim. In the alternative, Plaintiffs can obviate the need for briefing the personal jurisdiction challenge by dismissing CSI, RTC, and IASA, and respond only to the motions filed by FSO and FSSO.

Best,

Bill

**William H. Forman**
**Partner**

Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1992

M: +1 626-422-7118

F: +1 213-615-1750

[winston.com](winston.com)



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**\*\*\*Privilege and Confidentiality Notice\*\*\***

**The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this electronic e-mail or call us at 215-238-1700.**
**Thank you.**