## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                            Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.;

    Defendants.
_____/

## JOINT MOTION TO APPROVE STIPULATED
## MOTION TO DISMISS BRIEFING DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, Defendants, Church of Scientology International, Inc. ("CSI"), Religious Technology Center, Inc. ("RTC"), IAS Administrations, Inc. ("IASA"), Church of Scientology Flag Service Organization, Inc. ("FSO"), and Church of Scientology Flag Ship Service Organization, Inc. ("FSSO") (collectively "Defendants"), and Plaintiffs Gawain Baxter, Laura Baxter, and Valeska Paris (collectively "Plaintiffs"), by and through undersigned counsel respectfully request an extension of the briefing deadlines pertaining to Defendants' forthcoming motion to dismiss

1

Plaintiffs' First Amended Complaint ("Amended Complaint"), and in support thereof the parties state as follows:

1. On April 28, 2022, Plaintiffs filed their Complaint. ECF No. 1.

2. Defendants FSO, FSSO, IASA, CSI, and RTC filed Motions to Compel Arbitration, or in the alternative, Motions to Dismiss the Complaint on July 12, 2022. ECF Nos. 67-68, 70-72.

3. On July 26, 2022, Plaintiffs notified the Court of their intention to file an amended complaint pursuant to Rule 15(a)(1)(B). ECF No. 75.

4. Plaintiffs filed their Amended Complaint on August 2, 2022, which includes additional allegations not included in the original Complaint. ECF No. 79.

5. Defendants are in the process of reviewing the Amended Complaint, its amended allegations, and the underlying facts and law relating to Plaintiffs' claims and allegations that span many years.

6. Defendants require additional time to review the information and documents necessary to provide a thorough response to the Amended Complaint before their response deadlines of August 16, 2022. Accordingly, Defendants respectfully request a one-week extension of time up to and including August 23, 2022, to file their respective motions to compel arbitration and motions to dismiss the Amended Complaint.

7. If the Court is inclined to grant Defendants' request for a one-week extension to file their motions to compel arbitration and motions to dismiss, Plaintiffs' responses to the motions to compel arbitration will be due 14 days later

on September 6, 2022 under Local Rule 3.01(c) and Plaintiffs' responses to the motions to dismiss will be due 21 days after defendants file those motions, or September 13, 2022. Plaintiffs respectfully request a one-week extension up to and including September 13, 2022 to respond to Defendants' motions to compel arbitration.

## MEMORANDUM OF LAW

8.     This Motion is not brought for purposes of delay, but simply to provide the parties with sufficient time to evaluate the issues and prepare appropriate briefing with respect to the Amended Complaint and motions directed thereto.

9.     The requested extensions will not materially delay the resolution of this matter and no prejudice will result to any of the parties, as they have agreed to the requested extension.

10.     For good cause shown, the Court should grant Defendants an extension of time through and including August 23, 2022, to respond to the Amended Complaint. Additionally, the Court should grant Plaintiffs an extension of time through and including September 13, 2022, to respond to the Defendants' motions to compel arbitration.

**WHEREFORE**, the parties respectfully request the Court enter an Order extending the briefing schedule deadlines as discussed herein, and for such other relief as the Court deems just and appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned counsel for the parties certify that on August 4-5 2022, the parties conferred and consented to the relief requested herein.

| | |
|---|---|
| /s/ *Neil L. Glazer*<br>Neil L. Glazer<br>Joseph C. Kohn<br>Zahra R. Dean<br>Aarthi Manohar<br>Elias Kohn<br><br>**Kohn, Swift & Graf, P.C.**<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 238-1700<br>jkohn@kohnswift.com<br>nglazer@kohnswift.com<br>zdean@kohnswift.com<br>ekohn@kohnswift.com | /s/ *Gustavo J. Membiela*<br>GUSTAVO J. MEMBIELA<br>(FBN: 513555)<br><br>**Winston & Strawn, LLP**<br>200 South Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-5341<br>Tel: 305.910.0717<br>Fax: 305.910.0505<br>gmembiela@winston.com<br><br>and<br><br>William H. Forman*<br>**Winston & Strawn, LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>whforman@winston.com<br>Tel: 213.615.1992<br>Fax: 213.615.1750<br>*Attorneys for Church of Scientology International, Inc.*<br><br>**pro hac vice* motion granted |
| Gregory P. Hansel (FBN: 607101)<br>Shana M. Solomon<br>Elizabeth F. Quinby<br><br>**Preti Flaherty Beliveau &<br>Pachios, Chartered, LLP** | /s/*Christopher G. Oprison*<br>Christopher G. Oprison (FBN: 0122080)<br><br>**DLA Piper LLP (US)**<br>200 South Biscayne Boulevard<br>Suite 2500 |

4

| | |
|---|---|
| One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>(207) 791-3000<br>ghansel@preti.com<br>ssolomon@preti.com<br>equinby@preti.com | Miami, FL 33131-5341<br>Tel: 305.423.8500<br>Fax 305.437.8131<br>chris.oprison@dlapiper.com<br>*Attorneys for Religious Technology Center, Inc.* |
| Theodore Leopold (FBN: 705608)<br>Manuel J. Dominguez (FBN: 0054798)<br><br>**Cohen Milstein Sellers<br>& Toll PLLC**<br>11780 U.S. Highway One<br>Suite N500<br>Palm Beach Gardens, FL 33408<br>Telephone: (561) 515-1400<br>tleopold@cohenmilstien.com<br>jdominguez@cohenmilstein.com<br><br>Agnieszka M. Fryszman<br>Brendan Schneiderman<br>Cohen Milstein Sellers<br>& Toll PLLC<br>1100 New York Ave., N.W., 5th Floor<br>Washington, DC 20005<br>(202) 408-4600<br>afryszman@cohenmilstein.com<br>bschneiderman@cohenmilstein.com | */s/ Charles M. Harris, Jr.*<br>Charles M. Harris (FBN 967459)<br><br>**Trenan, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.**<br>200 Central Avenue, Suite 1600<br>St. Petersburg, FL 33701<br>Tel: 727.896.7171<br>Fax: 727.822.8048 (Facsimile)<br>charris@trenam.com<br>gkesinger@trenam.com<br>*Attorneys for Defendants, Church of Scientology Flag Service Organization, Inc. and Church of Scientology Flag Ship Service Organization, Inc.* |
| Warren A. Zimmerman (FBN: 652040)<br><br>**Warren A. Zimmerman, P.A.**<br>4114 Sparrow Ct Lutz, FL 33558-2727<br>(813) 230-1465<br>warren@wzimmermanlaw.com | */s/Robert V. Potter, Jr.*<br>ROBERT V. POTTER, Jr. (FBN: 363006)<br><br>**Johnson Pope Bokor Ruppel & Burns, LLP**<br>911 Chestnut Street<br>Clearwater, FL 33756<br>Tel. 727.461.1818<br>Fax.<br>BobP@jpfirm.com<br><br>*Attorneys for IAS Administration, Inc.* |