UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

       Plaintiffs,

v.                              Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

       Defendants.

_____/

## DECLARATION OF SEI KATO

I, Sei Kato, depose and say:

1.    I am over the age of 21 and I make the following statements of my personal knowledge.  If called on to testify thereto, I could and would do so competently and without reservation.

2.    I am the Director of Public Affairs of the Church of Scientology Australia, ("CSA") headquartered in Sydney, Australia.  CSA minsters to Scientologists who come to Australia for Scientology services available at that Church. I have held positions at CSA since 1999.

3.    I am familiar with the enrollment documents executed by individuals desiring to participate in Scientology courses.  I have reviewed records kept in the

ordinary course of business of CSA pertaining to Gawain Anton Baxter and Laura Baxter.  Those records demonstrate that, on December 7, 2015, Gawain Anton Baxter and Laura Baxter each executed an "Introductory Scientology Courses Enrollment Application and Release Deed" ("Deed") stating their desire to participate in Scientology courses.  A true and correct copy of Gawain Baxter's Deed is attached hereto as Ex. A.  A true and correct copy of Laura Baxter's Deed is attached hereto as Ex. B.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this _12_ day of July, 2022, in Sydney, Australia.

_____

Sei Kato

**EXHIBIT A**



# CHURCH *of* SCIENTOLOGY

## AUSTRALIA

*Introductory Scientology Courses Enrolment*
*Application and General Release Deed*

Dated _7_ day of _December_ 20_15_

Between the **Church of Scientology Australia**

And

the **Enrollee:**

Print full name _Gawain Anton Baxter_

Street Address _15 Buttercup Way_ City _Bedfar_ State: _WA_

Post Code _6164_ Email Address _gawainbaxter@gmail.com_

Phone Number _0422268426_ Date of Birth: DD/MM/YR _04/09/1982_

I, the Enrollee, wish to participate in Scientology services at Church of Scientology Australia (the "Church").

1. I have been informed and understand that:

    a) Scientology comes from the Latin word *scio* (knowing, in the fullest meaning of the word) and the Greek word *logos* (study of). Scientology is further defined as "the study and handling of the spirit in relationship to itself, universes and other life." Scientology is a religion founded by L. Ron Hubbard, and all the services and activities of the Scientology religion are exclusively religious in nature and intended for the betterment and well-being of mankind.

b) Dianetics (from Greek *dia* "through" and *nous* "soul") is the forerunner and substudy of Scientology, and delineates fundamental principles of the mind and spirit. Through Mr. Hubbard's application of these discoveries, it became apparent that Dianetics dealt with a beingness that defied time—the human spirit—originally denominated the "I" and subsequently the "thetan." From there, Mr. Hubbard continued his research, eventually mapping the path to full spiritual freedom of the individual.

c) Scientology and Dianetics, as practiced by the Church, address only the "thetan" (spirit), which is senior to the body, and its relationship to and effects on the body. The primary goal of both Scientology and Dianetics is increased spiritual awareness for all. For this reason, neither Scientology nor Dianetics is offered as, nor professes to be, physical healing, nor is any claim made to that effect. Individuals who desire treatment of a physical or mental illness or condition are not accepted but instead, should obtain a competent medical examination for their physical condition(s), by a qualified medical practitioner, before addressing the spiritual aspect of any such condition.

d) The written and audiovisual material presented in Scientology services is part of Mr. Hubbard's religious literature and works and is not a statement of claims made by the author, publisher or any Church of Scientology. It is a record of Mr. Hubbard's observations and research into life and the nature of man.

2. I am further informed and understand that Scientology services are organised and conducted by the Church as its sole responsibility in every respect, including but not limited to, all financial, legal and operational aspects and consequences.

3. I also understand that no claim is made by the Church that a participant in any Scientology service will attain a particular result. Nor shall the Church be responsible for any such personal opinion or belief, expressed or demonstrated, of any staff member or agents as to any particular result or effect due to my participation in Scientology services.

4. The attainment of the benefits and goals of Scientology and Dianetics requires each individual's dedicated participation, as only through one's own efforts can such benefits and goals be achieved.

5. With all the above in mind and recognising its meaning, I agree to hold harmless the Church, all Scientology Churches and related organisations, including Religious Technology Center and Church of Scientology International, and any officer, director, trustee or staff member of any such entity (collectively "the Scientology Entities") and that in no event shall they be liable for any damages whatsoever, including claims of expenses or lost earnings, arising from my participation in Scientology services. I understand that any dispute or disagreement over my introductory services is a matter of religious doctrine and can only be resolved by the religious authorities of Scientology. I therefore agree that I cannot and will not sue in a civil court or seek a jury trial in connection with any dispute, claim, injury or loss associated with any Church of Scientology or related organisation concerning my participation in any introductory services.

6. This Deed is meant to include all religious services of any kind available at any Scientology church, in the past, the present and the future.

7. I have carefully read this Deed and fully understand what it says. I understand that I am not eligible for Scientology services unless I sign this Deed. I wish

*Introductory Scientology Courses*
*Enrolment Application, Agreement and General Release Deed*
*22363-CLV ANZO-BRI, CAN, PER, SYD-05-English*

2

_____
*Initials*

to participate in Scientology services and this choice is an independent exercise of my own free will.

8. I voluntarily sign this Deed intending to be legally bound by it and request that I be permitted to participate in Scientology services.

9. Where this Deed is in respect of a minor, I/we the parents or guardians of the Enrollee execute this Deed intending it to be legally binding, and request that the Enrollee be permitted to participate in Scientology Religious Services.

