UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MISCAVIGE; CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.; RELIGIOUS TECHNOLOGY CENTER, INC.; IAS ADMINISTRATIONS, INC.; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.; and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 8:22-cv-00986-TPB-JSS |

## AMENDED DECLARATION OF MISLAV RAOS

I, Mislav Raos, depose and say:

1.  I am more than 18 years of age and provide this testimony based on my personal knowledge. If called upon to do so, I could and would testify to these facts.

2.  The International Association of Scientologists ("IAS") is the official membership organization of Scientology. It was formed in 1984 with the purpose to unite, advance, support, and protect the Scientology religion and

Scientologists in all parts of the world so as to achieve the Aims of Scientology as originated by L. Ron Hubbard. IAS Administrations, Inc. ("IASA") is contracted by the IAS to service its membership. IASA is recognized as exempt from federal income tax under Internal Revenue Code ("IRC") section 501(c)(3) and as a supporting organization under IRC section 509(a)(3). IASA is an organization which espouses, presents, propagates or practices the Scientology religion.

3. I am Secretary of IASA and have served as IASA's Secretary since 2010. I have been on the staff of IASA since 1993. As Secretary, I am readily familiar with the organization and operation of IASA.

4. IASA is incorporated in the State of Delaware and has been since August 7, 2007. Previously, from 1993 until 2007, IASA was incorporated under the laws of the Netherlands Antilles.

5. Since 2008, IASA's principal place of business has been in Los Angeles, California. The vast majority of IASA staff are posted in Los Angeles. The balance are posted at offices around the world, including a few staff posted in Clearwater, Florida. None of the Clearwater staff are officers or directors of IASA and all of their activities are directed and supervised by officials in Los Angeles.

6. Mr. David Miscavige is neither an officer, director, nor employee of IASA.

7. All of IASA's corporate decisions are made in and directed from Los Angeles, and all of its financial and other affairs are managed from Los Angeles. Previously, IASA's principal place of business was aboard the *Freewinds*, an ocean-going vessel in the Caribbean and IASA's affairs were directed from that office.

8. I am familiar with IASA's Annual Reports that are on file with the Florida Secretary of State. The Annual Reports filed for the years 2014 through 2022 correctly state that IASA's current principal place of business is located in Los Angeles, California. Earlier IASA Annual Reports erroneously identified the address of IASA's principal place of business in Clearwater, Florida. The individual responsible for filing the reports believed that a Florida address was needed as the report was being filed in Florida. This error was corrected as soon as it was detected. As stated above, the administration and corporate control of IASA is not and has never been in Florida.

9. IASA administers annual dues paid by members of the IAS. All annual dues paid by IAS members are received and administered in Los Angeles, California.

10.    IASA does not maintain any bank accounts in Florida. IASA's out-of-state banks may have branches in Florida.

11.    IASA staff in Clearwater Florida do not book travel for guests or crew of the Freewinds. Any inquiries regarding same are referred to Freewinds travel agents and IASA receives no commission or compensation for those referrals.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __23__ day of August, 2022, in Los Angeles, California.

_____
Mislav Raos