# Exhibit 1

# DECLARATION OF LYNN R. FARNY

I, Lynn R. Farny, hereby submit this declaration as follows:

1. I am over the age of eighteen. I have personal knowledge of the facts stated below and, if called upon to do so, could and would competently testify thereto.

2. I am the Secretary of Church of Scientology International ("CSI"). I submit this declaration in support of CSI's *Motion To Dismiss Under Fed. R. Civ. P. 12(b)(2); Compel Arbitration Under 9 U.S.C. § 1 et seq.; Or In The Alternative Dismiss Under Fed. R. Civ. P. 12(b)(6)*.

3. I began working in an official capacity for CSI in 1984. I have been a corporate officer of CSI since June 1988. I have been an ordained minister of the Scientology religion since 1980. Thus, I am intimately familiar with the operations of CSI, and have reviewed the First Amended Complaint filed against CSI and others by Plaintiffs Gawain Baxter, Laura Baxter, and Valeska Paris ("Plaintiffs") in this Court.

4. CSI is a nonprofit religious corporation incorporated in the State of California, with its principal place of business in Los Angeles, California, and its headquarters at 6331 Hollywood Boulevard in Los Angeles. CSI's activities are managed and directed from California, where all of its directors and officers reside and where over 99 percent of its staff members are located.

5. CSI has been and is committed and dedicated to the advancement and dissemination of the Scientology religion in accordance with Scientology Scripture, consisting of the religious writings and recorded spoken words of L. Ron Hubbard, the Founder of the Scientology religion. CSI is a Scientology church.

6. There are thousands of Scientology churches, missions, and groups in more than 167 countries, and more than 30 churches and missions in California alone. Scientology is a religion that offers a precise path leading to a complete and certain understanding of one's true spiritual nature. Scientology comprises a body of knowledge which extends from certain fundamental truths developed by Mr. Hubbard. The ultimate goal of Scientology is true spiritual enlightenment and freedom for all.

7. CSI is responsible for the overall ecclesiastical dissemination, propagation, and defense of the Scientology religion. CSI provides broad planning and direction needed to support the Church's international growth and to disseminate the Scientology religion. CSI itself does not own or operate the Church of Scientology Flag Service Organization, Inc. ("FSO"), Church of Scientology Flag Ship Service Organization, Inc. ("FSSO"), or any individual Church of Scientology. Each local Church of Scientology is separately incorporated as a religious nonprofit corporation and is operated by its own officers and directors.

8. The Sea Organization (the "Sea Org") is an unincorporated religious order composed of persons who have committed their lives to advancing the Scientology religion. While CSI is staffed by members of the Sea Org, most members of the Sea Org are not CSI staff.

9. CSI does not have any business facilities, officers, employees, representatives, or agents, including an agent for service of process, in Florida.

10. CSI is not registered to conduct business in Florida and does not operate any businesses in Florida.

11. CSI does not have any offices in Florida.

12. Offices of Special Affairs ("OSAs") and Commodore's Messenger Organizations ("CMOs") are not corporations; they are departments within separately incorporated Churches of Scientology. For example, there is an OSA department in CSI, known as Office of Special Affairs International ("OSA Int") and a separate and distinct OSA department in FSO, known as Office of Special Affairs Flag ("OSA Flag"). There are likewise separate and distinct CMO offices in CSI and FSO. A staff member assigned to the OSA or CMO department of an individual Church of Scientology is a staff member of the specific Church corporation in which that OSA or CMO department is contained. For example, an "OSA" staff member in OSA Flag is a staff member of FSO, not CSI. The FAC identifies individuals as affiliated with

3

"OSA" or "CMO" without specifying with which Church corporation the individual is affiliated. (*See, e.g.*, FAC ¶¶ 39, 92, 130, 152, 162, 200.) OSA Int, CSI's Office of Special Affairs, does not maintain an office in Florida nor does it have officers, employees, representatives, or agents in Florida. Neither OSA Int staff nor CSI's CMO staff had any interaction with the Baxters or Paris in Florida or anywhere else. To the extent the FAC suggests or alleges otherwise, such allegations are not accurate.

13. Mr. David Miscavige is not an employee, officer, or director of CSI.

14. The statements in paragraphs 8-13 above have been the case for the time periods covered in Plaintiffs' First Amended Complaint.

15. Plaintiffs are not, and have never been, employed or associated with CSI or part of its staff.

16. CSI has never ordered, demanded, requested or otherwise required Plaintiffs to do anything. CSI has never controlled, supervised, directed, or been involved in any aspect of Plaintiffs' lives or circumstances, or otherwise supervised or controlled any of their work.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August, 2022, in Los Angeles, California.

_____
Lynn R. Farny

5