UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                         Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

    Defendants.
_____/

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON
PENDING MOTIONS DIRECTED TO PLAINTIFFS'
FIRST AMENDED COMPLAINT**

Defendants, Church of Scientology Flag Ship Service Organization, Inc., ("FSSO"), Church of Scientology International, Inc. ("CSI"), Religious Technology Center, Inc. ("RTC"), IAS Administrations, Inc. ("IASA"), and Church of Scientology Flag Service Organization, Inc. ("FSO") (collectively, "Defendants"), hereby request oral argument on the motions filed at ECF Nos. 84, 85, 87, 88, and 89 ("Motions".)

All of the Motions are directed to Plaintiffs' First Amended Complaint [ECF No. 79]. Oral argument will assist this Court in resolving the factual and legal issues raised in the Motions. All of the Defendants join in this request for oral argument and

1

authorize the undersigned to represent their joinders to the Court. Defendants believe that oral argument on the Motions should take no longer than four hours.

WHEREFORE, Defendants hereby respectively request oral argument on the Motions located at ECF Nos. 84, 85, 87, 88, and 89, as further defined above.

## Local Rule 3.01(g) Certification

The undersigned counsel hereby certifies that the undersigned conferred with Plaintiffs' counsel, Neil Glaser. Mr. Glaser stated that Plaintiffs do not take a position at this time, and reserve the right to submit a separate request for oral argument pursuant to Local Rule 3.01(h) when they respond to Defendants' motions. Counsel further certifies that this motion is brought in good faith and not for any improper purpose.

       */s/ Charles M. Harris, Jr.*
       CHARLES M. HARRIS, FBN 967459
       BRIGID A. MERENDA, FBN 320500
       Trenam Law
       200 Central Avenue, Suite 1600 St.
       Petersburg, FL 33701
       Tel: 727.896.7171
       Fax: 727.822.8048 (Facsimile)
       charris@trenam.com
       bamerenda@trenam.com
       gkesinger@trenam.com
       ranctil@trenam.com
       *Attorneys for Defendants, Church of Scientology Flag Service Organization, Inc. and Church of Scientology Flag Ship Service Organization, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 26, 2022 I electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a true and correct copy to all counsel of record.

/s/ <i>Charles M. Harris, Jr.</i><br>
Attorney