# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS, | : : : : |
| *Plaintiffs,* | : : : |
| v. | : Case No: 8:22-cv-986-TPB-JSS : |
| DAVID MISCAVIGE, CHURCH OF SCIENTOLOGY INTERNATIONAL; RELIGIOUS TECHNOLOGY CENTER (RTC); INTERNATIONAL ASSOCIATION OF SCIENTOLOGISTS ADMINISTRATIONS (IASA); CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. (FSO); and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC. (FSSO), | : : : : : : : : : : : : |
| *Defendants.* | : |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTIONS

Plaintiffs GAWAIN BAXTER, LAURA BAXTER, and VALESKA PARIS ("Plaintiffs") respectfully move for leave to file a single consolidated memorandum of law not to exceed 100 pages in response to Defendants' motions filed on August 23, 2022. Dkt. Nos. 84-89.

1

Plaintiffs brought this action on April 28, 2022 and filed their First Amended Complaint ("FAC") on August 2, 2022. Dkt. 79. Defendants RTC, CSI, IASA, FSO and FSSO have each filed a single brief combining motions seeking relief as follows: all five Defendants move to compel arbitration; Defendants RTC, CSI and IASA move to dismiss the FAC for lack of personal jurisdiction; and all five Defendants move to dismiss the FAC pursuant to Rule 12(b)(6). Defendants' five memoranda total 128 pages with a combined 14 primary argument headings (excluding introductions and conclusions) and 60 subheadings. In support of their various motions, each Defendant's submission raises numerous arguments and also joins and incorporates by reference other Defendants' arguments. Responding to this stew brief-by-brief, as the Local Rules may contemplate, will achieve the opposite of judicial economy.[1]

Pursuant to Local Rule 3.01(b), "[a] party responding to a motion may file a legal memorandum no longer than twenty pages inclusive of all parts." Rather than add to the confusion by submitting multiple separate memoranda of law that will necessarily cross-reference both one another and the arguments scattered across Defendants' five submissions, Plaintiffs

---

[1] Local Rule 3.01(b) speaks in terms of page limits for a party's response to "a motion." Because the instant motion seeks to economize and reduce the confusion, Plaintiffs will not ask the Court to parse whether a moving party can dictate the form of a party's response by coordinating, combining and cross-referencing motions and arguments in this manner.

request leave to file a consolidated response that will not exceed the aggregate 100 pages permitted under the Local Rules, including a Table of Contents and a Table of Authorities.  This will enable Plaintiffs to present an organized and coherent response to this dizzying array of motions and arguments, without requiring the Court to read a single page more than the limit set in the Local Rules.[2]

CONCLUSION

For the above reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a single, consolidated memorandum of law responding to Defendants' motions in no more than 100 pages.

**LOCAL RULE 3.01(G) CERTIFICATION**

Counsel for Plaintiffs met and conferred with Counsel for Defendants via Zoom on September 1, 2022, and the parties were unable to reach agreement.  Defendants oppose this motion.

Respectfully submitted,

---

[2] *See, e.g., Lawrie, et al. v. The Ginn Companies, et al.*, No. 09-CV-00446, Dkt. 157 (MDFL Jan. 12, 2011) (granting motion to file consolidated response to 7 motions to dismiss); *Campbell v. CNL Hotels & Resorts, Inc. et al.*, No. 04-CV-01231, Dkt. 146 (MDFL March 23, 2005) (granting motion to file consolidated response to 6 motions to dismiss not to exceed the aggregate page limits).

Dated:  July 28, 2022

        Joseph C. Kohn
        Neil L. Glazer
        Zahra R. Dean
        Aarthi Manohar
        Elias Kohn
        KOHN, SWIFT & GRAF, P.C.
        1600 Market Street, Suite 2500
        Philadelphia, PA 19103
        (215) 238-1700
        jkohn@kohnswift.com
        nglazer@kohnswift.com
        ssteingard@kohnswift.com
        zdean@kohnswift.com

        Gregory P. Hansel (Fla. Bar No. 607101)
        Shana M. Solomon
        Elizabeth F. Quinby
        PRETI FLAHERTY BELIVEAU & PACHIOS, CHARTERED, LLP
        One City Center
        P.O. Box 9546
        Portland, ME 04112-9546
        (207) 791-3000
        ghansel@preti.com
        ssolomon@preti.com
        equinby@preti.com

        Theodore Leopold (Fla. Bar No. 705608)
        Manuel J. Dominguez (Fla. Bar No. 0054798)
        COHEN MILSTEIN SELLERS & TOLL PLLC
        11780 U.S. Highway One
        Suite N500
        Palm Beach Gardens, FL 33408
        Telephone: (561) 515-1400
        tleopold@cohenmilstien.com
        jdominguez@cohenmilstein.com

Agnieszka M. Fryszman (#459208)
Brendan Schneiderman (#1780968)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Warren A. Zimmerman
(Fla. Bar No. 652040)
WARREN A. ZIMMERMAN, P.A.
4114 Sparrow Ct
Lutz, FL  33558-2727
(813) 230-1465
warren@wzimmermanlaw.com