UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,<br><br>*Plaintiffs,*<br><br>v.<br><br>DAVID MISCAVIGE, CHURCH OF SCIENTOLOGY INTERNATIONAL; RELIGIOUS TECHNOLOGY CENTER (RTC); INTERNATIONAL ASSOCIATION OF SCIENTOLOGISTS ADMINISTRATIONS (IASA); CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. (FSO); and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC. (FSSO),<br><br>*Defendants.* | Case No: 8:22-cv-986-TPB-JSS |

**PLAINTIFFS' SECOND MOTION TO EXTEND DEADLINE TO PERFECT SERVICE UPON DAVID MISCAVIGE**

Plaintiffs GAWAIN BAXTER, LAURA BAXTER, and VALESKA PARIS ("Plaintiffs") respectfully request a second extension of four weeks to perfect service upon Defendant David Miscavige from September 12, 2022, until October 10, 2022. Plaintiffs seek this extension to complete the procedural requirements mandated by Fla. St. § 48.161 for effectuating substitute service upon an evasive defendant.

{00232113 }1

On July 28, 2022, Plaintiffs moved for an extension of time to continue attempting to personally serve Miscavige, and the Court granted the motion and set the new deadline for September 12, 2022. Dkt. 77.  By late August, after continued additional efforts to serve the Defendant at ten locations in Florida and California, Plaintiffs concluded that further expenditures of time and money would be unlikely to succeed and on August 31, 2022, Plaintiffs returned the original summons unexecuted and filed a motion requesting an order directing the Clerk to issue an amended summons for purposes of effecting substituted service on Defendant in care of the Florida Secretary of State, pursuant to Fla. St. § 48.161.  Dkt. 93.  On September 9, 2022, the Court granted Plaintiffs' motion, "find[ing] that Plaintiffs have met the requirements for substitute service."  Dkt. 97 at 2.  Plaintiffs are now awaiting issuance of the amended summons and respectfully submit that the Court's finding that Plaintiffs have met the requirements to obtain the summons demonstrates good cause for a reasonable extension of the current deadline to allow "an appropriate period" for Plaintiffs to comply with the remaining statutory requirements.  Fed. R. Civ. P. 4(m).

Once Plaintiffs receive the amended summons, there are several remaining steps required to comply with Fla. St. § 48.161: (1) service of the summons and First Amended Complaint upon the Secretary of State;[1] (2) mailing notice to Miscavige that Plaintiffs have effectuated substituted service, with copies of the amended

---

[1] Service "shall be made by leaving a copy of the process . . . with the public officer or in his or her office or by mailing . . ."  Fla. St. § 48.161(1).

summons and the First Amended Complaint;[2] and (3) filing a certification of compliance with the statute's procedures and return receipts from the U.S. Postal Service.[3] The certification must be filed "on or before the return date of the process or within such time as the court allows . . ." Fla. St. 48.161(1). The return date of a summons is twenty-one days from service. Local Rule 1.10(a). While Plaintiffs believe the statutory process can be completed by the return date, the current deadline for serving the Defendant is September 12, 2022. Plaintiffs respectfully submit that a four-week extension of the deadline, to October 10, 2022, is an appropriate period that will allow one week for issuance of the summons and service upon the Secretary of State, and the subsequent twenty-one-day period to the return date for the U.S.P.S. to attempt delivery of the notices and for Plaintiffs to certify compliance after receiving the Postal Service confirmations.

---

[2] "Notice of service and a copy of the process shall be sent forthwith by registered or certified mail . .." Fla. St. § 48.161(1).

[3] As the Court is aware, Defendant and his agents have thus far refused every attempt to deliver papers to him, both through process servers and mailed requests to waive service. Plaintiffs have several possible addresses for Defendant and will mail the required notice to each address. Because the statute is intended to afford a means to serve an evasive defendant, the Court has authority to grant further relief should Plaintiffs be unsuccessful in attempting to deliver the notice by reason of Defendant's continued concealment. *See*, *e.g.*, *United States v. Shiffman*, No. 6:20-cv-1747-PGB-DCI, 2021 WL 4208697, at *4 (M.D. Fla. April 16, 2022) (deeming defendant properly served by substitute service even though plaintiff failed to obtain a return receipt due to defendant's successful evasion).

## CONCLUSION

For the above reasons, Plaintiffs respectfully request an extension of four weeks, until October 10, 2022, to serve Defendant Miscavige through the Secretary of State pursuant to Fla. St. § 48.161.

## LOCAL RULE 3.01(G) CERTIFICATION

Plaintiffs have been unable to contact Defendant Miscavige and do not know of any counsel representing him in this matter. Plaintiffs therefore ask that they be excepted from Local Rule 3.01(g).

Dated:  September 9, 2022                    Respectfully submitted,

*/s/ Neil L. Glazer*
Neil L. Glazer
Joseph C. Kohn
Zahra R. Dean
Aarthi Manohar
Elias Kohn
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
nglazer@kohnswift.com
jkohn@kohnswift.com
zdean@kohnswift.com
amanohar@kohnswift.com
ekohn@kohnswift.com

Gregory P. Hansel
(Fla. Bar No. 607101)
Shana M. Solomon
Elizabeth F. Quinby
**PRETI FLAHERTY BELIVEAU**
 **& PACHIOS, CHARTERED, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ghansel@preti.com
ssolomon@preti.com
equinby@preti.com

Theodore Leopold
(Fla. Bar No. 705608)
Manuel J. Dominguez
(Fla. Bar No. 0054798)
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
tleopold@cohenmilstien.com
jdominguez@cohenmilstein.com

Agnieszka M. Fryszman
Brendan Schneiderman
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Ave., N.W., Fifth Floor
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Warren A. Zimmerman
(Fla. Bar No. 652040)
**WARREN A. ZIMMERMAN, P.A.**
4114 Sparrow Ct
Lutz, FL  33558-2727
(813) 230-1465
warren@wzimmermanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY Certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed on September 9, 2022, with the Clerk of Court via the Court's CM/ECF system, which will send a notice of electronic filing and copy to all counsel of record.

*/s/ Neil L. Glazer*
Neil L. Glazer
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
nglazer@kohnswift.com