# Exhibit A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| GAWAIN BAXTER et al.,  )<br>　　　　　　　Plaintiffs,  )<br>vs.  )<br>　　　　　　　　　　)<br>DAVID MISCAVIGE et al.,  )<br>　　　　　　　Defendants.  )<br>_____  ) | Case No. 8:22-cv-00986 -TPB-JSS |

**<u>DECLARATION OF FLORENCE BURKE</u>**

1. I base this declaration on knowledge of human trafficking I have gathered from interviews and interactions I have had with hundreds of trafficked individuals, as well as on my clinical training, experience, study, and research. I have worked with victims of various forms of abuse since 1975 and have developed an expertise in human trafficking and modern-day slavery since 1997. I have provided training on human trafficking to federal prosecutors and investigators at the National Advocacy Center in Columbia, South Carolina and to adjudicators at the Vermont Service Center where T Visa applications are received and adjudicated. I was an active member of the international training team of the United Nations Office on Drugs and Crime (UNODC) and have served on the State Department's contractor teams that train criminal justice system prosecutors, judges, attorneys, and NGOs in countries where human trafficking is prevalent.

2. I also work with exploited and trafficked victims, and have regularly conducted trainings for law enforcement officers, foreign officials, lawyers, social service providers, and the general public on how to identify trafficking. I have been asked to speak about best practices for working with trafficking victims and to provide training and workshops on these practices in Taiwan, Thailand, Austria, Serbia, France, Fiji, Mali, Ukraine, Greece, Cyprus, Costa Rica, India, Bahamas, Portugal and Mexico, as well as in the United States. I create curricula, review best practices, and have facilitated expert working groups, including for the Office for Victims of Crime and the Bureau of Justice Affairs at the U.S. Department of Justice. I consult with nongovernmental

organizations and assist in capacity building and responding to human trafficking; I also provide guidance on specific cases.

3. In addition to my training activities, I have a vast amount of direct experience with victims of human trafficking. I am a founder and former Senior Director of International Programs at Safe Horizon, a crime victim service agency. At Safe Horizon, I supervised services for approximately 300 victims of human trafficking. I have interviewed hundreds of trafficking victims, including agricultural workers, domestic workers, nannies, factory workers, workers in the hospitality industry, and those forced into commercial sexual exploitation. Through my extensive interviews with hundreds of victims, I have learned about victims' recruitment; the conditions of their travel; the circumstances of their labor; the reasons they felt coerced within the labor situation; and the details of how they finally were able to escape or be rescued from the situation.

4. My expertise in providing services to victims of the crime of human trafficking was profiled in a 2004 video produced by the U.S. Department of Justice called "Liberty and Justice for Victims of Modern Day Slavery;" a 2006 Department of Justice video entitled, "Give Us Freedom: Liberty and Justice for Victims of Modern-Day Slavery;" and in the video, "Responding to Victims of Human Trafficking," a training video created for victim service providers by the Office for Victims of Crime within the Department of Justice.

5. I have testified about human trafficking and worker exploitation at hearings before the U.S. House of Representatives Judiciary Committee, the U.S. House of Representatives House Oversight and Reform Committee, and the Equal Employment Opportunity Commission. In 2007, I was awarded the National Crime Victim Service Award by the Department of Justice for my work with victims of crime, including victims of human trafficking and was honored by the Department of Labor's Wage and Hour Division. In 2013, I was presented with the inaugural Presidential Award for Extraordinary Efforts to Combat Trafficking in Persons.

6. I have received advanced training in the recognition, evaluation, and treatment of psychological trauma, as well as the symptom clusters of both Post Traumatic Stress Syndrome, Complex Trauma and Rape Trauma Syndrome from New York University, Massachusetts General Hospital, and other professional entities. I completed coursework in the Psy.D. Program in Clinical Psychology at the Professional School of Psychology (1985-1988) without a terminal degree; I hold a Master's degree in Clinical Psychology from John F. Kennedy University (1980); a Master's degree in Special Education from Boston University (1966); and a Bachelor's degree in Deaf

2

Education from the University of Arizona (1965). I also completed the International Trauma Studies Program Advanced Certificate Training at New York University (1999-2000); hold a certificate in nonprofit management from New York University (1994); and was a licensed marriage, family, and child therapist from 1983-2007. I have particular expertise in the psychological dynamics of human trafficking and its impact upon victims.

7.  I have served as an expert witness in dozens of cases, including federal criminal and civil human trafficking cases. See List of Cases, attached as Exhibit 1 hereto.

8.  Forced labor, peonage and human trafficking unfortunately remain widespread and can be found in agriculture, garment manufacturing, prostitution, food service industries, factory work, domestic service or servile marriages, among others.

9.  Congress enacted the Trafficking Victim Protection Act in part "to address the increasingly subtle methods of traffickers" who restrain their victims without resort to physical violence. H.R.Rep. No. 106–939, at 101 (2000) (Conf. Rep.).

10. Most labor trafficking victims are subjected to psychological abuse.  For example, a major study on the health risks and consequences of trafficking in women reported that psychological control tactics include intimidation and threats; lies and deception; emotional manipulation; and unsafe, unpredictable, and uncontrollable events.  Such psychological abuse is generally persistent, commonly extreme, and frequently perpetrated in such a way as to destroy a woman's mental and physical defenses.  The negative mental health consequences that result are numerous and often long-term.[1]

11. Labor traffickers use a variety of methods to obtain and control their victims. Some traffickers use direct threats or violence, but others use more subtle forms of coercion and control.

12. According to a recent study on labor trafficking, the most common form of victimization that individuals experienced at the hands of their traffickers involved methods that disoriented and deprived them from seeking alternatives to their situation.[2]  Such methods include isolation, restricted

---

[1] Cathy Zimmerman et al., *The Health Risks and Consequences of Trafficking in Women and Adolescents*, London School of Hygiene & Tropical Medicine (2003).

[2] Colleen Owens et al., *Understanding the Organization, Operation, and Victimization Process of Labor Trafficking in the United States* at 80, Urban Institute (2014), https://www.urban.org/research/publication/understanding-organization-operation-and-victimization-process-labor-trafficking-united-states.

communications, and monitoring or surveillance. The study also found that another form of victimization was demeaning and demoralizing the worker.[3] This method included verbal abuse, sexual abuse, and humiliation. For many survivors of human trafficking, the verbal abuse and shaming they were forced to endure from the perpetrators were enough to stop them from trying to seek help or escape their situation. These findings are consistent with my experience.

13. Congress has found that "[b]ecause victims of trafficking are frequently unfamiliar with the laws, cultures, and languages of the countries into which they have been trafficked, because they are often subjected to coercion and intimidation including physical detention and debt bondage, and because they often fear retribution and forcible removal to countries in which they will face retribution or other hardship, these victims often find it difficult or impossible to report the crimes committed against them or to assist in the investigation and prosecution of such crimes." 22 U.S.C. § 7101(b)(20).

14. Congress also found that "traffickers often transport victims from their home communities to unfamiliar destinations, including foreign countries away from family and friends, religious institutions, and other sources of protection and support, leaving the victims defenseless and vulnerable." 22 U.S.C. § 7101(b)(5).

15. These Congressional findings are consistent with my professional experience of working on trafficking cases. Typically, victims of worker exploitation and human trafficking suffer in silence because they neither know their rights, nor do they have any idea where to get help, even if they did leave their situation.

