# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER et al.,

    Plaintiffs,

    v.                                Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE et al.,

    Defendants.

_____/

**Declaration of Michael Rinder**

1. My name is Michael Rinder, I am over the age of 21, and I have personal knowledge of the facts stated herein, which I declare are true and correct subject to the penalty for perjury.

2. I was raised in a Scientology family from the age of six. I joined the Sea Organization in April 1973 at the age of eighteen and remained a full-time employee of scientology until June 2007. I am well versed on the policies and procedures of the scientology organization.

3. The Sea Organization is scientology's work force who sign a billion year "Sea Org contract." Children whose parents are Sea Org members have signed promises to join the Sea Org for a billion years when they are as young as six years old, and they are told to sign additional Sea Org "contracts" when in their early to mid teens and it is time for them to be put to work in the Sea Org.  (Children in the so-called "Cadet Org" were also put

to work, but when they arrive in Sea Org there is little to their lives other than work.) They are not told that it is not a real, enforceable contract, because it is useful in priming them for the many documents they will be required to sign during their lives, none of which will be explained to them.

4.  Sea Org members live in Scientology-owned facilities, and are provided food, uniforms, medical care and transportation by the organization in exchange for their working 16 hours a day or longer, 7 days a week, and almost no pay, in furtherance of achieving the aims of scientology.

5.  The senior echelons of scientology are manned exclusively by Sea Org members. Every person in Religious Technology Center, Inc. ("RTC"), Church of Scientology International, Inc. ("CSI"), Church of Scientology Flag Service Organization, Church of Scientology Flag Ship Service Organization, and IAS Administrations, Inc. ("IASA") is a member of the Sea Org. You cannot work in these organizations at any level if you are not.

6.  Sea Org authority is independent of and superior to the corporate structure of scientology. Longevity, willingness to endure extreme treatment and conditions, proven unquestioning obedience and loyalty to higher authorities, foremost being absolute loyalty to David Miscavige are deciding factors in a Sea Org member's status, reflected in their position in the command chain leading up to David Miscavige and their "rank" (which is based on the US Navy -- ranging from swamper at the lowest, through Petty Officers, Midshipmen and Ensigns all the way to Captain). Sea Org members with higher status or rank are superimposed over the scientology corporate management structure such that even corporate officers and directors must

report to and follow the directives of Sea Org members with higher status or rank. The most senior Sea Org member in scientology, and thus the ultimate authority, is Captain David Miscavige (when L. Ron Hubbard was alive, he was the most senior Sea Org Officer, titling himself "Commodore" – that rank was retired upon his death). As Hubbard's successor, Sea Org "Captain" and "leader of the scientology religion," Miscavige has absolute control over all persons, organizations, trusts and legal entities that are part of the scientology network.

7.  For most of the time between 1982 and 2007 I was a senior official in CSI, the so-called mother church of scientology. I was continuously a member of the Board of Directors of CSI from its inception in 1982 until I escaped in 2007. During this time, I also held various positions in the Watchdog Committee (WDC), including WDC Chairman.

8.  During the majority of the time between 1982 and 2007 I was the most senior official within CSI responsible for "external affairs," meaning government and media relations, investigations and intelligence operations, as well as all litigation and legal matters. These functions are performed by the Office of Special Affairs ("OSA") and I was the head of OSA for most of this time.

9.  Though my title and position were within CSI, I worked under the exclusive direction of David Miscavige (the self-titled Chairman of the Board of RTC or "COB RTC" or nowadays simply "COB"), either personally or through his senior representatives in RTC: Mark ("Marty") Rathbun and to a lesser extent Warren McShane and Mike Sutter. Even though there were

people nominally senior to me in CSI, they were senior in title only. I reported to Miscavige and RTC and they directed my activities.

10. Similarly, I directed the Offices of Special Affairs around the world from the Office of Special Affairs International ("OSA Int") in Los Angeles, including the Office of Special Affairs located at Flag Base in Clearwater (OSA Flag). OSA Flag is organizationally a component of FSO, but managers of the local scientology orgs in Clearwater such as FSO and FSSO had no authority over OSA Flag, which exclusively reports to and is directed by the Office of Special Affairs International, the Commodore's Messenger Org (CMO) and RTC, in particular, David Miscavige.

11. CMO International is also organizationally a component of CSI, but it operates under the exclusive direction of David Miscavige. There are CMO personnel situated locally in scientology Sea Org organizations around the world, including Clearwater. Local CMO personnel ONLY report to and take direction from CMO International and RTC. The local RTC staff, including in Clearwater, report to and are directed exclusively by more senior personnel within the RTC, which is ultimately David Miscavige.

12. CMO and RTC personnel carry the weight of the authority of David Miscavige. Every person, in every organization, no matter how senior their position within the corporate management structure, is subordinate to and must follow the directions of CMO and RTC personnel.

