# EXHIBIT 2





THE PLAC

You're invited to an Epic Seri
from Chairman of the Board F

# TALK ABOUT A FLAG-EXCLUSIVE.

Chairman of the Board RTC has been setting the stage for the future with regular briefings at our Friday night Graduations.

Flag truly is the center of our universe.

Step into what feels like a "staff meeting" with the leader of our religion.

See our *future.*

Be *uplifted and inspired.*

Find out how Scientology is flourishing and prospering *no matter what.*

## CE TO BE
### es of Exclusive Presentations
### Religious Technology Center.

 **BRIEF BREATH IN ETERNITY**

 **NEW YEAR'S EVENT 2021**

 **WEEK 1 FIRST BRIEFING**

 **WEEK 6 FREEWINDS® UPDATE**

 **WEEK 2 NEVER STOPPED DELIVERING**

 **WEEK 7 OPENING OF US ORGS**

 **WEEK 3 NOT ON PAUSE**

 **WEEK 8 CALIFORNIA UPDATE**

 **WEEK 4 ORDERS OF MAGNITUDE**

 **LRH BIRTHDAY SOURCE BRIEFING 2021**

 **WEEK 5 TRAVELING WITH SANTA**

 **NEW YEAR'S EVENT 2022**

 **LRH BIRTHDAY SOURCE BRIEFING 2022**

 **WEEK 9 — NEW FLAG PROTOCOLS**

## RESERVE YOUR SEAT TODAY
# (727) 445-4366 | events@fso.org
## DON'T MISS THESE BRIEFINGS

© 2022 CSFSO. All Rights Reserved. Flag Service Organization Corporate Symbol, Dianetics Symbol, Scientology Symbol, Scientology Cross (pointed), SCIENTOLOGY, FREEWINDS, Sea Org Symbol and FLAG are trademarks and service marks owned by Religious Technology Center and are used with its permission. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks. Printed in U.S.A. Job #18448720616/Local

NONPROFIT ORGANIZATION
U.S. POSTAGE PAID
CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION

Church of Scientology
Flag Service Organization
P.O. Box 31751
Tampa, FL 33631-3751, U.S.A.

"WE ARE CREATING A NEW WORLD." — S.M.

"COB's actions are legendary. These times will be mentioned in history because they are pivotal." — T.D.

"COB is pumping life into the world. There is hope! The planet really needs it and we are the ones that are going to give it to them." — A.G.

"To have this personal briefing from COB — directly from him to us — brings a brighter view to the future." — M.F.