# EXHIBIT 3

## AMENDED RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:22-CV-00986

Plaintiff:
**GAWAIN BAXTER, LAURA BAXTER AND VALESKA PARIS**

vs.

Defendant:
**DAVID MISCAVIGE, ET AL**


RLJ2022005342

For:
Shana M. Solomon, Esq.
Preti|Flaherty
60 State Street
Suite 1100
Boston, MA 02109

Received by Brian L. Jones on the 6th day of May, 2022 at 10:08 am to be served on **DAVID MISCAVIGE, THE FORT HARRISON, 210 S. FT. HARRISON AVENUE, CLEARWATER, FL 33756**.

I, Brian L. Jones, do hereby affirm that on the **3rd day of June, 2022** at **10:50 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL** for the reason that I failed to find **DAVID MISCAVIGE** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
5/6/2022  12:15 pm  Attempted service at THE FORT HARRISON 210 S. FT. HARRISON AVE, CLEARWATER, FL 33756 spoke with security and they stated David Miscavige was not in town
5/31/2022  4:15 pm  Attempted service at THE FORT HARRISON 210 S. FT. HARRISON AVENUE, CLEARWATER, FL 33756 spoke with security person named Tyler stated David Miscavige does not live here and that he was not here. Agreed to accept my card and send it to legal

I certify that I am over the age of 18, and that I am not a party to nor interested in the outcome of the above entitled suit.  Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true (F.S. 92.525).

**Brian L. Jones**
Process Server No APS26483

**Robert L. Jones, Inc.**
rljones@processpi.com
**P.O. Box 6415
Clearwater, FL 33758-6415
(727) 442-9269**

Our Job Serial Number: RLJ-2022005342

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

## VERIFIED RETURN OF NON-SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **Middle District Court** |

Case Number: 8:22-CV-00986

Plaintiff:
**GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,**

vs.

Defendant:
**DAVID MISCAVIGE, et al.,**


RCG2022028191

For:
Neil Glazer
Kohn, Swift & Graf, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103

Received by Hector Ramos on the 1st day of July, 2022 at 4:49 pm to be served on **David Miscavige, 551 N Saturn Ave, Clearwater, FL 33755**.

I, Hector Ramos, do hereby affirm that on the **5th day of July, 2022** at **8:38 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT AND DEMAND FOR JURY TRIAL** for the reason that I failed to find **David Miscavige** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/5/2022 8:13 am  Attempted Service at 551 N Saturn Ave, Clearwater, FL 33755, Spoke with Security Guard at the gate, stated David Miscavige was not there and did not live there, he refused to provide any additional information and could not confirm his current whereabouts.
7/5/2022 8:26 am  Attempted Service at 215 S. Ft. Harrison Ave, Clearwater, FL 33756, Stopped by security guard outside of building, stated David Miscavige was not there and he did not work out of that building, he refused to provide any additional information regarding his current whereabouts. He refused to contact anyone to confirm where he was currently located.
7/5/2022 8:35 am  Attempted Service at 200 N. Osceola Ave, Clearwater, FL 33755, as I parked in the parking lot I was immediately stopped by a security guard who came from the side of the building, Security guard stated David Miscavige was not there and did not work in this building, he refused to answer any of my questions and told me I was on private property and asked me to leave

 If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state  where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.  (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

_____
**Hector Ramos**
APS 88133 / CPS 19-972884

**Keck Investigation Services LLC**
**19101 Cortez Blvd**
**Ste 12013**
**Brooksville, FL 34603**
**(727) 254-1994**

Our Job Serial Number: RCG-2022028191

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

# VERIFIED RETURN OF NON-SERVICE

**State of Florida**  **County of**  **Middle District Court**

Case Number: 8:22-CV-00986

Plaintiff: **GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,**
vs.
Defendant: **DAVID MISCAVIGE, et al.,**

RCG2022028431

For:
Neil Glazer
Kohn, Swift & Graf, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103

Received by Hector Ramos on the 11th day of July, 2022 at 6:19 pm to be served on **David Miscavige, 551 N Saturn Ave, Clearwater, FL 33755**.

