# EXHIBIT 4



2:56 p.m.
The Process Server arrived and spoke with the security. Another security guard arrived. They refused the Process Server access to the property and would not accept the documents. The Process Server placed the documents at their feet and departed the area.








 

3:11 p.m.
The investigator departed the area. The documents remained on the ground as two security guards stood by.



**Scientology Building**
**215 S. Ft. Harrison., Clearwater**

2:56 p.m.
The Process Server arrived and spoke with the security. Several other security guards arrived in the area. They refused the Process Server access to the property and would not accept the documents. The Process Server placed the documents at their feet and departed the area.








3:24 p.m.
The security stopped people from picking up the documents as they walked by and noticed the documents.













**The Fort Harrison**
**210 S. Ft. Harrison., Clearwater**

3:39 p.m.
The two security guards stood at the front entrance with the documents remaining on the ground as the investigator drove by.



**Sandcastle**
**200 N. Osceola Ave., Clearwater 33755**

3:49 p.m.
The Process Server arrived and spoke with the security. Another security guard arrived in the area. They refused the Process Server access to the property and would not accept the documents. The Process Server placed the documents at their feet and departed the area.



 









4:01 p.m.
The two security guards stood by with the documents remaining on the ground as the investigator drove by.



**Scientology Building**
**118 N. Ft. Harrison., Clearwater**

4:04 p.m.
Upon arrival, the location was documented. A security guard stood at the side entrance. A surveillance position was obtained that offered a view of the area.



4:06 p.m.
The Process Server arrived and spoke with the security. He refused the Process Server access to the property and would not accept the documents. The Process Server placed the documents at his feet and departed the area.













**The Fort Harrison**
**210 S. Ft. Harrison., Clearwater**

4:13 p.m.
The two security guards stood at the front entrance with the documents remaining on the ground as the investigator drove by.



**Subject's Residence**
**551 N. Saturn Ave., Clearwater 33755**

4:27 p.m.
Upon arrival, the NE gate was documented as the investigator drove by. A surveillance position was obtained that offered a view of the area.



4:32 p.m.
The Process Server arrived and spoke with the security. He refused the Process Server access to the property and would not accept the documents. The guard returned to the guard shack and stood there looking through the glass. The Process Server placed the documents on the ground and departed the area.











4:36 p.m.
The documents remained on the ground as the guard allowed vehicles to access the property.





4:59 p.m.
The investigator departed the area.





6:00 p.m.
The investigator arrived at the office.

**\*\*END OF REPORT\*\***