# EXHIBIT 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Gawain Baxter, et al.

        Plaintiff

v.

David Miscavige

        Defendant

Case No.:8:22-cv-00986

AFFIDAVIT OF NON SERVICE

That I, Jorge Rivera hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That attempts were made to serve David Miscavige with Summons In A Civil Action; Complaint And Demand For Jury Trial at:

  Attempted at 6331 Hollywood Blvd Los Angeles, CA 90028-6321 On 7/14/2022 at 12:29 PM
  Results: No access to lobby. Spoke with a guard over the intercom and inquired about David Miscavige. He had me waiting for over 20 minutes so I walked to the other door but there was no answer over the intercom. Guard named "Juan" finally came back and said there is no such person, would not provide any other info

  Attempted at 6331 Hollywood Blvd Los Angeles, CA 90028-6321 On 7/21/2022 at 3:30 PM
  Results: Per female guard Over intercom on Hollywood blvd. there is no one under that name. They kept me on hold again for over 10 min.

  Attempted at 1710 Ivar Ave Ste 1100 Los Angeles, CA 90028-5575 On 7/21/2022 at 3:43 PM
  Results: No answer over the intercom waited several minutes but no response

That the fee for this Service is $

Jorge Rivera
Contracted by Precedent Legal Services, Inc.
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

Executed On: 7/18/2022

Order #:31122
Their File

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): NA PretiFlaherty 60 State Street Suite 1100   Boston, MA 02109 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (617) 226-3800 | FAX NO.  | E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): : | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , FL | |
| BRANCH NAME: MIDDLE DISTRICT OF FLORIDA | |

| PLAINTIFF/PETITIONER: Gawain Baxter, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: David Miscavige | 8:22-cv-00986 |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Jorge Rivera , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Miscavige as follows:
Documents:

**Summons In A Civil Action; Complaint And Demand For Jury Trial**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 7/14/2022 | 12:29 PM | Business | No access to lobby. Spoke with a guard over the intercom and inquired about David Miscavige. He had me waiting for over 20 minutes so I walked to the other door but there was no answer over the intercom. Guard named "Juan" finally came back and said there is no such person, would not provide any other info - Jorge Rivera |
| | | | 6331 Hollywood Blvd,  Los Angeles, CA 900286321 |
| 7/21/2022 | 3:30 PM | Business | Per female guard Over intercom on Hollywood blvd. there is no one under that name. They kept me on hold again for over 10 min. - Jorge Rivera |
| | | | 6331 Hollywood Blvd,  Los Angeles, CA 900286321 |
| 7/21/2022 | 3:43 PM | Business | No answer over the intercom waited several minutes but no response - Jorge Rivera |
| | | | 1710 Ivar Ave Ste 1100,  Los Angeles, CA 900285575 |

Fee for Service: **$ 258.30**
County:
Registration No.:
**Precedent Legal Services, Inc.**
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  July 18, 2022.

Signature: _____
**Jorge Rivera**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31122

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Gawain Baxter, et al.<br><br>　　　　　Plaintiff<br>　　v.<br><br>David Miscavige<br><br>　　　　　Defendant | Case No.:8:22-cv-00986 |

### AFFIDAVIT OF NON SERVICE

That I, Jorge Rivera hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That attempts were made to serve David Miscavige with Summons In A Civil Action; Complaint And Demand For Jury Trial at:

　Attempted at 1721 N Sycamore Ave Los Angeles, CA 90028-8607 On 8/4/2022 at 8:00 AM
　Results: Gated, no access, there are 2 units here.

