**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:22-cv-986-TPB-JSS | DATE:   November 17, 2022 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **GAWAIN BAXTER, et al.** | **PLAINTIFF COUNSEL:** Warren Zimmerman, Neil Glazer, Brendan Schneiderman, Elizabeth Quinby, Gregory Hansel, Manuel Dominquez, Shelby Leighton, & Zahra Dean |
| v. | |
| **DAVID MISCAVIGE** | **DEFENSE COUNSEL:** No appearance filed |
| **CHURCH OF SCIENTOLOGY, INTERNATIONAL, INC.** | William Forman & Margaret Dayton |
| **RELIGIOUS TECHNOLOGY CENTER, INC.** | Christopher Oprison & Janelly Crespo |
| **IAS ADMINISTRATIONS, INC.** | Robert Potter |
| **CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.** | Brigid Merenda & Charles Harris |
| **CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.** | David Weinstein, Brigid Samole, & Brian Porter |
| **COURT REPORTER:**  Rebekah Lockwood | **DEPUTY CLERK:**  Sonya Cohn |
| **TIME:**   9:05 – 10:01; 10:11 – 11:33 a.m. **TOTAL:**   2 hrs. 18 mins. | **COURTROOM:**   14A |

**PROCEEDINGS:**   MOTION HEARING

Court hears arguments on all motions to dismiss, or in the alternative, to compel arbitration (Docs. 84, 85, 87, 88 & 89).

Court addresses outstanding issue re: service of David Miscavige. Upon receipt of additional returns, Plaintiff will file motion to declare Mr. Miscavige has been served.