UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.   Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.

    Defendants.
_____/

### NOTICE OF LIMITED APPEARANCE OF WILLIAM J. SCHIFINO, JR.

Pursuant to Local Rule 2.02, the undersigned attorney, William J. Schifino, Jr., Esq. of Gunster, Yoakley & Stewart, P.A., hereby files this Limited Notice of Appearance as counsel for Defendant David Miscavige ("Miscavige") in the above-styled cause, without submitting Miscavige to the jurisdiction of this Court, only to file a Motion to Quash Purported Service of Process and oppose Plaintiffs' Motion for Order Declaring Defendant David Miscavige Served with Process and in Default [Doc. 152], which will be filed pursuant to Local Rule 3.01 with the Court on or before December 27, 2022. Undersigned counsel makes this Limited Notice of Appearance solely to challenge service of process and reserves all rights to challenge, if necessary, (1) lack of jurisdiction over the subject matter, (2) lack of jurisdiction over the person,

(3) improper venue, (4) failure to state a cause of action, (5) statute of limitations, and all other defenses available to Miscavige.

Respectfully submitted on December 14, 2022.

        /s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar Number 564338
Justin P. Bennett, Esq.
Florida Bar Number 112833
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jbennett@gunster.com
Secondary email: kkovack@gunster.com

***Attorney for Defendant David Miscavige***

## CERTIFICATE OF SERVICE

I certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

     /s/ *William J. Schifino, Jr.*
Attorney