UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS, | : : : |
| Plaintiffs, | : : : |
| v. | : Case No: 8:22-cv-986-TPB-JSS : |
| DAVID MISCAVIGE, CHURCH OF SCIENTOLOGY INTERNATIONAL; RELIGIOUS TECHNOLOGY CENTER (RTC); INTERNATIONAL ASSOCIATION OF SCIENTOLOGISTS ADMINISTRATIONS (IASA); CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. (FSO); and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC. (FSSO), | : : : : : : : : : : : |
| Defendants. | : |

**Plaintiffs' Request for Oral Argument on
Pending Motion for Order Declaring Defendant David Miscavige
Served with Process and in Default**

Plaintiffs Gawain Baxter, Laura Baxter, and Valeska Paris respectfully request oral argument on the motion filed at ECF Nos. 152. Oral argument will assist this Court in resolving the factual and legal issues raised in the Motion. Plaintiffs believe that oral argument on the Motion should take no longer than one hour.

{00234847 }

WHEREFORE, Plaintiffs hereby request oral argument on the Motion located at ECF Nos. 152, as further defined above.

                              Respectfully submitted,

Dated: December 15, 2022        */s/ Neil L. Glazer*
                              Joseph C. Kohn
                              Neil L. Glazer
                              Zahra R. Dean
                              Aarthi Manohar
                              Elias Kohn
                              KOHN, SWIFT & GRAF, P.C.
                              1600 Market Street, Suite 2500
                              Philadelphia, PA 19103
                              Telephone: (215) 238-1700
                              jkohn@kohnswift.com
                              nglazer@kohnswift.com
                              zdean@kohnswift.com
                              amanohar@kohnswift.com
                              ekohn@kohnswift.com

                              Gregory P. Hansel
                              (Fla. Bar No. 607101)
                              Shana M. Solomon
                              Elizabeth F. Quinby
                              PRETI FLAHERTY BELIVEAU &
                              PACHIOS, CHARTERED, LLP
                              One City Center
                              P.O. Box 9546
                              Portland, ME 04112-9546
                              Telephone: (207) 791-3000
                              ghansel@preti.com
                              ssolomon@preti.com
                              equinby@preti.com

Theodore Leopold
(Fla. Bar No. 705608)
Manuel J. Dominguez
(Fla. Bar No. 0054798)
COHEN MILSTEIN SELLERS
 & TOLL PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
jdominguez@cohenmilstein.com

Agnieszka M. Fryszman
Brendan Schneiderman
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., N.W.
Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Shelby Leighton
Anita Yandle
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
sleighton@publicjustice.net
ayandle@publicjustice.net

Warren A. Zimmerman
(Fla. Bar No. 652040)
WARREN A. ZIMMERMAN, P.A.
4114 Sparrow Ct
Lutz, FL  33558-2727
Telephone: (813) 230-1465
warren@wzimmermanlaw.com

3

{00234847 }