# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER and
VALESKA PARIS,

    Plaintiffs,

v.

Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH OF
SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.

    Defendants.

_____/

### DECLARATION OF WARREN MCSHANE IN SUPPORT OF DAVID MISCAVIGE'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER DECLARING DEFENDANT MISCAVIGE SERVED WITH PROCESS AND IN DEFAULT

Pursuant to 28 U.S.C. § 1746, I, Warren McShane, hereby declare under penalty of perjury that the following is true and correct:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The matters set forth in this Declaration are based on my personal knowledge and I could and would competently testify thereto if called upon to do so.

2. I submit this Declaration in support of Defendant David Miscavige's Opposition to Plaintiffs' Motion for Order Declaring Defendant Miscavige Served with Process and in Default.

1

3. In 1983, I became a Director and Officer of Defendant Religious Technology Center, Inc. ("RTC") and in 1993, I became its President. I am responsible for the day-to-day activities and operations of RTC. I am responsible for the creation and execution of all legal agreements and contracts both internally and externally, including all trademark registrations and licenses. As President, I am familiar with all of RTC's financial records and am informed as to the residence of senior RTC officials, including Mr. Miscavige.

4. Mr. Miscavige serves as Chairman of RTC's Board and is the ecclesiastical leader of the Scientology religion. I have known Mr. Miscavige for close to 40 years.

5. Based on my personal knowledge, including knowledge of RTC's records, Mr. Miscavige is a resident of California. Because Mr. Miscavige is a resident of California, RTC withholds California income tax for Mr. Miscavige and has done so since Mr. Miscavige joined RTC's staff. I have also reviewed signed declarations by Mr. Miscavige that state, under penalty of perjury, that he is a California resident.

6. As RTC's Chairman and the ecclesiastical leader of the Scientology religion, Mr. Miscavige routinely travels all over the world carrying out his religious duties. Since the filing of this lawsuit in April 2022, Mr. Miscavige has not altered his normal routine or schedule.

7. At some of the locations Mr. Miscavige visits in carrying out his religious obligations, Scientology Churches in those areas provide work and living accommodations for his use while he is there. These locations include, Clearwater,

2

Florida, Sussex, England and Copenhagen, Denmark. Offices are also provided for him in Sydney, Australia and Johannesburg, South Africa. RTC does not own, lease or rent any of these facilities nor does Mr. Miscavige. None of these locations are Mr. Miscavige's principal place of business or his residence; his principal place of business and his residence are in California.

8. For as long as I have known Mr. Miscavige, he has been a California resident and not a resident of Florida. It is my understanding that Mr. Miscavige has been a California resident for more than 40 years.

9. The statement in the First Amended Complaint that the RTC address listed as 118 N. Ft. Harrison Ave., Clearwater, Florida is an office for the "Religious Technology Center Flag Ship Service Organization Office" (Am. Compl., at 8, ¶ 8(g)) is inaccurate. This address houses administrative offices for Flag Service Organization executives. It has a large conference room used for community gatherings and for meetings by visiting Church staff.

10. I have read the Declaration of Compliance filed by Mr. Glazer (ECF No. 141). Among the statements in that declaration, paragraph 25 d. states that the attorney for the Plaintiffs sent a message to a LinkedIn account listed as "David Miscavige Captain of the Sea Org of Scientology" and has not received a response. Mr. Miscavige does not have a LinkedIn account and the account is a forgery. The account appears to have been set up using a phony e-mail address "dmiscavige@scientology.org". There is no such e-mail address. LinkedIn has since removed this fake account.

I declare under penalty of perjury of the laws of the United States that my statements herein are true and correct.

Executed in Los Angeles, California this 27 day of December 2022.

_____
Warren McShane