# EXHIBIT 4

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

BERT SCHIPPERS and
LYNNE HOVERSON,

    Plaintiffs,

vs.                                                       CASE NO. 11-11250-CI-21

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC., CHURCH
OF SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.

    Defendants.
_____/

## ORDER GRANTING MOTION TO STRIKE, GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS, AND CONTINUING HEARING ON MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

THE ABOVE CAUSE came on for hearing on defendants' Motion to Dismiss, Motion to Dismiss for Lack of Subject Matter Jurisdiction, Motion to Strike the Declaration of Michael Rinder, and plaintiffs' oral objection to hearing the Motion to Dismiss for Lack of Subject Matter Jurisdiction, and the Court having heard the argument of counsel for the respective parties, and being otherwise fully advised in the premises, it is hereby –

ORDERED that:

1.     Defendants' motion to dismiss the civil theft counts of the complaint is granted without prejudice for failure to allege the requisite felonious intent. Defendants' motion to dismiss is otherwise denied.

2. Defendants' Motion to Strike the Declaration of Michael Rinder is granted, and said declaration is hereby stricken because it contains hearsay and legal conclusions.

3. Hearing on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction is continued, and shall be reset after the Second District Court of Appeal renders its opinion in connection with the now-pending appeal of the Court's order entered March 7, 2012.

4. Plaintiff shall have 20 days from the date upon which the Second District Court of Appeal renders its opinion regarding the Court's order of March 7, 2012, in which to serve plaintiffs' amended complaint.

DONE AND ORDERED in Chambers at Clearwater, Pinellas County, Florida this ___ day of April, 2012.

TRUE COPY
Original Signed
APR 3 0 2012

JOHN A. SCHAEFER
CIRCUIT COURT JUDGE

Copies furnished to:
F. Wallace Pope, Jr., Esq.
Brian Leung, Esq.

601346

2