# EXHIBIT 5



**Aaron Smith-Levin** ✓
@GrowingupinSCN

@MikeRinder -- David Miscavige & Kim Jung-un = Two peas in a pod. mikerindersblog.org/scientologynor… #ScientologyTheAftermath

12:43 PM · Jan 29, 2017

**4** Retweets  **12** Likes



**Aaron Smith-Levin** ✓
@GrowingupinSCN

Google "David Miscavige Blowjob". You won't be disappointed. #Scientology  #DavidMiscavige #NomNom

2:28 PM · Jun 30, 2018

**14** Retweets   **8** Quote Tweets   **97** Likes

 **Aaron Smith-Levin** ✓
@GrowingupinSCN

David Miscavige is so short he can't go on any of the rides at Busch Gardens.

No wonder he's always in such a foul mood.

And there is no truth to the rumors that Scientology spent millions of dollars lobbying Busch Gardens to lower the height requirements of their rides.

2:55 PM · Nov 11, 2020

**1** Retweet   **93** Likes

**Jim Wieland** @jfwielan · May 14, 2021

Do disrespect to Kevin. At least he's funny as all get out and not a jerk.

> **Aaron Smith-Levin** @GrowingupinSCN · May 14, 2021
>
> There are certain quantities that are difficult for the human mind to fathom. For example, how short David Miscavige is. Try this. Think of Kevin Hart. Then, try to fathom that Kevin Hart is taller than David Miscavige. See?? It's difficult!

1    1

**Aaron Smith-Levin**
@GrowingupinSCN

Replying to @jfwielan

And Kevin doesn't mind being teased about his height. Miscavige the other hand…

10:29 PM · May 14, 2021

**1** Like

 **Aaron Smith-Levin** ✓
@GrowingupinSCN

Turns out Napoleon had a David Miscavige Complex.

10:32 PM · May 14, 2021

**10** Retweets   **1** Quote Tweet   **83** Likes



**Aaron Smith-Levin** ✓
@GrowingupinSCN

Maybe even Travolta. Don't hold your breath for Tom though. He's still butt snorkeling in Miscavige Trench.



**Aaron Smith-Levin** ✓  @GrowingupinSCN · Aug 17, 2021
Laura Prepon, Ben Foster, Beck…will the Ribisi clan be next? Maybe even the Masterson clan? twitter.com/GrowingupinSCN…

12:41 PM · Aug 17, 2021

**2** Retweets   **33** Likes



Aaron Smith-Levin
@GrowingupinSCN

MAIL-IN VOTING HAS OFFICIALLY BEGUN!!! 34 days left until Miscavige gets his ass handed to him. On March 15th Clearwater will either elect the guy who helps people escape scientology or the lady who is in bed with scientology. STAY TUNED!!
aaronforclearwater.com

4:05 PM · Feb 9, 2022

**16** Retweets   **3** Quote Tweets   **135** Likes





**Aaron Smith-Levin** ✓
@GrowingupinSCN

David Miscavige is tiny. Which is only funny because it bothers him so, so much.



0:29  2.5K views

7:52 PM · Jul 19, 2022

6 Retweets    85 Likes

https://twitter.com/GrowingupinSCN/status/1549542686071439362                    1/3



**Aaron Smith-Levin** ✓
@GrowingupinSCN

David Miscavige really is tiny.



6:17 PM · Sep 22, 2022

**14** Retweets   **3** Quote Tweets   **167** Likes



**Aaron Smith-Levin** ✓
@GrowingupinSCN

In high school David Miscavige was voted most likely to become a cult leader. Jk, he never went to high school.

11:03 AM · Sep 23, 2022

**4** Retweets   **109** Likes

https://twitter.com/GrowingupinSCN/status/1573327304750952448

1/2



https://twitter.com/GrowingupinSCN/status/1607240297209266176