# EXHIBIT 6



# Aaron Smith-Levin has proven he is tough enough to STAND UP TO SCIENTOLOGY.

## As our City Council Member, Aaron will do just that.

### AARON'S PLAN AS COUNCIL MEMBER:

1. Work to revoke the IRS non-profit status for Scientology so that Scientology begins to pay its fair share of taxes.
2. Work to ensure that people from our neighborhoods have final say on developments—not contractors and developers.
3. Back our police and firefighters to the fullest.

**Aaron Smith-Levin will stand up to Scientology to put the needs of our citizens first! On March 15, vote for Aaron Smith-Levin for Clearwater City Council.**

AARON Smith-Levin
Clearwater City Council, Seat 5

Paid for by Aaron Smith-Levin, nonpartisan, for Clearwater City Council, Seat #5
1615 Harvard Street, Clearwater, FL 33755
PRIM22-ASL-4

PRSRT STD
US POSTAGE
PAID
COMMUNICATION
CONCEPTS, LLC



## City Council Candidate Lina Teixeira is a Trojan Horse for Scientology.

**Lina Teixeira** is involved with organizations controlled by **Scientology** and has **Scientology** operatives actively supporting her City Council campaign.

### THE PROOF!

✗ **Lina Teixeira** has David Miscavige's personal representative on her board of directors! (Clearwater Downtown Partnership)

✗ As President of the private Clearwater Merchants Association **Lina Teixeira** picked a **Scientology** operative as her Vice President!

✗ The **Scientologist**-owned buildings in Downtown Clearwater have **Lina Teixeira's** signs in their windows!

## DON'T VOTE FOR LINA TEIXEIRA.
A vote for Teixeira is a vote for Scientology <u>and</u> David Miscavage.



