# EXHIBIT 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER and
VALESKA PARIS,

    Plaintiffs,

v.                                                                                  Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.

    Defendants.
_____/

**DECLARATION OF LYNN FARNY IN SUPPORT OF
DAVID MISCAVIGE'S OPPOSITION TO PLAINTIFFS' MOTION FOR
ORDER DECLARING DEFENDANT DAVID MISCAVIGE SERVED WITH
PROCESS AND IN DEFAULT**

Pursuant to 28 U.S.C. § 1746, I, Lynn Farny, hereby declare under penalty of perjury that the following is true and correct:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The matters set forth in this Declaration are based on my personal knowledge and I could and would competently testify thereto if called upon to do so.

2.    I submit this Declaration in support of Defendant David Miscavige's Opposition to Plaintiffs' Motion for Order Declaring Defendant David Miscavige Served with Process and in Default.

3. I am the Corporate Representative and Corporate Secretary for Church of Scientology International ("CSI"), a nonprofit corporation, headquartered in Los Angeles, CA. I am a staff member of CSI and am currently assigned to CSI's legal department. As a member of CSI's legal department, I am immediately apprised of any attempt to effectuate service of process or any other legal process at CSI's headquarters. Accordingly, I was immediately made aware of the attempts to effectuate service on Mr. Miscavige at the building housing CSI's headquarters.

4. I have reviewed the First Amended Complaint and the Glazer Declaration of Compliance (ECF No. 141) and am aware that Mr. Miscavige was not present at the below addresses at any time when Plaintiffs' agents attempted to effectuate service of process on the following days:

 a. July 14 and 21, 2022; August 19, 2022: 6331 Hollywood Boulevard, Los Angeles, CA (Am. Compl. ¶ 8e; ECF No. 141 ¶ 16f)

 b. July 21, 2022; August 19, 2022: 1710 Ivar Avenue, Suite 1100, Los Angeles, CA (Am. Compl. ¶ 8f; ECF No. 141 ¶ 16g)

 c. August 4, 7, 11, and 19, 2022: 1721 N. Sycamore Avenue, Los Angeles, CA (ECF No. 141 ¶ 16h)

 d. August 19, 2022: 1306 L. Ron Hubbard Way, Los Angeles, CA (ECF No. 141 ¶ 16i)

 e. August 19, 2022: 4810 W. Sunset Boulevard, Los Angeles, CA (ECF No. 141 ¶ 16j)

5. Plaintiffs state that they sent notice packages that were refused to the following addresses, but Mr. Miscavige was not present at those locations on any of

those dates:

    a. June 2 and 13; September 19, 2022: 1710 Ivar Avenue, Ste. 1100, Los Angeles, CA (Am. Compl. ¶ 10a, ¶ 10c; ECF No. 141 ¶ 22g)

    b. September 26, 2022: 6331 Hollywood Boulevard, Los Angeles, CA (ECF No. 141 ¶ 22f)

    c. September 19, 2022: 4810 Sunset Boulevard, Los Angeles, CA (ECF No. 141 ¶ 22h)

    d. September 19 and 26, 2022: 1306 L. Ron Hubbard Way, Los Angeles, CA (ECF No. 141 ¶ 22i)

6. I have reviewed Mr. Jorge Rivera's Affidavit of Posting by Rule and Affidavit of Non Service (ECF No. 92) and after reviewing security camera video of the relevant dates I can state the Affidavit is false in the following respects:

    a. Mr. Rivera did not attempt service on August 19, 2022. He attempted service two days earlier on August 17, 2022.

    b. Mr. Rivera was not required to wait twenty minutes before being informed he had the wrong address.

    c. Mr. Miscavige was not present during any of Mr. Rivera's attempts to effectuate service of process. This building is not a residence and not Mr. Miscavige's residence.

    d. Mr. Rivera did not attempt any service at 6331 Hollywood Blvd., Los Angeles, CA or 1710 Ivar Avenue, Ste. 1100, Los Angeles, CA on July 21, 2022.

7. As part of my duties, I am made aware of security threats against any Church of Scientology as it affects our parishioners and staff, including our Clergy and against Mr. Miscavige.

3

8. Since 2009, Mr. Miscavige has regularly received death threats including, but not limited to:

   a. A threatened "assassination" with the culprit found to have a stash of weapons;

   b. A murder threat made by an individual prosecuted for committing a hate crime against the Church of Scientology in the form of vandalism;

   c. Threats to bring guns and explosives to blow up Mr. Miscavige at a grand opening of a Church of Scientology;

   d. Online postings of Mr. Miscavige's face and body in the crosshairs of a sniper scope;

   e. Threats to maim, kill, shoot, and harm Mr. Miscavige; and

   f. Mass shooting threats to various Scientology locations.

9. These and many other threats to Mr. Miscavige and the Church of Scientology have been reported to the police. A number of the threats have been prosecuted and resulted in criminal convictions.

I declare under penalty of perjury of the laws of the United States that my statements herein are true and correct.

Executed in Los Angeles, California this 27th day of December 2022.

Lynn Farny

4