# EXHIBIT 8

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER and
VALESKA PARIS,

    Plaintiffs,

v.                                                                  Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH OF
SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.

    Defendants.
_____/

## DECLARATION OF GARY S. SOTER
## IN SUPPORT OF DAVID MISCAVIGE'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER DECLARING DEFENDANT MISCAVIGE SERVED WITH PROCESS AND IN DEFAULT

Pursuant to 28 U.S.C. § 1746, I, Gary S. Soter, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at law first admitted to practice law in the State of California in December 1975. The matters set forth in this Declaration are based on my personal knowledge and I could and would competently testify thereto if called as a witness.

2. I submit this Declaration in support of Defendant David Miscavige's Opposition to Plaintiffs' Motion for Order Declaring Defendant Miscavige Served with Process and in Default.

1

3. I serve as general counsel to Church of Scientology International, a California non-profit religious corporation.

4. On August 17, 2022, I was personally present at Church of Scientology International's corporate headquarters located at 6331 Hollywood Blvd., Los Angeles, California 90028 performing professional services on behalf of the Church. 6331 is a large office building. I learned that an unidentified male attached a document to the door at 1710 Ivar Avenue (part of the same building). I asked a staff member to immediately bring those materials to me without disturbing the contents.

5. I received the contents and carefully examined them. The *only* document brought to me was Plaintiffs' First Amended Complaint consisting of 120 pages in total. A copy of the first page is attached as Exhibit A.

6. No summons or cover letter was attached to the materials. There was nothing in the materials indicating that they were intended for David Miscavige or any other individual or entity. I am not aware of any process server attempting to serve legal papers on the Church or Mr. Miscavige on August 19, 2022 at 6331 Hollywood Blvd., Los Angeles, California 90028. If legal documents had been posted on the front door or served on August 19, that fact would have been brought to my attention and the papers would have been delivered to me in the ordinary course of my responsibilities as legal counsel for Church of Scientology International.

I declare under penalty of perjury of the laws of the United States that my statements herein are true and correct.

Executed in Calabasas, California this 26th day of December 2022.

_____
Gary S. Soter

# EXHIBIT 8-A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS, | : CIVIL ACTION :  : |
| Plaintiffs, | : NO. 8:22-cv-00986 : |
| v. | : |
| DAVID MISCAVIGE; CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.; RELIGIOUS TECHNOLOGY CENTER, INC.; IAS ADMINISTRATIONS, INC.; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.; and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC., | : :  :  :  :  :  :  :  : |
| Defendants. | : |

## FIRST AMENDED COMPLAINT

