# EXHIBIT 9

<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

</div>

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                                          Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.

    Defendants.

_____/

**DECLARATION OF JOSHUA ADI IN SUPPORT OF DAVID MISCAVIGE'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER DECLARING DEFENDANT MISCAVIGE SERVED WITH PROCESS AND IN DEFAULT**

    Pursuant to 28 U.S.C. § 1746, I, Joshua Adi, hereby declare under penalty of perjury that the following is true and correct:

    1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The matters set forth in this Declaration are based on my personal knowledge and I could and would competently testify thereto if called upon to do so.

    2.    I submit this Declaration in support of Defendant David Miscavige's Opposition to Plaintiffs' Motion for Order Declaring Defendant Miscavige Served with Process and in Default.

3. I work in the Communications Department of Church of Scientology Flag Service Organization.

4. As part of my duties, I pick up the mail from the United States Postal Office on a daily basis.

5. I was shown color copies of two certified mail receipt cards that claim to show that I signed for certified mail packages on September 19, 2022. Ex. A (ECF No. 141, Exhibits 10 and 11).

6. I declare, without hesitation, that I did not pick up those packages nor did I sign the certified mail receipt cards.

7. I have attached as Exhibit B copies of my signature on documents that I previously signed. The signature on the certified mail receipt cards does not match my signature.

8. The signatures that appear on the certified mail receipt cards are not mine.

I declare under penalty of perjury of the laws of the United States that my statements herein are true and correct.

Executed in Clearwater, Florida this 27 day of December 2022.

_____
Joshua Adi

2

# EXHIBIT 9-A

# Certified Mail Signature
# Plaintiffs' Exhibits 10 and 11

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Miscavige
c/o Religious Technology Center
118 N. Fort Harrison
Clear Water, Florida 33755

9590 9402 7097 1251 1518 65

2. Article Number *(Transfer from service label)*

7019 0160 0000 6732 8435

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X J APl

☑ Agent
☐ Addressee

B. Received by *(Printed Name)* Joshua APl

C. Date of Delivery 09/19/2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

118 N. Fort Harrison Ave. (Exhibit 10)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Miscavige, c/o Church
of Scientology
200 N. Osceola Avenue
Clearwater, Florida 33755

9590 9402 7097 1251 1518 27

2. Article Number *(Transfer from service label)*

7019 0160 0000 6732 8497

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X J APl

☑ Agent
☐ Addressee

B. Received by *(Printed Name)* Joshua APl

C. Date of Delivery 9/19/2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

200 N. Osceola Ave. (Exhibit 11)

# EXHIBIT 9-B

# JOSHUA ADI SIGNATURES

_____
(SIGNATURE OF APPLICANT)

3 April 2022

_____
(SIGNATURE OF APPLICANT)

27 March 2018