# EXHIBIT 10

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 57

**19STCV29458**  March 11, 2020
**CHRISSIE CARNELL BIXLER, et al. vs CHURCH OF**  8:30 AM
**SCIENTOLOGY INTERNATIONAL, et al.**

Judge: Honorable Steven J. Kleifield   CSR: M. Castaneda
Judicial Assistant: J. Jimenez          ERM: None
Courtroom Assistant: S. Jusi            Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Robert William Thompson and Graham Berry

For Defendant(s): ANDREW B BRETTLER; William H. Forman; Matthew David Hinks and Robert Mangels -- See additional appearances below.

**NATURE OF PROCEEDINGS:** Hearing on Motion to be Admitted Pro Hac Vice; Hearing on Motion to be Admitted Pro Hac Vice; Hearing on Motion to be Admitted Pro Hac Vice; Hearing on Motion to be Admitted Pro Hac Vice; Hearing on Motion to be Admitted Pro Hac Vice; Hearing on Motion to be Admitted Pro Hac Vice; Hearing on Motion to be Admitted Pro Hac Vice; Hearing on Motion to Quash Service of Summons; Hearing on Motion to Quash Service of Summons; Hearing on Motion to Quash Service of Summons; Case Management Conference

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Monica Castaneda CSR 10323, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

The Court, having read and considered all papers filed and heard argument, comes on now and orders as follows:

The Court is informed the Motions to be Admitted Pro Hac Vice as to Richardo Martinez-Cid and Lea Bucciero are withdrawn pursuant to the withdrawal filed on March 10, 2020.

The Motions to Quash are MOOT as to RTC, CCI, and CSI. Sanctions are DENIED.

The Motion to Quash as to Miscavige is GRANTED.

Defendant's oral motion to strike service of summons is DENIED.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 57

**19STCV29458**  March 11, 2020
**CHRISSIE CARNELL BIXLER, et al. vs CHURCH OF**  8:30 AM
**SCIENTOLOGY INTERNATIONAL, et al.**

Judge: Honorable Steven J. Kleifield  CSR: M. Castaneda
Judicial Assistant: J. Jimenez  ERM: None
Courtroom Assistant: S. Jusi  Deputy Sheriff: None

On the Court's own motion, the Hearing on Motion to be Admitted Pro Hac Vice scheduled for 03/11/2020, Hearing on Motion to be Admitted Pro Hac Vice scheduled for 03/11/2020, Hearing on Motion to be Admitted Pro Hac Vice scheduled for 03/11/2020, Hearing on Motion to be Admitted Pro Hac Vice scheduled for 03/11/2020, and Hearing on Motion to be Admitted Pro Hac Vice scheduled for 03/11/2020 are continued to 04/22/20 at 08:30 AM in Department 57 at Stanley Mosk Courthouse.

Supplemental declarations to be filed and served.

On the Court's own motion, the Case Management Conference scheduled for 03/11/2020 is continued to 06/19/20 at 08:30 AM in Department 57 at Stanley Mosk Courthouse.

The Court's rulings are more fully reflected in the notes of the Court Reporter Pro Tempore this date and is incorporated herein by reference.

Notice is waived.

Additional appearance for Defendant(s):
Jeffrey K. Riffer