UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Baxter et al v. Miscaviage et al
8:22-cv-00986-TPB-JSS

| | |
|---|---|
| **Date**: January 20, 2023 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:01 PM – 3:19 PM \| Total: 1 Hour & 18 Mins | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Brendan Schneiderman, Pl. | Joseph Terry, Def. |
| Elias Kohn, Pl. | Krystal Durham, Def. |
| Elizabeth Quinby, Pl. | Charles Harris, Def. |
| Zahra Dean, Pl. | John Schifino, Def.. |
| Manuel Dominguez, Pl. | Christopher Oprison, Def. |

**Motion Hearing (Zoom)**

Matter is before the Court on Plaintiff's Motion for Miscellaneous Relief, specifically Order Declaring Defendant David Miscaviage Served with Process and in Default (Dkt. 152).

Court hears argument by counsel.

Court takes issue under advisement.

Will issue an order.

Court in recess.