# EXHIBIT B

{00235816 }

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70212720000159885223

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 2:00 pm on December 27, 2022 in TAMPA, FL 33602.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

Delivered, Front Desk/Reception/Mail Room
TAMPA, FL 33602
December 27, 2022, 2:00 pm

**In Transit to Next Facility**
December 26, 2022

**Departed USPS Facility**
TAMPA, FL 33630
December 25, 2022, 12:52 am

**Arrived at USPS Facility**
TAMPA, FL 33630
December 24, 2022, 2:00 pm

**Arrived at USPS Regional Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
December 22, 2022, 10:41 pm

Hide Tracking History

Feedback

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs





PITNEY BOWES
$17.15 0
US POSTAGE IMI
PRIORITY MAIL
Flat Rate Envelope
026W0004897694
9052316367
ZIP 19103
DEC 22 2022

William J. Schifino, Jr. Esquire
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street
Suite 1500
Tampa, FL 33602



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>William J. Schifino, Esq.<br>Gunster, Yoakley &<br>Stewart, P.A.<br>401 E. Jackson St., Ste 1500<br>Tampa, FL 33602<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7097 1251 1500 42 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0001 5988 5223 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.00
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $ 3.25
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $
Postage
$ 9.90
Total Postage and Fees
$ 17.15
Sent To William J. Schifino, Esq. Gunster Yoakley & Stewart P.A.
Street and Apt. No., or PO Box No. 401 E. Jackson Street - Suite 1500
City, State, ZIP+4® Tampa Fl 33602
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

USPS TRACKING #



9590 9402 7097 1251 1500 42

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

**Kohn, Swift & Graf, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103

NLG

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10