# EXHIBIT C

## Notice for Miscavige

Elias A. Kohn

Mon 12/26/2022 11:05 AM

To: Schifino, William <WSchifino@gunster.com>

Cc: Neil L.Glazer <nglazer@kohnswift.com>;Manuel John Dominguez <jdominguez@cohenmilstein.com>

1 attachments (853 KB)
Schifino letter and Notice.PDF;

Bill,

Hope you had a nice holiday weekend. Attached are the documents providing Notice of Service for your client mailed last week that include proof of service, the summons, and the First Amended Complaint.

Regards,


Elias A. Kohn
Attorney
T: 215.238.1700
F: 215.238.1968
ekohn@kohnswift.com
www.kohnswift.com

1600 Market Street, Suite 2500
Philadelphia, PA 19103