# EXHIBIT E

{00235940 }

# Zahra R. Dean

| | |
|---|---|
| **From:** | Zahra R. Dean |
| **Sent:** | Wednesday, January 25, 2023 8:52 PM |
| **To:** | Terry, Joseph; Durham, Krystal C. |
| **Cc:** | Manuel John Dominguez; Theodore Leopold; Agnieszka M. Fryszman; Elias A. Kohn |
| **Subject:** | RE: Baxter v. Miscavige, 8:22-cv-00986 |

Joseph and Krystal,

At the hearing on the motion to declare your client Defendant David Miscavige served on January 20, 2023, the Honorable Judge Sneed asked whether Plaintiffs' Counsel had discussed with you whether you were willing to provide an address for your client. You stated that you would be happy to have that conversation.

During the meet and confer this afternoon on July 25, 2023, at 5:00 p.m. eastern time, Plaintiffs' Counsel John Dominguez proposed that if you agreed to accept or waive service Plaintiffs would withdraw their motion for default and would not seek the unnecessary costs of serving the summons pursuant to Fed. R. Civ. P. 4 by Plaintiffs.

You rejected this proposal and instead proposed that Plaintiffs dismiss Mr. Miscavige from the complaint.

Plaintiffs' counsel Agnieszka Fryszman then asked if you would provide an address to send Mr. Miscavige the notice of service upon the Florida Secretary of State. You stated that you would not provide an address for Mr. Miscavige and expressed concerns about his security.

In response to your concerns, Plaintiffs' counsel Theodore Leopold proposed that you provide an address to just one attorney who would hold the address confidentially. You refused.

Plaintiffs' counsel again asked if you would accept service on behalf of Mr. Miscavige, but you refused.

Finally, Plaintiffs' counsel Agnieszka Fryszman asked if you would provide an alternative address for service that would protect Mr. Miscavige's privacy. You again refused and stated that you would be open to having another conversation after Judge Sneed ruled on our motion.


Zahra R. Dean
Attorney
T: 215.238.1700
F: 215.238.1968
zdean@kohnswift.com
www.kohnswift.com

1600 Market Street, Suite 2500
Philadelphia, PA 19103

-----Original Message-----
From: Manuel John Dominguez <jdominguez@cohenmilstein.com>
Sent: Tuesday, January 24, 2023 5:23 PM
To: Terry, Joseph <JTerry@wc.com>; Durham, Krystal C. <KDurham@wc.com>
Cc: Theodore Leopold <tleopold@cohenmilstein.com>; Agnieszka M. Fryszman <AFryszman@cohenmilstein.com>; Zahra R. Dean <zdean@kohnswift.com>; Elias A. Kohn <ekohn@kohnswift.com>

Subject: RE: Baxter v. Miscavige, 8:22-cv-00986

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Great let me send around a zoom invite.

Best,

John

-----Original Message-----
From: Terry, Joseph <JTerry@wc.com>
Sent: Tuesday, January 24, 2023 5:17 PM
To: Manuel John Dominguez <jdominguez@cohenmilstein.com>; Durham, Krystal C. <KDurham@wc.com>
Cc: Theodore Leopold <tleopold@cohenmilstein.com>; Agnieszka M. Fryszman <AFryszman@cohenmilstein.com>; zdean@kohnswift.com; ekohn@kohnswift.com
Subject: [EXTERNAL] RE: Baxter v. Miscavige, 8:22-cv-00986

That works.

-----Original Message-----
From: Manuel John Dominguez <jdominguez@cohenmilstein.com>
Sent: Tuesday, January 24, 2023 11:59 AM
To: Terry, Joseph <JTerry@wc.com>; Durham, Krystal C. <KDurham@wc.com>
Cc: Theodore Leopold <tleopold@cohenmilstein.com>; Agnieszka M. Fryszman <AFryszman@cohenmilstein.com>; zdean@kohnswift.com; ekohn@kohnswift.com
Subject: RE: Baxter v. Miscavige, 8:22-cv-00986

Thanks for getting back to me. I have a doctor's appointment around that time but we could do 5 pm est?  Does that work for you and your team.

