# EXHIBIT 2

# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-mail: ekohn@kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
NEIL L. GLAZER †
ZAHRA R. DEAN +
AARTHI MANOHAR
ELIAS A. KOHN

† ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN NEW JERSEY
+ ONLY ADMITTED IN NEW YORK

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

January 27, 2023

**Via Federal Express**

David Miscavige
c/o Joseph Terry
Williams & Connolly LLP
680 Maine Street, S.W.
Washington, D.C. 20024

Re:   *Baxter/Paris v. David Miscavage, et al.*, No. 8:22-cv-00986

Dear Mr. Miscavige:

I am writing in reference to the above-referenced case filed in the U.S. District Court for the Middle District of Florida. We are sending you the following documents, pursuant to Rule 4 of the Federal Rules of Civil Procedure:

   1)   Notice of Lawsuit and Request for Waiver of Service of Summons;

   2)   2 copies of Waiver of Service of Summons;

   3)   a copy of the First Amended Complaint and Demand for Jury Trial; and

   4)   an addressed, stamped envelope.

Please sign one of the enclosed waivers where indicated and return the same in the envelope provided within thirty (30) days of the date of this letter. Please keep the second copy of the waiver for your records. Thank you for your attention herein.

Sincerely,

Elias A. Kohn

EAK/yr
Enclosures

ORIGIN ID:MUVA   (215) 238-1700
ELIAS KOHN
KOHN, SWIFT & GRAF, P.C.
1600 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
UNITED STATES US

SHIP DATE: 27JAN23
ACTWGT: 2.00 LB
CAD: 113521010/INET4534

BILL SENDER

TO  **JOSEPH TERRY**
**WILLIAMS & CONNOLLY, LLP**
**680 MAINE AVENUE SOUTHWEST**

**WASHINGTON DC 20024**
(215) 238-1700   REF: 8942/14499 EK/YR
INV:
PO:                          DEPT:




MON - 30 JAN 4:30P
STANDARD OVERNIGHT

TRK# 7711 4849 4508
0201

XE WASA           20024
       DC-US  IAD



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

00 MARKET STREET, SUITE 2500
LPHIA, PENNSYLVANIA 19103-7225



Elias A. Kohn, Esquire
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103

REDACTED

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Monday, January 30, 2023 9:36 AM |
| To: | REDACTED |
| Subject: | FedEx Shipment 771148494508: Your package has been delivered |

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



# Hi. Your package was delivered Mon, 01/30/2023 at 9:27am.



Delivered to 680 MAINE AVE SW, Washington, DC 20024
Received by B.GRANT

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771148494508 |
| **FROM** | Kohn, Swift & Graf, P.C. |
| | 1600 Market Street |
| | Suite 2500 |
| | PHILADELPHIA, PA, US, 19103 |

1

| | |
|---|---|
| **TO** | Williams & Connolly, LLP |
| | Joseph Terry |
| | 680 Maine Avenue Southwest |
| | Washington, DC, US, 20024 |
| **REFERENCE** | 8942/14499 EK/yr |
| **SHIPPER REFERENCE** | 8942/14499 EK/yr |
| **SHIP DATE** | Fri 1/27/2023 05:20 PM |
| **DELIVERED TO** | Mailroom |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | PHILADELPHIA, PA, US, 19103 |
| **DESTINATION** | Washington, DC, US, 20024 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.



2

**FOLLOW FEDEX**



✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:36 AM CST 01/30/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.