UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                                  Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

    Defendants.
_____/

**DECLARATION OF SARAH HELLER**

I, Sarah Heller, depose and say:

    1.    I am over the age of 21 and I make the following statements of my personal knowledge. If called on to testify, I could and would do so competently and without reservation.

    2.    I am a staff member of the Church of Scientology Flag Service Organization, Inc. ("FSO") located in Clearwater, Florida. FSO serves as the worldwide spiritual headquarters to Scientology and ministers to Scientologists throughout the world who come to Clearwater for Scientology

services, including services available only at that Church. FSO is recognized as a church under 26 U.S.C. § 170(c) and is exempt from taxation under 26 U.S.C. § 501(c)(3).

3. In 1993, the IRS recognized all U.S. Churches of Scientology as tax-exempt charitable religious organizations. The IRS specifically recognized each of the Corporate Defendants (Church of Scientology International, Religious Technology Center, IASA Administrations, Church of Scientology Flag Service Organization, Inc., and Church of Scientology Flag Ship Service Organization, Inc.) as separately exempt, not part of a group exemption, thus finding each to be a separate and distinct entity – neither agents of each other or of any individual.

4. I oversee the legal department of FSO. I have held positions at FSO continuously for over 20 years. In my role, I am familiar with the organizational structure of FSO and its operations.

5. Mr. David Miscavige is not and never has been an employee, officer or director of FSO. He is not and never has been a designated agent of FSO. FSO is not and never has been his designated agent.

6. Mr. David Miscavige does not and has never received any compensation or income from FSO.

I declare under penalty of perjury, under the law of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2023, in Clearwater, Florida.

*Sarah Heller*

Sarah Heller