UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                  Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

    Defendants.
_____/

## DECLARATION OF KENNETH WEBER

I, Kenneth Weber, depose and say:

    1.    I am over the age of 21 and I make the following statements of my personal knowledge. If called on to testify, I could and would do so competently and without reservation.

    2.    I am a Director of the Church of Scientology Flag Ship Service Organization, Inc. ("FSSO"), a 501(c)(3) tax-exempt, non-profit religious corporation organized under the laws of Delaware and registered as a foreign corporation doing business in Florida. I am a staff member of FSSO and am responsible for external affairs of this Church. I have held positions on FSSO's staff continuously since 1986.

3. FSSO is a church within the Scientology religion and a religious retreat located aboard a 440-foot ship, the *Freewinds*, that sails in the Caribbean region. It provides an ideal environment for religious studies and spiritual counseling.

4. In my role as a Director of FSSO, I am knowledgeable about the registration and ownership history of the *Freewinds*. The *Freewinds* was previously owned by the Flag Ship Trust via Panamanian corporations: San Donato Properties Corporation and Transcorp Services, SA. In 2009, Flag Ship Trust and Transcorp Services, SA were dissolved, and San Donato Properties Corporation became the owner of the *Freewinds*.

5. I am also familiar with the organizational structure of FSSO and its operations. Mr. David Miscavige is not and never has been an employee, officer or director of FSSO. He is not and never has been a designated agent of FSSO. FSSO is not and never has been his designated agent.

6. Mr. David Miscavige does not and has never received any compensation or income from FSSO.

I declare under penalty of perjury, under the law of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2023, in Oranjestad, Aruba.

_____
Kenneth Weber