# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.                                        Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.;

    Defendants.
_____/

### REQUEST FOR ORAL ARGUMENT ON DAVID MISCAVIGE'S OBJECTION TO THE ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ORDER DECLARING MISCAVIGE SERVED WITH PROCESS AND IN DEFAULT

Defendant David Miscavige, by and through undersigned counsel and pursuant to M.D. Local Rule 3.01(h),[1] respectfully requests oral argument on his

---

[1] Mr. Miscavige has made only a special appearing in this action without submitting himself to the jurisdiction of this Court. *See* ECF No. 153 at 1; ECF No. 163 at 1; ECF No. 172 at 1; ECF No. 178 at 1. By this request, Mr. Miscavige specially appears only to seek the requested relief herein. He does not consent to the jurisdiction of the Court, and he reserves his right to challenge (1) lack of jurisdiction over the subject matter, (2) lack of jurisdiction over the person, (3) improper venue, (4) insufficiency of process, (5) failure to state a cause of action, (6) statute of limitations, (7) arbitrability and all other defenses available to him.

1

Objection to the Order granting in part and denying in part Plaintiffs' Motion for Order Declaring Defendant Miscavige Served with Process and in Default. ECF No. 178.

     Mr. Miscavige estimates the time required for oral argument to be approximately 30 minutes per side, for a total of 60 minutes.

                                   Respectfully submitted,

Dated: February 28, 2023          /s/William J. Schifino, Jr.
                                   William J. Schifino, Jr., Esq.
                                   Florida Bar No. 564338
                                   Justin P. Bennett, Esq.
                                   Florida Bar No. 112833
                                   GUNSTER, YOAKLEY & STEWART, P.A.
                                   401 E. Jackson Street, Suite 1500
                                   Tampa, Florida 33602
                                   Telephone: (813) 228-9080
                                   Facsimile: (813) 228-6739
                                   Email- wschifino@gunster.com
                                   Email- jbennett@gunster.com

                                   Joseph M. Terry
                                   Krystal C. Durham
                                   Williams & Connolly LLP
                                   680 Maine Street, S.W.
                                   Washington, D.C. 20024
                                   (202) 434-5000

                                   *Attorneys for David Miscavige*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was electronically filed on February 28, 2023, with the Clerk of Court via the Court's CM/ECF system which will send a notice of electronic filing and copy to all counsel of record.

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
