UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER et al.,

    Plaintiffs,

    v.                                            Case No.: 8:22-cv-00986-TPB-JSS

DAVID MISCAVIGE et al.,

    Defendants.

_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of Dkt. 182 "Plaintiffs' Response to Objection of Non-Resident Corporate Defendants (Dkt. 176) and Objection of Defendants FSO and FSSO (Dkt. 177) to Portions of Magistrate Judge's Order re Service (Dkt. 170)" was electronically filed on March 14, 2023, with the Clerk of Court via the Court's CM/ECF system which will send a notice of electronic filing and copy to all counsel of record.

                                                                     */s/ Elias A. Kohn*
                                                                     Elias A. Kohn, Esq.

{00237178 }