UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

    Plaintiffs,

v.

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER, INC.;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.;

    Defendants.

Case No.: 8:22-cv-00986-TPB-JSS

_____/

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE
TO DAVID MISCAVIGE'S OBJECTION TO THE
<u>MAGISTRATE JUDGE'S ORDER</u>**

Defendant David Miscavige,[1] by counsel and pursuant to M.D. Fla. L.R. 3.01(d), moves for leave to file a brief, seven-page, reply to Plaintiffs' Response to Defendant Miscavige's Objection to the Magistrate Judge's Order Granting in Part and Denying in Part Plaintiffs' Motion for Order Declaring him Served with Process and in Default, ECF No. 183 ("the Response"), and in support states:

    1.    On March 14, 2023, Plaintiffs filed the Response. In the Response, Plaintiffs cite several cases, attach new exhibits, and make new arguments that Mr.

---

[1] Mr. Miscavige has made only a special appearance in this action, without submitting himself to the jurisdiction of this Court. He reserves all rights. *See, e.g.*, ECF. No. 153 at 1; ECF No. 178 at 1.

1

Miscavige requests an opportunity to briefly address. Plaintiffs' Response also misstates the law and inaccurately characterizes the record.

2. Mr. Miscavige does not seek to reargue points already addressed in his Objection but rather seeks to address several new arguments made that were not raised by Plaintiffs in prior briefing or the Magistrate's Order, and new evidence submitted by Plaintiffs. Mr. Miscavige also intends to correct Plaintiffs' misstatements as to the governing law and record and requests an opportunity to distinguish the cases Plaintiffs rely on. Therefore, good cause exists to permit a short reply.

3. Courts in this District have explained that reply briefs are warranted to "rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Easterwood v. Sedgwick Claims Mgmt Servs. Inc.*, No. 6:19-cv-700, 2019 WL 12471699, at *2 (M.D. Fla. Dec. 20, 2019) (internal quotation marks omitted). Leave to file a reply brief may be granted when "the reply will benefit the Court's resolution of the pending motion." *Id.*

4. Accordingly, Mr. Miscavige requests leave to file a reply to Plaintiffs' Response, which will be no more than seven (7) pages.

5. Should the Court grant this Motion, Mr. Miscavige requests permission to file the reply within seven (7) days of the Court's ruling.

**LOCAL RULE 3.01(g) CERTIFICATION**

In accordance with Local Rule 3.01(g), counsel for Mr. Miscavige has conferred with Plaintiffs via email about the relief sought herein. Plaintiffs oppose the relief sought in this motion.

Respectfully submitted,

Dated: March 17, 2023

/s/William J. Schifino, Jr.
William J. Schifino, Jr., Esq.
Florida Bar No. 564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Email- wschifino@gunster.com
Email- jbennett@gunster.com

Joseph M. Terry (admitted *pro hac vice*)
Krystal C. Durham (admitted *pro hac vice*)
Williams & Connolly LLP
680 Maine Street, S.W.
Washington, D.C. 20024
(202) 434-5000

*Attorneys for David Miscavige*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on March 17, 2023, with the Clerk of Court via the Court's CM/ECF system which will send a notice of electronic filing and copy to all counsel of record.

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.