UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA
BAXTER, and VALESKA PARIS,

    Plaintiffs,

v.                                       Case No. 8:22-cv-986-TPB-JSS

DAVID MISCAVIGE, et al.,

    Defendants.
_____/

**ORDER OVERRULING OBJECTIONS TO FEBRUARY 14, 2023, ORDER**

This matter is before the Court on the objections (Docs. 176; 177; 178) to United States Magistrate Judge Julie S. Sneed's Order dated February 14, 2023 (Doc. 170). In her Order, Judge Sneed granted in part, and denied in part, "Plaintiffs' Motion for Order Declaring Defendant David Miscavige Served with Process and in Default" (Doc. 152). Specifically, Judge Sneed deemed Miscavige properly served but declined to find him in default.

A party may file objections to a magistrate judge's order on a non-dispositive pretrial matter within fourteen days after service of the order. Fed. R. Civ. P. 72(a). When objections are filed, the district court "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.* An order is contrary to law if the magistrate judge failed to apply or misapplied the relevant statutes, case law, or procedural rules. *TemPay, Inc. v. Biltres Staffing of Tampa Bay, LLC*, 929 F. Supp. 2d 1255, 1260 (M.D. Fla. 2013) (citing *S.E.C. v. Kramer*, 778 F. Supp. 2d 1320, 1326-27 (M.D. Fla. 2011)).

After an independent review of the record, the undersigned concurs with Judge Sneed.  Judge Sneed's Order is neither clearly erroneous nor contrary to law. Consequently, the objections are overruled, and Judge Sneed's February 14, 2023, Order shall remain the Order of the Court.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The objections (Docs. 176; 177; 178) are **OVERRULED**, and Judge Sneed's February 14, 2023, Order (Doc. 170) shall remain the Order of the Court.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 31st day of March, 2023.

*[signature]*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**