# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS, | : : : |
| Plaintiffs, | : : : |
| v. | : Case No: 8:22-cv-986-TPB-JSS : |
| DAVID MISCAVIGE, CHURCH OF SCIENTOLOGY INTERNATIONAL; RELIGIOUS TECHNOLOGY CENTER (RTC); INTERNATIONAL ASSOCIATION OF SCIENTOLOGISTS ADMINISTRATIONS (IASA); CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. (FSO); and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC. (FSSO), | : : : : : : : : : : : |
| Defendants. | : : |

## PLAINTIFFS MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, Gawain Baxter, Laura Baxter, and Valeska Paris, by and through their undersigned counsel, hereby move for leave to file under seal a motion to extend the Sealed Ex Parte Order (Dkt. 78) issued on July 29, 2022.

1

| | |
|---|---|
| Dated: July 27, 2023 | Respectfully submitted, |

| | |
|---|---|
| Gregory P. Hansel<br>(Fla. Bar No. 607101)<br>Shana M. Solomon<br>Elizabeth F. Quinby<br>**PRETI FLAHERTY BELIVEAU**<br>  **& PACHIOS, CHARTERED, LLP**<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>(207) 791-3000<br>ghansel@preti.com<br>ssolomon@preti.com<br>equinby@preti.com | */s/ Elias Kohn*<br>Neil L. Glazer<br>Joseph C. Kohn<br>Zahra R. Dean<br>Aarthi Manohar<br>Elias Kohn<br>**KOHN, SWIFT & GRAF, P.C.**<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 238-1700<br>nglazer@kohnswift.com<br>jkohn@kohnswift.com<br>zdean@kohnswift.com<br>amanohar@kohnswift.com<br>ekohn@kohnswift.com |
| Agnieszka M. Fryszman<br>Brendan Schneiderman<br>**COHEN MILSTEIN SELLERS**<br>  **& TOLL PLLC**<br>1100 New York Ave., N.W., Fifth Floor<br>Washington, DC 20005<br>(202) 408-4600<br>afryszman@cohenmilstein.com<br>bschneiderman@cohenmilstein.com | Manuel J. Dominguez<br>(Fla. Bar No. 0054798)<br>Theodore Leopold<br>(Fla. Bar No. 705608)<br>**COHEN MILSTEIN SELLERS**<br>  **& TOLL PLLC**<br>11780 U.S. Highway One, Suite N500<br>Palm Beach Gardens, FL 33408<br>(561) 515-1400<br>tleopold@cohenmilstien.com<br>jdominguez@cohenmilstein.com |
| | **WARREN A. ZIMMERMAN, P.A.**<br>4114 Sparrow Ct<br>Lutz, FL 33558-2727<br>(813) 230-1465<br>warren@wzimmermanlaw.com |