# EXHIBIT C

```
                                                                   1

 1           SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF LOS ANGELES
 3      DEPARTMENT 37   HON. GAIL KILLEFER, JUDGE PRESIDING
 4
 5   JANE DOE,                             )
                                           )
 6                PLAINTIFF,               )
                                           )
 7             V.                          ) NO. 19STCV21210
                                           )
 8   CHURCH OF SCIENTOLOGY,                )
     ET AL.,                               )
 9                                         )
                  DEFENDANTS.              )
10   _____)
11
12
13            REPORTER'S TRANSCRIPT OF PROCEEDINGS
14       WEDNESDAY, JUNE 5, 2024, 8:30 A.M. CALENDAR
15
16
     APPEARANCES:
17
     FOR PLAINTIFF:    LAW OFFICE OF GRAHAM E. BERRY
18                     BY:   GRAHAM E. BERRY
                       1935 N. SERRANO AVENUE
19                     LOS ANGELES, CA 90027
20   FOR DEFENDANTS:   WINSTON & STRAWN LLP
                       BY:   WILLIAM H. FORMAN
21                           MARGARET E. DAYTON
                       333 S. GRAND AVENUE
22                     LOS ANGELES, CA 90071-1543
23                     JEFFER MANGELS BUTLER & MITCHELL LLP
                       BY:   ROBERT E. MANGELS
24                           MATTHEW D. HINKS
                       1900 AVENUE OF THE STARS
25                     7TH FLOOR
                       LOS ANGELES, CA 90067
26
27                         REPORTED BY:
                           ALEXANDER T. JOKO, CSR NO. 12272
28                         COURT REPORTER PRO TEM
```

