# EXHIBIT 1

| | |
|---|---|
| **From:** | Terry, Joseph |
| **Sent:** | Wednesday, May 22, 2024 11:10 PM |
| **To:** | Manuel John Dominguez |
| **Cc:** | Brendan Schneiderman; Suellentrop, Nicholas; Durham, Krystal C. |
| **Subject:** | RE: Baxter v. Miscavige |

John—

I am available to talk on Friday now (pretty wide open) but wanted to set forth our position first.



2.	Arbitration:  The case is closed, and the court was clear that it was staying the matter and compelling arbitration for all defendants you wish to proceed against, including Mr. Miscavige.  Indeed, the Court expressly noted in a footnote that the arbitration provisions applied to individuals: "Although Plaintiffs argue that the arbitration provisions are not enforceable by third parties, the agreements reflect an intent to arbitrate disputes and claims against the Church and its related entities and individuals."  3/31/23 Order at 6, n.6 (emphasis added).  As Mr. Miscavige was the only related individual named in this action, it is quite clear that the Court's language included him.  That is consistent with the Court's order that "Defendants," which includes Mr. Miscavige, may enforce the arbitration agreements.  Thus the Court's order plainly covers Mr. Miscavige.  Accordingly, if your clients proceed with their baseless claims against Mr. Miscavige, they must do so in arbitration.  Any attempt to litigate these claims in federal court would be frivolous and sanctionable.

Joe

-----Original Message-----
From: Manuel John Dominguez <jdominguez@cohenmilstein.com>
Sent: Wednesday, May 22, 2024 11:38 AM
To: Terry, Joseph <JTerry@wc.com>

Cc: Brendan Schneiderman <bschneiderman@cohenmilstein.com>; Suellentrop, Nicholas <nsuellentrop@wc.com>; Durham, Krystal C. <KDurham@wc.com>
Subject: RE: Baxter v. Miscavige

Joe,

Thanks for getting back to me. [redacted]

A second issue I wanted to discuss is the status of Mr. Miscavige. Now that our 1292(b) has been denied, we believe that there must be a resolution of what venue the case brought against Miscavige will proceed in. Your client acted as though-and the Organizational Defendants stated explicitly-that he was not participating in the motions practice regarding the Organizational Defendants' motions to compel arbitration. Accordingly, the case against Mr. Miscavige has not been sent to arbitration and it is our position that your client must still respond to our complaint. Therefore, we plan to also file a motion to lift the stay as to Mr. Miscavige and ask the court to order him to respond to our complaint, whether by moving to compel arbitration or otherwise.

These are things I was hoping we could discuss. Thursday, I am pretty wide open, so how about 10 am est?

Best,

John


Manuel John Dominguez
Partner
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One | Suite N500
Palm Beach Gardens, FL 33408
t:  561.515.1400 | f:  561.515.1401
www.cohenmilstein.com

-----Original Message-----
From: Terry, Joseph <JTerry@wc.com>
Sent: Tuesday, May 21, 2024 6:48 PM
To: Manuel John Dominguez <jdominguez@cohenmilstein.com>
Cc: Brendan Schneiderman <bschneiderman@cohenmilstein.com>; Suellentrop, Nicholas <nsuellentrop@wc.com>; Durham, Krystal C. <KDurham@wc.com>
Subject: RE: Baxter v. Miscavige

John,

As you know, the case is administratively closed. Let me know what you want to discuss. I am available Thursday or Friday to speak but would like information about your potential motions in advance of the call.

Joe
_____
From: Manuel John Dominguez <jdominguez@cohenmilstein.com>
Sent: May 21, 2024 8:29 AM

2

To: "Terry, Joseph" <JTerry@wc.com>
Cc: Brendan Schneiderman <bschneiderman@cohenmilstein.com>
Subject: Baxter v. Miscavige

Joe,

We are planning to file two motions in the coming days related to your client Miscavige.  I am out of the office today, but are you around tomorrow or later this week so we can meet and confer.   Hope you are well.

Best,

John

Manuel John Dominguez
Partner
he/him/his


[Cohen Milstein Sellers & Toll PLLC]<http://www.cohenmilstein.com/>



Cohen Milstein Sellers & Toll PLLC

11780 U.S. Highway One  | Suite N500
Palm Beach Gardens, FL 33408

phone 561.515.1400
fax 561.515.1401

website<http://www.cohenmilstein.com>  |
vCard<http://www.cohenmilstein.com/sites/default/files/professionals/vcard/Manuel%20J.%20Dominguez-vcard.vcf> |
map<https://www.google.com/maps/place/11780+U.S.+Hwy+1+N+N500,+North+Palm+Beach,+FL+33408/@26.8495948,-80.0605868,17z/data=!3m1!4b1!4m5!3m4!1s0x88df2ae1280b020d:0xf9e985baf9892dfb!8m2!3d26.8495948!4d-80.0583981>



This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the

3

contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.