UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,<br><br>  Plaintiffs,<br><br>v.<br><br>DAVID MISCAVIGE, CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY CENTER, INC., IAS ADMINISTRATIONS, INC., CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.,<br><br>  Defendants. | Case No: 8:22-cv-986-TPB-JSS |

**UNOPPOSED MOTION**
**TO WITHDRAW APPEARANCE OF NEIL GLAZER**

Pursuant to Local Rule 2.02, I respectfully request leave to withdraw my appearance as counsel for Plaintiffs in the above-captioned action and direct the Clerk to terminate my ECF noticing.

Pursuant to Rule 2.02(c)(1)(A), I certify that I have provided fourteen days' notice to the Plaintiffs and that the Plaintiffs consent to my withdrawal.

The withdrawal will not result in the Plaintiffs proceeding pro se. Plaintiffs will continue to be represented by Joseph C. Kohn, Zahra Dean, and Elias Kohn of Kohn, Swift & Graf P.C.; Gregory P. Hansel, Shana M. Solomon, and Elizabeth F. Quinby of Preti Flaherty Beliveau & Pachios, Chartered, LLP; Theodore Leopold, Manuel J. Dominguez, Agnieszka M. Fryszman, and Brendan Schneiderman of Cohen Milstein Sellers & Toll PLLC; Shelby Leighton of Public Justice; and Warren A. Zimmerman.

The withdrawal will not result in a continuance of a trial.

WHEREFORE, I respectfully request the Court grant my motion to withdraw as counsel for Plaintiffs.

## Local Rule 3.01(g) Certification

I have conferred with counsel for the opposing parties and represent they do not oppose my withdrawal.

Dated: February 25, 2025                    Respectfully submitted,

/s/ *Neil L. Glazer*
Neil L. Glazer

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Neil L. Glazer, hereby certify that I have caused a copy of the Motion to Withdraw Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Dated: February 25, 2025                */s/ Neil L. Glazer*
                                                                      Neil L. Glazer

                                                                      *Attorney for Plaintiffs*