UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GAWAIN BAXTER, LAURA BAXTER and VALESKA PARIS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MISCAVIGE, CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY CENTER, INC., IAS ADMINISTRATIONS, INC., CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.,<br><br>Defendants. | Case No: 8:22-cv-986-TPB-JSS |

**UNOPPOSED MOTION
TO WITHDRAW APPEARANCE OF ELIAS A. KOHN**

Pursuant to Local Rule 2.02, I respectfully request leave to withdraw my appearance as counsel for Plaintiffs in the above-captioned action and direct the Clerk to terminate my ECF noticing.

Pursuant to Rule 2.02(c)(1)(A), I certify that I have provided fourteen days' notice to the Plaintiffs and that the Plaintiffs consent to my withdrawal.

{00259000 }

The withdrawal will not result in the Plaintiffs proceeding pro se. Plaintiffs will continue to be represented by Joseph C. Kohn and Zahra Dean of Kohn, Swift & Graf P.C.; Gregory P. Hansel, Shana M. Solomon, and Elizabeth F. Quinby of Preti Flaherty Beliveau & Pachios, Chartered, LLP; Theodore Leopold, Manuel J. Dominguez, Agnieszka M. Fryszman, and Brendan Schneiderman of Cohen Milstein Sellers & Toll PLLC; Shelby Leighton of Public Justice; and Warren A. Zimmerman.

The withdrawal will not result in a continuance of a trial.

WHEREFORE, I respectfully request the Court grant my motion to withdraw as counsel for Plaintiffs.

## Local Rule 3.01(g) Certification

I have conferred with counsel for the opposing parties and represent they do not oppose my withdrawal.

Dated: June 20, 2025                    Respectfully submitted,

/s/ *Elias A. Kohn*
Elias A. Kohn

*Attorney for Plaintiffs*

{00259000 }

# CERTIFICATE OF SERVICE

I, Elias A. Kohn, hereby certify that I have caused a copy of the Motion to Withdraw Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Dated: June 20, 2025 /s/ *Elias A. Kohn*
Elias A. Kohn

*Attorney for Plaintiffs*