IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA
BAXTER and VALESKA PARIS,

    Plaintiffs,

v.

DAVID MISCAVIGE, CHURCH OF
SCIENTOLOGY INTERNATIONAL,
INC.; RELIGIOUS TECHNOLOGY
CENTER, INC.; IAS
ADMINISTRATIONS, INC.;
CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION,
INC.; and CHURCH OF
SCIENTOLOGY FLAG SHIP
SERVICE ORGANIZATION, INC.,

    Defendants.

Case No.: 8:22-cv-986-TPB-JSS

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF
WILLIAM H. FORMAN**

    Pursuant to Local Rule 2.02, I respectfully request leave to withdraw my appearance as counsel for Defendant Church of Scientology International ("CSI") in the above-captioned action and direct the Clerk to terminate my ECF noticing.

    Pursuant to Rule 2.02(c)(1)(A), I certify that I have provided fourteen days' notice to CSI and that CSI consents to my withdrawal.

The withdrawal will not result in CSI proceeding pro se. CSI will continue to be represented by Gustavo J. Membiela of Winston & Strawn LLP.

The withdrawal will not result in a continuance of a trial.

WHEREFORE, I respectfully request the Court grant my motion to withdraw as counsel for Plaintiffs.

## LOCAL RULE 3.01(G) CERTIFICATION

I have conferred with counsel for the opposing parties and represent they do not oppose my withdrawal.

Dated: July 8, 2025                               Respectfully submitted,

/s/ *William H. Forman*
William H. Forman

Attorney for Defendant Church of Scientology International

**CERTIFICATE OF SERVICE**

      I, William H. Forman, hereby certify that I have caused a copy of the Motion to Withdraw Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Dated: July 8, 2025

                                            /s/ *William H. Forman*
                                            William H. Forman

                                            Attorney for Defendant Church of Scientology International