# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

       Plaintiffs,

   v.

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL;
RELIGIOUS TECHNOLOGY
CENTER; IAS ADMINISTRATIONS,
INC.; CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION,
INC.; and CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

       Defendants.

/

CIVIL ACTION

Case No. 8:22-cv-00986-TPB-SPF

## NOTICE OF APPEARANCE

    W. Dylan Fay of the law firm of White & Case LLP hereby gives notice of his appearance on behalf of Defendant Church of Scientology International and requests that copies of all motions, notice, and other pleadings filed in this case be furnished to the undersigned.

Date:   April 3, 2026

Respectfully submitted,

*s/ W. Dylan Fay*

| | |
|---|---|
| W. Dylan Fay | Jeffrey L. Steinfeld |
| Florida Bar No. 125673 | California Bar No. 294848 |
| WHITE & CASE LLP | *Pro Hac Vice Forthcoming* |
| Southeast Financial Center | WHITE & CASE LLP |
| 200 S Biscayne Blvd, Suite 4900 | 555 South Flower Street, Suite 2700 |
| Miami, FL 33131-2352 | Los Angeles, CA 90071-2433 |
| Telephone: (305) 371-2700 | Telephone: (213) 620-7700 |
| Facsimile: (305) 358-5744 | Facsimile: (213) 452-2329 |
| Dylan.Fay@whitecase.com | Jeff.Steinfeld@whitecase.com |

*Counsel for Defendants Church of Scientology International.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF.

_s/ W. Dylan Fay_____
W. Dylan Fay