# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

        Plaintiffs,

    v.

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL;
RELIGIOUS TECHNOLOGY
CENTER; IAS ADMINISTRATIONS,
INC.; CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION,
INC.; and CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

        Defendants.

        CIVIL ACTION

        Case No. 8:22-cv-00986-TPB-SPF

        /

## UNOPPOSED MOTION FOR ADMISION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 2.01 of the Local Rules for the United States District Court for the Middle District of Florida, Jeffrey L. Steinfeld of the law firm White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, CA 90071-2433, (213) 620-7700, respectfully moves for admission *pro hac vice* for the purposes of appearing as counsel on behalf of Defendant Church of Scientology International ("CSI") in the above-styled case, and in support thereof states as follows:

1.    I am neither a Florida resident nor a member in good standing of The Florida Bar.

2.  I am a member in good standing of a bar of a United States district court; specifically, the Central and Northern Districts of the California United States District Court.

3.  I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

4.  I have not appeared in the last thirty-six months in cases in state or federal court in Florida other than *Lahav et al. v. Binance Holdings Limited et al.*, No. 1:24-cv-21421-MOORE (S.D. Fla.), which was transferred from the Northern District of California as part of a multidistrict litigation (MDL).

5.  I will comply with the Federal Rules and this Court's local rules.

6.  I am familiar with 28 U.S.C. § 1927, which provides

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7.  I will pay the fee for special admission.

8.  I will register with the Court's CM/ECF system.

9.  I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose to my special admission.

WHEREFORE, Jeffrey L. Steinfeld moves this Court to enter an Order authorizing Jeffrey L. Steinfeld to appear before this Court on behalf of Defendant Church of Scientology International, for purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeffrey L. Steinfeld.

Date:   April 3, 2026

**WHITE & CASE LLP**

*s/ W. Dylan Fay*
W. Dylan Fay
Florida Bar No. 125673
Dylan.Fay@whitecase.com
WHITE & CASE LLP
Southeast Financial Center
200 S Biscayne Blvd, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*s/ Jeffrey L. Steinfeld*
Jeffrey L. Steinfeld
California Bar No. 294848
Jeff.Steinfeld@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

*Attorneys for Defendants*
*Church of Scientology International*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF.

_s/ W. Dylan Fay_
W. Dylan Fay