GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

     Plaintiffs,

v.                                 Case No. 8:22-cv-00986-TPB-SPF

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL;
RELIGIOUS TECHNOLOGY CENTER;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; and CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

     Defendants.

_____/

## DAVID MISCAVIGE'S JOINDER TO RESPONSE
## TO PLAINTIFFS' SECOND MOTION FOR RECONSIDERATION[1]

Defendant Mr. David Miscavige joins Defendants Church of Scientology

International, and Church of Scientology Flag Service Organization's, Response to

Plaintiffs' Second Motion for Reconsideration ("Response"). The Court previously

ruled that the arbitration agreements at issue covered claims against

Mr. Miscavige, ECF 188 at 6 n.4 (Court order holding that "the agreements reflect

an intent to arbitrate disputes and claims against the Church and its related entities

---

[1] In filing this Joinder to Response to Plaintiffs' Second Motion for Reconsideration, Mr. Miscavige reserves all rights and defenses available to him, including, without limitation, all Rule 12(b) defenses, and does not waive any right or defense available to him.

***and individuals***") (emphasis added), and denied Plaintiffs' request to lift the stay of this case as to Mr. Miscavige, in order to avoid the "piecemeal lawsuit" that such an approach would entail. *See* ECF 201; *see also* ECF 198 (denying request to lift the stay as to Mr. Miscavige); Plaintiffs nevertheless elected not to bring claims against him in the arbitration. For the reasons set forth in the Response, arbitration remains the appropriate forum for the adjudication of any of Plaintiffs' claims and their challenge to the arbitration is meritless.

Respectfully submitted,

Dated: April 7, 2026

*/s/William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar No. 564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Email- wschifino@gunster.com
Email- jbennett@gunster.com

Joseph M. Terry
Krystal C. Durham
Williams & Connolly LLP
680 Maine Street, S.W.
Washington, D.C. 20024
(202) 434-5000

*Attorneys for David Miscavige*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on April 7, 2026, with the Clerk of Court via the Court's CM/ECF system which will send a notice of electronic filing and copy to all counsel of record.

/s/ *William J. Schifino, Jr.*

William J. Schifino, Jr., Esq.