GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

     Plaintiffs,

v.                                  Case No. 8:22-cv-00986-TPB-SPF


DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL;
RELIGIOUS TECHNOLOGY CENTER;
IAS ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; and CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.,

     Defendants.

_____/

**DEFENDANT IAS ADMINISTRATIONS, INC.'S, NOTICE OF ADOPTION AND JOINDER IN CHURCH OF SCIENTOLOGY INTERNATIONAL AND CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION'S RESPONSE TO PLAINTIFFS' SECOND MOTION FOR RECONSIDERATION**

Subject to and without waiving Defendant IAS Administrations, Inc.'s ("IASA") jurisdictional challenge discussed in its prior Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction or, Alternatively, to Compel Arbitration or, Alternatively, Dismiss for Failure to State a Claim (Dkt. No. 72), IASA hereby adopts and joins in Defendants Church of Scientology International's ("CSI") and Church of Scientology Flag Service Organization's ("FSO") Response (Dkt. 213) to Plaintiffs' Second Motion for Reconsideration (Dkt. 209) directed at this Court's

March 31, 2023, Order Compelling Arbitration (Dkt. 188). For the reasons stated in the Response, the Second Motion for Reconsideration should be denied.

Respectfully submitted,

/s/ *ROBERT V. POTTER*

Robert V. Potter, FBN: 0363006
Johnson, Pope, Bokor, Ruppel & Burns, LLP,
311 Park Place Blvd., Suite 300,
Clearwater, FL 33759
Telephone: 727-461-1818
Primary email: bobp@jpfirm.com
Secondary email: tland@jpfirm.com
*Counsel for Defendant IASA*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a true and correct copy to all counsel of record.

/s/ *Robert V. Potter*
Attorney