# Exhibit 4

Gawain Baxter
Laura Baxter
Valeska Paris
Suite 205, Unit 72
3003 W. Olympic Blvd.
Los Angeles, CA 90006-6511

April 1, 2025

**VIA U.S. MAIL**

Mike Ellis, International Justice Chief
6331 Hollywood Boulevard
Los Angeles, CA 90028

> **RE:    Baxter, et. al. v. Church of Scientology International, Inc., et al., Arbitration before Church of Scientology International**

Dear Mr. Ellis:

We wrote you about a month ago regarding the procedures for the arbitration and to finalize scheduling, but we have not heard back from you or any other person associated with the proposed arbitration.

Have you transmitted our letter to the panel of arbitrators and does the panel need any additional information before determining what procedures to follow?

We would like to confirm that:

1. A stenographer or court reporter will be present to record the proceedings.
2. Our attorney can be present with us during the proceedings.
3. The Defendants will respond to the discovery we served.
4. The panel will accept expert reports (along with a date for serving the reports that provides a reasonable amount of time for the preparation of the reports).
5. Fact and expert witnesses will appear and can be examined and cross examined by counsel.

We had requested that a pre-arbitration hearing be set with the panel to discuss these issues and that the date of the hearing be well before the final arbitration hearing, allowing us sufficient time to prepare for the arbitration.  We are increasingly concerned that if we do not make progress on setting the procedural ground rules, our original proposed times will become unworkable.

April 1, 2025
Page 2

As a reminder, we proposed the following dates for the arbitration:  May 5 to 9, June 30 to July 3, or July 14 to 18.  We want to alert you that Laura Baxter is pregnant and will not be able to travel internationally outside Australia after June 30.

As a result, it is increasingly likely that the arbitration will have to be conducted remotely, as is now common, or in Australia.

If we cannot agree on a remote proceeding, in order to move this process forward and provide adequate time to arrange for an appropriate location, we propose that if the arbitration is held in June or July, it be held in Perth, Australia, at the Parmelia Hilton Perth, 14 Mill Street, Perth, Western Australia, Australia 6000 or a similar neutral location.  If the arbitration is held in May, which seems increasingly unlikely, given the passage of time without resolution of the threshold issues, we propose the following locations: the Parmelia Hilton Perth, 14 Mill Street, Perth, Western Australia, Australia 6000 or the DoubleTree by Hilton Hotel Los Angeles Downtown, 120 S Los Angeles St, Los Angeles, CA 90012. If the hearing must be conducted in the Tampa Bay area, we suggest the following location: Hilton Tampa Airport Westshore, 2225 N Lois Ave, Tampa, FL 33607-2355.

Finally, we will be accompanied by a psychotherapist during the arbitration sessions, in light of the potential for harm.  We assume the panel will not object, but please let us know by April 15 if we are mistaken.

Sincerely,


*/s/Gawain Baxter*
Claimant

*/s/Laura Baxter*
Claimant

*/s/Valeska Paris*
Claimant


cc:    Church of Scientology International
       Religious Technology Center
       International Association of Scientologists Administrations
       Church of Scientology Flag Service Organization, Inc.
       Church of Scientology Flag Ship Service Organization, Inc.