# Exhibit 5

Gawain Baxter
Laura Baxter
Valeska Paris
Suite 205, Unit 72
3003 W. Olympic Blvd.
Los Angeles, CA 90006-6511

May 29, 2025

**VIA U.S. MAIL**

Mike Ellis, International Justice Chief
6331 Hollywood Boulevard
Los Angeles, CA 90028

> RE:    **Baxter, et. al. v. Church of Scientology International, Inc., et al., Arbitration before Church of Scientology International**

Dear Mr. Ellis:

We are writing in response to your letter of April 29. In that letter you attach correspondence written by you and dated April 4, which you claim was mailed to us. We never received this April 4 letter.  Do you have proof of mailing?  If so, please send a copy to us, so we can better understand why this letter was never received. In addition to the general delay caused by your insistence on the use of US Mail, this mishap involving your April 4 letter is just another example of why we should be using email to communicate with each other. To avoid delay and further miscommunication, we request that all communications from the IJC relating to this arbitration be emailed to us at the following addresses: gbaxterlegal@proton.me (Gawain Baxter), lbaxterlegal@proton.me (Laura Baxter), and valparis13@myyahoo.com (Valeska Paris).

As for your proposed dates for arbitration, Laura is pregnant and has been advised by her doctors that she cannot travel internationally until after she delivers and she and the child are cleared for travel. So, we are not able to travel to Clearwater on June 30-July 3, 2025. However, we would request that Arbitration nonetheless be held on those dates, either virtually or in Australia at a neutral location, like a hotel or conference center, as previously requested. This should not be any kind of problem for Scientology, as your attorneys made representations to the Court that the arbitrators are able to "travel anywhere." A virtual hearing would be best, as it would save resources and be most efficient. Further, this is more consistent with your representations about how arbitration is supposed to run: cost effectively and efficiently. Please let us know if you can accommodate Laura's pregnancy by agreeing to either of these alternative venues. We would like to proceed with the arbitration as soon as possible, as there have already been significant delays since we demanded arbitration.

Additionally, you have continued to ignore our several requests for clarification regarding the arbitration schedule, instead telling us the arbitration will take "as long as necessary," and for pre-arbitration procedures, such as a conference with the arbitrators, discovery, and an opportunity

to review the substantive and procedural law that will govern this arbitration, which we still do not have. We request that you respond to our discovery requests, provide us with the names of all arbitrators, confirm that the dates of June 30 to July 3 will comprise the entirety of the arbitration process, and provide us with the substantive and procedural law governing the arbitration as soon as possible. We also request a conference with the arbitrators, and, at the very least, information about how this arbitration will be conducted and whether the arbitrators will first separately address the threshold questions regarding whether this case should be in arbitration in the first place. Should you fail to comply with these requests, we are still prepared to move forward with the arbitration on June 30 as described above, but we continue to reserve our right to challenge your failure to provide this basic information about the arbitration as a violation of our due process rights.

Sincerely,

*/s/Gawain Baxter*
Claimant

*/s/Laura Baxter*
Claimant

*/s/Valeska Paris*
Claimant

cc:    Church of Scientology International
       Religious Technology Center
       International Association of Scientologists Administrations
       Church of Scientology Flag Service Organization, Inc.
       Church of Scientology Flag Ship Service Organization, Inc.