# Exhibit 6

Gawain Baxter
Laura Baxter
Valeska Paris
Suite 205, Unit 72
3003 W. Olympic Blvd.
Los Angeles, CA 90006-6511

July 12, 2025

**VIA U.S. MAIL**

Mike Ellis, International Justice Chief
6331 Hollywood Boulevard
Los Angeles, CA 90028

      **RE:**    **Baxter, et. al. v. Church of Scientology International, Inc., et al., Arbitration
before Church of Scientology International**

Dear Mr. Ellis:

We're writing in response to your letter dated June 11, 2025.

It's very concerning that Scientology insists this arbitration must happen in person in Clearwater, Florida, especially since Scientology previously told the court that such arbitrations could be held "anywhere." This position is causing unnecessary delays in proceeding with arbitration.

As we previously explained, Laura is currently pregnant and cannot travel to Florida until after the baby is born. Realistically, she and Gawain will not be able to travel to Florida until the baby is old enough to handle a long trans-Pacific flight. The earliest they could travel to Clearwater would likely be in the latter half of January 2026. However, they are ready now to proceed with an arbitration either remotely or near their home in Australia.

There is nothing in the Scientology Agreements, which Scientology claims bind us, that says how, when, or where the arbitration must take place. Your claim that we have somehow agreed the arbitration has to be done in person has no real basis. If this proceeding were conducted in court or by a legitimate arbitration forum, Laura would be permitted to appear remotely as an accommodation for her pregnancy-related medical condition.

Holding this arbitration virtually would be far more practical for everyone involved. It would save time, reduce costs, avoid unnecessary travel, and allow this matter to be arbitrated much sooner. Scientology's insistence on an in-person hearing, with no solid reason, will only create further delays and expenses—which is the exact opposite of what arbitration is supposed to achieve, and the opposite of the description of arbitration that Scientology gave to the court.

Therefore, we're asking Scientology to agree to one of the following options:

1

- A virtual arbitration within the next 45 days; or
- An in-person arbitration at a neutral location in Australia within 60 days.

Please let us know if you are willing to proceed with either of these options. If Scientology is not open to either solution, kindly inform us right away. (As always, email is the most efficient means of doing so.) If necessary, we'll ask our attorneys to go to court to request an order requiring a virtual arbitration within 45 days. Of course, before doing that, we'll ask our attorneys to meet and discuss things further in the hope we can reach an agreement without having to file anything.

In preparation for the arbitration, we've also retained a practicing psychologist who specializes in forensic psychology and coercive control. She has begun evaluating the psychological harm we've experienced as a result of what we went through in Scientology. Her initial findings indicate that all of us meet the criteria for post-traumatic stress disorder, along with possibly other psychological injuries.

She has also determined that being forced to participate in this arbitration the way Scientology insists—in person, inside a Scientology facility, with unknown Scientology-appointed arbitrators, pursuant to unknown Scientology law and procedure, and without any support available—poses an unnecessary and preventable risk to our health and well-being.

A virtual arbitration, or one held at a neutral location in Australia, would not only help resolve this matter faster but would also protect us from potential harm. Additionally, if you are going to continue to insist on denying us legal representation at the arbitration, we ask that you allow us to bring a non-attorney support person to help address the harms identified by our expert.

We hope you'll respond quickly so we can move forward and finally bring this matter to a resolution.

Sincerely,

*/s/Gawain Baxter*
Claimant

*/s/Laura Baxter*
Claimant

*/s/Valeska Paris*
Claimant

cc:    Church of Scientology International
       Religious Technology Center
       International Association of Scientologists Administrations
       Church of Scientology Flag Service Organization, Inc.
       Church of Scientology Flag Ship Service Organization, Inc.

2