# Exhibit 7

Gawain Baxter
Laura Baxter
Valeska Paris
Suite 205, Unit 72
3003 W. Olympic Blvd.
Los Angeles, CA 90006-6511

October 10, 2025

**VIA U.S. MAIL**

Mike Ellis, International Justice Chief
6331 Hollywood Boulevard
Los Angeles, CA 90028

> RE:    **Baxter, et. al. v. Church of Scientology International, Inc., et al., Arbitration before Church of Scientology International**

Dear Mr. Ellis:

We are writing in response to your letter of September 18.

We confirm that, barring unforeseen circumstances and subject to obtaining visas, we will attend in-person the arbitration commencing January 19, 2026 in Clearwater.  Please confirm that is the correct date, since it is Dr. Martin Luther King, Jr. Day, a U.S. national holiday.

We'd like to get some basic information and clarifications from the arbitrators before the arbitration begins:

1. Location and Time – Please let us know the exact address (and building name, if there is one) where the Scientology arbitration will take place, as well as the time it will begin.

2. Security Procedures – If the building has security, please make sure that no Scientology staff will physically touch us under any circumstances. We understand if there are metal detectors or wands, but we will not agree to being touched by anyone affiliated with Scientology.

3. What We Can Bring – Please confirm what items we are allowed to bring with us into the arbitration.

4. Rules for Questioning Witnesses – Please confirm that both sides will follow the same rules for asking questions, and let us know what those rules are.

5. Witness Schedule – Please tell us when we'll be allowed to call our witnesses. Since some of them are traveling from out of state and have busy schedules, we need to know

the dates and times they'll be expected to appear, or how much notice we'll get before they're called.

6. Recording or Transcripts – Please confirm that none of the sessions will be recorded or transcribed by Scientology. If that changes, we ask that you tell us right away.

7. Choice of Arbitrators – Please confirm that none of the people accused of misconduct in our claim have been selected as arbitrators.

8. Breaks and Private Meetings – Please confirm that we'll be allowed to take breaks whenever needed, and that we can meet privately with our lawyers during those breaks.

9. Question of Arbitration Agreement – Please confirm that the panel will first decide whether there's a valid arbitration agreement, since we believe the agreements were signed under pressure and are not binding. The court has said this is the first issue that needs to be resolved.

10. All Plaintiffs Present – Lastly, we filed this case together and intend to go through the arbitration together. Please confirm that all three of us can be in the room and seated together during all sessions.

Sincerely,

*/s/Gawain Baxter*
Claimant

*/s/Laura Baxter*
Claimant

*/s/Valeska Paris*
Claimant

cc:   Church of Scientology International
      Religious Technology Center
      International Association of Scientologists Administrations
      Church of Scientology Flag Service Organization, Inc.
      Church of Scientology Flag Ship Service Organization, Inc.