# Exhibit 9



# CHURCH OF SCIENTOLOGY
### I N T E R N A T I O N A L

## INTERNATIONAL JUSTICE CHIEF

November 30, 2024

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I received your "request" for arbitration on November 21, 2024.

Your letter does not constitute a complete request for arbitration as required by the agreements all three of you signed:

(6. e.) i. I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;

ii. in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;

iii. within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;

iv. the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the

---

6331 Hollywood Boulevard, Los Angeles, CA 90028-6329

2                                                            11/30/24

arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

v. consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

These procedures require that each of you take specific action with emphasis on *"I."* (*"i. I* will…" *"ii.* in *my* request for arbitration, *I* will designate one arbitrator to hear and resolve the matter.")

To complete *your* request for arbitration *you* must include the name of the qualified arbitrator you three designate to hear and resolve the matter.

It has been 595 days since the Court ordered that you honor the agreements you made and request arbitration. Indeed, you could have initiated a request for dispute resolution more than two and a half years ago rather than violating your agreements by filing a lawsuit.

As your letter has no return address, I have chosen to use the above mailing address. The address was provided by Mr. Arthur Baxter, who I am told owns the property in which you currently reside. As I have no address for Ms. Paris, I ask that you forward her a copy of this letter and that you or Ms. Paris provide a mailing address where my correspondence will reach her.

Your letter is filled with legalese and appears to be written by an attorney. It raises legal objections to Scientology arbitration already raised and rejected by the civil courts. Those courts ruled that your avenue of recourse is resolution through Scientology Ethics and Justice codes, policies and procedures, as you agreed.

I know nothing of your allegations of harassment. If you are including these allegations in your claims, you will have the opportunity to raise them with the arbitrators, once selected.

Regarding your request for your attorneys to attend, your attorneys may accompany you to the location of the arbitration, once the time and location of an arbitration have been set. They will be seated in a public space. If you need to consult with them, a private conference room will be provided to do so.

As you are aware, attorneys do not play a role in Scientology Ethics and Justice procedures, and they will not be observing the Arbitration Committee or any proceedings and nor will they in any way interact with the Committee members.

3                                                                11/30/24

You are familiar with Scientology Ethics and Justice procedures, having studied those procedures while on staff. Should you need a refresher, you will be provided an opportunity to review those procedures prior to commencing the arbitration.

I await your complete arbitration request, including the name of your designated arbitrator, by mail.

Sincerely,

Mike Ellis
International Justice Chief