# Exhibit 14





# CHURCH OF SCIENTOLOGY
## I N T E R N A T I O N A L

INTERNATIONAL JUSTICE CHIEF

February 2, 2025

Gawain Baxter
Laura Baxter
Valeska Paris
3003 West Olympic Blvd.
Ste 205 Unit #72
Los Angeles, CA 90006

**VIA U.S. MAIL**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I received your letter dated December 19, 2024.

The arbitrator you selected to hear and resolve your claims in the religious arbitration you requested has accepted your nomination to serve as an arbitrator.

Within the required time period, the Church entity parties also nominated an arbitrator. That arbitrator too has agreed to serve.

Within 15 days following their agreement to serve, the party-designated arbitrators conferred and designated a third arbitrator who has consented to serve. **Accordingly, the Arbitration Committee has now been selected.**

The arbitration will take place in Clearwater, Florida and you are required to appear in person.

The arbitrators have advised they have available dates when they can meet in June, in July and in August to begin the arbitration:

June 30-July 3, 2025

6331 Hollywood Boulevard, Los Angeles, CA 90028-6329

2                                                        2/2/25


July 14-18, 2025

July 28-August 1, 2025

Please advise which of these dates you are available to participate in the arbitration. If you are not available on any of these dates, please provide a minimum of three alternative options so the schedule may be set by the arbitrators.

The secular legal objections raised in your letters appear to be written by an attorney. Regardless, you have already raised these concerns and I have already answered them. See my letter dated November 30, 2024.

This arbitration is being held pursuant to Scientology Ethics and Justice procedures. As you well know, Scientology Ethics and Justice requires *your* active and willing participation. *You* are the ones who have requested arbitration. You may withdraw your request at any time if you so choose.

The matters raised in your letters may be taken up with the arbitrators. This includes your unsubstantiated allegations of harassment. It is the arbitrators who will review your claims and any evidence you may produce. Your repetition of unsubstantiated allegations to me will not change the Ethics and Justice procedures applicable to this arbitration.

I await your response by mail regarding your availability to commence arbitration.

Sincerely,

Mike Ellis
International Justice Chief