# Exhibit 15





# CHURCH OF SCIENTOLOGY
### INTERNATIONAL

INTERNATIONAL JUSTICE CHIEF

November 18, 2025

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**BY U.S. MAIL**

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I write in response to your letter of October 10, 2025.

Thank you for your confirmation that you will attend the arbitration in person, commencing on **Monday, January 19, 2026, at 1 p.m. in Clearwater, Florida.**

The arbitration will take place at the Atrium Building, 601 Cleveland Street in downtown Clearwater. The venue was selected by the arbitrators to accommodate all participants. There will be one arbitration proceeding to consider all of your claims. All three of you will be expected to attend each session in person.

Regarding the remainder of your letter, it appears you and/or your attorneys are repeating questions answered in prior correspondence, copies of which are enclosed **(November 30, 2024; February 2, 2025; April 4, 2025; April 29, 2025; June 11, 2025; July 29, 2025; and September 18, 2025).**

2                                                                      11/18/25

You may bring any evidence or materials you wish to present to the arbitrators, and to name individuals who you believe have relevant information. If you wish to provide information to the arbitrators in advance, you may send it to me. I will promptly forward it to the arbitrators.

The arbitration is private and confidential. Security is for the protection of all parties and the arbitrators. All proceedings are conducted with professionalism and courtesy, and the same is expected from all participants.

Any further questions may be directed to the arbitrators at the outset of the proceeding.

Sincerely,

Mike Ellis
International Justice Chief



# CHURCH OF SCIENTOLOGY
### I N T E R N A T I O N A L

INTERNATIONAL JUSTICE CHIEF

November 30, 2024

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I received your "request" for arbitration on November 21, 2024.

Your letter does not constitute a complete request for arbitration as required by the agreements all three of you signed:

> (6. e.) i. I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;
>
> ii. in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;
>
> iii. within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;
>
> iv. the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the

2                                                    11/30/24

arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

v. consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

These procedures require that each of you take specific action with emphasis on "*I.*" ("i. *I* will…" "ii. in *my* request for arbitration, *I* will designate one arbitrator to hear and resolve the matter.")

To complete *your* request for arbitration *you* must include the name of the qualified arbitrator you three designate to hear and resolve the matter.

It has been 595 days since the Court ordered that you honor the agreements you made and request arbitration. Indeed, you could have initiated a request for dispute resolution more than two and a half years ago rather than violating your agreements by filing a lawsuit.

As your letter has no return address, I have chosen to use the above mailing address. The address was provided by Mr. Arthur Baxter, who I am told owns the property in which you currently reside. As I have no address for Ms. Paris, I ask that you forward her a copy of this letter and that you or Ms. Paris provide a mailing address where my correspondence will reach her.

Your letter is filled with legalese and appears to be written by an attorney. It raises legal objections to Scientology arbitration already raised and rejected by the civil courts. Those courts ruled that your avenue of recourse is resolution through Scientology Ethics and Justice codes, policies and procedures, as you agreed.

I know nothing of your allegations of harassment. If you are including these allegations in your claims, you will have the opportunity to raise them with the arbitrators, once selected.

Regarding your request for your attorneys to attend, your attorneys may accompany you to the location of the arbitration, once the time and location of an arbitration have been set. They will be seated in a public space. If you need to consult with them, a private conference room will be provided to do so.

As you are aware, attorneys do not play a role in Scientology Ethics and Justice procedures, and they will not be observing the Arbitration Committee or any proceedings and nor will they in any way interact with the Committee members.

3                                                          11/30/24

You are familiar with Scientology Ethics and Justice procedures, having studied those procedures while on staff. Should you need a refresher, you will be provided an opportunity to review those procedures prior to commencing the arbitration.

I await your complete arbitration request, including the name of your designated arbitrator, by mail.

Sincerely,


Mike Ellis
International Justice Chief



# CHURCH OF SCIENTOLOGY
### I N T E R N A T I O N A L

INTERNATIONAL JUSTICE CHIEF

February 2, 2025

Gawain Baxter
Laura Baxter
Valeska Paris
3003 West Olympic Blvd.
Ste 205 Unit #72
Los Angeles, CA 90006

**VIA U.S. MAIL**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I received your letter dated December 19, 2024.

The arbitrator you selected to hear and resolve your claims in the religious arbitration you requested has accepted your nomination to serve as an arbitrator.

