# Exhibit 16

# WINSTON & STRAWN LLP

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

333 S. Grand Ave.
Los Angeles, CA 90071-1543
+1 213-615-1700
+1 213-615-1750



**WILLIAM FORMAN**
Partner
+1 213-615-1992
WHForman@winston.com

October 21, 2024

**U.S. MAIL**

Gregory P. Hansel
Preti Flaherty
P.O. Box 9546
Portland, ME 04112-9546

**Re**: *Baxter, et al. v. Miscavige, et al.*, USDC, Florida Middle District Case No. 8:22-cv-00986-TPB-JSS and U.S. Court of Appeals Case, Eleventh Circuit No. 23-90013

Dear Mr. Hansel:

I am in receipt of your letter of October 4, 2024, to Mike Ellis, International Justice Chief, and your October 11, 2024, e-mail to me and other counsel.

Contrary to your e-mail, we did not "instruct" any counsel to contact the IJC. As I stated in my letter of August 30, 2024, to John Dominguez:

> "The multiple Enrollment and Departure Agreements that your clients signed make clear, should they choose to pursue claims under Scientology Ethics and Justice procedures, *they* must personally contact the International Justice Chief (IJC), Mike Ellis. A request from one outside attorney to another does not comply with the procedures, nor does a request from a third party, such as you, to IJC." (Emphasis in original.)

As the Court in this matter has recognized, and as I have now repeatedly informed you, parties are not represented by attorneys in Scientology ecclesiastical arbitration. As stated in our correspondence and in the Agreements your clients signed, "*they* must personally contact" the IJC to initiate any such proceedings. The Agreements clearly provide that your clients are to initiate arbitration by personally submitting a written request for arbitration to the IJC and to the person or entity with whom they have a dispute.

I will not address the baseless allegations of harassment, except to say they have no relevance to the procedures for initiating and conducting arbitration.

Finally, I inform you that any further correspondence to IJC from you or any other attorney representing Plaintiffs in this matter will not be responded to. The choice is with your



October 21, 2024
Page 2

clients whether to proceed with their claims or not. If they decide to proceed, they must contact Mr. Ellis directly to initiate any arbitration.

Regards,

*/s/William Forman*

William Forman

cc:    Gustavo J. Membiela
Joseph C. Kohn
Zahra R. Dean
Elias A. Kohn
Theodore Leopold
Manuel J. Dominguez
Shelby Leighton
Agnieszka M. Fryszman
Brendan Schneiderman
Warren A. Zimmerman
Charles M. Harris
David B. Weinstein
Christopher G. Oprison
Robert V. Potter, Jr.