# Exhibit 17





## CHURCH OF SCIENTOLOGY
### I N T E R N A T I O N A L

INTERNATIONAL JUSTICE CHIEF

April 4, 2025

Gawain Baxter
Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**VIA U.S. MAIL**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I am in receipt of your letter dated March 4, 2025.

You are mistaken in your characterization of my role in this matter. In the agreements all three of you signed, you agreed to submit your dispute *"to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ('IJC') or his or her designee."* I am facilitating the religious arbitration you requested.

All correspondence regarding the arbitration should continue to be directed to me. It is the arbitrators who will then hear your claims, including the questions you raise regarding your agreements.

You nominated one of the arbitrators and, as I advised, that arbitrator has accepted your nomination. The arbitrators have requested their names be kept confidential. You earlier discussed this matter in the press in violation of your agreements and the arbitrators are concerned that their identities not be made public as arbitrators in another matter were harassed after their names were publicly disclosed.

The arbitration will be held in Clearwater, Florida. You chose Florida as the venue for your lawsuit. Further, based on your statement of claims, it appears the majority of the witnesses will be located in or close to Florida.

6331 Hollywood Boulevard, Los Angeles, CA 90028-6329

2                                        4/4/25

Thank you for confirming June 30-July 3, 2025, will work for you to commence the arbitration. The arbitration committee is not available on the May dates you propose. May 9 is a major Scientology holiday as you well know.

I reject your assertion that there is an arbitrary length for the arbitration. There is none. The arbitration will take as long as necessary to hear all of your claims. All parties will have an opportunity to present evidence and witnesses will be heard.

You should set aside plenty of time for the arbitration. If more time is needed than has been allocated, you and the arbitrators may agree on mutually workable dates to continue the arbitration.

As to your repeated secular legal objections and inaccurate assertions about Scientology religious arbitration including having your lawyers participate, I direct your attention to my previous letters of February 2, 2025, and November 30, 2024, which addressed those concerns.

The documents you append to your letter were clearly written by your attorney. You are familiar with Scientology Ethics and Justice procedures and are well aware that these types of documents are not part of Scientology Justice procedures. Nonetheless, your correspondence will be provided to the arbitrators.

I remind you that this is a Scientology arbitration. The three of you have repeatedly agreed to *"pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures."* The arbitrators will hear and consider any dispute, claim or controversy you wish to present. That includes any matters in your letters you wish to raise.

I further remind you that the individuals who will arbitrate your dispute are not full-time arbitrators and they have other commitments. The arbitrators will be as accommodating as possible to you, and I would expect you to do the same for the arbitrators.

It took nearly two years from the time the Court ordered you to abide by your agreements for you to request arbitration. The religious arbitration you requested has now been scheduled.

**Please confirm you will be in Clearwater June 30-July 3, 2025, to commence the arbitration.**

Sincerely,


Mike Ellis
International Justice Chief