# Exhibit 20

I, Dr. Chitra Raghavan, declare as follows:

1. I am a licensed psychologist and was retained as an expert in this matter. I submit this declaration based on my personal knowledge and observations.

2. On January 28, 2026, I appeared at a Scientology arbitration proceeding in the *Baxter et. al. v. Miscavige et. al.* 8:22-cv-00986-TPB-JSS matter. I appeared as an expert witness for the claimants.

3. At the onset of the meeting, I signed an NDA. I verbally informed Scientology that while I would not discuss the arbitration publicly, I would fully communicate with the Claimants' lawyers and the courts as appropriate.

4. Because the Claimants' lawyers were not present, I could not have them review the language of the NDA. I therefore signed reluctantly in order for the proceeding to continue while insisting that the NDA did not preclude communications such as this.

5. I have testified in 42 Federal and State Court trials between 2016-2025.

6. The Scientology arbitration was unlike any proceeding in which I have previously testified. In sum, the composition of the members, the nature of questions asked, and the requirement that I conduct my own testimony and redirect were unusual and in some moments, unprofessional.

7. While I have appeared in court many times and have been aggressively cross-examined, such proceedings were always under the watch of a neutral judge and or counsel. When opposing counsel overstepped bounds, a judge or the lawyers have objected and successfully brought the proceeding to a professional tone. This was not a possibility in this arbitration.

8. I appeared in the arbitration from approximately 11:00 am to 5:15 pm with three breaks, including a lunch break.

9. During my appearance, there were eleven individuals in the arbitration room: four representatives, one for each of the Scientology entity Respondents; three arbitrators; three Claimants, and I.

10. The Claimants were outnumbered. To the best of my opinion—and later confirmed verbally spontaneously by the Claimants--the Claimants appeared highly distressed throughout the proceeding. They were repeatedly denied the opportunity to present their perspective, which appeared to be frustrating and stressful for them and verbally expressed their frustration several times to be so to the panel. For example, the Claimants were not permitted to provide context about the photos that were shown to me until I insisted that they be allowed to provide at least one line statements about the photographs. They were berated several times for speaking without permission and

{00266444 }

became visibly dysregulated. One Claimant was visibly trembling. In my professional opinion to a reasonable degree of psychological certainty, the conduct of the arbitration panel would have made any reasonable person feel intimidated and anxious. In fact, I myself had moments of intimidation despite my position and experience. Given their trauma history, the procedure itself was especially difficult for the Claimants, which in my professional opinion increased their trauma responses in the moment, leaving them feeling frightened and unprotected.

11. The fear, anxiety, and stress the Claimants appeared to be experiencing during the proceedings was visible and obvious. Claimants spontaneously revealed throughout the breaks that they felt anxious, unsafe, and that the breaks were reassuring so they could regather their energy.

12. Claimants' attorneys were present in the building, but they were not permitted to attend or participate in the arbitration.

13. As a result, I did not have an attorney present to object to hearsay, lack of foundation, or improper questioning. I was required to raise my own objections, conduct my own redirect, and explain repeatedly why I could not respond to certain questions. For example, I am not an attorney and cannot opine on contracts. Similarly, the Claimants, do not have the skills or knowledge required to make appropriate objections.

14. One arbitrator, the panel Chair, Ms. Fraser, spoke extensively and appeared to control the questioning, Another arbitrator, Mr. Howd, interjected occasionally and the third arbitrator, Ms. Van Locke, did not speak at all during the proceeding. I understand that the silent, third arbitrator, was the arbitrator selected by the Claimants.

15. Two of the Respondents questioned me directly, though most of the questioning came from Ms. Fraser. At the end, a male Respondent posed a question and used a tone of voice and facial expression that conveyed hostility and what I experienced as contempt for me. The arbitration Chair did nothing to control his behavior. The Respondents' hostility – while not necessarily dissimilar to aggressive court room questioning—left me shaken because the setup and atmosphere was inherently intimidating.

16. The arbitration panel appeared not to understand my role as an expert in these proceedings. The panel insisted that I make factual and legal determinations that are inappropriate for an expert, and outside the scope of my expertise. When I refused, they repeated the question over and over to obtain an answer. I was not permitted to explain or stop the inappropriate questions (which a judge or lawyer likely would have). As a result, the questioning felt pressuring and uncomfortable.

17. Witnesses were not sworn, and Ms. Fraser asked me to make immediate judgments based on unsworn statements and previously undisclosed evidence that I had not had the

{00266444 }

opportunity to review.  While testifying, I was not given an adequate amount of time to review the materials.

18. The panel Chair read aloud extensive testimony from unnamed witnesses. I was then asked whether, having now heard from so many witnesses, I would change my opinion. I explained that I had not met, interviewed, or evaluated these individuals and that relying on such second-hand testimony does not meet psychological standards of expertise or methodology.

19. The panel also insisted on showing me 800 photos and videos of the Claimants, and I was asked to comment on them. These materials had not been produced in discovery, and therefore I had not had an opportunity to review them meaningfully independently or to obtain any contextual information from the Claimants. When I requested that the panel stop showing me the volumes of photos (because the photos did not add to data in meaningful way), Ms. Fraser said she were unable to stop and spent over an hour, possibly two, repeatedly asking me if the photographs depicted the Claimants as happy individuals, therefore negating allegations of harm. I repeatedly explained why I could not opine on this.

20. The Claimants were not provided access to these materials either. I explained that without proper access and context, I could not responsibly comment on or draw conclusions from such materials.

21. The Claimants were distressed by the photographs and commented that the contexts were not provided, leading to potential misinterpretation of the images. The Claimants also expressed distress that they could not defend or explain the contexts of the images; one Claimant was upset because although these were his childhood photos, his parent who remains in Scientology has never given him access to the photos.

22. I did not see evidence of the panel allowing the Claimants to provide their point of view. These sorts of experiences suggested that the procedure was biased or at the very least, flawed.

23. The panel also showed me approximately 20 letters and "success stories," including documents written by the Claimants when they minors, and gave me approximately 30 seconds to review each document.  The Claimants were children when they wrote the letters and stories, but the language in the documents appeared developmentally incongruent with the age of the author suggesting scripting and coaching. I stated that I would need additional time and context, including the Claimants' explanations, to evaluate such materials responsibly.

24. When I asked about whether a Scientologist minor could disagree with teaching materials or objectives, the Chair explained that they could not; therefore, the only successful outcome was to write an essay describing how much they had benefited from the class.

{00266444 }

Writing any other essay would mandatorily return the student to retake the class. One of the Claimants recalled verbally during the proceeding how he had written the letter under duress, desperate to avoid retaking the class which broke him down.  It is this kind of context that needs to be available to the fact finder.

25. The Claimants attempted to clarify factual inaccuracies or provide context of photos, videos, and letters, but were told to not speak unless allowed. The panel told Claimants that they could ask questions later, yet they were ultimately not permitted to do so.

26.  Eventually, after many requests by the Claimants, I interceded. I asked the panel to permit the Claimants to provide some context and the panel permitted them to give a one-line clarification or rebuttal to each photo if relevant. However, with hundreds of photos (Scientology informed me that they had secured 800 photos), this procedure was chaotic. As best as they could, Claimants tried to explain the context of photos including that they looked so happy because they had not left the ship in a month, or that they were overjoyed to reconnect with friends for two hours after weeks of isolation, etc. In a properly run arbitration, the expert psychologist should not have to intercede on behalf of increasingly distressed Claimants. When Claimants did intercede, they could only hurriedly utter a sentence here or there, before the image vanished, and or, the arbitrator spoke over them. There was constant competition for time.

27. The process felt biased, unprofessional and clinically, I observed that it humiliated and intimidated the Claimants who had to scramble to process the photos as best as they could. Further, it appeared to retraumatize Claimants. Being shown 800 photos in quick succession of a past many Claimants allege is linked to abuse and not being allowed to explain, process, or access the photos was unhelpful to their mental distress. Claimants expressed to me that after that seeing the images but more so, being forced to listen to the panel insist that these were accurate reflections of pleasant experiences felt like bullying and gaslighting. One Claimant noted that she felt like she was back and trapped in Scientology and being forced to agree or be punished.  While I do not know if the photos represented a time of happiness, a time of abuse, or both, what is more important here is that the procedure was unprofessional and potentially damaging with no real observable benefits towards discovery. I have observed many videos and painful photographs with other plaintiffs in the course of my forensic work. Some of these images/videos were humiliating, others violent or distressing including happy pictures with an abuser, videos of violent abuse, sexual assault, crime scenes of crimes they had committed, and other distressing images. Through all of this discovery, attorneys and evaluators plan for how to show these images, prepare their clients to view them, and most importantly, explained to clients why they had to view videos/images and allowed plenty of space and opportunity for clients to reject the experience or respond in the way they felt best represented their experiences in those images.

{00266444 }

28. The Panel permitted the Respondents to speak any time they had something to say. However, it is my opinion that when they did, there was little procedural professionalism including acknowledging their statements and or questions to obtain more in-depth information. Indeed, from all the questions I heard, it appeared to me that the Panel was either disinterested in the possibility that former Scientologists may have suffered abuse. Instead, the panel presented "Data" and framed questions as if they had already decided that the allegations of abuse and associated harm were false or misinterpretations, and attacked the Claimants narratives, statements, opinions, and experiences. Rather than acting as unbiased arbitrators, I experienced the Panel as an adversarial party as one might in court.

29. This procedure was inconsistent with professional standards, and inconsistent with the procedures I am familiar with from prior trials. Further, the Claimants could not effectively represent themselves and even when they tried, their responses were not acknowledged. These elements further suggested to me that the process was not unbiased as an arbitration should be.

30. I repeatedly explained that I do not opine on facts or make credibility determinations reserved for the trier of fact. I have not and do not intend to offer an opinion on whether or not the alleged abuse occurred but only that the psychological harm I assessed is consistent with the reported abuse. Nonetheless, the arbitrators repeatedly asked me questions outside the scope of my report and outside my expertise.

31. The Panel Chair asked me to spend a significant amount of time reviewing and discussing contracts and I was pressured to agree with the proposition that because the Claimants agreed to participate in Scientology, they therefore could not claim harm. I explained that I cannot opine on the legal meaning or enforceability of contracts, nor on legal consent, as those are legal determinations outside my role as a psychologist.