Executed by the parties as a Deed

**Signed Sealed and Delivered** by

Gawain Anton Baxter
_____
Printed Full Name of Enrollee

_____
Signature

in the presence of:

Anna Vale
_____
Print Name of Witness

_____
Signature of Witness

**Signed Sealed and Delivered** by

_____
Print Name of Parent
As parent/guardian of _____

_____
Signature of Parent/Guardian

in the presence of:

_____
Print Name of Witness

_____
Signature of Witness

**Signed Sealed and Delivered** by
**Church of Scientology Australia**

By _____
    Name and Title of Representative of
    Church of Scientology Australia

_____
Signature of Representative

in the presence of:

_____
Print Name of Witness

_____
Signature of Witness



**EXHIBIT B**



# CHURCH *of* SCIENTOLOGY

## AUSTRALIA

*Introductory Scientology Courses Enrolment*
*Application and General Release Deed*

Dated ___7___ day of ___December___ 20 __15__

Between the **Church of Scientology Australia**

And

the **Enrollee:**

Print full name ___Laura Baxter (Laura Alice Baxter)___

Street Address __15 Buttercup Way__ City __Beeliar__ State: __WA__

Post Code __6164__ Email Address ___Laurabaxter@live.com___

Phone Number __0422 513 194__ Date of Birth: DD/MM/YR __25.10.84__

I, the Enrollee, wish to participate in Scientology services at Church of Scientology Australia (the "Church").

1. I have been informed and understand that:

   a) Scientology comes from the Latin word *scio* (knowing, in the fullest meaning of the word) and the Greek word *logos* (study of). Scientology is further defined as "the study and handling of the spirit in relationship to itself, universes and other life." Scientology is a religion founded by L. Ron Hubbard, and all the services and activities of the Scientology religion are exclusively religious in nature and intended for the betterment and well-being of mankind.

b) Dianetics (from Greek *dia* "through" and *nous* "soul") is the forerunner and substudy of Scientology, and delineates fundamental principles of the mind and spirit. Through Mr. Hubbard's application of these discoveries, it became apparent that Dianetics dealt with a beingness that defied time—the human spirit—originally denominated the "I" and subsequently the "thetan." From there, Mr. Hubbard continued his research, eventually mapping the path to full spiritual freedom of the individual.

c) Scientology and Dianetics, as practiced by the Church, address only the "thetan" (spirit), which is senior to the body, and its relationship to and effects on the body. The primary goal of both Scientology and Dianetics is increased spiritual awareness for all. For this reason, neither Scientology nor Dianetics is offered as, nor professes to be, physical healing, nor is any claim made to that effect. Individuals who desire treatment of a physical or mental illness or condition are not accepted but instead, should obtain a competent medical examination for their physical condition(s), by a qualified medical practitioner, before addressing the spiritual aspect of any such condition.

d) The written and audiovisual material presented in Scientology services is part of Mr. Hubbard's religious literature and works and is not a statement of claims made by the author, publisher or any Church of Scientology. It is a record of Mr. Hubbard's observations and research into life and the nature of man.

2. I am further informed and understand that Scientology services are organised and conducted by the Church as its sole responsibility in every respect, including but not limited to, all financial, legal and operational aspects and consequences.

3. I also understand that no claim is made by the Church that a participant in any Scientology service will attain a particular result. Nor shall the Church be responsible for any such personal opinion or belief, expressed or demonstrated, of any staff member or agents as to any particular result or effect due to my participation in Scientology services.

4. The attainment of the benefits and goals of Scientology and Dianetics requires each individual's dedicated participation, as only through one's own efforts can such benefits and goals be achieved.

5. With all the above in mind and recognising its meaning, I agree to hold harmless the Church, all Scientology Churches and related organisations, including Religious Technology Center and Church of Scientology International, and any officer, director, trustee or staff member of any such entity (collectively "the Scientology Entities") and that in no event shall they be liable for any damages whatsoever, including claims of expenses or lost earnings, arising from my participation in Scientology services. I understand that any dispute or disagreement over my introductory services is a matter of religious doctrine and can only be resolved by the religious authorities of Scientology. I therefore agree that I cannot and will not sue in a civil court or seek a jury trial in connection with any dispute, claim, injury or loss associated with any Church of Scientology or related organisation concerning my participation in any introductory services.

6. This Deed is meant to include all religious services of any kind available at any Scientology church, in the past, the present and the future.

7. I have carefully read this Deed and fully understand what it says. I understand that I am not eligible for Scientology services unless I sign this Deed. I wish

*Introductory Scientology Courses*
*Enrolment Application, Agreement and General Release Deed*
*22363-CLV ANZO-BRI, CAN, PER, SYD-05-English*

2

*Initials*

to participate in Scientology services and this choice is an independent exercise of my own free will.

8. I voluntarily sign this Deed intending to be legally bound by it and request that I be permitted to participate in Scientology services.

9. Where this Deed is in respect of a minor, I/we the parents or guardians of the Enrollee execute this Deed intending it to be legally binding, and request that the Enrollee be permitted to participate in Scientology Religious Services.

Executed by the parties as a Deed

**Signed Sealed and Delivered** by

_Laura Alice Baxter_
_____
Printed Full Name of Enrollee

_____
Signature

in the presence of:

_____
Print Name of Witness

_____
Signature of Witness

**Signed Sealed and Delivered** by

_____
Print Name of Parent

As parent/guardian of _____

in the presence of:

_____
Print Name of Witness

_____
Signature of Parent/Guardian

_____
Signature of Witness

**Signed Sealed and Delivered** by
**Church of Scientology Australia**

By _____
   Name and Title of Representative of
   Church of Scientology Australia

_____
Signature of Representative

in the presence of:

_____
Print Name of Witness

_____
Signature of Witness

*Introductory Scientology Courses*
*Enrolment Application, Agreement and General Release Deed*
*22363-CLV ANZO-BRI, CAN, PER, SYD-05-English*

3