16. The allegations in the complaint reflect methods commonly used by traffickers, consistent with methods I have observed in other cases.

17. The Plaintiffs were faced with many examples of what happened to people trying to leave or people who failed to comply, and Plaintiffs themselves were thwarted in their attempts to leave. The punishments reinforced a pervasive climate of fear. The onerous rules and restrictions deprived the Plaintiffs of a sense of autonomy

---

[3] Colleen Owens et al., *Understanding the Organization, Operation, and Victimization Process of Labor Trafficking in the United States* at 80, Urban Institute (2014), https://www.urban.org/research/publication/understanding-organization-operation-and-victimization-process-labor-trafficking-united-states at 80-81.

18. Ultimately, many factors may contribute to an individual's decision to remain: deception, document withholding, isolation, intimidation, sleep deprivation, shame, physical punishment and most of all, the pervasive climate of fear established and maintained by the traffickers.

19. Being subjected to such conditions for extended periods of time can be paralyzing, leaving victims believing they have no meaningful choice but to stay. The infliction of trauma through these and other means is itself a tool used by the traffickers to achieve levels of control over their victims that can be difficult for untrained observers to understand. It is not uncommon for there to even be some apparent level of freedom of movement, but the victim may experience it as nothing more than an extended leash.

20. The Defendants in this case demanded absolute, unquestioning devotion, loyalty and submission. The Plaintiffs in this case were systematically indoctrinated, manipulated, pressured and punished repeatedly.[4]

21. Indoctrination is a process of teaching a person or group to accept a set of beliefs uncritically. These Plaintiffs were thoroughly indoctrinated from a young age. Their sense of self was systematically destroyed over time. Psychological growth of children raised this way is usually stunted. These Plaintiffs were caught up in a life that dictated rules and demanded obedience. Every activity of the Plaintiffs was tightly controlled. As is common with people who experience prolonged trauma in oppressive circumstances, their survival depended on their ability to not think and to not question.

22. These Plaintiffs were compelled to work and live in these circumstances with no access to social services, legal services, or other resources that might have assisted them in escaping and finding help.[5] The only authority figures in their lives were their traffickers and persons tasked by the traffickers with ensuring the Plaintiffs' continued compliance with their demands.

23. The specific theory used by Scientology to justify the application of highly abusive, destructive methods that enable it to manipulate, break down and subsequently gain nearly complete coercive control over its subjects, results in long-term emotional, psychological, and even physical injuries. This theory is also used to justify odious forms of child abuse and the covering up of such abuses, including those inflicted upon the Plaintiffs in this case.[6]

---

[4] Complaint. Pgs. 25, 26, 27. ¶36,37,38
[5] Complaint. Pg. 37. ¶57
[6] Complaint. Pg. 31. ¶ 48

24. The methods of coercion in this case were both overt and subtle. The ongoing indoctrination and systematic exposure to the principles of Scientology and the rules, hierarchy of command and pressure from members coerced and compelled the ongoing and relentless labor of these Plaintiffs.

25. These Plaintiffs were held on a ship for years without means of escape. Plaintiff Valeska was later held in Australia. During that time, they were mistreated, punished, and humiliated. They were compelled to work in dangerous places and situations without the proper training, equipment, or protective gear. They were exposed to hazardous, toxic materials that are known to have long lasting effects.[7]

26. After these Plaintiffs were able to leave, they continued to live within a climate of fear. The Defendants and their teaching doctrines, methods and structures continued to control the Plaintiffs who had already suffered greatly and lost personal agency.

27. The ongoing fear, shame, mistrust, and lack of knowledge about alternatives rendered these Plaintiffs unable to exercise their rights and take legal action for many years. Not only were the Plaintiffs controlled by Defendants, but by family and other members of the organization. They had witnessed the punishments served to others who had tried to escape or report on harmful activities of Defendants.

28. The effects of the years spent under the control of the Defendants will most likely result in long term adverse consequences, including psychological consequences, for the Plaintiffs. Exposure to complex and chronic trauma can result in persistent psychological problems.[8]

---

[7] Complaint. Pgs. 60, 61. ¶107. "Crocidolite asbestos, also known as blue asbestos, is considered the most hazardous type of asbestos in the amphibole family. Crocidolite is made up of extremely fine sharp fibers that are particularly easy to inhale. Studies show that crocidolite is so hazardous, it may be responsible for more illnesses and deaths than any other type of asbestos." https://www.pennmedicine.org/cancer/types-ofcancer/

[8] National Scientific Council on the Developing Child. (2010). *Early experiences can alter gene expression and affect long-term development* (Working Paper 10). Cambridge, MA: Center on the Developing Child, Harvard University. Retrieved from <developingchild.harvard.edu/resources/ reports_and_working_papers/working_papers/wp10/>
National Scientific Council on the Developing Child. (2012). *The science of neglect: The persistent absence of responsive care disrupts the developing brain* (Working Paper 12). Cambridge, MA: Center on the Developing Child, Harvard University. Retrieved from <developingchild.harvard.edu/ index.php?cID=476>

29. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

September 12. 2022

Respectfully submitted,

Florence Burke

Case List

i. *Chellen et al., v. John Pickle Co., Inc., and John Pickle, Jr.*, No. 02-CV-85-EA (M) (N.D. Okla. 2004); *EEOC v. John Pickle Company, Inc.*, No. 02-CV-0979-CVE-FHM (N.D. Okla. 2006)

ii. *U.S. v. Medrano*, No. 2:11-cr-00615-BRM-1 (D.N.J. 2012).

iii. *Catalan, et al., v. Vermillion Ranch Limited Partnership, et al.*, No. 1:06-cv-01043-WYD-MJW (D. Colo. 2006).

iv. *Ara v. Khan, et al.*, No. CV 07-1251 (ARR) (JO) (E.D.N.Y. 2007).

v. *U.S. v. Marcus*, No. 1:05-cr-00457-ARR-1 (E.D.N.Y. 2007).

vi. *U.S. v. Valenzuela*, Nos. 09-50581, 09-50582, 09-50586, 09-50587, 09-50611 (9th Cir. 2012).

vii. *D'Souza v. Lobo, et al.*, No. 2:09-cv-00410-TCP-ARL (E.D.N.Y. 2010).

viii. *Montano-Perez, et al. v. Durrett Cheese Sales, Inc., et al.*, No. 3:08-cv-01015 (M.D. Tenn. 2010).

ix. *Baoanan v. Baja, et al.*, No. 08 Civ. 5962 (VM) (S.D.N.Y. 2009).

x. *Magnifico, et al. v. Villanueva, et al.*, No. 10-cv-80771 (S.D. Fla. 2011).

xi. *U.S. v. Jorge Velasquez, et al.*, No. 1:11-cr-20005 (S.D. Fla. 2011).

xii. *Samirah & Enung v. Sabhnani, et al.*, No. 08-CV-2970 (ADS) (WDW) (E.D.N.Y. 2010).

xiii. *Oh v. Choi, et al.*, No. 1:11-cv-03764-DLI-MDG (E.D.N.Y. 2012).

xiv. *Doe v. Howard, et al.*, No. 1:11-cv-01105 (E.D. Va. 2012).