13. I have more than two decades of personal experience working for David Miscavige dealing with the most pressing "external affairs" matters –

from negotiations with the IRS concerning scientology's tax-exempt status, to silencing "attackers," responding to media and overseeing scientology's litigation of numerous lawsuits. Miscavige has always maintained personal and direct control over situations he felt threatened his position of authority and power or would harm his image, including monitoring and handling critics, litigation and responses to government proceedings or investigations.

14.   I was hand selected by David Miscavige and brought to Los Angeles from Florida in April 1981 to participate in the purge of the "Guardian's Office" which had been the arm of the former scientology organization that had been responsible for "external affairs" but had been caught and prosecuted by the US Government for illegal acts. This in turn had engendered civil litigation which at the time was moving towards judgments against the scientology and threatened to drag founder L. Ron Hubbard into civil and potentially criminal liability. There was a corporate restructuring, including the creation of CSI, the Guardian's Office was disbanded, and OSA became its heir.

15.   At Miscavige's direction, extensive and elaborate methods were employed to shield Hubbard from liability or service of process. After Hubbard died in 1986 and Miscavige took over, similar methods are employed to shield Miscavige from liability, or being served with summonses and subpoenas. This includes the security guards in all Sea Org facilities being drilled to refuse entry to anyone seeking to serve David Miscavige and to refuse to divulge any information about his whereabouts or to answer any question with anything other than "I don't know, please leave." Since joining the Sea Org when he was 16 years old, David Miscavige (like all other Sea

Org members) has not maintained his own residence. He has exclusively lived and worked in properties owned by the defendants in this case.

16. Miscavige is acutely aware of personal liability and carefully uses subterfuge to make it appear he has no connection to unsavory or potentially tortious or criminal activities. He talks on the phone or in person with no record to his trusted "lieutenants" about "sensitive matters" (such as anything relating to the "handling" of "attackers," defined as anyone who threatens his position or the scientology organization through exposure in the media, on the internet or in the legal arena). If written communication about such matters is required, it is not signed by him and gives no indication who it was written by. At times Miscavige even writes about himself in the third person to disguise the true authorship (e.g. "this would impact COB" rather than "this would impact me.") This is a practice developed by Hubbard. Other times Miscavige instructs his lieutenants to issue orders in their name. This happened hundreds if not thousands of times where I would relay Miscavige's orders to underlings in various scientology organizations around the world in my name.

17. As part of the corporate structure designed to shield Hubbard and now Miscavige from liability, licensing agreements were implemented between the various corporations of scientology. These give the top of the hierarchy (RTC and CSI) complete control over all scientology entities (including FSO, FSSO and IAS Administrations) through legal "nuclear options" in addition to the direct control exerted through the Sea Org chain of command. As with all scientologists, every member of every scientology board of directors (including FSO, FSSO and IASA Administrations) is required to

be "in good standing" with CSI, but unlike other scientologists, "good standing" for directors has legal significance. If CSI declares a director to no longer be in good standing, which is an entirely discretionary decision that CSI can make, the director must immediately be removed from the board. CSI sublicenses scientology organizations to use the copyrights of scientology. Those rights can also be withdrawn at any time by CSI. Similarly, RTC licenses the use of so called "Advanced Technology" to FSO and FSSO, along with the use of scientology's trademarks to all scientology organizations, including CSI. RTC can rescind these licenses should they decide to do so for any reason. This gives RTC ultimate corporate and legal control over all organizations, including CSI, FSO, FSSO and IASA.

18. RTC derives the entirety of its income from a license fee paid for use of the Advanced Technology. Historically, approximately 75% of RTC's income has derived from the FSO, which owns and operates the numerous properties in Clearwater known as "Flag Land Base (Flag)," and is the single largest source of revenues in scientology. Flag is where many classes and services are provided, as well as where most of the large programs and events are held, and scientology members around the world travel to participate in these services and programs and attend these events year-round. Scientologists pay fees for each service as well as for housing and meals provided in FSO facilities at Flag. In addition, IASA's staff in Clearwater seek to persuade visitors to contribute additional funds, and it regularly sponsors its own major events to generate revenues, which are kept separate from the funds generated by FSO. These IAS funds are distributed to scientology orgs, including CSI, to cover expenses and fund operations (including when OSA has a need), acquire real estate, or pay for whatever

else Miscavige directs it to pay. For these reasons, Flag has always been the most significant center of operations and activities for scientology, and thus RTC has always maintained a significant presence in Clearwater, with offices in buildings at Flag where other orgs house their primary offices and operations.