I, Hector Ramos, do hereby affirm that on the **12th day of July, 2022** at **1:53 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT AND DEMAND FOR JURY TRIAL** for the reason that I failed to find **David Miscavige** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/12/2022  1:41 pm  Attempted service at 215 S. Ft. Harrison Ave, Clearwater, FL 33756, arrived at the steps outside of the building and was immediately stopped by two security guards outside, I inquired the whereabouts of David Miscavige and was advised he did not live there and did not work out of that location, he did not know where he is currently living or where he works at, he refused to provide any more information and confirmed there is only 1 main entrance to the whole building and that is where I attempted
7/12/2022  1:31 pm  Attempted service at 551 N Saturn Ave, Clearwater, FL 33755, arrived at the gate and inquired the whereabouts of David Miscavige, the security guard advised he did not live there and did not know where he is currently living, refused to provide any more information
7/12/2022  1:46 pm  Attempted service at 210 S. Ft. Harrison Ave, Clearwater, FL 33756, arrived at the front entrance and was immediately stopped by two security guards and inquired the whereabouts of David Miscavige, the security guard advised he did not live there and did not work out of this location, he did not know where he is currently living or where he is currently working out of, refused to provide any more information, 1 of the security guards from the 215 S Ft Harrison Ave address arrived at the main entrance as well and was standing by as I inquired and asked questions about David Miscavige
7/12/2022  1:53 pm  Attempted service at 200 N. Osceola Ave, Clearwater, FL 33756, upon my arrival to the main parking lot I was immediately stopped by a security guard and inquired the whereabouts of David Miscavige, the security guard advised he did not live there and did not work out of this location, he did not know where he is currently living or where he is currently working out of, refused to provide any more information, a second security guard arrived in a vehicle and parked behind my vehicle as well and was standing by as I inquired and asked questions about David Miscavige

## **VERIFIED RETURN OF NON-SERVICE For 8:22-CV-00986**

If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.  (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

_____
**Hector Ramos**
APS 88133 / CPS 19-972884

**Keck Investigation Services LLC**
**19101 Cortez Blvd**
**Ste 12013**
**Brooksville, FL 34603**
**(727) 254-1994**

Our Job Serial Number: RCG-2022028431

# VERIFIED RETURN OF NON-SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **Middle District Court** |

Case Number: 8:22-CV-00986

Plaintiff:
**GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,**

vs.

Defendant:
**DAVID MISCAVIGE, et al.,**


RCG2022028895

For:
Neil Glazer
Kohn, Swift & Graf, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103

Received by Hector Ramos on the 26th day of July, 2022 at 12:07 pm to be served on **David Miscavige, 118 N Ft. Harrison Ave, Clearwater, FL 33755**.

I, Hector Ramos, do hereby affirm that on the **26th day of July, 2022** at **1:32 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT AND DEMAND FOR JURY TRIAL** for the reason that I failed to find **David Miscavige** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/26/2022  1:26 pm  Attempted Service at 215 S. Ft. Harrison Ave, Clearwater, FL 33756, arrived at the steps outside of the building and was immediately stopped by a security guard outside, I inquired the whereabouts of David Miscavige and was advised he did not live there and did not work out of that location, he did not know where he is currently living or where he works at, he refused to provide any more information and could not confirm whether RTC was based out of there
7/26/2022  1:32 pm  Attempted Service at 118 N. Ft. Harrison Ave, Clearwater, FL 33756, Upon walking to the main entrance of the building I was immediately stopped by a security guard outside, I inquired the whereabouts of David Miscavige and he did not know where he is currently living or where he works at, he refused to provide any more information and could not confirm whether RTC was based out of there, he repeatedly kept answering "I don't know"

 If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state  where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.  (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

**Hector Ramos**
APS 88133 / CPS 19-972884

**Keck Investigation Services LLC**
**19101 Cortez Blvd**
**Ste 12013**
**Brooksville, FL 34603**
**(727) 254-1994**

Our Job Serial Number: RCG-2022028895

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

# RETURN OF NON-SERVICE
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:22-CV-00986

Plaintiff: **GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,**
vs.
Defendant: **DAVID MISCAVIGE, et al.,**



RCG2022029582

For:
Neil Glazer
Kohn, Swift & Graf, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103

Received by Hector Ramos on the 16th day of August, 2022 at 11:04 am to be served on **David Miscavige, 210 S. Ft. Harrison Ave, Clearwater, FL 33755**.