　Attempted at 1721 N Sycamore Ave Los Angeles, CA 90028-8607 On 8/7/2022 at 3:20 PM
　Results: Gated, no access

　Attempted at 1721 N Sycamore Ave Los Angeles, CA 90028-8607 On 8/11/2022 at 7:23 PM
　Results: Gated, no access. Server said there is an intercom but you need a code, no names listed

That the fee for this Service is $ 119.96

Jorge Rivera
Contracted by Precedent Legal Services, Inc.
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

8/15/2022
Executed On:

Order #:31430
Their File

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>NA<br>PretiFlaherty<br>60 State Street Suite 1100  Boston, MA 02109<br><br>TELEPHONE NO.: (617) 226-3800 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , FL<br>BRANCH NAME: MIDDLE DISTRICT OF FLORIDA | |
| PLAINTIFF/PETITIONER: Gawain Baxter, et al. | CASE NUMBER:<br>8:22-cv-00986 |
| DEFENDANT/RESPONDENT: David Miscavige | |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Jorge Rivera , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Miscavige as follows:
Documents:

**Summons In A Civil Action; Complaint And Demand For Jury Trial**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/4/2022 | 8:00 AM | Business | Gated, no access, there are 2 units here. - Jorge Rivera<br>1721 N Sycamore Ave,  Los Angeles, CA 900288607 |
| 8/7/2022 | 3:20 PM | Business | Gated, no access - Jorge Rivera<br>1721 N Sycamore Ave,  Los Angeles, CA 900288607 |
| 8/11/2022 | 7:23 PM | Business | Gated, no access. Server said there is an intercom but you need a code, no names listed - Jorge Rivera<br>1721 N Sycamore Ave,  Los Angeles, CA 900288607 |

Fee for Service: **$ 119.96**
County:
Registration No.:
**Precedent Legal Services, Inc.**
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  August 15, 2022.

Signature: 
**Jorge Rivera**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31430

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Gawain Baxter, et al.

       Plaintiff

v.

David Miscavige, et al.

       Defendant

Case No.:8:22-cv-00986

AFFIDAVIT OF POSTING BY RULE

That I, Jorge Rivera hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 8/19/2022 at 12:48 PM at 1721 N Sycamore Ave, Los Angeles, CA 90028-8607 I served David Miscavige by posting in a conspicuous manner the First Amended Complaint on the front door or door being identified as the main entrance to the building in accordance with the rules and or orders of the above listed court

That if required diligent attempts were made to serve David Miscavige on the following dates and times;

**Attempt Date: 8/19/2022 Time 12:48 PM at 1721 N Sycamore Ave, Los Angeles, CA 90028-8607**

That if required a copy was mailed postpaid sealed wrapper properly addressed to the defendant at the defendant's usual place of abode, following requirements of the state rules in which the above captioned case is filed.

That if required a photograph of the aformentioned property is attached that was taken at the time and date of posting.

That the fee for this Service is  $ 181.00

Jorge Rivera
Contracted by Precedent Legal Services, Inc.
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

8/23/2022
Executed On:



Order #:31697
Their File

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): NA PretiFlaherty 60 State Street Suite 1100   Boston, MA 02109 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (617) 226-3800 \| FAX NO.  \| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): : | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , FL | |
| BRANCH NAME: MIDDLE DISTRICT OF FLORIDA | |

| PLAINTIFF/PETITIONER: Gawain Baxter, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: David Miscavige, et al. | 8:22-cv-00986 |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Jorge Rivera , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Miscavige as follows:
Documents:

**First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/19/2022 | 12:48 PM | Business | No answer, posted - Jorge Rivera<br>1721 N Sycamore Ave,  Los Angeles, CA 900288607 |

Fee for Service: **$ 181.00**
County:
Registration No.:
**Precedent Legal Services, Inc.**
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  August 23, 2022.

Signature: _____
Jorge Rivera

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31697

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Gawain Baxter, et al.

        Plaintiff

v.

David Miscavige, et al.

        Defendant

Case No.:8:22-cv-00986

### AFFIDAVIT OF POSTING BY RULE

That I, Jorge Rivera hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 8/19/2022 at 1:04 PM at 6331 Hollywood Blvd, Los Angeles, CA 90028-6321 I served David Miscavige by posting in a conspicuous manner the First Amended Complaint on the front door or door being identified as the main entrance to the building in accordance with the rules and or orders of the above listed court

That if required diligent attempts were made to serve David Miscavige on the following dates and times;

**Attempt Date: 8/19/2022 Time 1:04 PM at 6331 Hollywood Blvd, Los Angeles, CA 90028-6321**

That if required a copy was mailed postpaid sealed wrapper properly addressed to the defendant at the defendant's usual place of abode, following requirements of the state rules in which the above captioned case is filed.