Best,

John


Manuel John Dominguez
Partner
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One | Suite N500
Palm Beach Gardens, FL 33408
t:  561.515.1400 | f:  561.515.1401
https://urldefense.proofpoint.com/v2/url?u=http-3A__www.cohenmilstein.com&d=DwIF-g&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=K30V2ilnwH_XK2PzOGrdqJSXf3IMZ9LAKLzzNC4ORiU&m=O2SKWS5rY5dwOgc2g0TxfbcQmxnRggP1EYrTeg6iNko&s=My-Ar1Xlzv55i0x115y6kCcP-eHlQ2SSaXGWNNsLWjc&e=

-----Original Message-----
From: Terry, Joseph <JTerry@wc.com>
Sent: Monday, January 23, 2023 5:43 PM

To: Manuel John Dominguez <jdominguez@cohenmilstein.com>; Durham, Krystal C. <KDurham@wc.com>
Cc: Theodore Leopold <tleopold@cohenmilstein.com>; Agnieszka M. Fryszman <AFryszman@cohenmilstein.com>; zdean@kohnswift.com; ekohn@kohnswift.com
Subject: [EXTERNAL] RE: Baxter v. Miscavige, 8:22-cv-00986

How about Wednesday after 4?
_____
From: Manuel John Dominguez <jdominguez@cohenmilstein.com>
Sent: Jan 23, 2023 4:53 PM
To: "Terry, Joseph" <JTerry@wc.com>; "Durham, Krystal C." <KDurham@wc.com>
Cc: Theodore Leopold <tleopold@cohenmilstein.com>; "Agnieszka M. Fryszman" <AFryszman@cohenmilstein.com>; "Zahra R. Dean" <zdean@kohnswift.com>; "Elias A. Kohn" <ekohn@kohnswift.com>
Subject: Baxter v. Miscavige, 8:22-cv-00986

Joseph and Krystal,

I wanted to reach out to see if counsel for the parties could discuss trying to resolve the David Miscavige service Issue. The court invited us to have this call, so I thought it would be good for us to follow up. Is there a time tomorrow that works for both of you? Please let me know at your earliest convenience and I will send around a zoom invite.

Best,

John


Manuel John Dominguez
Partner

[Cohen Milstein Sellers & Toll PLLC]<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.cohenmilstein.com_&d=DwIF-g&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=K30V2ilnwH_XK2PzOGrdqJSXf3IMZ9LAKLzzNC4ORiU&m=O2SKWS5rY5dwOgc2g0TxfbcQmxnRggP1EYrTeg6iNko&s=W6Fk6hUsjPlnqLvU6Yb6AWNgb1Hp34QAX2YkebMJmDQ&e=>



Cohen Milstein Sellers & Toll PLLC

11780 U.S. Highway One  | Suite N500
Palm Beach Gardens, FL 33408

phone 561.515.1400
fax 561.515.1401

website<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.cohenmilstein.com&d=DwIF-g&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=K30V2ilnwH_XK2PzOGrdqJSXf3IMZ9LAKLzzNC4ORiU&m=O2SKWS5rY5dwOgc2g0TxfbcQmxnRggP1EYrTeg6iNko&s=My-Ar1Xlzv55i0x115y6kCcP-eHlQ2SSaXGWNNsLWjc&e=>  |
vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.cohenmilstein.com_sites_default_files_professionals_vcard_Manuel-2520J.-2520Dominguez-2Dvcard.vcf&d=DwIF-g&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=K30V2ilnwH_XK2PzOGrdqJSXf3IMZ9LAKLzzNC4ORiU&m=O2SKWS5rY5dwOgc2g0TxfbcQmxnRggP

1EYrTeg6iNko&s=eyh1UyML7jDtdxCw_o-3em_97uC6ZTOfORAz_Cypa38&e=> |
map<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.google.com_maps_place_11780-2BU.S.-2BHwy-2B1-2BN-2BN500-2C-2BNorth-2BPalm-2BBeach-2C-2BFL-2B33408_-4026.8495948-2C-2D80.0605868-2C17z_data-3D-213m1-214b1-214m5-213m4-211s0x88df2ae1280b020d-3A0xf9e985baf9892dfb-218m2-213d26.8495948-214d-2D80.0583981&d=DwIF-g&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=K30V2ilnwH_XK2PzOGrdqJSXf3IMZ9LAKLzzNC4ORiU&m=O2SKWS5rY5dwOgc2g0TxfbcQmxnRggP1EYrTeg6iNko&s=UNOB-CsDzZkXF1YGbPieGQhYwG3QN1yNmeYzy1dvIGg&e=>

Powerful Advocates. Meaningful Results.

This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.