2

1              I N D E X
2               (NONE)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
                                                              3
 1   CASE NUMBER:              19STCV21210
 2   CASE NAME:                JANE DOE VS. CHURCH OF
 3                             SCIENTOLOGY, ET AL.
 4   LOS ANGELES, CALIFORNIA   WEDNESDAY, JUNE 5, 2024
 5   DEPARTMENT 37             JUDGE GAIL KILLEFER
 6   APPEARANCES:              (AS HERETOFORE NOTED.)
 7   REPORTER:                 ALEXANDER JOKO, CSR NO. 12272
 8   TIME:                     8:30 A.M. CALENDAR
 9
10              (THE FOLLOWING PROCEEDINGS WERE HELD
11        IN OPEN COURT AT 9:05 A.M.:)
12
13              THE COURT:  JANE DOE VERSUS CHURCH OF
14   SCIENTOLOGY, APPEARANCES, PLEASE.
15              MR. BERRY:  GOOD MORNING, YOUR HONOR.  GRAHAM
16   BERRY APPEARING FOR THE PLAINTIFF.
17              MR. FORMAN:  GOOD MORNING, YOUR HONOR.  BILL
18   FORMAN AND MARGARET DAYTON FOR DEFENDANT CHURCH OF
19   SCIENTOLOGY INTERNATIONAL.
20              THE COURT:  GOOD MORNING.
21              MR. MANGELS:  GOOD MORNING, YOUR HONOR.
22   ROBERT MANGELS AND MATTHEW HINKS FOR DEFENDANT
23   RELIGIOUS TECHNOLOGY CENTER.
24              THE COURT:  GOOD MORNING.
25                IT SEEMS LIKE COUNSEL SPENT A LOT OF TIME
26   TELLING THE COURT WHAT'S HAPPENING WHEN THERE'S NOTHING
27   THIS COURT CAN DO.  I CAN'T SET AN END OF THE
28   ARBITRATION DATE AS MR. BERRY WANTS.  DEFENDANTS ARE
```

1  VERY CLEAR ABOUT WHAT LIMITED JURISDICTION I HAVE, SO
2  TO SPEAK.
3              SO I'M INTERESTED IN HOW LONG IT WILL
4  TAKE, MR. BERRY.  IT SEEMS LIKE THE FACTS ARE VERY
5  DIFFERENT FROM DEFENDANTS THAN YOURS.  SO I'LL JUST SET
6  ANOTHER STATUS, WHAT, SIX MONTHS, EIGHT MONTHS?  WHAT
7  DO YOU SUGGEST, COUNSEL?
8         MR. FORMAN:  YOUR HONOR, YOU KNOW WE MADE THE
9  REQUEST NOT TO SET A STATUS CONFERENCE, BUT --
10        THE COURT:  BUT I'LL LOSE TRACK OF THE CASE
11 STATISTICALLY SPEAKING.
12        MR. FORMAN:  I UNDERSTAND.
13             LET'S SAY EIGHT MONTHS BECAUSE,
14 HOPEFULLY, WE WON'T NEED ANOTHER STATUS CONFERENCE.
15        THE COURT:  FEBRUARY?
16        MR. BERRY:  MAY I BE HEARD, YOUR HONOR?
17        THE COURT:  YES.
18        MR. BERRY:  IT IS TRUE THAT THE COURT CANNOT
19 DO ANYTHING TODAY, BUT IT DOES HAVE POWER UNDER THE
20 ARBITRATION ACT TO BRING AN END TO THESE PROCEEDINGS.
21 1283.8 OF THE CCP SAYS, "THE AWARD SHALL BE MADE WITHIN
22 THE TIME FIXED THEREFOR BY THE AGREEMENT OR, IF NOT SO
23 FIXED, WITHIN SUCH TIME AS THE COURT ORDERS ON PETITION
24 OF A PARTY TO THE ARBITRATION."
25             SO I WOULD SUBMIT, YOUR HONOR, THAT WE
26 WOULD BE WITHIN BOUNDS TO FILE A PETITION TO SET AN END
27 DATE.
28        THE COURT:  MAYBE, MR. BERRY, BUT THEN I WOULD

5

1  ASSUME THAT PLAINTIFF HAD NO CAUSE OF ANY OF THIS
2  DELAY, AND I CAN'T SAY THAT RIGHT NOW.  SO I'M INCLINED
3  TO CONTINUE THE STATUS CONFERENCE TO FEBRUARY 20, IF
4  THAT WORKS FOR EVERYONE, AT 8:30.
5              MR. BERRY:  YOUR HONOR, IF I MAY BE FURTHER
6  HEARD?
7                   I AM NOT THE REASON FOR THIS DELAY AS THE
8  DEFENDANTS ARE WELL AWARE THERE ARE OTHER COUNSEL
9  INVOLVED IN THIS CASE WHO HAVE BEEN UNABLE TO BE
10 ADMITTED PRO HAC VICE BECAUSE OF THE MOTION FOR
11 ARBITRATION.  IT IS THEIR CALENDARS THAT WERE IN
12 CONFLICT, NOT MINE.
13             THE COURT:  WELL, HAPPILY I DON'T NEED TO
14 DECIDE THAT THIS MORNING.
15             MR. FORMAN:  MAY I JUST ONE THING FOR THE
16 RECORD, YOUR HONOR, IF I MAY?
17                  MR. BERRY HAS BEEN PUTTING ON HIS CAPTION
18 FOR YEARS THAT THEIR PRO VAC VICE APPLICATION IS
19 PENDING FOR OUT-OF-STATE COUNSEL.  THE LATE JUDGE
20 BURDGE DENIED THOSE MOTIONS AS MOOT OVER FOUR YEARS
21 AGO.  I DON'T KNOW WHO SHOWS UP AT THIS ARBITRATION.
22 I'M NOT THERE.  MR. BERRY SAYS THERE'S OUTSIDE COUNSEL,
23 BUT THEY'RE NOT ON THE CAPTION.  THEY'RE NOT IN THIS
24 CASE.
25             THE COURT:  DOES IT IMPACT ANYTHING I DO THIS
26 MORNING?
27             MR. FORMAN:  IT IMPACTS NOTHING YOU DO THIS
28 MORNING.

6

1        I WOULD ALSO REITERATE A REQUEST THAT THE
2   PARTIES NOT BE PERMITTED TO SUBMIT A STATUS REPORT IN
3   ADVANCE OF THE NEXT STATUS CONFERENCE.
4        THE COURT:  I REALLY DON'T WANT TO SEE ANY
5   STATUS REPORTS BEFORE FEBRUARY 20TH, MR. BERRY.  OKAY?
6        MR. FORMAN:  THANK YOU, YOUR HONOR.
7        MR. BERRY:  VERY GOOD, YOUR HONOR.
8        THE COURT:  ALL RIGHT.  NOTICE WAIVED?
9        MR. FORMAN:  NOTICE WAIVED, YOUR HONOR.
10       THE COURT:  NOVEMBER 20 AT 8:30, I'M SORRY,
11  FEBRUARY 20 AT 8:30.
12            THANK YOU, ALL.
13            NOTICE IS WAIVED, I ASSUME?
14       MR. FORMAN:  YES, YOUR HONOR.  THANK YOU.
15       MR. BERRY:  YES, YOUR HONOR.
16       MR. MANGELS:  NOTICE WAIVED.
17            (END OF PROCEEDINGS AT 9:09 A.M.)
18
19
20
21
22
23
24
25
26
27
28

```
                                                              7

 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF LOS ANGELES
 3       DEPARTMENT 37   HON. GAIL KILLEFER, JUDGE PRESIDING
 4
 5   JANE DOE,                          )
                                        )
 6               PLAINTIFF,             )
                                        )
 7          V.                          ) NO. 19STCV21210
                                        )
 8   CHURCH OF SCIENTOLOGY,             )
     ET AL.,                            )
 9                                      )
                 DEFENDANTS.            )
10   _____)
11
12
13
14
15          I, ALEXANDER T. JOKO, COURT REPORTER PRO TEM,
16   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
17   THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE
18   FOREGOING PAGES COMPRISE A FULL, TRUE, AND CORRECT
19   TRANSCRIPT OF THE PROCEEDINGS HELD IN THE
20   ABOVE-ENTITLED MATTER ON JUNE 5, 2024.
21
22            DATED THIS 6TH DAY OF JUNE, 2024.
23
24
25            [signature]
26
27
28
```