Within the required time period, the Church entity parties also nominated an arbitrator. That arbitrator too has agreed to serve.

Within 15 days following their agreement to serve, the party-designated arbitrators conferred and designated a third arbitrator who has consented to serve. **Accordingly, the Arbitration Committee has now been selected.**

The arbitration will take place in Clearwater, Florida and you are required to appear in person.

The arbitrators have advised they have available dates when they can meet in June, in July and in August to begin the arbitration:

June 30-July 3, 2025

2                                                                                    2/2/25

July 14-18, 2025

July 28-August 1, 2025

Please advise which of these dates you are available to participate in the arbitration. If you are not available on any of these dates, please provide a minimum of three alternative options so the schedule may be set by the arbitrators.

The secular legal objections raised in your letters appear to be written by an attorney. Regardless, you have already raised these concerns and I have already answered them. See my letter dated November 30, 2024.

This arbitration is being held pursuant to Scientology Ethics and Justice procedures. As you well know, Scientology Ethics and Justice requires *your* active and willing participation. *You* are the ones who have requested arbitration. You may withdraw your request at any time if you so choose.

The matters raised in your letters may be taken up with the arbitrators. This includes your unsubstantiated allegations of harassment. It is the arbitrators who will review your claims and any evidence you may produce. Your repetition of unsubstantiated allegations to me will not change the Ethics and Justice procedures applicable to this arbitration.

I await your response by mail regarding your availability to commence arbitration.

Sincerely,


Mike Ellis
International Justice Chief



# CHURCH OF SCIENTOLOGY
### I N T E R N A T I O N A L

## INTERNATIONAL JUSTICE CHIEF

April 4, 2025

Gawain Baxter
Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**VIA U.S. MAIL**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I am in receipt of your letter dated March 4, 2025.

You are mistaken in your characterization of my role in this matter. In the agreements all three of you signed, you agreed to submit your dispute *"to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ('IJC') or his or her designee."* I am facilitating the religious arbitration you requested.

All correspondence regarding the arbitration should continue to be directed to me. It is the arbitrators who will then hear your claims, including the questions you raise regarding your agreements.

You nominated one of the arbitrators and, as I advised, that arbitrator has accepted your nomination. The arbitrators have requested their names be kept confidential. You earlier discussed this matter in the press in violation of your agreements and the arbitrators are concerned that their identities not be made public as arbitrators in another matter were harassed after their names were publicly disclosed.

The arbitration will be held in Clearwater, Florida. You chose Florida as the venue for your lawsuit. Further, based on your statement of claims, it appears the majority of the witnesses will be located in or close to Florida.

2                                                    4/4/25

Thank you for confirming June 30-July 3, 2025, will work for you to commence the arbitration. The arbitration committee is not available on the May dates you propose. May 9 is a major Scientology holiday as you well know.

I reject your assertion that there is an arbitrary length for the arbitration. There is none. The arbitration will take as long as necessary to hear all of your claims. All parties will have an opportunity to present evidence and witnesses will be heard.

You should set aside plenty of time for the arbitration. If more time is needed than has been allocated, you and the arbitrators may agree on mutually workable dates to continue the arbitration.

As to your repeated secular legal objections and inaccurate assertions about Scientology religious arbitration including having your lawyers participate, I direct your attention to my previous letters of February 2, 2025, and November 30, 2024, which addressed those concerns.

The documents you append to your letter were clearly written by your attorney. You are familiar with Scientology Ethics and Justice procedures and are well aware that these types of documents are not part of Scientology Justice procedures. Nonetheless, your correspondence will be provided to the arbitrators.

I remind you that this is a Scientology arbitration. The three of you have repeatedly agreed to "*pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures.*" The arbitrators will hear and consider any dispute, claim or controversy you wish to present. That includes any matters in your letters you wish to raise.

I further remind you that the individuals who will arbitrate your dispute are not full-time arbitrators and they have other commitments. The arbitrators will be as accommodating as possible to you, and I would expect you to do the same for the arbitrators.