32. When I refused, they argued that as this was a religious arbitration, the procedures were different and the same rules did not apply. This placed me in the difficult position of either declining to answer, thereby appearing uncooperative, or overstepping my professional boundaries as a psychologist. For example, I was asked questions about legal standards which I consistently refused to answer. However, after being asked the same question over fifteen times, I noticed that I started answering out of exhaustion and feeling harassed. For example, when repeatedly asked if the Claimants had signed a contract, and then asked to read the contract, particularly sections which specified unconditional acceptance of Scientology treatment, I began to answer "it appears so" after over ten or fifteen times of being asked the same question. In a court of law, this would not have been allowed to happen, or at least, in my experience, has never happened.

33. Shortly after I answered, a Claimant exclaimed that she had signed a contract at age six, a fact that had not been disclosed to me earlier.

34. Similarly, the Panel chair also asked me about the Headley case and asked me to read portions of a legal opinion during the proceeding. Considerable time was spent on this. I was then questioned on it and was demanded to agree publicly that the opinion was favorable to Scientology. Similarly, I refused to opine on legal matters. The questioning continued for some time with the same question being repeated. I refused to answer either way, as I was retained as an expert psychologist and am not an attorney.

35. Ms. Fraser also questioned me extensively about the work of Margaret Singer and a 1987 American Psychological Association ("APA") report on coercive persuasion. I explained that my work concerns coercive control, which is distinct from coercive persuasion, though they may share some elements. I was asked to read portions of the APA report without being given adequate time to review it and was asked to accept characterizations of the report that I did not agree with. I noted that coercive control is recognized in the United Kingdom and is an established area of expertise in domestic violence and child custody contexts in the United States, and that professional understanding evolves over time. I was asked to opine on hypotheticals comparing religious practices such as Catholic communion to coercion.

36. Although I was at the proceeding for a full day, much of Ms. Fraser's questioning was outside the scope of my report and expertise. Overall, much of the questioning was to request that I agree that the Claimants had voluntarily engaged in Scientology via contracts, was presented with unnamed witnesses who testified that the Claimants enjoyed their experience, and therefore their claims of abuse could not be credible. This is not in the scope of an expert.

37. In my opinion, the lack of basic procedural protections, inability to present or contextualize evidence, and pressure placed on myself as an expert to exceed professional boundaries compromised the fairness of the proceeding. It also created an unsafe and intimidating atmosphere rather than a fair and unbiased one.

38. I have been cross-examined many times. Ms. Fraser's questioning—while mostly polite and calm—was bordering on nonsensical. Ms. Fraser did lose her temper a few times. At one point, I felt nervous for my physical safety. My fears are subjective but in all my years of being "grilled" in open court, I have never felt fear because I knew I had witnesses, court officers, a judge, and attorneys in the courtroom with me. Finally, I have certainly never experienced any questioning approaching this level of bias or poorly defined scope from a nominally neutral third-party like a judge or presumably an unbiased arbitrator.

39. I was left with the impression that the Panel had no idea of how nor any intention of taking my professional opinions into account in arriving at its decision. But even if it intended to consider my professional opinion, the Panel did not give me an opportunity to properly present it.

40. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2026

at __21ST MARCH _____.

# Exhibit 20-1

RAGHAVAN 1

UPDATED 02/25/2026

CHITRA RAGHAVAN, Ph.D.
Department of Psychology
John Jay College of Criminal Justice
524 West 59th Street
New York, N.Y. 10019

Office: 10:63:10 NB
Please contact via email
craghavan@jjay.cuny.edu

## EMPLOYMENT

| | |
|---|---|
| **2002-Current** | **John Jay College of Criminal Justice, City University of New York**. Professor (tenured in January 2007), Director, Forensic Mental Health Counseling Program (Fall 2020-current) |
| | Program Director, BA/MA Program (appointed Spring 2007-2016) Deputy Director, Forensic Mental Health Counseling Program (Fall 2015-Summer 2020) Doctoral Faculty, Program in Criminal Justice Doctoral Faculty, Program in Forensic Psychology |
| **2001-2002** | **Research Associate** National Center on Addiction and Substance Abuse at Columbia University. |
| **1998-1999** | **Post-doctoral Fellow** Yale University School of Medicine, Department of Psychiatry. |

## CLINICAL LICENSURE

| | |
|---|---|
| **2005** | License number 016466 |

## EDUCATION

| | |
|---|---|
| **Ph.D. 1998** | **University of Illinois at Urbana-Champaign** Major: Clinical and Community Psychology. Minor: Quantitative methods and Personality/Social Ecology. |
| **MA 1995** | **University of Illinois at Urbana-Champaign** |

1

RAGHAVAN 2

UPDATED 02/25/2026

|  |  |
|--|--|
|  | Major: Clinical and Community Psychology. |

**A.B. 1992**    **Smith College, Magna cum Laude**
Major: Psychology and French Language and Literature.

**1990-1991**    **Université Paris (V).**
Participated in the Smith Junior Year Abroad program

**Statistics**    Conversant with advanced statistical techniques including discriminate function analyses, structural equation modeling, factor analysis and cluster analysis.

**Languages**    Tamil, English, Malay, French, Basic Portuguese.

**RESEARCH AND CLINICAL EXPERTISE**
**PEER REVIEWED BOOKS AND BOOK CHAPTERS**

Multicultural issues in assessment and treatment of coercive control tactics, partner violence, sexual assault and sex trafficking and the traumatic outcomes including PTSD, dissociative disorders, and trauma bonding. Forensic evaluations and court-qualified expert witness for above areas in civil, criminal, family, and parole settings.

Case law: https://law.justia.com/cases/new-york/other-courts/2018/2018-ny-slip-op-28161.html

**LIFETIME HONOR**

**February 2023**    Selected as one of 10 Smith College alumna who have contributed to psychology in the U.S. in the past 100 years.
https://www.smith.edu/academics/psychology#chitra-raghavan-%E2%80%9992-4

**SELECTED KEYNOTE ADDRESS, TRAININGS AND CLINICAL-RELATED PROFESSIONAL SERVICES**

RAGHAVAN 3

UPDATED 02/25/2026

| | |
|---|---|
| **April 10-11, 2026** | Co-Chair and Organizing committee for International Coercive Control Conference, (ICCC) to be held at John Jay College of Criminal Justice, April 2026. |
| **April 04 2023** | Predatory Helpfulness and Coercive Control Provide the Framework for Understanding Domestic Abuse and Sex Trafficking: Training Given to judges at National Judicial Network, Peer to Peer |
| **March 23 2023** | Using Coercive Control to Close the Gap Between Victim Experience and the Criminal Justice System: Panelist  at: Tackling Domestic Violence: Analyzing the situation and finding ways to create healthier communities, Public Policy Exchange |
| **March 17 2023** | Science First: Assessing Predatory Helpfulness and Coercive Control to More Accurately Understand Exploitation and Abuse: Talk Given at King's County District Attorney's Office |
| **Oct 13 2022** | Using Coercive Control To Challenge Disbelieve: Telling it Like It Really Happened Key note speaker at International Coercive Control Conference, 2022. |
| **Oct 13 2022** | Coercive Control: Nuts and Bolts. Invited Panelist at Coercive Control, Lethality and Femicide Panel at Aligning the Law With Today's Concepts of Domestic Violence, Justice for Survivors of Intimate Partner Violence, Family Law Conference. Presentation made to over 600 lawyers in New York State. |
| **Sep 29 2022** | Predatory Helpfulness to Trauma Bonding: Pimp Strategies to Entrap Women. Training given to HTIC judges during New York State Unified Court System's 2022 Human Trafficking Intervention Court (HTIC) Conference. |
| **June 3 2022** | Panel member at Enlightened Family Court Representation, New York State Bar Education. Presented to over 200 lawyers in New York State. |
| **November 11 2021** | DVSJA and Coercive Control: Making Invisible Visible. Training given at Understanding the DVSJA. Organized by Family Violence Task Force, NYS Unified Court System, Office of Court Administration—Office of Policy and Planning. Training presented to 100+ New York State judges and court personnel. |

RAGHAVAN 4

UPDATED 02/25/2026

**October 22 2021**    Coercive Control & Domestic Violence: What Is It?  How Do You Prove It? Panelist, New York State Bar Association, Committee on Families and the Law, Family Law Section

**October 8 2020**    Keynote Speaker on Coercive Control and Trauma-Coerced Attachment in Domestic Violence: The Science and Significance for Litigation", in the Domestic Violence Keynote Series, Office of Court Administration, New York. Training for NYS Supreme Court judges and legal personnel.

**January 17 2020**    Invited panelist on "*Expert Evidence*" at Innovations in Prosecution Human Trafficking in New York State, NY, NY.

**October 24 2019**    Keynote Speaker "*The Mind Body Connection: Attachment Perspectives on Human Trafficking*" at the Sixth See the Girl" Summit, Delores Barr Weaver Policy Center, Jacksonville, Florida.

**February 8 2019**    Invited Panelist on "*Expert Witness Considerations in Custody and Visitation Matters Involving Domestic Violence Survivors Domestic Violence 2019*: Skills and Key Considerations in Custody and Visitation Cases, Public Law Institute (PLI)

**January 22 2019**    Invited speaker on "*The Mind Body Connection: Medical and Psychological Perspective on Human Trafficking*," NYC Administration for Children Services, Office of Child Trafficking, Prevention, and Policy (OCTPP).

**September 13 2018**    Key note speech on "*Science of Trauma: Integrating Mind and Body,* at Not On my Watch: Combatting Human Trafficking and Domestic Violence, Fifth Annual Conference, Brooklyn, NY.

**November 11 2018**    Invited Panelist at A Roadmap for the Future: Key Strategies for Child Sex Trafficking Prevention and Intervention, convened by the Manhattan District Attorney's Office and the Administration for Children's Services, NY, NY.

**April 26 2018**    Training on "Science of Trauma and PTSD" in Incarcerated Gender Violence Survivors Initiative, Meeting of Parole Board Committee

**January 11 2016**    Training on "*Understanding Coercive Control and Pathways to Sex Trafficked Survivors*" for Human Trafficking Intervention Court Judicial Training by Office of Court Administration, Albany, NY.