xv. *Elat v. Ngoubene, et al.*, No. 8:11-cv-02931-PWG (D. Md. 2013).

xvi. *U.S. v. Naughton, et al.*, No. 8:12-cr-00229 (D. Md. 2013)

xvii. *Edwards v. Edwards*, No. DKC 12-3761 (D. Md. 2014)

xviii. *EEOC v. Global Horizons, Inc. et al.*, No. 11-00257 LEK-RLP (D. Haw. 2014).

xix. *U.S. v. Mendez-Hernandez, et al.*, No. 4:13-cr-00004-LGW-CLR (S.D. Ga. 2013).

xx. *Camayo, et al. v. John Peroulis & Sons Sheep, Inc., et al.,* No. 10-cv-00772-MSK-MJW (D. Colo. 2013).

xxi.    *EEOC v. Global Horizons Inc., et al.*, No. 2:11-cv-03045-RMP (E.D. Wash. 2014).

xxii.    *Lama v. Malik, et al.*, No. 13-cv-2846 (E.D.N.Y. 2014).

xxiii.    *Joseph v. Signal International LLC, et al.*, No. 1:13-cv-00324 (E.D. Tex. 2015).

xxiv.    *Samuel v. Signal International LLC, et al.*, No. 1:13-cv-00323 (E.D. Tex. 2014).

xxv.    *David v. Signal International LLC, et al.*, No. 08-1220 Section "E" (E.D. La. 2014).

xxvi.    *Laamine v. Adouzaid, et al.*, No. 1:13-cv-00793 (E.D. Va. 2014).

xxvii.    *Cruz v. Maypa, et al.*, No. 1:13-cv-00862-CMH-IDD (E.D. Va. 2015).

xxviii.    *Sylla v. Conde, et al.*, No. 3:14-cv-03681-JFA (D. S.C. 2016).

xxix.    *Muchira v. Al-Rawaf, et al.*, No. 1:14-cv-00770-AJT-JFA (E.D. Va. 2015).

xxx.    *U.S. v. Greene, et al.*, No. 1:15-cr-00462-JKB (D. Md. 2016).

xxxi.    *Castro, et al., v. Midwest Rides and Concessions, Inc., et al.*, No. 0:2016-cv-00014-DWF-SER (D. Minn. 2017).

xxxii.    *Mouloki v. Epee, et al.*, No. 1:14-cv-05532 (N.D. Ill. 2016).

xxxiii.    *Roe v. Howard*, No. 1:16-cv-00562 (E.D. Va. 2018).

xxxiv.    U.S. v. Huang, No. 0:16-cr-00263-DSD-KMM (D. Minn. 2017).

xxxv.    *Wang v. Enlander*, No. 1:17-cv-04932 (S.D.N.Y. 2018).

xxxvi.    *Doe v. Subh Properties, LLC, et al.*, No. C-22-CV-17-000071 (C.C. Md. 2017).

xxxvii.    *U.S. v. Hunaity*, No. 1:18-cr-00723-RBK-1 (D.N.J. 2020).

xxxviii.    *Barjo v. Cherian, et al.*, No. RWT 18-cv-1587 (D. Md. 2018).

xxxix.    *Akhtar v. Vitamin Herbal Homeopathic Center Inc., et al.*, No. 1:2019-cv-01422 (E.D.N.Y. 2019).

xl.    *Wang, et al., v. Gold Mantis Construction Decoration (CNMI), LLC, et al.*, No. 1:18-cv-00030 (D. N. Mar. I. 2021).

xli.    *Macias, et al., Monterrey, et al.*, No. 3:19-cv-00830 (E.D. Va. 2020).

xlii.    *Tekle v. Al Saud, et al*., No. 1:18-cv-00211-RDA-JFA (E.D. Va. 2019).

xliii.    *People v. Gamos et al., No.00039-240-SA2017705951*

2

FLORENCE REED BURKE

_____

CURRICULUM VITAE

## EDUCATION

- Post Masters, 1985-88, coursework, Psy.D. Program, Clinical Psychology, Professional School of Psychology, San Francisco, CA.
- M. A., June 1980, Clinical Psychology, John F. Kennedy University, Orinda CA.
- M. Ed., June 1966, Special Education, Boston University, Boston, Massachusetts.
- B.A., June 1965, Deaf Education, University of Arizona, Tucson, AZ.

## CREDENTIALS

- International Trauma Studies Program Advanced Certificate Training, NYU 1999-2000
- Certificate in Nonprofit Management, New York University.  1994.
- Marriage, Family and Child Therapist License, State of California, #MF18767 (1983-2007)

## PROFESSIONAL EMPLOYMENT  (partial list).

- <u>Consultant, Human Trafficking, Gender Violence, Human Rights</u>  2007-present. Provide consultation and training to both governmental and non-governmental organizations nationally and internationally.
- <u>Freedom Network USA, Co-Chair, Chair Emeritus</u> 2008-2014.  Provide leadership to national network of legal and social service providers
- <u>Freedom Network Training Institute. Coordinator.</u> 2009-2011. Provide leadership and coordinate training activities for national Human Trafficking training faculty.
- <u>Senior Director of International Programs</u> at Safe Horizon.  2004- 2007 Oversee the Anti-Trafficking and *Solace* Program for Survivors of Torture and Refugee Trauma.  Liaison with Federal government officials at Department of Justice, Department of Health and Human Services, Department of Homeland Security et al  Provide vision and development of program expansion and best practices.  Develop international partners, increase public awareness of Safe Horizon's International Programs and supervise Program Direction and Administration.  Provide national training.
- <u>Senior Director of Special Projects,</u> Safe Horizon. 2002-2004.  Oversee the Anti-Trafficking Program and Community Trauma Response Programs.  Manage both the ORR and OVC funded programs and liaison among national and local anti-trafficking efforts.  Provide national training and technical assistance activities.  Supervise the development and implementation of the Community Trauma Response Program following 9/11.
- <u>Curriculum Developer and Trainer,</u> Safe Horizon. 2001-2002.  Develop materials and provide training to clinicians, social services providers for community trauma response to 9/11.  Provide direct services to companies, individuals and groups affected by the attack on the World Trade Center.
- <u>Trainer</u>, Safe Horizon/*Solace* Program for Survivors of Torture and Refugee Trauma, 2001-2002.  Provide training to service providers, physicians and community groups on subjects of torture and trauma.  Develop curriculum in these areas.
- <u>Consultant/Trainer/Service Coordinator,</u> Safe Horizon Anti-Trafficking Initiative. 2001-2002.

FLORENCE REED BURKE

_____

PAGE TWO

Provide trainings to staff, community organizations, law enforcement about trafficking of persons, psychological impact and service needs.  Coordinate direct services to trafficked persons.  Liaison to local and national agencies and the Federal government.