19.     The only RTC location with more staff than Clearwater was the RTC "head office" in California where Miscavige was located. A good proportion of the RTC staff service Miscavige directly – typists, secretaries, household staff, cooks, assistants and the like, along with Miscavige's "lieutenants" in RTC. Miscavige now lives in Florida, so in addition to the RTC staff that have traditionally been located in Clearwater to oversee the activities of the orgs there, many of the staff that were formerly in Los Angeles would now be located in Clearwater. RTC have traditionally had their own offices in Clearwater, including in the Ft Harrison, Sandcastle and West Coast buildings (and now in the so-called "Super Power" building, also known as the "Flag Building") and residences in a separate wing of the Hacienda Sea Org berthing complex. These buildings are FSO facilities, RTC rents or leases them. However, this is not a typical lessor/lessee relationship. No FSO employees may enter any RTC spaces without authorization, though RTC staff must be granted access to any FSO facilities if they so desire. In the 1990s, four RTC residences were combined and renovated to create a spacious and luxurious residence for Miscavige. Since the construction of the residence, that is where he has always lived when in Clearwater. Miscavige's office is located in the Flag Building, although he can and does work in other RTC offices around Clearwater.

20. Until the early 2000's there were executives in RTC who were deputized by Miscavige to perform various functions and there were also executives in CSI (including the highest echelon on the "Watchdog Committee" and several other executive groups). Though they all operated under his control and directives, there was some semblance of an organized management structure with distributed responsibilities for oversight of scientology's many entities and organizations. But to consolidate his power and control, during the first decade of the 2000's these personnel were purged by Miscavige, and the positions have remained unfilled. Since those purges, the senior executive echelon of scientology only exist on paper to give the appearance of a corporate structure. David Miscavige holds all executive power and authority across all of scientology, with the corporations under him performing various functions to continue maintaining the fiction of separately managed entities operated under independent boards of directors. However, none of the Defendants in this case have independent boards of directors or officers; as I explain above, regardless of any appearance of corporate separateness, CSI and RTC alone have the power to remove those persons from their positions at any time, and there is no recourse.

21. One of the paramount concerns of David Miscavige is monitoring "blows" (people who escape the Sea Org without permission, which is only granted after going through an arduous and punitive "routing out" process) – especially those who have had direct personal contact with him, or those who have familial or other connections which lend themselves to becoming possible legal or PR problems for him or scientology. When someone has blown, OSA's first responsibility is to engage in efforts to locate and "recover" that person, through pressure and intimidation if they do not willingly

comply. When I was the head of OSA, I had to report on any blows to Miscavige first thing each day. In addition to the reports on the blows, he receives a daily report on everything that has occurred in scientology litigation around the world, the activities of "threats" and "attackers" (including former Sea Org members who have been declared Suppressives because they spoke out against scientology or Miscavige, reported crimes to law enforcement or cooperated as witnesses in government investigations and proceedings, or filed lawsuits), and all media mentions of himself or scientology.

22. Sea Org members and scientology staff are required to sign various documents designed to protect the organization from liability. OSA has the job of ensuring every Sea Org member has signed these releases and copies are kept on file. This is considered an important function of OSA.

23. Sea Org members and scientology staff are conditioned to sign documents presented to them without questioning or even reading them. It is understood that to question or refuse to sign will result in disciplinary action, including any or all of the following: being confined to the premises as a "security threat," having a "guard" watch you 24 hours a day, being assigned to manual labor ("MEST work" in scientology jargon), interrogation on an E-Meter, "lower conditions" and separation from one's spouse.

24. There is a specific procedure for anyone seeking to leave the Sea Org, and it is particularly intensive for anyone who had access to the activities of David Miscavige. I oversaw these protocols as the head of OSA. Often the signing of these documents is recorded on video. These are carefully

staged to make it appear the person has had an opportunity to change the document, is freely signing and is even happy to do so. But the threat of not being able to leave and being punished results in many of these people signing whatever is presented to them (even provably untrue statements of self-incrimination) and claiming to be happy doing so.  Prior to these very cursory sessions, exiting Sea Org members are not provided copies of the documents they will be told to sign, they have no opportunity to consult with an attorney.  Once in the room, the exiting member is not permitted to have anyone accompany them to help them understand the documents and they have no meaningful opportunity to read them. Further, OSA or security staff will be present outside the view of the camera to reinforce the very familiar understanding that there are no choices and no freedom in the Sea Org, including inside that room. The sense of desperation and fear of more punishment is so great, that they will do anything expected of them just to be able to walk out the door.

25.    Until the Garcia arbitration several years ago, there had never been a scientology "arbitration." It remains the only one that has ever been held. To the extent the arbitration is required to be conducted by a panel of "arbitrators," those arbitrators must be "in good standing" as determined by CSI, and they are directed and controlled at all times by scientology's "International Justice Chief" (IJC). The IJC is a Sea Org member and employee of CSI. The IJC, in any matters concerning dispute resolution proceedings in the context of litigation, is directed by OSA. To maintain good standing, arbitrators' decisions must be approved by the IJC. Should the IJC disagree with the findings he may order the "arbitrators" to be punished.

26. Scientology arbitration is governed exclusively by the internal laws of scientology, to the exclusion of state and federal law. An arbitrator who applied state or federal law instead of the laws of scientology would immediately lose their "good standing" status and they would be subject to punishment.

27. Legal representation is not permitted in scientology proceedings, including arbitration. In the Garcia case, they were not permitted to bring their lawyers to the arbitration proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2022.

_____
Michael Rinder