I, Hector Ramos, do hereby affirm that on the **16th day of August, 2022** at **4:34 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, FIRST AMENDED COMPLAINT** for the reason that I failed to find **David Miscavige** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/16/2022  2:59 pm  Attempted Service at 210 S. Ft. Harrison Ave, Clearwater, FL 33755, Upon walking up to the front entrance I was immediately stopped by two security guards, both had tags on them with no names but just stating "Security Guard", I advised them who I was and that I had legal documents for David Miscavige. They stated "he does not live here nor does he work at this location", I told them I had a few questions that I wanted to ask and I was told they are not going to answer anymore questions. I proceeded asking them my questions but was told the same response for each question "I am not answering anymore questions". I then advised them that I was instructed to leave the documents on the ground as they did not allow me to enter the property nor provide any information to serve Mr. Miscavige. During my attempt, they kept listening into their earpiece and another security guard came out from the building and observed the interaction the whole time.
8/16/2022  3:23 pm  Attempted Service at 215 S. Ft. Harrison Ave, Clearwater, FL 33756, Upon walking up to the front entrance I was immediately stopped by one security guard, he had a tag on with no name but just stating "Security Guard", I advised him who I was and that I had legal documents for David Miscavige. He stated "he does not live here nor does he work at this location", I told him I had a few questions that I wanted to ask and I was told they are not going to answer anymore questions. I proceeded asking him my questions but was told the same response for each question "I am not answering anymore questions". I then advised him that I was instructed to leave the documents on the ground as they did not allow me to enter the property nor provide any information to serve Mr. Miscavige. During my attempt, he continuously kept listening into his earpiece and looking over his shoulder towards the top of the steps. I looked over and noted another security guard looking towards us.
8/16/2022  3:53 pm  Attempted Service at 200 N. Osceola Ave, Clearwater, FL 33756, Upon pulling my vehicle into the parking lot, I was immediately stopped by two security guards, both had tags on them with no names but just stating "Security Guard", I advised them who I was and that I had legal documents for David Miscavige. They stated "he does not live here nor does he work at this location", I told them I had a few questions that I wanted to ask and I was told they are not going to answer anymore questions. I proceeded asking them my questions but was told the same response for each question "I am not answering anymore questions" and after my third or fourth question they proceeded to remain silent. I then advised them that I was instructed to leave the documents on the ground as they did not allow me to enter the property nor provide any information to serve Mr. Miscavige.
8/16/2022  4:07 pm  Attempted Service at 118 N. Ft. Harrison Ave, Clearwater, FL 33756, Upon walking up to the front entrance I was immediately stopped by one security guard, he had a tag on with no name but just stating "Security Guard", I advised him who I was and that I had legal documents for David Miscavige. He stated "he does not live here nor does he work at this location", I told him I had a few questions that I wanted to ask and I was told they are not going to answer anymore questions. I proceeded asking him my questions but was told the same response for each question "I am not answering anymore questions" and after my third or fourth question they proceeded to remain silent. I then advised him that I was instructed to leave the documents on the ground as they did not allow me to enter the property nor provide any information to serve Mr. Miscavige.
8/16/2022  4:34 pm  Attempted Service at 551 N. Saturn Ave, Clearwater, FL 33755, Upon walking up to the front entrance I was immediately stopped by the security guard at the gate, he had a tag on with no name but just stating "Security Guard", I advised him who I was and that I had legal documents for David Miscavige. He stated "he does not live here nor does he work at this location", I told him I had a few questions that I wanted to ask and I was told they are not going to answer anymore questions. I proceeded asking him my questions but was told the same response for each question "I am not answering anymore questions" and after my third or fourth question he proceeded to remain silent and went back inside his station and remained looking at me from inside. I then advised him that I was instructed to leave the documents on the ground as they did not allow me to enter the property nor provide any information to serve Mr. Miscavige.

## **RETURN OF NON-SERVICE For 8:22-CV-00986**

If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

_____
**Hector Ramos**
APS 88133 / CPS 19-972884

**Keck Investigation Services LLC**
**19101 Cortez Blvd**
**Ste 12013**
**Brooksville, FL 34603**
**(727) 254-1994**

Our Job Serial Number: RCG-2022029582