That if required a photograph of the aformentioned property is attached that was taken at the time and date of posting.

That the fee for this Service is  $ 181.00

_____
Jorge Rivera
Contracted by Precedent Legal Services, Inc.
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

8/23/2022
Executed On:

Order #:31863
Their File

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): NA PretiFlaherty 60 State Street Suite 1100   Boston, MA 02109 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (617) 226-3800 \| FAX NO. \| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): : | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , FL | |
| BRANCH NAME: MIDDLE DISTRICT OF FLORIDA | |

| PLAINTIFF/PETITIONER: Gawain Baxter, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: David Miscavige, et al. | 8:22-cv-00986 |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Jorge Rivera , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Miscavige as follows:
Documents:

**First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/19/2022 | 1:04 PM | Business | No answer, Posted - Jorge Rivera 6331 Hollywood Blvd, Los Angeles, CA 900286321 |

Fee for Service: **$ 181.00**
County:
Registration No.:
**Precedent Legal Services, Inc.**
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 23, 2022.

Signature: _____
Jorge Rivera

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31863

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Gawain Baxter, et al.

       Plaintiff

v.

David Miscavige, et al.

       Defendant

Case No.:8:22-cv-00986

**AFFIDAVIT OF POSTING BY RULE**

That I, Jorge Rivera hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 8/19/2022 at 1:06 PM at 1710 Ivar Ave, Los Angeles, CA 90028-5575 I served David Miscavige by posting in a conspicuous manner the First Amended Complaint on the front door or door being identified as the main entrance to the building in accordance with the rules and or orders of the above listed court

That if required diligent attempts were made to serve David Miscavige on the following dates and times;

   **Attempt Date: 8/19/2022 Time 1:06 PM at 1710 Ivar Ave Ste 1100, Los Angeles, CA 90028-5575**

That if required a copy was mailed postpaid sealed wrapper properly addressed to the defendant at the defendant's usual place of abode, following requirements of the state rules in which the above captioned case is filed.

That if required a photograph of the aformentioned property is attached that was taken at the time and date of posting.

That the fee for this Service is  $ 181.00

Jorge Rivera
Contracted by Precedent Legal Services, Inc.
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

8/23/2022
Executed On:

Order #:31864
Their File

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):  FOR COURT USE ONLY
NA
PretiFlaherty
60 State Street Suite 1100   Boston, MA 02109

TELEPHONE NO.: (617) 226-3800 | FAX NO.  | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): :

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , FL
BRANCH NAME: MIDDLE DISTRICT OF FLORIDA

PLAINTIFF/PETITIONER: Gawain Baxter, et al.
DEFENDANT/RESPONDENT: David Miscavige, et al.

CASE NUMBER: 8:22-cv-00986

## DECLARATION OF DILIGENCE

Ref. No. or File No.:

I, Jorge Rivera , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Miscavige as follows:
Documents:

**First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/19/2022 | 1:06 PM | Business | No answer, posted - Jorge Rivera<br>1710 Ivar Ave Ste 1100,  Los Angeles, CA 900285575 |

Fee for Service: **$ 181.00**
County:
Registration No.:
**Precedent Legal Services, Inc.**
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 23, 2022.

Signature: _____
Jorge Rivera



**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31864

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Gawain Baxter, et al.

        Plaintiff

v.

David Miscavige, et al.

        Defendant

Case No.:8:22-cv-00986

AFFIDAVIT OF SUBSTITUTED SERVICE

That I, Jorge Rivera hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 8/19/2022 at 1:47 PM at 4810 W Sunset Blvd, Los Angeles, CA 90027-5910 I served David Miscavige with the following list of documents: First Amended Complaint by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with JOHN DOE whose relationship is Security.

That the description of the person actually served is as follows: Gender: Male Skin: Caucasian Age: 40-50 Height: 5'9 Weight: 180 Hair: Black  Eyes:  Marks: Sunglasses

That the person with whom the documents were left with was at least 18 years of age apparently in charge at the office or usual place of business of the person served.  I informed him/her of the general nature of the papers.