It took nearly two years from the time the Court ordered you to abide by your agreements for you to request arbitration. The religious arbitration you requested has now been scheduled.

**Please confirm you will be in Clearwater June 30-July 3, 2025, to commence the arbitration.**

Sincerely,


Mike Ellis
International Justice Chief



## CHURCH OF SCIENTOLOGY
### I N T E R N A T I O N A L

INTERNATIONAL JUSTICE CHIEF

April 29, 2025

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**BY U.S. MAIL**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

Your letter of April 15 was received April 21. Your letter of April 1 apparently crossed in the mail with my letter to you of April 4, **copy enclosed**.

My correspondence of April 4 answers your questions concerning commencing the arbitration you requested.

As I stated in my April 4 letter, the arbitration has been scheduled in Clearwater, FL on dates **you all confirmed you were all available to attend, June 30-July 3**.

Each of you has repeatedly agreed to pursue resolution of any dispute, claim or controversy solely and exclusively through Scientology internal Ethics, Justice and binding religious arbitration procedures. Scientology Justice matters are always held in person, never remotely. The proceedings are private and confidential for the benefit and security of all the parties. Florida was chosen by you as the venue for your lawsuit, and Florida will serve as the venue for the arbitration.

As I have repeatedly reminded you, there is no role for attorneys or any outside third parties in Scientology Ethics and Justice procedures. That applies to your counsel, and it also pertains to any psychotherapist. In accordance with Scientology Justice procedures, you are free to present any evidence that you wish to the arbitrators, and to name individuals who you believe have relevant information that the arbitrators may call as witnesses (including your psychotherapist).

6331 Hollywood Boulevard, Los Angeles, CA 90028-6329

2                                      4/29/25

If you are no longer available on the above dates, please suggest alternate later dates. If we do not hear further from you, the arbitrators will expect you at the arbitration hearing on June 30, in Clearwater.

Sincerely,

Mike Ellis
International Justice Chief



# CHURCH OF SCIENTOLOGY
## INTERNATIONAL

INTERNATIONAL JUSTICE CHIEF

June 11, 2025

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**BY U.S. MAIL**

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

Review of our correspondence reflects that I have provided timely responses to your communications. You elected to file a lawsuit rather than proceed under Scientology Ethics and Justice procedures as required by the agreements you signed. That filing delayed any religious arbitration from moving forward by more than two years. Once the Court ordered this matter to arbitration in accordance with your agreements, you waited more than 600 days before you submitted a request for arbitration to me. You should look to these actions for the cause of any delay in your arbitration moving forward.

Your letter of March 4, 2025, confirmed your availability for June 30 through July 3 to commence the arbitration. You provided that confirmation *after* the arbitrators had communicated the venue and available hearing dates—dates the arbitrators had arranged their schedules around, in order to accommodate the arbitration you requested.

2                                                          6/11/25

That said, if those dates no longer work for you, the arbitrators are, of course, willing to accommodate Mrs. Baxter's pregnancy and reschedule the arbitration for a date when she is able to travel internationally. Please propose three alternate periods during which you will be available to devote two consecutive weeks to the arbitration in Clearwater, Florida. The arbitrators will endeavor to set the arbitration for one of the proposed dates.

As you are well aware, Scientology arbitration and Justice proceedings are always conducted in person. The arbitrators selected Clearwater as the logical and proper venue for this proceeding. It is the same jurisdiction in which you elected to file your lawsuit. Furthermore, your allegations primarily pertain to events alleged to have occurred in Clearwater, Florida, or in the Caribbean. Accordingly, the selected venue serves the convenience of the parties and potential witnesses.

Regarding the other issues raised in your recent letter, your objections and requests have been addressed in my prior correspondence, which I enclose again here for your reference.

The arbitrators will address your questions regarding your agreements at the outset of the arbitration. You will be free to discuss any relevant questions with the arbitrators when the arbitration begins. As stated previously, the arbitrators are there to hear and consider any dispute, claim or controversy you wish to present.

I await your response regarding your available dates to commence your arbitration.