RAGHAVAN 5

UPDATED 02/25/2026

| | |
|---|---|
| **October 9 2015** | Training on "*Increasing Identification of Survivors of Trafficking: Assessing Coercive Control and Trauma-Coerced Bonding*" for RESTORE, NY, NY. |
| **May 5 2015** | Training on *"Coercive Control and Traumatic Bonding in Sex Trafficking Contexts"* for *NYC Queens Family Justice Center and Human Trafficking Intervention Court, Queens.* |
| **October 8 2014** | Training on "*Coercive control and trauma bonding in sex trafficking contexts"* for the Manhattan District Attorney's Office, Special Victim's Unit. |
| **October 9 2014** | Training on "*Coercive control and implications for parenting and post-separation abuse"* for the Appellate Division, Third Judicial Department and the office of Court Administration, Attorney Child Contracts, Albany |
| **October 24 2013** | Training on "*Coercive control and traumatic bonding in sex trafficking contexts*" at the first Human Trafficking Intervention Court Training in New York State, New York State Unified Court System, Office of Court Administration, to judges and court personnel, Brooklyn, NY. |
| **2007-2008** | Organizing Co-Chair of Femicide Conference in partnership with Urban Resource Institute: Understanding and Preventing the Murder of Women in Intimate Relationships (Nov 7, 2008). |
| **2003-2006** | NYPD (New York Police Department), Psychology Trainer. Jointly ran innovative training programs with police tactical trainers on how to negotiate using safe non-violent procedures with violent and mentally disturbed individuals. Conducted basic trainings for new recruits, and advanced training for Hostage Negotiation Unit, and Emergency Services Unit of the NYPD. |

## CLASSES TAUGHT

BA: Psychological Analysis of Criminal Behavior, Global Portraits of Domestic Violence, Gender, Community, and Violence, Multicultural Issues in Forensic Psychology, Culture, Psychopathology, and Healing, Psychology of Gender

5

RAGHAVAN 6

UPDATED 02/25/2026

MA: Trauma and Dissociation, Psychology of the Victim, Family Violence and Disputes, Advanced Research Methods, Clinical Interviewing
PhD: Cognitive and Affective Aspects of Behavior, Diversity, Psychopathology

Study Abroad**: Created and led program to Rabat, Morocco (Gender, Islam, and Feminism) in 2008 and Bali, Indonesia, (Culture, Healing, and Psychopathology), 2010. Ongoing.

**INTERNATIONAL WORK**

**June 2010**          Chair of International Biennial John Jay Conference: Societies in Transition: Balancing Security, Social Justice, and Tradition. Marrakesh, Morocco.

**Jan-February 2009**   Visiting Professor at the Psychiatric Institute, Hospital As Clinicas, Sao Paulo, Brazil.

**2007-2010**          External PhD Examiner Avinashilingam University, Coimbatore, India.

**STUDENTS SUPERVISED**

20+ completed MA theses and 4 completed doctoral thesis, 4 ongoing doctoral student supervision, doctoral thesis committee member of multiple students, over 100 non-thesis students supervised at BA and MA levels.

**CREATIVE WORK**
Forensic Consultant on *Evil* Pilot and First and Second Seasons, CBS series. (February, 2019-current).

**Consultant and Featured Expert** *Wedding.Con* — Documentary Series (BBC Studios

India for Amazon Prime Video, 2023)

**Raghavan, C** and Foudy, M. S., (Producers), and Foudy, M. S. (Director). (2014 release date). *Children of Zina*. HD/DV Documentary Production, New York City. Women Make Movies Fiscal Sponsorship Program. NYSCA (New York State Council for the Arts)

RAGHAVAN 7

UPDATED 02/25/2026

*Student first author; **student authors

## PEER REVIEWED BOOKS AND BOOK CHAPTERS

Doychak, K., & **Raghavan, C**. (2021). Queering forensic psychology: What intimate partner violence and sex trafficking can tell us about inclusivity. In *Queer Psychology* (pp. 291-310). Springer, Cham.

Kerns, J. G., Karcher, N., **Raghavan, C**., & Berenbaum, H. (2014). Anomalous experiences, peculiarity, and psychopathology.

**Raghavan C**. & Cohen, S.J. (Eds.) (2013). *Domestic Violence: Methodologies in Dialogue*. Northeastern Series on Gender, Crime, and Law, Northeastern University Press.

*Markus, K., Loveland, J., Ha, D. & **Raghavan, C**. Publication Trends in Intimate Partner Violence: Bridging the Division in Qualitative and Quantitative Methods. In C. Raghavan and S. Cohen (Eds.). (2013). *Domestic Violence: Methodologies in in Dialogue*. Northeastern Series on Gender, Crime, and Law, Northeastern University Press.

**Raghavan, C**. & Levine, J. (Eds.). (2012). *Self-Determination and Women's Rights in the Muslim World*. HBI Series on Gender, Culture Religion, and Law. Boston: Brandeis University Press.

Berenbaum, H., Kerns, J., & **Raghavan, C**. (2000). Anomalous experiences, peculiarities, and psychopathology. In J. Cardena, Lynn, & S. Krippner (Eds.), *The varieties of anomalous experience,* (pp.25-46). Washington, D.C.: American Psychological Association.

Berenbaum, H., **Raghavan, C**., Le, H.N., Vernon, L., & Gomez, J. (1999). Disturbances in emotion. In D. Kahneman, E. Diener, & N. Schwarz (Eds.), *Well-being: The foundation of hedonic psychology* (pp.267-287).  New York: Russell Sage.


## REPORTS & MONOGRAPHS

**Raghavan, C.** & Pipitone, J.M. (2014). *Engaging Students with the Arts through the*

*Teaching of Psychology in Bali: A Teaching Guide and Evaluation Codebook.* Prepared for the Baruch-Rubin Museum of Art Project Faculty Incentive Program for Integrating Arts Across the Curriculum. New York, NY: Baruch College School of Public Affairs (ahead21.org).

7

UPDATED 02/25/2026

**PEER REVIEW ARTICLES (\* Student first author)**

Doychak, K., & **Raghavan, C**. (in press). Coercive control in commercial sexual exploitation: Frequency, severity, and advantages and limitations of semi-structured interviews versus Likert-scale self-reports. *Journal of Interpersonal Violence*.

\*Williams, Y. A., & **Raghavan, C.** (in press). Do prior religious beliefs play a role in cult susceptibility?: A descriptive study. *International Journal of Coercion, Abuse, and Manipulation*.

\*Khan, Z. K., & **Raghavan, C.** (2025). Self-Concealment as a Trauma Response: Examining the Mediating Role of Shame and Dissociation in the Link Between PTSD Symptoms and Self-Concealment Among Women Who Were Sex-Trafficked. *Journal of Human Trafficking*, 1–15. https://doi.org/10.1080/23322705.2025.2472319

**Raghavan, C** & Doychak, K. (2025).  Assessing coercive control in forensic settings: development, psychometrics, and application of the Brief Interview of Coercive Control (BICC). *Journal of Forensic Psychology Research and Practice*, 1-18.https://doi.org/10.1080/24732850.2025.2551643

\*Morales, S. P., & **Raghavan, C.** (2024). An examination of sexual coercion experiences among Latinx female college students. *Journal of Sexual Aggression*, 1–17. https://doi.org/10.1080/13552600.2024.2347223

\*Kenney, T., & **Raghavan, C.** (2024). Predatory helpfulness: A replication (and expansion) study examining grooming and recruitment tactics in sex trafficking. *Journal of Human Trafficking*, 1–16. https://doi-org.ez.lib.jjay.cuny.edu/10.1080/23322705.2024.2327950

\*Juraschek, E., Legg, A., & **Raghavan, C** (2024). The Reconsecration of the Self: Qualitative Analysis of Sex Trafficking Survivors' Experience of the Body. Violence Against Women, 0(0). https://doi.org/10.1177/10778012241239948 (authorship is by alphabetical order as all authors contributed equally).

\*Basra, I.K., Kenney, T., Forrest-Bank, S., Zottarelli, L.K., & **Raghavan, C**. (2023). Predatory helpfulness: An empirical framework to identify fraudulent tactics used by pimps to recruit and commercially sexually exploit young girls and women. Journal of Human Trafficking. DOI: 10.1080/23322705.2023.2259263

Viñas-Racionero, R., **Raghavan, C.**, Soria-Verde, M.A., Scalora, M., Santos-Hermoso,

RAGHAVAN 9

UPDATED 02/25/2026

J., González-Alvarez, J.L., & Garrido-Anton, M.J. (2023). Enhancing the Assessment of Coercive Control in Spanish Femicide Cases: A Nationally Representative Qualitative Analysis. *Journal of Family Violence.*

*Doychak and **Raghavan, C**. (2023). Trauma-Coerced Attachment: Developing DSM-5's"Other Specified Dissociative Disorder". *European Journal of Trauma & Dissociation.*

*Unger, L. D., Doychak, K., **Raghavan, C.** (2021). Isolation and support dynamics among women in a pimp-based commercial sex ring. *Journal of Human Trafficking.* DOI: 10.1080/23322705.2021.1918966

*Pomerantz, J., Cohen, S.J., Doychak, K., **Raghavan, C**. (2021). Linguistic Indicators of Coercive Control: in Sex Trafficking Narratives. *Violence and Gender.* DOI: 10.1089/vio.2020.0105

*Pipitone, J.M., & **Raghavan, C.** (2020): *Art as a cultural tool: deconstructing exotified notions of Balinese society during an American study abroad programme*, Pedagogy, Culture & Society.  https://doi.org/10.1080/14681366.2020.1844788

*Legg, A., & **Raghavan, C.** (2020). *Not Safe for All: A Mixed Methods Study of Violence in Men in Commercial Sex.* Psychology of Sexual Orientation and Gender Diversity. Advance Online Publication. https://doi.apa.org/doi/10.1037/sgd0000374

*Hagan, E., **Raghavan**, C., & Doychak, K. (2019). Functional Isolation: Understanding isolation in trafficking survivors. *Sexual Abuse.* DOI: 10.1177/1079063219889059

*Mitchell, J., & **Raghavan**, C. (2019). *The impact of coercive control on use of specific sexual coercion tactics*. Violence Against Women. 1077801219884127.

**Raghavan, C.,** Beck, C. J. A., Menke, J. M., & Loveland J. E. (2019). Coercive controlling behaviors in intimate partner violence in male same-sex relationships: A mixed methods study. *Journal of Gay and Lesbian Social Services*. DOI: 10.1080/10538720.2019.1616643

*Doychak, K & **Raghavan, C**. (2018). "No voice or cote:" trauma-coerced attachment in victims of sex trafficking. *Journal of Human Trafficking*, DOI: https://doi.org/10.1080/23322705.2018.1518625

*Barbaro, L. & **Raghavan, C**. (2018). Patterns in coercive controlling behaviors among men mandated for batterer treatment: Denial, minimization, and consistency of tactics across relationships. *Partner Abuse*, 9(3), 270-290.