- Independent Consultant and Grants Writer, 1999-2001.  Consult to agencies and organizations and the New York State Office of Mental Health on the following: Mental Health, Deafness, Disabilities, Trauma, and Human Rights.
- Trainer/Pro Bono Clinician/Mentor, Doctors of the World, Human Rights Clinic. 1999-2003. Interview survivors of torture and prepare psychological evaluations to support claims for asylum. Train other mental health professionals about the psychological sequelae of torture and the preparation of an affidavit to support an asylum claim.
- Clinical and Community Coordinator, REFUGE, New York University, International Trauma Studies Program, 2000-2001. Provide training and consultation to programs working with refugee trauma. Recruit and maintain membership of clinicians in NYC providing  services to victims of torture and refugee trauma. Screen intake referrals and assign to providers.  Design and implement a Family Resilience Project for families who have suffered refugee trauma.  Supervise a website for refugee resources.
- Executive Director, Lexington Center for Mental Health Services, 1995-1999.  Responsible for administrative supervision of all Mental Health Programs;  (Outpatient Clinic; School Mental Health Team; Residence; Child Abuse Prevention; Parents Teaching Parents; Children's Intensive Case Management Program; Parent-Infant Therapeutic Nursery; Early Intervention; NYC Deaf Mexican Transition Program).  Represent Lexington Center for Mental Health Services with the New York State Office of Mental Health and New York City Department of Mental Health.  Assist in preparation of annual budget and annual Report.  Work closely with Board of Trustees and the Mental Health Advisory Council. Provide direct service to clients of the Outpatient Clinic.  Responsible for interviewing and hiring of all staff in department.  Teach and coordinate the Family Therapy program.  Serve as Program Coordinator for the Children's Intensive Case Management Program.  Provide clinical supervision to the Lexington staff interpreters.   Work with Director of Development to pursue funding opportunities.  Write grants for new programs or program enhancements.
- Social Services Coordinator, Deaf Mexican Nationals Project, 1997-99.  Assess and plan appropriate social service interventions for this population.  Provide direct service and supervision.  Work as team member with Federal and city agencies.
- Clinical Director, Center on Deafness, University of California, San Francisco, 1983-1993. Responsible for all administrative functions in a multidisciplinary outpatient psychiatric Clinic.

## TEACHING

- Faculty, UNODC Human Trafficking Training Initiative, 2010-2013
- Faculty, Warnath Group. 2012-present
- Faculty, St. Thomas University School of Law, Human Trafficking Academy. July 2012,2014, 2016 Miami FL
- Faculty, Freedom Network Training Institute, 2003-2016
- Faculty, Institute for Intergovernmental Research, Bureau of Justice Affairs, Department of Justice Human Trafficking Project.  2004-2006

FLORENCE REED BURKE

_____

PAGE THREE

- Faculty, Family Violence Prevention Fund, Trafficking Project, 2002-2005
- Adjunct Professor, New York University, 1998-2003. "Cross Cultural Counseling."
- Adjunct Professor, Mental Health and Deafness Rehabilitation Institute, San Francisco State University, 1987 - 1995.
- Clinical Case Seminar, UCSF Center on Deafness, for graduate student interns and trainees, 1990 - 93.
- Faculty Lecturer, John F, Kennedy University Graduate School of Professional Psychology, "Family Therapy -Special Issues", 1986 - 1988.

## PUBLICATIONS

- Burke, Florrie. "Innovations in the Fight Against Human Trafficking: Advocates Perspectives and Proposals," New York Law School Law Review. Volume 60. 2015/16
- Burke, Florrie. "Forced into Prostitution-and Denied a Lifeline." Huffington Post. May 2013
- Burke, Florrie. "Notes from the Field." Rethinking Human Trafficking. Woodrow Wilson International Center for Scholars, Middle East Program and US Studies. Summer 2010
- Burke, F., Zarembka, J., "Human Trafficking Cases: How and Why to Use an Expert Witness. American Bar Association. Washington DC. 2008
- Burke, F., Dreher, J., Dubash, T., Villareal, G., "Collaborating With the Media for Social and Legal Service Providers Working With Survivors of Human Trafficking. 2008
- Burke, F., Villareal, G. Tips for Trainers, A Manual for Providing Training On the Subject of Human Trafficking and Modern Day Slavery, 2004
- Burke, F., Guidelines for Effective Mentoring, 2004
- Villareal, G., Burke, F. Safety Planning Standards for Trafficked and Enslaved Persons, A Guide for Service Providers and Attorneys. 2003
- Burke, F. "Counseling Victims of Human Trafficking" in Smooth Flight, A Guide to Preventing Youth Trafficking. Editors, Alison Boak, Amy Boldosser, and Ofronama Blu. UNIFEM, 2003
- Burke, F., Kahn, S., Hollander, J., Barker, J., Arnow, N. "Safe Horizon Community Trauma Response Training." 2002
- Burke, F., "Deaf, Mexican and Illegal: A Slavery Ring in NYC," Proceedings of the Fourth International Congress of the American Universidad de las Americas, Puebla, Cholua, Mexico. October 1999
- Burke, F., Gutman, V., Dobosh, P., (1999). "Treatment of Deaf Survivors of Sexual Abuse: Process of Healing." in Leigh, Irene ed. Psychotherapy with Deaf Clients from Diverse Groups, Gallaudet Press

## LECTURES/PRESENTATIONS

- "Impact of Covid-19 on Survivors of Labor Trafficking and Service Providers, "Project of Institute of Intergovernmental Research (IIR) and Community Oriented Policing Services (COPS). Live Webinar. January 26, 2021.
- "Emerging and Promising Practices in Communications Regarding LaborTrafficking." Project of Institute of Intergovernmental Research (IIR) and Community Oriented Policing Services (COPS). Live Webinar. January 28, 2021.

3

FLORENCE REED BURKE

_____

PAGE FOUR

- 'The Use of an Expert Witness." Advanced Civil Procedure Class. CUNY. 10/1/20. (remote)
- "Using Multidisciplinary Victim-Centered Techniques to Investigate Labor Trafficking Cases." Project of Institute of Intergovernmental Research (IIR) and Community Oriented Policing Services (COPS). Live Webinar. 10/24/19
- "Partnerships to Address LaborTrafficking: How to Build a Multidisciplinary Team." Project of IIR and COPS. Live Webinar. 2/2/20
- "Prosecuting Labor Trafficking: Case Studies." Project of IIR and COPS. Live Webinar. 4/1/20
- "Life Cycle of a Labor Trafficking Case."  Project of IIR and COPS. Live Webinar. 6/3/20
- "Stolen Lives: Trafficking of People with Disabilities." Keynote address at 2017 National Disability
- Rights Conference. Baltimore MD. June 2017
- "Justice for Victims with Disabilities," Panel at 15th Annual Freedom Network Conference. Arlington VA.  April 2017
- "Investigation and Prosecution of Human Trafficking Cases." Colloquium. Lisbon, Portugal. September. 2016
- "Indicators of Human Trafficking," "Victim Identification." 'Interviewing Skills." National Task Force of the Bahamas and First Responder training, Nassau Bahamas. May 2016
- "History of the U.S. Human Trafficking Movement." Facilitator for Panel at NEO Philanthropy Meeting for Human Rights Funding Collaborative."  New York City. September. 2015
- "The Role of Labor Investigators in Identifying Human Trafficking Cases." Wage and Hour Division Investigators, NY and NJ.  New York City. December 2015
- "Origin of Human Rights Approach of Freedom Network USA."  Keynote address at Annual Freedom Network Conference, Arlington, VA. April 2015
- "We are More than our Story." Facilitator of Survivor Speak Out Round Table, Freedom Network Conference, Arlington VA, April 2015
- " Survivor Centered Practice in International Criminal Justice." Unitarian Universalist UN Office. NYC. April 2015
- "Trauma Sensitive Interviewing Skills."  Journalism Class. Princeton University. Princeton NJ. February 2015
- "Innovation at the Front Lines."  New York Law School Symposium, NYC. October 2014.
- "Human Trafficking and Modern-Day Slavery: Law Enforcement Tools for an Effective Response." Brooklyn District Attorney's Human Trafficking Task Force. Brooklyn, NY. September 2014.
- "Interviewing Techniques," "Victim Considerations." Human Trafficking Academy, St. Thomas University Law School.  Miami FL. July 2014
- " Human Trafficking: A Human Rights Violation."  Equal Employment Opportunity Commission. NY District Office.  March 2014
- "Responding to Cases of Human Trafficking."  Anti-Trafficking Cell. Kolkata Police Academy. Kolkata, India. December 2013
  "A Survivor-Centered Approach to Human Trafficking: The Collaborative Model," "Collaborating With the Media for Social and Legal Service Providers Working with Survivors of Human Trafficking." U.S. Consulate American Center. Kolkata, India
  "Judicial Response to Human Trafficking." Andhra Pradesh Judicial Academy. Hyderabad, India. December 2013.
- " Domestic Violence and Human Trafficking: The Role of Community Leaders and Organizations." Jamaat-e-Islami Hind Women's Wing, Hyderabad, India. December 2013
- "Prosecution, Collaboration Across Borders," "The Role of Service Providers in Addressing Protection of Human Trafficking Survivors," "Civil Society Partnership to Address Trafficking in