That I asked the person spoken to whether the Servee was in the active duty military service of the United States or in the state in which this service was made and was told   ☒   No they were not ☐   Yes they are   ☐   No answer was given.

That if required, a copy of said documents was mailed postpaid, sealed wrapper, properly addressed to David Miscavige at 4810 W Sunset Blvd, Los Angeles, CA 90027-5910 on 8/19/2022 following all requirements of the State Rules in which the above captioned case is filed.

That the fee for this Service is  $ 181.00

Jorge Rivera
Contracted by Precedent Legal Services, Inc.
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

8/23/2022
Executed On:

Order #:31698
Their File

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): NA PretiFlaherty 60 State Street Suite 1100   Boston, MA 02109 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (617) 226-3800 | FAX NO.   | E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): : | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , FL | |
| BRANCH NAME: MIDDLE DISTRICT OF FLORIDA | |

| PLAINTIFF/PETITIONER: Gawain Baxter, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: David Miscavige, et al. | 8:22-cv-00986 |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Jorge Rivera , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Miscavige as follows:
Documents:

**First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/19/2022 | 1:47 PM | Business | Security guard would not accept service. I left the documents at their feet (40-50 years old, Caucasian male, black hair, 5'9, 180 lbs, Sunglasses) - Jorge Rivera |
| | | | 4810 W Sunset Blvd,  Los Angeles, CA 900275910 |
| 8/19/2022 | 1:47 PM | Business | Substituted service on: David Miscavige; 4810 W Sunset Blvd, Los Angeles, CA 90027-5910; by serving: JOHN DOE - Security, Caucasian Male 40-50 180 Black 5'9 . |

Fee for Service: **$ 181.00**
County:
Registration No.:
**Precedent Legal Services, Inc.**
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  August 23, 2022.



Signature: _____
Jorge Rivera

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31698

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| Gawain Baxter, et al.<br><br>　　　　　Plaintiff<br>　　v.<br><br>David Miscavige, et al.<br><br>　　　　　Defendant | Case No.:8:22-cv-00986 |

**AFFIDAVIT OF POSTING BY RULE**

That I, Jorge Rivera hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 8/19/2022 at 1:49 PM at 1306 L Ron Hubbard Way, Los Angeles, CA 90027-5902 I served David Miscavige by posting in a conspicuous manner the First Amended Complaint on the front door or door being identified as the main entrance to the building in accordance with the rules and or orders of the above listed court

That if required diligent attempts were made to serve David Miscavige on the following dates and times;

　**Attempt Date: 8/19/2022 Time 1:49 PM at 1306 L Ron Hubbard Way, Los Angeles, CA 90027-5902**

That if required a copy was mailed postpaid sealed wrapper properly addressed to the defendant at the defendant's usual place of abode, following requirements of the state rules in which the above captioned case is filed.

That if required a photograph of the aformentioned property is attached that was taken at the time and date of posting.

That the fee for this Service is  $ 181.00

_____
Jorge Rivera
Contracted by Precedent Legal Services, Inc.
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589

8/23/2022
Executed On:

Order #:31700
Their File

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): NA PretiFlaherty 60 State Street Suite 1100   Boston, MA 02109 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (617) 226-3800 \| FAX NO.  \| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name):  : | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , FL | |
| BRANCH NAME: MIDDLE DISTRICT OF FLORIDA | |

| PLAINTIFF/PETITIONER:  Gawain Baxter, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  David Miscavige, et al. | 8:22-cv-00986 |

| DECLARATION OF DILIGENCE | Ref. No. or File No.: |
|---|---|

I, Jorge Rivera , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Miscavige as follows:
Documents:

**First Amended Complaint**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/19/2022 | 1:49 PM | Business | No answer, Posted - Jorge Rivera 1306 L Ron Hubbard Way,  Los Angeles, CA 900275902 |

Fee for Service: **$ 181.00**

County:
Registration No.:
**Precedent Legal Services, Inc.**
740 13th Street Suite 506
San Diego, CA 92101
(619) 550-1589



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  August 23, 2022.

Signature: _____
**Jorge Rivera**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 31700