Sincerely,


Mike Ellis
International Justice Chief


Enclosures



# CHURCH OF SCIENTOLOGY
### I N T E R N A T I O N A L

INTERNATIONAL JUSTICE CHIEF

July 29, 2025

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**BY U.S. MAIL**

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I am in receipt of your letter dated July 12.

The arbitrators will make themselves available for the arbitration in the time frame
you suggest—the latter half of January 2026. The arbitrators will be ready to
commence the arbitration on Monday, January 19, 2026, at 1 p.m. in Clearwater,
Florida.

My letter of June 11, 2025, made clear any delays in moving this matter forward
are the result of your decisions. You chose to file a lawsuit in April 2022 rather than
proceed under Scientology Ethics, Justice, and religious arbitration procedures as
required by your agreements. In March 2023, the Court ordered you to comply with
those agreements. Despite that Order, you did not submit a request for arbitration
until November 2024—nearly two years later.

Once the arbitration committee had been empaneled, I wrote to you on February 2,
2025, informing you of the location selected by the arbitrators—Clearwater,
Florida—and offering three alternative hearing dates: June 30–July 3, July 14–18,

2                                                        7/29/25

or July 28–August 1. With full knowledge of the venue, your letter of March 4, 2025, confirmed your availability for June 30–July 3.

In April 2025, you advised me that Mrs. Baxter was pregnant and would be unable to travel on June 30. The arbitrators responded by courteously agreeing to continue the proceedings, should that be your request.

More than three years have now passed since you filed suit, and the sequence of events outlined above reflects the ensuing delays.

Regarding the remainder of your July 12 letter, the statements and requests you raised have already been addressed in prior correspondence dating back to November 2024. I have made repeated efforts to facilitate the arbitration you requested, yet your responses continue to suggest an unwillingness to proceed.

As you know, *all* Scientology Justice proceedings are conducted in person. The arbitrators selected Clearwater, Florida, as the venue. It is also the jurisdiction in which you chose to file suit. Clearwater, Florida, and the Caribbean are the locations most closely connected to the events and witnesses referenced in your statement of claims. It is therefore logical and appropriate that the arbitration be held there. Given the scope of your allegations, one may expect a significant number of witnesses from these general geographic areas to be requested by both sides. Witnesses are interviewed in person, and each party is required to be present throughout the proceedings.

With respect to your reference to "unknown" procedures, each of you expressly agreed to resolve any *"dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures."* You are familiar with Scientology Ethics and Justice from your time in the Church, and you may review those materials again if you wish. In addition, when you meet with the arbitrators, you will have an opportunity to review those materials at that time.

Regarding your psychologist, this is a matter you should address directly with the arbitrators, if you wish. It is not my role to evaluate or comment on such matters, but only to facilitate logistics of the arbitration.

This arbitration is proceeding at your request. If you do not wish to continue, you are free to withdraw your claims. Otherwise, please confirm that you will be present in Clearwater, Florida, on January 19, 2026, for the commencement of arbitration, so that all parties may prepare accordingly.

Sincerely,


Mike Ellis
International Justice Chief



# CHURCH OF SCIENTOLOGY
### INTERNATIONAL

### INTERNATIONAL JUSTICE CHIEF

September 18, 2025

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**BY U.S. MAIL**

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I write in response to your letter dated September 10, 2025.

I have made clear in prior correspondence that my role is to facilitate the religious arbitration you requested. The arbitration itself is conducted by the arbitrators, who determined the venue and will hear and decide your claims.

As I have repeatedly stated, *all* Scientology justice proceedings are *always* conducted in person. No part of any Scientology justice proceeding is held virtually, telephonically or in any other way than in person.

The arbitrators set January 19, 2026, for the arbitration to begin, in person, in Clearwater, based on your July 12, 2025 letter advising that the latter half of January 2026 was the earliest Mr. and Mrs. Baxter could travel to commence the arbitration.

2                                              9/18/25

You may ask the arbitrators any preliminary question you may have when you arrive to commence arbitration.

———————————

This arbitration is proceeding at your request. Please confirm your attendance in Florida on January 19, 2026, so that all parties may plan and prepare accordingly.

Sincerely,

Mike Ellis
International Justice Chief