UPDATED 02/25/2026

*Kaplenko, H., Loveland, J. E**.**, & **Raghavan, C**. (2018). Relationships among shame, restrictiveness, authoritativeness, and coercive control in men mandated to batterer treatment. *Violence and Victims, 33(2), 296-309*.

*Kavanagh, A. M., Loveland, J. E., & **Raghavan, C**. (2017). Male rape in men who have sex with men: Help-seeking and social support responses. *Criminal Justice and Law Enforcement Annual: Global Perspectives, 7*(2), 75-103.

*Pipitone, J. M. & **Raghavan, C**. (2017). Socio-spatial analysis of study abroad student experiences in/of place in Morocco. *Journal of Experiential Education.* 1053825917709823.

*Loveland, J. E., & **Raghavan, C**. (2017). Coercive control, physical violence, and masculinity. *Violence and Gender, 4*(1), 1-6.

*Viñas-Racionero, R., **Raghavan, C**., Soria-Verde, M. Á., & Prat-Santaolaria, R. (2017). The association between stalking and violence in a sample of Spanish partner violence cases. *International journal of offender therapy and comparative criminology*, 61(5), 561-581.

***Raghavan, C**., Cohen, S., & Tamborra, T. (2015). Development and preliminary validation of the multidimensional sexual coercion questionnaire (MSCQ). *Journal of Sexual Aggression*, *21*(3), 271-289.

***Raghavan, C**., & Doychak, K. (2015). Trauma-coerced Bonding and Victims of Sex Trafficking: Where do we go from here? *International Journal of Emergency Mental Health and Human Resilience*, 17(2), 583-587.

*Loveland, J.E., & **Raghavan, C**. (2014). Near-lethal violence in a sample of high-risk men in same-sex relationships. *Psychology of Sexual Orientation and Gender Diversity*, 1, 51-62.

*Johnson, M., **Raghavan, C**., Citron, K., Kavanagh, A-M., and Massey, C. (2014). Interrogation Expectations: Individual and race/ethnic group variation among an adult sample. *Journal of Ethnicity in Criminal Justice, 1-14*

*Dejanova, T. E., & **Raghavan**, C. (2013). Report from the field: evaluating an alternative to incarceration program for "highly probable trafficking victims". *Dialectical Anthropology*, 1-8.

*Jones, C.A. & **Raghavan, C**. (2012). Sexual Orientation, Social Support Networks and Dating Violence in an Ethnically Diverse Group of College Students. *Journal of Gay and Lesbian Social Services*, 24, 1-22.

UPDATED 02/25/2026

Beck, C.J.A., & **Raghavan, C**. (2010). Intimate partner violence screening in custody mediation: The importance of assessing coercive control. *Family Court Review, 48,* 555-565.

Jahn, C. & Raghavan, C. (2020). Partnergewalt neu denken. Eine Einführung in Coercive Control. Trauma & Gewalt, 14 (4), 000 – 000. DOI 10.21706/tg-14-4-00000.

Tanha, M., Beck, C.J.A., & Figueredo, A.J., & **Raghavan, C** (2010). Coercive control as motivational factor for intimate partner violence. *Journal of Interpersonal Violence, 25,* 1836-1854.

**\*\*Raghavan, C.**, Rajah, V., & Gentile, K., Collado, L., & Kavanagh, A-M. (2009). Community Violence, social support networks, ethnic group differences, and male perpetration of intimate partner violence. *Journal of Interpersonal Violence,* 24, 1615-1632.

Kingston, S., & **Raghavan, C.**  (2009). The relationship of sexual abuse, early initiation of substance use, and adolescent trauma to PTSD. *Journal of Traumatic Stress, 22, 65-68.*

\*Allen, C.T., Swan, S.C., **Raghavan, C**. (2009). Gender symmetry, sexism and intimate partner violence. *Journal of Interpersonal Violence, 24,* 1816-1834.

**Raghavan, C.**, & Mennerich, A.  (2007). Networks, neighborhoods, and depression: Negative interactions by social support members as mediators of neighborhood characteristics and depressive symptoms in a sample of recovering substance abusing women.  *Journal of Social Distress and the Homeless, 16,* 67-87.

\*\*Gentile, K., **Raghavan, C.,** Rajah, V., & Gates, K. (2007).  It doesn't happen here: An assessment of eating disorders in ethnically diverse urban sample of male and female college students. *International Journal of Eating Disorders, 15,* 405-425

**Raghavan, C.**, & Berenbaum, H. (2006). A study of values as cross-cultural competencies: A potential source of self-esteem? *Psicologia: Teoria e Practica, 8,* 51-68.

**Raghavan, C.**, Mennerich, A., Sexton, E., & James, S. (2006). Community violence and it's direct, indirect, and mediating effects on intimate partner violence. *Violence Against Women, 12,* 1-18.

**Raghavan, C.**, & Kingston, S. (2006).  PTSD in substance abusing women: The role of early drinking and exposure to violence. *Journal of Traumatic Stress, 19, 269-278*.

**Raghavan, C.**, Swan, S., Snow. D., & Mazure, C.  (2005). The mediational role of relationship efficacy and resource utilization in the link between physical and

UPDATED 02/25/2026

psychological abuse and relationship termination. *Violence Against Women, 11,* *65-88.*

James, S. E., Johnson, J., **Raghavan, C.**, & Woolis, D.  (2004). "I couldn't go anywhere": social networks, violence and drug abuse.  *Violence Against Women, 10, 991-1014.*

Berenbaum, H., **Raghavan, C.**, Le, H.N., Vernon, L., & Gomez, J.  (2003). A taxonomy of emotional disturbances. *Clinical Psychology: Science and Practice, 10,* 206-226.

Snow, D. L., Swan, S. C., **Raghavan, C.**, Connell, C., & Klein, I.  (2003). The effects of work stressors, coping, and social support on psychological symptoms among female secretarial employees. *Work and Stress, 17,* 241-263.

James, S. E., Johnson, J., **Raghavan, C.**, Lemos, T., Smith, M., &  Woolis, D. (2003). The violent matrix: a study of structural, interpersonal and intra-personal violence among a sample of poor women.  *American Journal of Community Psychology,* 129-141.

Le, H.N., Berenbaum, H., & **Raghavan, C.**  (2002). Culture and alexythymia: Mean levels, correlates, and the role of parental socialization of emotions. *Emotion, 2,* 341-360.

**Raghavan, C.** ,Le H.N., & Berenbaum, H. (2002).  Predicting depression and hostility using the diathesis-stress model of sociotropy and autonomy in a contextualized stress setting. *Cognitive Therapy and Research, 26*, 231-244.

Mazure, C., **Raghavan, C.**, Maciewiejewski, P., Jacobs, S.C., & Bruce, M.L. (2001). Cognitive personality characteristics as unipolar predictors of major depression. *Cognitive Therapy and Research, 25*, 215-225.


## ENCYCLOPEDIA ARTICLES, BOOK REVIEWS, AND NON-PEER REVIEW ARTICLES

*Loveland, J. E., & **Raghavan, C.** (2017). Intimate partner violence in same-sex couples. In  K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender*. Thousand Oaks, CA: SAGE Publications Ltd. doi: 10.4135/9781483384269.n329

*Pipitone, J. M. & **Raghavan, C.** (2017). Amok. In  A.  Wenzel (Ed.), *The Sage Encyclopedia of Abnormal and Clinical Psychology* (Vol. 7, p. 161). Thousand Oaks, CA: SAGE Publications Ltd. doi: 10.4135/9781483365817.n64

UPDATED 02/25/2026

*Sriken, J., & **Raghavan**, C. (2012). Domestic Violence.  In D. Jones-Brown & B.D. Frazier (Eds.), African Americans and the Criminal Justice System: An Encyclopedia. Greenwood Press.

**Raghavan, C.** (2010). Review of the book *Listening to Battered Women. A Survivor-Centered Approach to Advocacy, Mental Health, and Justice* by L. A. Goodman and D. Epstein. Journal of Trauma and Dissociation, 11, 124-126.

*Tuller, A., & **Raghavan**, C. (2010). Dating Violence. In B. Fisher & S. Lab (Eds.), *Encyclopedia of victimology and crime prevention.* Thousand Oaks, CA: Sage.

*Reardon, L., & **Raghavan**, C. (2009). Cyberstalking. In Wilson, J.  (Ed.), *Praeger Handbook of Victomology*. (pp. 67-69). Santa Barbara, CA: Praeger.

*Ranjan, S., & **Raghavan,** C. (2010). *The Economic Recession and Intimate Partner Violence.* The Journal of Employee Assistance, 40.


## MANUSCRIPTS

*Juraschek, E., & Legg, A. & **Raghavan, C.**  (accepted pending revisions) How sexual coercion manifests in abusive relationships. *Violence Against Women*.


*Feliciano, S. E., & **Raghavan**, C. (submitted). An application of the coercive control framework to cults: How power imbalance is created and maintained. International Journal of Coercion, Abuse, and Manipulation (IJCAM).

**SELECTED INVITED TALKS**

**Raghavan, C** (2019, September)**.** Invited Panelist on "*Survivors and Mental Health",* at Not On My Watch: Dare to Care, Sixth Annual Conference, NY, NY.

**Raghavan, C.** (2016, May). *Understanding Trauma-Coerced Attachment: Collaborating with Mental Health Professionals When Representing Victims of Intimate Partner Violence*, The Twentieth Annual Fordham Forum on Domestic Violence, NY. NY.

**Raghavan, C.** (2015, February)**.** *Coercive control, gender, and sexual orientation: Furthering our understanding of intimate partner violence across differing context.* Psychology Department Colloquuim Series, University of Vermont, Burlington, VT.

**Raghavan, C.** (2014, March). *Surviving Revictimization: Challenging Social and Institutional Responses to Gender Violence.* Panelist at the 18th Annual Fordham Forum on Domestic Violence, NY, NY.

UPDATED 02/25/2026

**Raghavan, C.** (2012, March). *Trauma in the Courtroom.* Talk presented at *the Role of Mental Health Professionals in the Court,* The 16th Annual Fordham Forum on Domestic Violence, NY, NY.

**Raghavan, C.** (2011, March). *The conceptualization of non-violent sexual coercion tactics in young dating couples.* Paper presented at the Vera Institute of Justice, New York, New York.

**Raghavan, C**. (2010, April). *Violence and coercive control in male same sex relationships.* Paper presented at Dickinson College, Carlisle, PA.

**Raghavan, C**. (2008, December,). *Cognitive behavior therapy, gender and violence: A comparison of Indian and US contexts.* Paper presented at the Avinashilingam Women's University.