4

FLORENCE REED BURKE
_____

PAGE FIVE

Persons," "Consequences for Survivors of Trafficking."TIP Conclave, Guwahati, India. December 2013
- "Assisting Victims Through Teamwork." "Victim Considerations: Effects of Trauma and Interviewing Skills." U.S. Embassy and CONATT, TIP Victims Assistance Conference. San Jose Costa Rica. November 2013.
- "Survivor Testimony: Challenges." Unpacking the Migration/Trafficking nexus. PGA event at the United Nations.  New York. October 2013
- "Questioning Victims-the Judicial Perspective," "Interview Tips," "Consequences of Trauma on Victim Behavior," "Working with Interpreters," "Phenomenon of Human Trafficking."  Warnath Group and US Embassy, Poder Judicial, Ministerio Publico, Office of Judicial Investigations, San Jose, Costa Rica.  July 15-19, 2013.
- "Consequences of Trauma for Survivors of Human Trafficking and Those Who Work with Them." US Embassy and Ministry of Interior sponsored seminars.  Nicosia, Cyprus. June 3-4. 2013
- "Using an Expert Witness in Civil and Criminal Cases." Freedom Network Annual Conference. April 2013
- "The U.S. Response to Human Trafficking," testimony before the Inter-Americas Commission on Human Rights. Washington DC. March 2013
- "Criminal Justice Response to Human Trafficking." Warnath Group. Athens, Greece. January-February 2013
- "Human Trafficking: Gender and Justice." Columbia Law School, New York. November 2012
- "Human Trafficking and Modern-Day Slavery: Building an Effective Response." Department of Health and Human Services, Women's Health Division.  New York, NY. October 2012
- "Working with Nongovernmental Organizations." ABA Webinar. October 2012
- "Rescues Gone Wrong," Google Ideas Roundtable, San Jose, CA May 2012.
- "Using an Expert Witness in Human Trafficking Cases," "The Effects of Trauma on Victim Interviews."  American Consulate, Bicommunal Program, Cyprus.  May 2012
- " Secondary Trauma when working with human trafficking cases." St. Thomas University School of Law. April 2012
- "Academics and Research: Moving Beyond the Provider Networks." Freedom Network Annual Conference. New York NY. March 2012
- "Human Trafficking and Modern Day Slavery: Tools for an Effective Response." San Jose CA. January 2012
- "Reproductive Health Care Needs of Victims of Human Trafficking," Testimony before House Committee on Oversight and Government Reform. December 2011
- UNODC Comprehensive HT Training, Kiev, Ukraine.  December 2011
- UNODC Comprehensive HT Training, Bamako, Mali. November 2011
- "Human Trafficking as a Human Rights Issue," U.S. Human Rights Convening. Philadelphia PA. November 2011
- "The Role of Health Care Providers in Human Trafficking Cases," invited keynote address. National Association of Nurse Practitioners in Women's Health.  Austin TX. October 2011
- UNODC Comprehensive HT Training, Suva, Fiji. July 2011
- "TIP: The Challenge of an Effective Response," "The Comprehensive Approach to TIP in the United States," "Building A Case Through Teamwork: The Victim Centered Approach," IOM, Office of the Foreign Affairs Ministry, NGOs, US Embassy representatives.  Athens and Thessaloniki, Greece.  May 2011

FLORENCE REED BURKE

_____

PAGE SIX

- "A Victim Centered Approach to Human Trafficking." Training for Portuguese Experts. Vienna Austria. April. 2011
- "Good Victim-Bad Victim: The Response in Human Trafficking Cases," "Challenges in Identifying Victims of Human Trafficking," "Sexual Assault as a Means of Control in Human Trafficking Cases," "Human Trafficking 101." Conference on Crimes Against Women. Dallas TX. March 2011
- "Challenges in Identification and Interviewing Victims of Human Trafficking." Freedom Network 9th Annual Conference. Washington DC. March 2011
- "Recognizing Human Trafficking," Department of Education, State Directors of Migrant Education, Washington DC. February 2011
- "Strategies for Working with Human Trafficking Cases." Witness Testimony. EEOC Commission Hearing. Washington DC. January 2011
- "Human Trafficking," Panel commemorating National Human Trafficking Awareness Day, New York Anti-Trafficking Network. New York City. January 2011.
- "Modern Day Slavery in New York." Keynote. Anti-Slavery Convention in the Adirondacks. Lake Placid, NY. December 2010.
- "Human Trafficking and Modern Day Slavery: Tools for an Effective Response." Columbus, Ohio. November 2010.
- "The Client Centered Approach," Mosaic Family Services, Dallas TX, October 2010.
- "Challenges and Strategies for Interviewing Survivors of Human Trafficking," North Texas Anti-Trafficking Team. Dallas TX October 2010
- "Human Trafficking and Modern Day Slavery: Tools for an Effective Response." Washington University. St. Louis MO. June 2010
- "Human Trafficking and Modern Day Slavery: Law Enforcement Tools for an Effective Response." FBI, Citizens Academy and North Carolina Commission on Domestic Violence. Raleigh, North Carolina. June 2010
- "Human Trafficking and Modern Day Slavery in the United States." Department of State International Visitors Program and Academy for Educational Development. Washington DC June 2010
- "What You Need to Know About Victim Services and Immigration Assistance," Department of Justice National Conference on Human Trafficking. Washington DC May 2010
- "Trauma and the Legal Process," Freedom Network Conference. Washington DC. March 2010
- "Rethinking Human Trafficking," Woodrow Wilson International Center for Scholars. Washington DC. March 2010
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response," Mt. Kisco, NY. November 2009
- "Human Trafficking and Modern Day Slavery: Law Enforcement Tools for an Effective Response." New Orleans LA September 2009
- "Human Trafficking and Modern Day Slavery: Advanced Tools for an Effective Response." Charlotte, North Carolina. August 2009
- "Response to Human Trafficking in the U.S." Department of State International Visitors Program and the Center for International Exchange. Washington DC, July 2009.
- "A Case Study: Using Collaboration Successfully." Immigration and Customs Enforcement Human