**Raghavan, C**. (2007, October). *The changing definition of date rape.* Invited panelist on grey rape sponsored by Cosmopolitan and John Jay College of Criminal Justice.

**Raghavan, C**.  (2007, October). *The role of community violence and peer affiliation in understanding partner violence.* Invited speaker at the Colloquium Series at the University of Arizona, Tucson.

**Raghavan, C**.  (2007,October). *Structural risk factors for perpetration of intimate partner violence.* Invited speaker at the Research to Practice Series, New York City Alliance Against Sexual Assault.

**Raghavan, C.,** Gentile, K., Collado, L., & Rajah, V. (2007, May) *How relationships between young men impact on violence.* Invited Speaker at Moving Our Systems Forward. The Role of Human Service Providers in Ending Violence Against Women, sponsored by John Jay College, Safe Horizon, New York State Office for the Prevention of Domestic Violence, A Call to Men. New York, NY.

**Raghavan, C.** (2005).  *Responding to engaging men.* Invited Panelist at Ending Violence Against Women: A Call to Men: Safe Horizon and John Jay College of Criminal Justice, New York City, New York.

**Raghavan, C.** (2003).  *Domestic violence prevention & treatment.* Invited speaker at the Rotary Club International, Kuala Lumpur, Malaysia.

**Raghavan, C.** (2002). *Family violence research, prevention & treatment.*  Invited talk given at the Graduate Lecture Series, John Jay College of Criminal Justice – The City University of New York.

UPDATED 02/25/2026

**POSTERS AND PRESENTATIONS (LAST TEN YEARS)**
**Raghavan, C., Doychak, K., Juraschek, E., Legg, A., & Feliciano, S. (September, 2023). Coercive Control and Intimate Partner Violence: Applications in Differing Contexts. European Conference on Domestic Violence. Reykjavik, Iceland.**

**Ali, Y., Raghavan, C., & Feliciano, S. (2022, August). What Role Does Prior Religious Belief Play in Cult Susceptibility: A Descriptive Study. In E. Juraschek (Chair), *Power and Control in Cults* [Symposium]. American Psychological Association 2022 Annual Convention, Minneapolis, MN, United States.**

**Ali, Y., Raghavan, C., & Feliciano, S. (2021, November). What Role Does Prior Religious Belief Play in Cult Susceptibility: A Descriptive Study. In E. Juraschek (Chair), *A Flexible Framework: Using Coercive Control to Operationalize Abuse in Sex Trafficking and Cults* [Panel]. American Society of Criminology 2021 Annual Convention, Chicago, IL, United States.**

Legg, A., **Raghavan, C**., & Morales, S. (2019, November). Not safe for all: Violence against men in commercial sex. Paper presented at the annual meeting of the American Society of Criminology Conference, San Francisco, CA.

Doychak, K., & **Raghavan, C.** (2018, November). No voice or vote: Coercive control and trauma-coerced attachment in sex-trafficking victims. In J. Pomerantz (Chair), *Coercive Control: Different Contexts, Different Measures, Different Issues.* Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Juraschek, E., & **Raghavan, C.** (2018, November). How sexual coercion manifests in abusive relationships. In E. Juraschek (Chair), *What is Still Unseen in Violent Relationships: Sexual Coercion, Impression Management, and Cultural Definitions.* Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Legg, A., **Raghavan, C.**, & Doychak, K. (2018, November). *Client perpetrated violence against male sex workers*. Poster session presented at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Pomerantz, J., **Raghavan, C**., Doychak, K., & Mitchell, E. (2018, November). Power imbalances within a sex trafficking dynamic: A linguistic analysis of compliance. In J. Pomerantz (Chair), *Coercive Control: Different Contexts, Different Measures, Different Issues.* Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA..

**Raghavan, C**., & Doychak, K. (2018, November). Broadening our understanding of

UPDATED 02/25/2026

coercive control as a marker of abusive power imbalances. In J. Pomerantz (Chair), *Coercive Control: Different Contexts, Different Measures, Different Issues.* Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Reissman, B., Doychak, K., Crossman, A., & **Raghavan, C.** (2018, November). "I'm the greatest:" Pride, impression management, and denial of coercive control and physical abuse by perpetrators of intimate partner violence. In E. Juraschek (Chair), *What is Still Unseen in Violent Relationships: Sexual Coercion, Impression Management, and Cultural Definitions*. Symposium conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA..

Unger, L. D., Doychak, K., Juraschek, E. F., Pomerantz, J., & **Raghavan, C**. (2018, November). Characteristics of isolation and social support among victims of sex trafficking. In L. D. Unger (Chair), *Victimization of Women and Persons of Color*. Session conducted at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Sriken, J. & **Raghavan, C**. (2018). Prevalence and correlates of intimate partner violence among at-risk men who have sex with men. Poster to be presented at the 74th Annual Meeting of the American Society of Criminology, Atlanta, GA.

Doychak, K. & **Raghavan, C**. (2018, March). Intermittent reward and punishment: Emotional exploitation in a sex-trafficking context. In K. Doychak (Chair), *Coercive Control: Tactics and Responses in a Sex-Trafficking Context.* Symposium conducted at the meeting of the Eastern Psychological Association, Philadelphia, PA.

Mitchell, J.E., Juraschek, E., & **Raghavan, C.** (2018, march). *The Impact of Coercive Control on Use of Specific Sexual Coercion Tactics.* Poster presented at the Eastern Psychological Association Conference. Philadelphia, PA.

Pomerantz, J., Cohen, S., & **Raghavan, C.** (2018, March). Elaboration as Compliance Tactic: A Linguistic Analysis within Sex Trafficking. In K. Doychak (Chair), *Coercive Control: Tactics and Responses in a Sex-Trafficking Context*. Symposium conducted at the meeting of the Eastern Psychological Association, Philadelphia, PA.

Unger, L. D., Doychak, K., Pomerantz, J., & **Raghavan, C.** (2018, March). Coercive control by proxy in victims of sex trafficking. In K. Doychak (Chair), *Coercive Control: Tactics and Responses in a Sex-Trafficking Context*. Symposium conducted at the Annual Meeting of the Eastern Psychological Association, Philadelphia, PA.

*Mahan, E., Doychak, K., & **Raghavan, C**. (2017, March). *Shrinking Social Space:*

UPDATED 02/25/2026

*Understanding Isolation in Trafficking Survivors*. Poster presented at the annual meeting of Eastern Psychological Association, Boston, MA.

*Pomerantz, J., Cohen, S.J., & **Raghavan, C**. (2017, March). *Compliance in the Absence of Proximal Intimidation within Abusive Interpersonal Dynamics.* Poster presented at the annual meeting of Eastern Psychological Association, Boston, MA.

*Pipitone, J.M. & **Raghavan, C**. (2015, September). *Physical Environments of Study Abroad: Student Experiences of Self and Place in Morocco and Indonesia.* **Individual paper** presented on the "Influence of Place and Space on Young People's Mobilities in Urban and Rural Contexts" **Panel Session** at the Royal Geographic Society (RGS) with the Institute of British Geographers (IBG), Exeter, United Kingdom.

*Pipitone, J.M. & **Raghavan, C**. (2015, September). *Integrating the Physical and Psychological: Adolescent Experiences of a Therapeutic Wilderness.* **Individual paper** presented on the "Children and Nature in the Anthropocene: Impacts of children, families, and young people connecting with nature " **Panel Session** at the Royal Geographic Society (RGS) with the Institute of British Geographers (IBG), Exeter, United Kingdom.

*Pipitone, J.M. & **Raghavan, C**. (2015, March). *International Learning Environments: Student Experiences and Experiential Pedagogies in Morocco and Bali.* **Individual paper** presented at the annual meeting of the Eastern Psychological Association, Philadelphia, PA.

***Raghavan, C.,** Loveland, J. E., & Tuller, A. (2014, November). Use of sexual coercion as a control tactic by abusive men. Presentation at the American Society of Criminology's Annual Meeting, San Francisco, CA.

*Crossman, A., **Raghavan, C.**, & Loveland, J. E. (2014, March). Shame, self-deception, and the batterer. Poster presentation at the Eastern Psychological Association Meeting, Boston, MA.

*Kaplenko, H., Loveland, J. E**., & **Raghavan, C**. (2014, November). Relationships among shame, restrictiveness, authoritativeness, and coercive control in a sample of men mandated to batterer treatment. Poster Presentation at the American Society of Criminology's Annual Meeting, San Francisco, CA.

*Loveland, J. E., & **Raghavan, C.** (2014, March). The disjuncture between sexual labels and sexual behavior. Poster presentation at the Eastern Psychological Association Meeting, Boston, MA.

17

UPDATED 02/25/2026

*Pipitone, J.M. & **Raghavan, C**. (2014, April). *Assessing Student Engagement with the*

*Arts through the Teaching of Psychology in Bali.* **Individual paper** presented at The Arts & Higher Education: Building Creative Partnerships and Assessing Program Impacts Conference, Baruch College, New York, NY.

*Loveland, J.E., & **Raghavan, C**. (2013, March). *Near Lethal Violence Among Men in Same Sex Relationships.* Poster presentation at the Eastern Psychological Association Meeting, New York, New York.

*Loveland, J.E**., & Raghavan, C**. (2013, March). *Near Lethal Violence Among Women in Same Sex Relationships.* Poster presentation at the American Psychology-Law Society Conference, Portland, Oregon.

*Barbaro, L. M. & **Raghavan, C**. (2012, November). *Resistance to violence*: *Differences between heterosexual, gay and lesbian victims if intimate partner violence*. Paper presented at 68th Annual Meeting of the American Society of Criminology, Chicago, IL.

**\***Barbaro, L. M. & **Raghavan, C.** (2012, October). *Types of resistance: The effect on fight resolution among LGBT intimate partners*. Paper presented at 12th Annual Diversity Challenge, Boston, MA.

*Loveland, J. E., & **Raghavan, C**. (2012, November). *Staying with the Perpetrator: Differences between Heterosexual and Same Sex Victims*. Paper presentation at the American Society of Criminology's Annual Meeting, Chicago, Illinois.

**\***Loveland, J. E**., & Raghavan, C**. (2012, August). *The complex relationship between women's sexual identity and sexual preference*. Poster presentation at the American Psychological Association Conference, Orlando, Florida.

**\*Raghavan, C**, Beck, C, Anderson, E.R., & Brewster, K.O. (2011, November). *How are violence tactics gendered? Examination of partner violence behaviors in male same sex relationships*. Paper presented at the annual meeting of the American Society of Criminology, Washington, D.C.