FLORENCE REED BURKE

_____

Trafficking Unit, New York, New York.  May 2009
- "Assisting Victims of Human Trafficking," National Advocacy Center, Columbia, South Carolina. May 2009
- "The Collaborative Model," NY Immigration and Customs Enforcement, NY NY. May 2009
- "Human Trafficking and Modern Day Slavery: Advanced Tools for an Effective Response." Office to Combat Trafficking in Persons, Canadian Government, Vancouver, British Columbia. February 2009
- "Human Trafficking-It is Everywhere." Columbia University, Physicians for Human Rights, New York. February 2009
- "Working with Victims of Labor Trafficking," WEBEX training, Office for Victims of Crime, Training and Technical Assistance Center. January 2009
- "Collaboration in Representing Victims of Human Trafficking," American Bar Association National Training Institute on Civil Remedies for Human Trafficking Victims. Washington DC. October 2008
- "Crime Victim Trauma" and "Response to Victims of Torture," U.S. Immigration and Customs Enforcement, Victim Assistance Coordinator Training, St. Louis, MO. September 2008.
- "T Visas, U Visas and Other Immigration Relief: The Roles of Law Enforcement, NGOs, and the Vermont Service System,"  and  Plenary Session, "Immigrant Brothels, Bars, Massage Parlors,  and 'Strip Joints': The Intersection of Forced Labor and Commercial Sex."  U.S. Department of Justice, Fourth Annual Conference on Human Trafficking, Atlanta GA September 2008.
- "Human Trafficking and the Media," WEBEX training, U.S. Department of Health and Human Services, Ketchum Associates,  August 2008.
- "Providing Civil Remedies to Human Trafficking Victims," ABA Annual Meeting,  New York City, August 2008
- "Family Reunification: Challenges and Successes,"   Freedom Network Annual Conference. Atlanta, Georgia.  April 2008
- "Consequences of Trauma on Victims of Human Trafficking,"  "Collaboration Among NGOs and Law Enforcement," Arizona State Refugee Conference, Phoenix AZ April 2008
- Human Trafficking and Modern Day Slavery: Tools for an Effective Response, Providence Rhode Island, February 2008
- "Combating Modern Slavery: Reauthorization of Anti-Trafficking Programs," Witness Testimony, U.S. House Judiciary Committee Hearing, October 2007.
- "The Long Road to Freedom,"  invited keynote address, Fairfield University, Fairfield CT October 2007
- "Human Trafficking Viewed Through the Crime Victim Lens," NY State Crime Victim Board Conference.  Syracuse NY. October 2007
- "The NGO Role in Helping Task Forces Function Effectively: Providing Victim Services and Collaboration with Law Enforcement." Invited Panel Moderator, Third National Conference on Human Trafficking,  U.S.Department of Justice. Chicago, Illinois September 2007
- "Human Trafficking," Dept. of Criminal Justice Services, Office of Temporary Disability Assistance Inter-Agency Task Force, New York State, Albany, NY September 2007
- "Working with Victims of Trafficking in Human Beings: Standards of Assistance and Alternative Measures," Organization for Security and Cooperation in Europe (OSCE) and ASTRA co-sponsored roundtable, Facilitator.  Belgrade, Serbia. June 2007
- "Social Services for Trafficked Persons," "Task Force Collaboration."  New York

FLORENCE REED BURKE

PAGE EIGHT

Department of Criminal Justice Services Training Conference. Buffalo, NY and Rochester, NY. May 2007.
- "Modern Day Slavery in NY and Beyond." International Women's Day Annual Address, Utica College, Utica, NY March 2007.
- "Services for Trafficked Persons" "Teamwork and Collaboration." Taiwan Ministers, NGOs and Immigration Officials Conferences. Taipei, Kaohsiung, Taiwan. January 2007
- "Defining Trafficking," Marshaling Every Resource: State and Local Responses to Human Trafficking. Princeton University, Princeton, NJ. December 2006
- "Human Trafficking." US Department of Labor, State of New Jersey Department of Labor, State of New York Department of Labor, Tri-Agency Enforcement Training. New York, NY. November 2006
- "Developing a state-wide plan to respond to Human Trafficking," State of NY Office of Refugee and Immigrant Affairs. Albany, NY. November 2006
- "Partnering with NGOs," Human Trafficking Training Conference, Attorney Generals Office of New Jersey, Trenton NJ. October 2006
- "Interviewing Victims of Trafficking: Children, Sexual Abuse, and Trauma." Department of Justice, National Conference on Human Trafficking." New Orleans, LA, October 2006.
  "Modern Day Slavery in NYC and Beyond." Lincoln Center, Mostly Mozart Festival, *Zaide*. NYC. August 2006.
- "State, Local, and Federal Roles in Addressing Trafficking. " National Governor's Association, Human Trafficking Summit, Boston MA, July 2006.
- "Working as a Coalition, Training Community Organizations." DC Human Trafficking Task Force, Washington DC, May 2006.
- "Human Trafficking and Immigration Policies-What is the Impact?" Amnesty International and NYU Law School. May 2006
- "Building Capacity, Working as a Task Force." Philadelphia Coalition Against Human Trafficking. March 2006.
- "Human Trafficking-in Plain Sight." National Council of Jewish Women, Long Island, New York. January 2006
- Social Services Available to Survivors of Human Trafficking." Downstate Coalition for Crime Victims. New York, NY. December 2005
- "Psychosocial Response to Human Trafficking in the United States." Global Alliance Against Trafficking in Women. Bangkok, Thailand. November 2005.
- "Health Consequences of Human Trafficking." North American Consortium of Nursing and Allied Health for International Cooperation. NY NY. November 2005.
- " Services for Victims of Trafficking." Media 4 Humanity. NY NY. November 2005.
- "Psychological Dynamics of Human Trafficking." Vermont Service Center, DHS/CIS. St. Albans, VT. September 2005.
- "Human Trafficking in the United States: Promoting Law Enforcement Awareness," Bureau of Justice Affairs, Department of Justice Train the Trainer Program, Oak Brook, Illinois. August 2005
- "Human Trafficking," Michigan Victim Assistance Academy, Prosecuting Attorney's Association of Michigan, Grand Rapids, MI, Warren, MI, East Lansing, MI August 2005
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response," St. John's University, Queens, NY. August 2005
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response," Malone NY June 2005