*Viñas-Racionero, R., **Raghavan, C**., Soria-Verde M. A., & Prat-Santaolària, R. (2011, August). *Severity of Intimate Partner Violence Behaviors in Spain: What is the role of stalking?*. Paper presented at the 119th American Psychological Association (APA) Annual Convention, Washington, D.C.

**\*Raghavan, C**., Cohen, S., & Tamborra, T. (2011, June). *A New Model of Sexual Coercion: Theory and Measure Development*. Paper presented at the meeting of the Society of Community Research and Action, APA Division 45, Chicago, IL.

UPDATED 02/25/2026

(Portions of this talk were presented at the 6th National Congress of Legal and Forensic Psychology, Palma de Mallorca, Spain and at Vera Institute of Justice, New York, New York).

*Raghavan, C., Cohen, S., & Tamborra, T. (2011, April). *A New Model of Sexual Coercion: Theory and Measure Development.* Paper presented at the 6th National Congress of Legal and Forensic Psychology, Palma de Mallorca, Spain.

*Viñas-Racionero, R., Soria-Verde M. A., Raghavan, C., & Prat-Santaolària, R. (2011, April). *El incremento del riesgo de las dinámicas de acoso con finalidad romática o vengadora: Pefiles de agresión domestica [The increasing risk of romantic and revenge stalking dynamics: A domestic aggression profile].* Paper presented in the VI Congreso de Psicología Jurídica y Forense, Palma de Mallorca, Spain.

*Soria-Verde M. A., Viñas-Racionero, R., Raghavan, C., & Prat-Santaolària, R. (2011, July). *Investigación Prelimiar de los perfiles de las tentativas de homicidio domestico [Preliminary investigation of profiles of domestic homicide attempts*]. Paper presented in the Congreso internacional sobre: manipulación psicológica, grupos sectarios, socioadicciones y sus daños, Barcelona, Spain.

*Viñas-Racionero, R., Soria-Verde M. A., Prat-Santaolària, R., & Raghavan, C. (2011, March). *Domestic stalking violence in Spain: Could certain types of stalking behaviors be related with aggressions?* Paper presented at the IV International Congress on Psychology and Law, Miami, FL.

*Raghavan, C, Tamborra, T, & Cohen, S. (2010, November). *Development of a new gender sensitive sexual coercion scale.* Paper presented at the annual meeting of the American Society of Criminology, San Francisco, CA.

*Decker, M., Tuller, A., Raghavan, C. (2010, November*). Resistance to sexual assault: A comparison of male, female & transgender survivors*. Poster presented at the annual meeting of the American Society of Criminology, San Francisco, CA.

*Duro, A.S., Sriken, J. & Raghavan, C. (2010, November). *Client Violence during Male Sex Work: Hidden and Unknown Violence among Men Who Have Sex with Men*. Poster presented at the 62nd Annual Meeting of the American Society of Criminology, San Francisco, CA.

*Decker, M. & Raghavan, C. (2010, November). *Media's creation of the ineffective bystander*. Paper presented at the 2010 Annual Meeting of the American Society of Criminology, San Francisco, CA.

*Sriken, J. & Raghavan, C. (2010, November). *"Wanna get dirrty": The internalization of sexual and racial objectification*. Paper presented at the 2010 Annual Meeting of the American Society of Criminology, San Francisco, CA.

UPDATED 02/25/2026

*Simons, K. & **Raghavan, C**. (2010, November). *Make her say aah: The evolution of television media and its impact on society's objectification of Black women.* Paper presented at the 2010 Annual Meeting of the American Society of Criminology, San Francisco, CA.

**Raghavan, C**., and Beck, C. (2010, March). *What About Coercive Control in Same Sex Relationships*? Paper presented at the annual meeting of American Psychological-Law Society conference in Vancouver, Canada.

**Raghavan, C**., and Beck, C.  (2010, June). *Coercive Control in Abusive Relationships.* Paper presented at the Ninth Biennial International Conference, John Jay College of Criminal Justice, Marrakesh, Morocco

**Raghavan, C**., and Ranjan, S. (2009, November). *Development of a Community Response to Partner Violence Scale.* Poster presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

*Sriken, J., **Tuller, A.,** & Raghavan, C. (2009, November*). Risk of intimate partner homicide among marginalized men who have sex with men.* Poster presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

***Tuller, A.,** & Raghavan, C. (2009, November). *Coercive control in same sex relationships*. Paper presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

**Raghavan, C**. (2008, March). Chair: *Is cyberstalking stalking?  Legal, theoretical, and measurement issues*. Panel presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Jones, C., Reardon, L., & **Raghavan, C**. (2008, March). *The Development of the Cyber Stalking Scale (CSTS)*. Paper presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Tuller, A., Jones, C., & **Raghavan, C**. (2008, March). *Is cyberstalking part of intimate partner violence?* Paper presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Davis, S. M., & **Raghavan, C**. (2008, March). *Stalking and jealousy: Does the relationship hold across gender and culture?* Paper presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Ha, D., Williams, J. F., **Raghavan, C**., Tuller, A., & Schraft, C. (2008, March). *Does the CTS really measure the worst conflict? Evidence from college students*

UPDATED 02/25/2026

*suggests not*. Poster presented at the American Psychological-Law Society conference in in Jacksonville, F.L.

*Jones, C., Tuller, A., & **Raghavan, C**. (2008, March). *Intimate partner violence and social support peer networks in gay, lesbian, and straight students*. Poster presented at the American Psychological-Law Society conference in Jacksonville, F.L.

*Tuller, A., & **Raghavan, C**. (2008, November). *Shame, Anger, and Violence Among Men Who Have Sex with Men.* Paper presented at the annual meeting of the American Society of Criminology, St. Louis, MO.

**Raghavan, C**. (2007, November). Chair: *Conceptualizing intimate partner violence in a gender and culture-sensitive framework*. Panel presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*DeSimone, L. J., Davis, S. M., & **Raghavan, C**. (2007, November). *Why did we fight and what made it so bad: Narratives of intimate partner conflict*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Davis, S. M., DeSimone, L. J., & **Raghavan, C**. (2007, November). *The role of jealousy in intimate partner violence: Gender and ethnic group differences*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

**Raghavan, C**., Kavanagh, A. M., Rajah, V., Gentile, K., & Collado, L. (2007, November). *Community violence, violence in the social support networks, and male perpetration of intimate partner violence*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

Johnson, M., **Raghavan, C**., Citron, K., & Kavanagh, A. M. (2007, November). *Examining 'Expectations of police compliance with Miranda protections': Ethnic group differences*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Kassen, M., & **Raghavan, C**. (2007, November). *Exposure to urban violence and contributory factors to posttraumatic stress in a diverse college sample*. Paper presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Davis, S. M., Jones, C., & **Raghavan, C**. (2007, November). *Peer validation of partner violence*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*DeSimone, L. J., Attoh, A., & **Raghavan, C**. (2007, November). *Abusive childhood experiences: differentiating anger in adulthood*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

UPDATED 02/25/2026

*Hey, A. L., Kassen, M., & **Raghavan, C**. (2007, November). *Methodological or real differences among intimate partner femicide research: a qualitative meta-analysis*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Jenkins, J., Sergenian, S., & **Raghavan, C**. (2007, November). *Dating violence and school performance among college students*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Jones, C., Reardon, L. M., & **Raghavan, C**. (2007, November). *Does social support mediate or moderate the relationship between community violence and intimate partner violence?* Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Kavanagh, A. M. J., & **Raghavan, C**. (2007, November). *Personality traits of males who perpetrate sexual coercion and/or physical abuse in dating relationships*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Reardon, L. M., Davis, S. M., & **Raghavan, C**. (2007, November). *Relationship monitoring or stalking?* Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Tuller, A., Schraft, C. V., & **Raghavan, C**. (2007, November). *The role of shame, isolation and hostility within intimate partner violence.*  Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Williams, J. F., Ha, D., Davis, S. M., & **Raghavan, C**. (2007, November). *Emotions felt after a worst conflict among intimate partners: Initial validation of the ATWC scale*. Poster presented at the meeting of the American Society of Criminology, Atlanta, G.A.

*Davis, S. M., DeSimone, L., & **Raghavan, C**. (2007, May). *Jealousy and intimate partner violence in a culturally diverse college population*. Poster presented at the Association for Psychological Science Convention, Washington, DC.

*DeSimone, L., Kamath, G., & **Raghavan, C**. (2007, May). *Intimate partner violence in a diverse college population: A preliminary test of intersectionality*. Poster presented at the Association for Psychological Science Convention, Washington, DC.

**Raghavan, C**. (2007). Chair, *Victimization; Psychology & Law*. 3rd Annual Forensic Psychology Graduate Research Conference, John Jay College of Criminal Justice, NY, NY.

UPDATED 02/25/2026

*DeSimone. L, & **Raghavan, C**. (2007, May). *A test of intersectionality: Intimate partner violence in a culturally diverse lesbian, gay, and heterosexual college population*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Reardon, L., Jones, C., & **Raghavan, C**. (2007, May). *Community violence and intimate partner violence in an ethnically diverse population: The role of social support*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Tuller, A., Schraft, C., & **Raghavan, C**. (2007, May). *Emotional consequences of intimate partner conflict: An exploratory investigation of gender differences*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Williams, J., Ha, D., Davis, S. M., & **Raghavan, C**. (2007, May). *Exploring the factor structure and determining the reliability of the After the Worst Conflict Scale*. Poster presented at the John Jay Graduate Forensic Psychology Research Conference, New York, NY.

*Davis, S. M., DeSimone, L., & **Raghavan, C**. (2007, March). *Ethnic and gender group differences in intimate partner jealousy in a diverse college population*. Paper presented at the Mid-Hudson Undergraduate Psychology Research Conference, New Paltz, NY.

**Raghavan, C**. (2006, Nov). Session Chair: *Gender, sex, and violence*. Panel presented at the meeting of the American Society of Criminology, Los Angeles, CA.

**Raghavan, C**. (2006, Nov). *A Feminist-community model of intimate partner violence*. In C. Raghavan (Chair), Gender, sex, and violence. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

**Raghavan, C**.,  Collado, L., &  Desimone, L. (2006, November). *Gender differences in dating scripts and IPV*. Poster presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Collado, L. & **Raghavan, C**. (2006, November). *The effects of acculturation on intimate partner violence among Hispanics and Non-Hispanic immigrants*. Poster presented at the meeting  of the American Society of Criminology, Los Angeles, CA.