FLORENCE REED BURKE_____

PAGE NINE

- "Modern Day Slavery: Human Trafficking," The National Center for Victims of Crime first National Conference, Washington DC, June 2005
- "Overview of Human Trafficking and a Coordinated Response."  U.S. Attorney's Multi-Disciplinary Task Force, Long Island NY, May 2005
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response." Rochester NY, May 2005, Syracuse NY, May 2005
- Human Trafficking in the United States: Promoting Law Enforcement Awareness," Bureau of Justice Affairs, Department of Justice Train the Trainer Program, St. Petersburg, FLA, April 2005.
- "Psychological Dynamics of Human Trafficking"; "Ethics Roundtable"; "NYC Model of Collaboration," Third Annual Freedom Network Conference, Los Angeles CA March, 2005.
- "NYC Model of Collaboration on Trafficking Issues,"  "Factories, Farms and Families." Fourth Annual Symposium on Victims of Federal Crime, Atlanta GA, March 2005
- "Hidden, Inhumane and Illegal-the Crime of Human Trafficking,"  National Council of Jewish Women, NY NY March 2005
- "Human Trafficking and Modern-Day Slavery: Basic Tools for an Effective Response." NYS Office of Temporary and Disability Assistance, Bureau of Refugee and Immigrant Affairs, Albany NY, March 2005
- "Task force Organization", "Know Your Client," "Working with Law Enforcement," "Interviewing Victims," "Case Studies," "Working with NGOs" "Engaging the Community." DOJ, Bureau of Justice Affairs, Human Trafficking Task Force Initiative Training Conference, Houston TX, February 2005
- "Human Trafficking and Modern-Day Slavery: Basic Tools for an Effective Response." Richmond, VA. February 2005
- "Collateral Damage: The Impact of War."  Invited lecture, Columbia University School of Social Work. New York. January 2005.
- "Human Trafficking and Modern-Day Slavery: Basic Tools for an Effective Response."  World Relief, New Port Richey, Florida.  December 2004
- "Victim Service Providers,"  "Engaging the Community."  Human Trafficking in the United States: Promoting Law Enforcement Awareness.  Institute on Intergovernmental Research. Newport Beach, CA. November 2004.
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response. Arizona League to End Regional Trafficking. Tucson, AZ November 2004
- "From Victim to Survivor," Conference on Human Trafficking at Regis College.  Boston, Mass. October 2004.
- "Health and Mental Health Concerns of Victims of Trafficking,"  Family Violence Prevention Fund Domestic Violence and Healthcare Conference.  Boston, Mass. October 2004.
- "Identifying and Combating Modern Day Slavery," U.S. Attorney, District of Connecticut, U.S. Department of Justice, New Haven, Connecticut, September, 2004.
- "Building Collaborations to Respond to Trafficking," sponsored by Family Violence Prevention Fund, Calloway Gardens, Georgia, September, 2004
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response," Florida Coalition Against Domestic Violence, Tallahassee, Florida. July 2004.
- "A Comprehensive Anti-Trafficking Program,"  Red Hook Community Justice Center, Brooklyn, NY. June, 2004
- "Coordinating a Trafficking Case,"  New York, NY, June, 2004
- "Dimensions of Human Trafficking and Modern Day Slavery," Brooklyn, NY, April, 2004

FLORENCE REED BURKE
_____    PAGE TEN

- "Domestic Violence, Human Trafficking and Sexual Slavery," New York State Coalition Against Domestic Violence Annual Conference, Albany NY, February 2, 2004
- "Human Trafficking: Modern Day Slavery: Basic Tools for an Effective Response," Washington DC, January 8-9 2004
- "Human Trafficking and Modern Day Slavery," Nassau County Coalition Against Sexual Assault, Hempstead, NY, December 16, 2003
- " Providing Services to Victims of Trafficking." New York Police Department, Manhattan District Attorneys office.  New York, NY  December 10, 2003
- "The NYC Community Response to Trafficking," Freedom Network Annual Conference, December 1-2 2003.
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response," Buffalo, NY September 29, 2003, Brunswick, NJ October 2, 2003; Dallas, TX October 23-24, 2003; Phoenix, AZ October 27-28, 2003
- "Human Trafficking and Modern Day Slavery: Basic Tools for an Effective Response," Florida Coalition Against Domestic Violence," Tampa, Florida September 9, 2003.
- "The NYC Response to Human Trafficking," United Nations Conference on Human Dignity and Security," New York NY September 8, 2003
- "Human Trafficking: Modern Day Slavery," Women in Federal Law Enforcement National Conference, Washington DC  August 6, 2003
- "Service Needs of Trafficked Persons," Interdisciplinary International Videoconference.  New York NY, Washington DC, Tel Aviv and Jerusalem, Israel July 30, 2003
- "Overview of Human Trafficking and Modern-Day Slavery," International Rescue Committee, Newport Beach CA June 12-13, 2003
- "An Introduction to Human Trafficking," Nassau county Coalition Against Domestic Violence, Hempstead, NY  May 22, 2003
- "Trafficking in Persons," Pennsylvania Refugee Mental Health Network. Philadelphia, PA        May 20, 2003
- "An Investigative Analysis of Those Who Exploit Women and Children." National Center for Women and Policing, Annual Leadership Conference,  Los Angeles, CA  April 24,  2003.
- "Adding Human Trafficking to the Human Rights Agenda," Doctors of the World, NYC, February 2003.
- "Strategies and Challenges to Providing Services to Trafficked Persons."  NYC Community Response to Trafficking Conference, NYC.  December 11-12, 2002.
- "Human Beings for Sale: The Emotional Cost of Trafficking," Here, Now. Justice for All, A Nassau Community College Symposium,  Garden City, NY. November 18-21 2002.
- "Practical and Legal Issues in Dealing with Victims of Trafficking,"  Human Trafficking Seminar, Office of Legal Education, Department of Justice, Columbia, South Carolina. October 8-9, 2002.
- "Post-Traumatic Stress and the Refugee Experience," "Trafficking of Persons: Modern Day Slavery,"  Ohio Statewide Refugees and Immigrants Conference.  Columbus, Ohio. September 25-26, 2002.
- "Psychological Dynamics of Trafficking."  Church World Service Annual Conference. New York, NY.  August 23, 2002.
- "Trafficking of Persons: Modern Day Slavery." National Alliance for Multicultural Mental Health, Immigration and Refugee Services of America Annual Conference. Atlanta, Georgia. June 9-11, 2002.
- "In Detention and Seeking Asylum: The Psychological Interview Process in Two Voices," National Alliance for Multicultural Mental Health, Immigration and Refugee Services of America Annual Conference. Atlanta, Georgia.  June 9-11, 2002.
- "The Aftermath of 9/11: Its Effect on Refugees."  National Alliance for Multicultural Mental

FLORENCE REED BURKE

PAGE ELEVEN

Health, Immigration and Refugee Services of America Annual Conference. Atlanta, Georgia.  June 9-11, 2002.