*McHenry, S. P., Gates, K., & **Raghavan, C**. (2006, November). *Sexual coercion and sexual confusion*. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

UPDATED 02/25/2026

*Jenkins, J, & **Raghavan, C**. (2006, November). *The association of social development/Age on juvenile fear of crime levels In New York City Public Schools*. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Yazykova, K., **Raghavan, C**., & O'Connor, M. (2006, November). *Categories of stalking tactics and their associations with intimate partner violence*. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Yazykova, K., **Raghavan, C**., O'Connor, M., & Dernison, A. (2006, November). *Associations between stalking tactics, intimate partner violence, and underlying motivations*. Poster presented at the meeting of the American Society of Criminology, Los Angeles, CA.

*Gates, K., **Raghavan, C**., & Kavanagh, A-M. (2006, August). *Predictive factors for men who sexually coerce intimate partners*. Poster presented at the annual meeting of the American Psychology Association, New Orleans, LA.

**Raghavan, C**. ,& Cruz, G. (2006, May). *A test of two models of intimate partner violence*. Poster presented at the annual American Psychological Society Conference, New York, NY.

*Gates, K., McHenry, S., **Raghavan, C**., & Kavanagh, A-M. (2006, May). *Sexual abuse in intimate relationships: Effect on female victims*. Poster presented at the annual meeting of the American Psychology Society, New York, NY.

*Carter, A., R**aghavan, C**., & Kavanagh, A-M. (2006, May). *Is alcohol use a cause or a consequence of dating violence in an urban college sample?* Poster presented at the annual American Psychological Society Conference, New York, NY.

*Kavanagh, A-M., **Raghavan, C**., & Gates, K. (2006, March). *Personality traits of men and women who perpetrate sexual coercion*. Poster presented at the annual American Psychological Society Conference, New York, NY.

*Kavanagh, A-M., **Raghavan, C**., & Gates, K. (2006, March). *The relationship between gender and sexual coercion*. Poster presented at the American Psychological-Law Society conference in Florida, March, 2006.

*Kavanagh, A-M., & **Raghavan, C**., (2006, March). *The influence of social support on intimate partner violence*. Poster presented at the American Psychological-Law Society conference in Florida, March, 2006.

Falkenbach, D., **Raghavan, C**., & Krishnan, S. (2006, March). *Consideration of psychopathic traits in perpetrators of domestic violence*. Poster presented at the

UPDATED 02/25/2026

annual meeting of the American Psychology-Law Society Conference, St. Petersburg, FL.

*Ranjan, S., **Raghavan, C**., & O'Connor, M. (2005). *Stalking and intimate partner violence victimization in an urban sample of immigrant commuter college students*. Paper presented at the 14th World Congress of Criminology, Philadephia, PA.

**Raghavan, C**. (2005). Session Chair: *Dating violence in an ethnically diverse sample of college students: Correlates and consequences*. Panel conducted at the American Psychology-Law Society Conference, La Jolla, California.

**Raghavan, C**.,  Kavanagh, A-M., Gentile, K., Rajah, V., &  Collado, L. (2005). *Description of dating violence and associated community risk factors in an urban college sample*. Paper presented at the American Psychology-Law Society Conference, La Jolla, California.

Gentile, K., **Raghavan, C**.,  Kavanagh, A-M.,  & Rajah, V. (2005). *It doesn't happen here: An assessment of eating disorders in ethnically diverse urban sample of male and female college students*. Paper presented at the American Psychology-Law Society Conference, La Jolla, California.

Rajah, V., **Raghavan, C**., & Gentile, K. (2005). *Gender differences in accounts for dating violence among a low income minority college sample*. Paper presented at the American Psychology-Law Society Biennial Conference, La Jolla, California.

*Carter, A., **Raghavan, C**., Rajah, V., Gentile, K., &  Kavanagh, A-M. (2005). *Alcohol use and dating violence in an urban college sample. A dual model of traumatic response*. Paper presented at the American Psychology-Law Society Biennial Conference, La Jolla, California.

*Kavanagh, A-M., & Raghavan, C. (March, 2005). Male peer support and dating violence.  Poster presented at the American Psychological-Law Society conference in Arizona, March, 2005.

O'Connor, M., Galietta, M., & **Raghavan, C**. (2005). *Level of exposure to stalking in an urban college sample: implications for policy and services.* Paper presented at the American Psychology-Law Society Conference, La Jolla, California.

**Raghavan, C**. (March, 2004). Chair: *Issues in Domestic Violence*. Panel conducted at the American Psychology-Law Society Conference, Scottsdale, Arizona.

**Raghavan, C**., Mennerich, A., & James, S. (March, 2004). *Domestic violence in a neighborhood context: Links between neighborhood disorder, drug use, criminal activity, and community violence*. In Raghavan, C. (Chair), Issues in domestic

UPDATED 02/25/2026

violence. Panel conducted at the American Psychology-Law Society Conference, Scottsdale, Arizona.

**Raghavan, C**. (Feb, 2004).  Chair: *Collective and individual space: views from the abstract, transnational and local perspectives.* Panel conducted at the Third International Conference on Crime and Criminal Justice in the Caribbean, Kingston, Jamaica.

**Raghavan, C**., Mennerich, A., & James, S. (Feb, 2004). *The influence of public life on private: A study of crime, drugs and domestic violence*. In C. Raghavan (Chair), Collective and individual space: Views from the abstract, transnational and local perspectives. Panel conducted at the Third International Conference on Crime and Criminal Justice in the Caribbean, Kingston, Jamaica.

**FUNDED RESEARCH PROJECTS AT JOHN JAY**
PSC-CUNY Research Grant, John Jay College of Criminal Justice (2020-2022)

PSC-CUNY Research Grant, John Jay College of Criminal Justice (2018-2019)

PSC-CUNY Research Grant, John Jay College of Criminal Justice (2013-2014)

Research Assistant Fund, John Jay College of Criminal Justice (2009-2010)
 Title: *An Investigation of Physical and Sexual Violence among Drug using Men who have Sex with Men*
 PI: **C. Raghavan**
 Amount: $1,000

Research Assistant Fund, John Jay College of Criminal Justice (2008-2009)
 Title: *An Investigation of Severe and Near Lethal Violence among Gay Men*
 PI: **C. Raghavan**
 Amount: $1,000

PSC-CUNY Research Grant, City University of New York (2006-2007)
 Title: *Gender symmetry, intimate partner violence, and post-traumatic stress disorder*.
 PI: **C. Raghavan**
 Amount: $5,940

Faculty Fellowship Publication Program, City University of New York (2006).
 Title: *The differential risk hypothesis: a theory predicting minor and severe forms of intimate partner violence.*
 PI: **C. Raghavan**
 Amount: $3,800

UPDATED 02/25/2026

PSC-CUNY Research Grant, City University of New York (2005-2006)
    Title: *Why are rates of violence so much higher in this urban college sample?* An in-depth exploration of contributing community factors.
    PI: **C. Raghavan**
    Amount: $3,800

PSC-CUNY Research Grant, City University of New York (2004-2005)
    Title: *Dating violence and academic performance in first year students at John Jay College Of Criminal Justice.*
    PI: **C. Raghavan**
    Amount: $4,900

Research Assistance Fund, Jay College of Criminal Justice (2004-2005)
    Title: *An examination of drinking and violence using the calendar method.*
    PI: **C. Raghavan**
    Amount: $1000

Forensic Psychology Research Grant, John Jay College of Criminal Justice (2004-05)
    Title: *An examination of dating violence in first year students at John Jay College Of Criminal Justice.*
    PI: **C. Raghavan**
    Co-PI: Katie Gentile and Valli Rajah
    Amount: $6,660

PSC-CUNY Research Grant, City University of New York (2003-2004)
    Title: *Exposure to community violence as a mediator of individual and neighborhood risk factors for domestic violence.*
    PI: **C. Raghavan**
    Amount: $4,920

## DOCTORAL DISSERTATION
    Title: An investigation of cross-cultural differences and similarities between Asian Americans and European Americans based on a new multidimensional model of esteem.

**University of Illinois at Urbana Champaign, Department of Psychology**
    Chair: Howard Berenbaum, Ph.D

## OTHER PROFESSIONAL SERVICES

University Service

UPDATED 02/25/2026

Elected to University-Wide Personnel and Budget Committee (P & B) (2010-2011, 2011-2012).
Governance Committee of the MA in International Crime and Justice (2009-current)
Sexual Harassment Awareness Committee (2010-current).
President's Advisory Committee on International Programs (2008-current).
Appointed Director of BA/MA Program (2007-current).
Member of Committee on Graduate Studies (2007-current).
Elected to Department Personnel and Budget Committee (P & B) (2004, 2005, 2006, 2007-2008).
Organizing committee of the proposed M.A. in International Crime and Justice (2006-2009).
Appointed to Affirmative Action Committee (2006-2010).
Member of the Gender Studies Committee (2002-2010)

Ad Hoc Reviewer

Feminist Criminology (September, 2008, April 2010, May 2011, July 2013).
International Journal of Forensic Mental Health (June 2010, December, 2010).
Violence Against Women (March 2004, January 2008, November 2010, March 2011).
International Journal of Offender Therapy and Comparative Criminology (November 2010, March 2011).
Women Studies Quarterly (July, 2010).
Journal of Consulting and Clinical Psychology (August 2008, November, 2009).
Book Review for Journal of Trauma and Dissociation (March, 2009).
Book Review for Oxford University Press (August, 2007).
Violence and Victims (January, 2008).
Journal of Abnormal Psychology (1997).
Journal of Traumatic Stress, (Jan 1998, Apr 1998).
Cognitive Behavior and Therapy (June 2000).
Journal of Substance Abuse Treatment (July 2002)


## PROFESSIONAL AFFILIATIONS

New York Psychological Association
American Society of Criminology
American Psychological Association


## PAST HONORS AND AWARDS

2013        Baruch-Rubin Summer Faculty Fellow
2014        Baruch-Rubin Faculty Fellow

UPDATED 02/25/2026

| | |
|---|---|
| 1992-1993 | University of Illinois Fellowship |
| 1990 | Phi Beta Kappa |
| 1991 | Smith College, Magna cum laude |
| 1988-1992 | Smith College International Student Grant |
| 1988-1992 | Smith College Dean's List |
| 1988-1992 | Smith College First Group Scholar |

# Exhibit 20-2

UPDATED 09/16/2025

CHITRA RAGHAVAN, Ph.D.
Department of Psychology
John Jay College of Criminal Justice
524 West 59th Street
New York, N.Y. 10019
craghavan@jjay.cuny.edu

LIST OF CASES TESTIFIED (2016-2026)

5-24-2016:  Expert witness in sex trafficking and coercive control in *People v. Gayot*, Ind. Nos. 482/14, 462/15 (N.Y. County Ct., Suffolk County).  Requested by the Suffolk County District Attorney's Office.