- "Psychological Impact of Trafficking and Services Needed."  2002 Workshops on Trafficking in Persons, Freedom Network USA, Washington DC. May 21, 2002.
- "Torture and Trafficking of Human Beings."  New York State Crime Victims Board 2002 Statewide Conference, May 7, 2002. Saratoga Springs, NY.
- "Refugee Mental Health and Clinical Approaches to Working with Survivors of Torture." Steinway Child and Family Services, NYC.  March-April, 2002.
- "Refugee Mental Health and Stress Management Techniques for Caregivers."  Refugee and Immigration Services-Triangle. Raleigh, North Carolina.  February 2002.
- "Dynamics of Trafficking-Vulnerabilities and Psychological Impact."  Training for T Visa adjudicators, Immigration and Naturalization Service, St. Albans, Vermont. January 2002
- "Therapeutic Skills for Non-Clinicians working with Refugees."  Catholic Charities Immigration Program, NYC. January 2002.
- "September 11th- Impact on College Students."  City University of New York Counseling Staff, NYC. Oct. 2002.
- "The Effects of Trauma on the Interview Process."  Association of the Bar of the City of New York, NYC. October 2001.
- "The Psychological Impact of Torture," Safe Horizon/Staten Island Community Programs, June 2001.
- "Families as sources of Support, sources of Stress: Addressing Intergenerational Issues." Immigration and Refugee Services of America's National Alliance for Multicultural Mental Health conference, Galveston, Texas, June 2001
- "Caring for the Caregiver: Stress Management for Direct Service Providers." IRSA's National Alliance for Multicultural Mental Health Conference, Galveston, Texas, June 2001.
- "The Impact of Torture and Trauma on Refugee Families and Children." Greenwich House, NYC. April-May, 2001.
- "Trafficking and Slavery: Victim Issues," Third National Symposium on Victims of Federal Crime, January 2001.
- "Practical Considerations in Dealing with Victims of Trafficking," Worker Exploitation Task Force Seminar, Office of Legal Education, Executive Office for United States Attorneys, Columbia, South Carolina, December 2000.
- Miriam's Story, Art and Resilience." NYU International Trauma Studies Program, June 2000.
- "Deaf, Mexican, and Illegal: A Slavery Ring in New York City."  4th International Congress of the Americas, Universidad de las Americas-Puebla.  Cholua, Puebla, Mexico. October 1999.
- "Mental Health and Deafness, the American Perspective."   Le Verseau, Marseille, France, May 1999
- "Trauma and Treatment," The Camargo Foundation, Cassis, France.  May 1999.
- "Deaf Mexican Peddlers: Victimization and Courage," First World Conference on Mental Health and Deafness. Gallaudet University, Washington D.C. October, 1998.
- "Discrimination and Disability", International Congress for Global Peace.  Yamagata, Japan, October 1998

## HONORS

- Inaugural Presidential Award for Extraordinary Efforts to Combat Trafficking in Persons. President's Interagency Task Force, White House. Washington DC. May 2013

FLORENCE REED BURKE

PAGE TWELVE

- National Crime Victim Service Award for Outstanding Service on Behalf of Victims of Crime, Attorney General of the United States. Washington DC, April 2007.
- The Annual Paul and Sheila Wellstone Award for outstanding contribution to combating human trafficking in the United States presented by the Freedom Network USA, Miami, FL May 2007
- Commendation Award for assistance to victims of human trafficking and support to the Wage and Hour Division, U.S. Department of Labor.  New York, NY. May 2007
- Recognition Award for Advocacy on Behalf of Victims of Human Trafficking, Civil Rights Division, U.S. Department of Justice. Washington DC.  April 2007.
- Recognition Award, United States Attorney's Office, Eastern District of New York, September, 2006.
- Office for Victims of Crime nominee for Innovative Leadership, 2005
- Roy W. Dean Film competition, runner-up, "Tokens and Trinkets: Slavery in the Subways."  April 2001
- Recognition Award, United States Attorney's office, Eastern District of New York, February 1998.
- Department of Justice nominee for White House Award  1998

## SPECIAL PROJECTS

- Webinar- "How to be an Expert Witness." Planning, curriculum development and teaching. Sponsored by HEAL Trafficking and Human Trafficking Legal Center. 6/16/22.
- Institute for Intergovernmental Research, Subject Matter Expert. Labor Trafficking. April 2019-2021
- Grant Review. Oak Foundation, Geneva Switzerland. November 2019
- Women's Foreign Policy Group Mentoring Program. February 2018
- NEO Philanthropy/Oak Foundation advisor, convening facilitator 2016
- Urban Institute, Northeastern University Panel, " Hidden in Plain Sight: Labor Trafficking in America. Washington DC. October 2014
- National Advocacy Organization Roundtable: The Intersections of Human Trafficking, Domestic and Sexual Violence. Washington DC. September 2014
- Google Ideas Roundtable in Preparation for Google Summit.  Mountain View, CA  May 2012
- Vision 21 Forum: Transforming Victim Services Initiative. Charleston, South Carolina. September 2011
- Train the Trainer session for the Criminal Justice Practitioners of Portugal, Vienna Austria. April 18-20. 2011
- Invited Seminar Participant, "Beyond Ideology: Interdisciplinary Research on Trafficking, Forced Labor and Migration." Radcliffe Institute. Harvard University. Cambridge MA. February 2011
- Curriculum Review, Office to Combat Trafficking in Persons, Vancouver, Canada
- Evaluator, Ayuda Counter-Trafficking Program, Washington DC, 2010-2012
- Evaluator, Mosaic Family Services, Human Trafficking Program. Dallas TX  2010-2011
- Co-Author, Task Force Guide, OJP-OVC  2009-2010
- Curriculum Review, Regional Community Policing Institute Advanced Human Trafficking Investigations Course.  March 2010
- Facilitator, National Institute of Justice, "Investigating Trafficking in Persons: Learning from the Experience of State, Local and Tribal Law Enforcement." January. 2010
- Freedom Network Training Institute, Coordinator, Trainer and Materials Development

FLORENCE REED BURKE
_____
                                                    PAGE THIRTEEN

- Review of NVAA Resource Paper, OVC Training and Technical Assistance Center
- Peer Review Panel for National Institute of Justice Grant Solicitation 2009
- Peer Review Panel for Department of Health and Human Services Rescue and Restore Grant Solicitation 2008
- Peer Review Panel for Department of Justice BJA and OVC Grant Solicitations 2008
- Expert Working Group, UNODC, Materials for First Responders, Vienna, Austria,  May 2008
- Curriculum Development Group, Institute for Intergovernmental Research, Atlanta, GA May 2003

## VIDEOS

- "Human Trafficking: A Training Video for Service Providers, Office for Victims of Crime/Safe Horizon. May 2007
- "Give Us Freedom: Liberty and Justice for Victims of Modern-Day Slavery." U.S. Department of Justice video. 2006
- "First Response to Victims of Crime," (interview about trafficking and immigrant issues) video for the National Sheriffs' Association, 2005
- Liberty and Justice for Victims of Modern-Day Slavery," U.S. Department of Justice video. (Social Service-Victim Centered Perspective interview) 2004
- Dying to Leave, a Hilton Cordell Production, video about smuggling and human trafficking. (interview) 2003

## CONSULTATION CLIENTS

- Office to Combat Trafficking in Persons, Vancouver, Canada
- State of NY Office on Temporary Disability Assistance, Human Trafficking Program
- Safe Horizon, NY
- Taipei Women's Rescue Foundation, Taiwan
- Global Alliance Against Trafficking in Women, Thailand
- Presbyterian Church USA
- Office for Victims of Crime/Bureau of Justice Affairs
- Ayuda, Washington DC
- Catholic Charities, Long Island
- Mosaic Services, Dallas, TX
- Damayan Migrant Workers Association
- NEO Philanthropy
- Oak Foundation
- SAFE Center, University of Maryland

## PROFESSIONAL ORGANIZATIONS

- The International Society for Traumatic Stress Studies
- The New York City chapter of the International Society for Traumatic Stress Studies
- Founder Emeritus, 2011-present. Freedom Network USA
- Worker's Rights Law Center Board Member 2008-2009
- Family Violence Prevention Fund National Advisory Group

13

- Freedom Network Training Institute. Coordinator 2008-2011
- NY Statewide Advisory Committee on Human Trafficking
- NY Anti-Trafficking Network Steering Committee 2003-2013

8/2022