9-07-2016:  Expert witness in coercive control and PTSD in *Rana vs. Islam*, 14-cv-1993 (S.D.N.Y.).  Requested by the law firm of Dechert LLP.

11-29-2016:  Expert witness in domestic violence, coercive control and trauma in *Ellis vs. Administration of Children's Services* (N.Y. Fam. Ct.).  Requested by the Center for Family Representation.

12-08-2016:  Expert witness in domestic violence, coercive control, and trauma in *People v. Pehlwan*, Ind. No. 9767/14 (N.Y. Sup. Ct., Kings County).  Requested by the Kings County District Attorney's Office.

12-20 to 12-22-2017, 4-11-2018:  Expert witness in domestic violence and trauma in a consolidated *Frye* hearing in *People v. Abdur-Razzaq*, Ind. No. 3154/13, and *People v. Skipper*, Ind. No. 2409/15 (N.Y. Sup. Ct., Bronx County).  Requested by the Bronx County District Attorney's Office.

10-31-2018:  Expert witness in coercive control, sex trafficking, trauma, and trauma bonding in *People v. Abdur-Razzaq*, Ind. No. 3154/13 (N.Y. Sup. Ct., Bronx County).  Requested by the Bronx County District Attorney's Office.

1-08-2019:  Expert witness in coercive control, sex trafficking, trauma, and trauma bonding in *People v. Skipper*, Ind. No. 2409/15 (N.Y. Sup. Ct., Bronx County).  Requested by the Bronx County District Attorney's Office.

1-11-2019:  Expert witness in sex trafficking and coercive control in *People v. Abiodun Abileke* (N.Y. County Ct., Suffolk County).  Requested by the Suffolk County District Attorney's Office.

4-29-2019:  Expert witness in psychology and coercive control in *Toro Bonilla v. Rivera Erazo*, 18-cv-4569 (E.D.N.Y.).  Requested by Davis Polk & Wardwell LLP.

4-10-2019:  Expert witness in domestic violence and coercive control in *People v. Drucker* (N.Y. County Ct., Ulster County).  Requested by the Ulster County District Attorney's Office.

8-09-2019: Expert witness in sexual coercion and domestic violence in *People v. Farquharson*, Ind. No. 751/2018 (N.Y. Sup. Ct., Kings County).  Requested by the Kings County District Attorney's Office.

3-10 to 03-11-2020:  Expert witness in sex trafficking and coercive control in *United States v. Randall*, 19-cr-131 (S.D.N.Y.).  Requested by the United States Attorney's Office for the Southern District of New York.

3-04 to 03-05-2020:  Expert witness in sex trafficking and coercive control in *United States v. Armstead*, 18-cr-357, 19-cr-369 (D.D.C.).  Requested by the United States Attorney's Office for the District of Columbia.

10-19-2020 to 10-20-2020:  Expert witness in psychology, coercive control, and multicultural issues in *Francis v. Culley*, No. 20-cv-3326 (E.D.N.Y.).  Requested by Davis Polk & Wardwell LLP.

2-2-2021: Expert witness in domestic violence, coercive control and PTSD in *People vs. Natasha Chopito*, Sentencing Hearing. (State of New Mexico). Requested by Law Offices of the Public Defender, New Mexico.

5-7-2021: Expert witness in forensic psychology in *United States v. Subhannah Wahaj*, (Federal District of New Mexico). Requested by Defendant's Attorney Ryan Villa, Federal District Court for the District of New Mexico.

6-7-2021 to 6-8-2021: Expert witness in coercive control, sex trafficking and trauma in *United States v. Rivera, (S.D.N.Y.)*. Requested by the United States Attorney's Office for the Southern District of New York.

7-7-2021 to 7-8-2021: Expert witness in coercive control, domestic violence, and trauma bond in *United States v. Aquilino Torres*.  Requested by the United States Attorney's Office for the Southern District of New York.

7-28-2021: Expert witness in coercive control, domestic violence, and trauma bond in *United States v. Joey Green-Remache* (D.D.C.).  Requested by the United States Attorney's Office for the District of Columbia.

10-05-2021: Expert witness in coercive control, domestic violence, sex trafficking and trauma bond in *United States v. Darnell Deshawn*.  Requested by the United States Attorney's Office for the District of Minnesota.

2

10-20-2021: Expert witness in coercive control, domestic violence, and sexual coercion. *The People of the State of New York v. Andre Gilkes (245-2020)*. Requested by the Kings County District Attorney's Office.

3-15-2022: Expert witness in coercive control and domestic violence. *The People of the State of Michigan vs. Jessica Simpson*. (Michigan). Requested by Law Offices of the Federal Defender, Eastern District of Michigan.

4-14-2022: Expert witness in coercive control and battered person syndrome. *The People of the State of New Mexico vs. William Baca*. (Michigan). Sentencing Hearing Requested by Law Offices of the Public Defender, New Mexico.

9-24-2022: Expert witness in coercive control, domestic violence, sexual coercion cultural influence in *People v. Uddin Meftaah*, Ind. No. 73667-21 (N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

01-31-2023: Expert witness in intimate partner violence, coercive control, and trauma in *People v. Christopher Dantignac*, Ind. No. 73950-21 (N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

03-29-2023: Expert witness in intimate partner violence, coercive control, and sexual coercion in *People v. Joshua Nembhard* – Ind. 70686-21 (N.Y. Sup. Ct., Nassau County). Requested by the Nassau County District Attorney's Office.

06-07-2023: Expert witness in domestic violence, coercive control, and trauma bonds in *People v. Joshua Hemphill* – Ind. 2018CF1015654 (D.C. Sup. Ct., District of Columbia). Requested by the United States Attorney's Office for the District of Columbia.

10-02-23: Expert witness in domestic violence and coercive control in *United States v. Rosado (SDNY)* - 21 Cr. 516 (RMB) 2021R00680. Requested by the United States Attorney's Office for the Southern District of New York.

11-6-2023: Expert witness in intimate partner violence and coercive control in *US v. Marvin Lopez* 2016 - CF1 018780 (D.C. Sup. Ct., District of Columbia). Requested by the United States Attorney's Office for the District of Columbia. Requested by the United States Attorney's Office for the District of Columbia.

12-13-2023: Expert witness in domestic violence and coercive control in *People v. Ruslan Sadikhov* - IND-73067-21 (N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

12-13-2023: Expert witness in domestic violence, cultural issues, and coercive control in *People vs. Al-Sodani, Mohammed* IND-74570-22 (N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

3

02-28-2024: Expert witness in psychology, forensic psychology, sexual victimization, and sexual assault in *People vs. Clarke, Carlis,* IND-72441-21 **(**N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

03-14-2024: Expert witness in domestic violence, coercive control, and sexual assault in *People vs. Mustafa Aboulissan* IND-74236-22 **(**N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

03-26-2024: Expert witness in domestic violence and coercive control in People vs. Jonathan Wright IND- 70998-23 and 71033-22 **(**N.Y. Sup. Ct., Suffolk County). Requested by the Suffolk County District Attorney's Office.

05-17-2024. Expert Deposition in *Minskoff v. Mendoza*, Case No. 1:23-CV-584 (E.D.N.Y.). Witness for the plaintiff, deposed by defendant counsel, Reed Smith LLP and Constangy Brookes Smith and Prophete, LLP.

05-22-2024: Expert witness in domestic violence, coercive control, and trauma bonding in *US vs. Quenton Jones* 2024 - DVM 167 (D.C. Sup. Ct., District of Columbia). Requested by the United States Attorney's Office for the District of Columbia.

09-19-2024: Expert witness in domestic violence, coercive control, and sexual assault in *People vs. Ri Zheng* IND-70572-23 **(**N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

10-25-2024. Expert Deposition in Jane Doe 3 *v. Darren Indyke and Richard D. Kahn,* Case No. 1:24-CV-01204-AS (S.D.N.Y.). Witness for the plaintiff, deposed by defendant counsel, Hughes, Hubbard, & Reed LLP for Indyke and Patterson, Belknap, Webb, & Tyler, LLP for Kahn.

1-7-2025: Expert witness in domestic violence, coercive control and PTSD in *USA vs. Stacey Yellowhorse*, Sentencing Hearing. (State of New Mexico). Witness for the defense counsel Rothstein and Donatelli Law, LLP., New Mexico.

3-11-2025: Expert witness in domestic violence, coercive control, and trauma in *People vs. Juan Rosas Cordero* IND-70147-23 (N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

3-17-2025: Expert Deposition in *Dixon v. Reid*, No. Case No 1:2023cv09878 (S.D.N.Y.) Witness for the plaintiff, deposed by defendant counsel, Gregory Korn for Kinsella Holley Iser Kump Steinsapir LLP., Los Angeles, and Bobbi C. Sternheim for Law Offices of Bobbi C. Sternheim, New York.

5-6-2025: Expert witness in sexual assault, coercive control, and traumatic outcomes in *People vs. Fabio Abreu-Rojas* IND-73904-22 (N.Y. Sup. Ct., Kings County). Requested by the Kings County District Attorney's Office.

08-20-2025: Expert witness in coercive control and traumatic outcomes in People v. Michael Howell, IND-70589-24 **(**N.Y. Sup. Ct., Suffolk County).  Requested by the Suffolk County District Attorney's Office.

5-6-2025: Expert witness in sexual assault, coercive control, and traumatic outcomes in *People vs. Fabio Abreu-Rojas* IND-73904-22 (N.Y. Sup. Ct., Kings County).  Requested by the Kings County District Attorney's Office.

01-29-2026: Expert witness in sexual assault, coercive control, and traumatic outcomes in *People vs. Ramiro-Hernandez* IND-72616-23 (N.Y. Sup. Ct., Kings County).  Requested by the Kings County District Attorney's Office.

02-13-2026: Expert Deposition in Roberts v. eXp Realty, LLC, et al. (Case No. 2:23-cv-10492-AB-AGR, C.D. Cal.). Witness for the plaintiff (retained by Cohen Hirsch, LP and Lenze Lawyers, PLC), deposed by counsel for defendants eXp Realty, David S. Golden, Brent Gove, and Michael L. Bjorkman.