# Exhibit 21

Electronically FILED by Superior Court of California, County of Los Angeles on 12/20/2019 03:17 PM Sherri R. Carter, Executive Officer/Clerk of Court, by K. Vargas,Deputy Clerk

**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (SBN 120174)
Email: dscheper@scheperkim.com
WILLIAM H. FORMAN (SBN 150477)
Email: wforman@scheperkim.com
MARGARET E. DAYTON (SBN 274353)
Email: pdayton@scheperkim.com
800 West Sixth Street, 18th Floor
Los Angeles, CA 90017-2701
Telephone:     (213) 613-4655
Facsimile:     (213) 613-4656

Attorneys for Defendant Church of
Scientology International

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| VALERIE HANEY<br><br>              Plaintiff,<br><br>vs.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL; RELIGIOUS TECHNOLOGY CENTER, and DAVID MISCAVIGE; and DOES 1-25;<br><br>              Defendants. | CASE NO. 19STCV21210<br>*Assigned for All Purposes to:*<br>*Hon. Richard J. Burdge, Dept. 37*<br><br>**DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION**<br><br>*[Filed Concurrently with: Motion to Compel Religious Arbitration; Declarations of Lynn R. Farny, and Gary Soter; [Proposed] Order]*<br><br>Dept.: 37<br>Date:  January 29, 2020<br>Time: 8:30 a.m.<br><br>**RESERVATION NO. 523728976924** |

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS
ARBITRATION

I, Catherine Fraser declare:

1.      I am over the age of 18 years. I have personal knowledge of the facts stated below and, if called upon to testify on such matters, would and could do so competently.

2.      I have been a member of the Sea Organization ("Sea Org") since 1985. The Sea Org is the religious order within the Scientology religion made up of full-time clergy who have dedicated their lives to the betterment of Mankind through the application of Scientology religious principles as developed by L. Ron Hubbard, the Founder of the Scientology religion.

3.      I have been a staff member of Church of Scientology International ("CSI") since 1997 and have worked in Golden Era Productions ("Golden Era"), a division within CSI. From June of 1997 to October of 2004, I worked on Golden Era's Dissemination activities, and was responsible for the distribution of all of Golden Era's products to Scientology churches and missions, groups, parishioners and the general public. Since 2004, I have had the post of Director of Public Affairs of Golden Era Productions. This position is responsible for legal and other external affairs of Golden Era, including for its film production, as well as other organizational matters within Golden Era including staff signing staff covenants and other legal documents. I have first-hand familiarity with the production and content of the religious films distributed by Golden Era. In this position I also became familiar with the duties and responsibilities of Valerie Haney while she worked at Golden Era.

4.      Prior to joining CSI, I held various positions in other Scientology organizations for 21 years. Therefore, I am intimately familiar with the tenets of the hierarchical Scientology religion as well as the manner in which CSI accomplishes its religious mission.

**GOLDEN ERA PRODUCTIONS**

5.      Mr. Hubbard formed Golden Era Productions to produce religious films and lectures in order to maintain strict orthodoxy and guarantee religious technical standards across the planet, with the express purpose of making his films and lectures broadly available to Scientology churches, ministers, parishioners and the general public.

6.      Golden Era is a 700-acre campus located in Riverside County, California (a campus some refer to as "Gold Base). The property was purchased in 1978 and turned into

2

what is today a state-of-the-art film and audio production facility. The focal point of Golden Era Productions is the 80,000-square-foot film studio and is the one of the largest freestanding studios in Southern California. What makes this studio unique is that it has all aspects of film production all under one roof—makeup, sets and costume design, research, scriptwriting, costumes, sets and props, sound recording, dressing rooms, and more. Everything needed for creating and producing films and videos for the Church.

7. Golden Era also has all of its own post-production facilities—12 editing bays, visual effects and music composing and recording studios. We also have our own film lab that processes our films to Mr. Hubbard's specifications. The lab also handles the restoration of our older films.

8. The property also has four large apartment buildings that house up to 900 staff along with dry cleaning and laundry facilities. We have a communal dining hall with a full kitchen and canteen for the staff. We also have an exercise building, swimming pool, baseball and soccer fields, basketball and volleyball courts and a running track, all of which is for use for the staff that live here at Golden Era.

9. Like all major Hollywood movie studios, in order to protect the millions of dollars of equipment, Golden Era has a perimeter fence surrounding the main campus to keep unauthorized people out and security to keep the property and our staff safe.

10. There are about 50 non-staff people coming in and out of the campus every day—i.e., Postal, Amazon, FedEx and UPS deliveries, food and beverage deliveries, equipment and systems repairmen and many others. Tours are given throughout the year to a variety of people from State Senators, Assemblymen, County and City officials, military and police officials to local community groups and residents.

11. Golden Era has been very active in the community for many years. We have received over 250 awards for our contributions and numerous certificates of recognition from the United States Congress, California State Senate & Assembly and County Supervisors for the good work that we have done and are doing for the community. Additionally, Golden Era owns an adjacent golf course operated exclusively for use by non-profit organizations for

3

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION

meetings, golf tournaments or events to raise money for their group. We have sponsored more than 430 different charitable and non-profit groups and helped them raise more than $2.5 million for their important programs.

**RELIGIOUS FILMS**

12.     As stated above, Golden Era Productions was formed to produce Mr. Hubbard's religious films. Mr. Hubbard created technical training films (called "Tech films") and introductory films for the general public that show the basic principles and information about Scientology (called "Public films"). These films comprise an important part of the Scientology Scripture. Mr. Hubbard wrote 84 film scripts about various aspects of the Scientology religion. Also, several of his lectures were filmed and these, too, are available for viewing in all Scientology churches.

13.     These films are used to train Scientology clergy for the large number of functions that they perform in Scientology churches. These include such positions as ministers or ministers-in-training, referred to as auditors. Many of the skills needed by an auditor are best communicated by example, which is most effectively achieved through audio-visual media.

14.     Ms. Haney directly worked on these technical training films as part of her duties. One example of these religious films are films about the Hubbard Electropsychometer, or "E-Meter, which is a religious device used in Scientology's central religious practice of auditing.  The E-Meter helps the auditor and the parishioner to locate areas of spiritual distress and travail.  It measures the spiritual state or the parishioner's change of state and thus is essential to most auditing procedures.  Mr. Hubbard wrote a number of film scripts for teaching the proper use of the E-Meter.  These films are produced by Golden Era for distribution solely to Scientology churches for training of the clergy, including auditors and course supervisors.  The films are enumerated EM [number] and a name, such as *EM 3, History of the E-Meter, EM 9, E-Meter Reads Film*, and so forth. Ms. Haney worked on EM 2, 2A, 4 and 5.

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION

15.     Another group of religious films teach auditors specific technical religious applications and how they are applied in auditing. These are known as the Training Routines (TR) Films. The purpose of these films is to train an auditor so he or she can help others and obtain the intended spiritual results. Being an Auditor requires intense study and skill and the final result is someone who can truly take another into higher states of being for the individual and the society. As above, these films are produced by Golden Era for distribution solely to Scientology churches for training of the clergy throughout the world, including auditors and course supervisors. The films are enumerated TR [number] and a name, such as *TR 9, The Auditor's Code*; *TR 12, Solo Auditor's Course*; and so forth. Ms. Haney worked on several of these films, such as TR 1, 3, 4, 5, etc.

16.     Golden Era also creates audio-visual materials that are used in the propagation of the Scientology faith and the attainment of the religion's humanitarian aims. Scientology churches in turn disseminate these materials to the general public and to prospective members to inform them of the religion and its humanitarian programs, and also to parishioners in order to encourage them to become involved in such work in their Scientology churches and missions.

**VALERIE HANEY**

17.     I have known Ms. Haney since she arrived at the Gold Base in 2002. Ms. Haney was a Sea Org ministerial staff member and began working at Golden Era in 2006 until she left in 2016.

18.     All staff at Golden Era are Sea Org members and have dedicated our lives to our religion. Our vows as Sea Org members are renewed each year in August in a formal ceremony. Ms. Haney not only participated and renewed her vows each year but she was part of the honor guard that performed during this religious celebration.

19.     Ms. Haney first worked in the Sets department, building sets for various religious films. She worked in this area until 2009. Valerie then worked in the Talent department in charge of Casting and held this post until she left in 2016.

5

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION

20.     It is important to repeat again that the films produced by Golden Era are part of the Scientology Scripture and play a vital role in training Scientology clergy and in the overall dissemination of the religion. There are many Golden Era staff who carry out the different functions of film production but no matter the function, all are part of creating films that teach and propagate Scientology all over the world. All Golden Era staff work to forward Scientology's religious mission.

21.     Ms. Haney worked on dozens of religious training, education and humanitarian films and that were produced and disseminated to Scientology churches, missions and groups throughout the United States and the world. Many of the films Ms. Haney worked on have also been telecast through DirecTV to all 50 states on the *Scientology Network*, CSI's television network, and streamed over the internet at Scientology.tv.

22.     Ms. Haney was part of film production for many years and worked on 25 Technical and Public films in addition to videos and other properties used to disseminate the religion.

23.     In addition to shooting films in the Studio, the shoot teams often went out on location to shoot specific scenes. Ms. Haney would go out on many of the location shoots and traveled all over Southern California with the shoot team including locations in Los Angeles, San Diego, Long Beach, Pasadena and San Bernardino.

24.     From March 2009 until November 2010 when Valerie worked in Talent, she spent most of the week in Los Angeles at the Church of Scientology Celebrity Centre International interviewing and selecting talent for different films. Talent of course is the main aspect of any film. Valerie was responsible for selecting the right talent that would best present the characters in the film which is vital given that these films are presenting scripture. To do this, Valerie had to know the scripts, the characters in the films she was casting for and other technical elements of the films. During this time in Los Angeles, she had a car for much of the time, a phone and would at times be totally on her own.

6

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION

25. I knew Ms. Haney personally and also was a friend of Ms. Haney's husband. Valerie Haney was married from 1998 through 2014 and she expressed to me her love for her husband and their shared commitment to the Sea Org lifestyle.

26. From about 2013 to 2016, Valerie audited two other staff members at Golden Era as part of her and their spiritual progress. Auditing is a central religious practice of the Scientology religion. Valerie was an auditor, ministering the Survival Rundown ("SRD"), a step on "The Bridge" to the spiritual state of Clear in the Scientology religion.

27. From 2010 until she left in November 2016, Ms. Haney had a cell phone, had access to cars, was in communication with thousands of actors from Los Angeles and other locations, would regularly meet new people on locations, and went on several vocational training trips to observe and learn how other professional film productions were produced.

28. Ms. Haney had a lot of interaction with professional talent, visitors and guests throughout her staff career. Thousands of people come to the campus each year including for the many community events and parties we host. Many of our staff assist in hosting and serving our guests at these events. Ms. Haney served as one of the hosts at several of these social affairs and spoke to many professionals and other members of the community.

29. Ms. Haney traveled out-of-state to Oregon, Nevada and Florida to visit her family on numerous occasions, each time deciding to return to Golden Era Productions to carry out her mission as a Sea Org member.

I declare under the penalty of perjury of the laws of the State of California, that the foregoing is true and correct. Signed this 20th day of December 2019, in _San Jacinto_, California.

_Catherine Fraser_
Catherine Fraser

7

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION

## PROOF OF SERVICE

**Jane Doe (Valerie Haney) v. Church of Scientology, et al.**
**LASC Case No. 19STCV21210**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 800 West Sixth Street, 18th Floor, Los Angeles, CA 90017-2701.

On December 20, 2019, I served true copies of the following document(s) described as **DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Scheper Kim & Harris LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY ELECTRONIC SERVICE:** I served the document(s) on the person(s) listed in the Service List by submitting an electronic version of the document(s) to ASAP Legal Solutions for e-service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 20, 2019, at Los Angeles, California.

Pamela Tanigawa

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS ARBITRATION

**SERVICE LIST**
**Jane Doe (Valerie Haney) v. Church of Scientology, et al.**
**LASC Case No. 19STCV21210**

**SERVED VIA E-SERVICE AND U.S. MAIL**

Robert W. Thompson                          *Attorneys for Plaintiff VALERIE HANEY*
Kristen A. Vierhaus
THOMPSON LAW OFFICES
700 Airport Boulevard, Suite 160
Burlingame, CA 94010
Telephone: 650-513-6111
Facsimile: 650-513-6071
Emails: bobby@tlopc.com
            kris@tlopc.com

**ATTORNEYS NOT ADMITTED TO THE**
**CALIFORNIA BAR – SERVED VIA MAIL**
**ONLY AS A COURTESY**

Brian D. Kent
Gaetano D'Andrea
M. Stewart Ryan
Hele L. Fitzpatrick
Lauren Stram
LAFFEY BUCCI & KENT LLP
1435 Walnut Street, Suite 700
Philadelphia, PA 19102
Telephone: 215-399-9255
Facsimile: 215-241-8700

Jeffrey P. Fritz
SOLOFF & ZERVANOS P C
1525 Locust Street, 8th Floor
Philadelphia, PA 19102
Telephone: 215-732-2260
Facsimile: 215-732-2289

MARCI HAMILTON
UNIVERSITY OF PENNSYLVANIA
Fox-Fels Building
3814 Walnut Street
Philadelphia, PA 19104
Telephone: 215-353-8984
Facsimile: 215-493-1094

Ricardo M. Martinez-CID
Lea P. Bucciero
PODHURST ORSECK P A
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone: 305-358-2800
Facsimile: 301-358-2382

---

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS
ARBITRATION

**SERVED VIA E-SERVICE AND U.S. MAIL**

Robert E. Mangels                                   *Attorneys for Defendant RELIGIOUS*
Matthew D. Hinks                                    *TECHNOLOGY CENTER*
Iman G. Wilson
JEFFER MANGELS BUTLER
  & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: 310-203-8080
Facsimile:  310-203-0567
Emails:  rmangels@jmbm.com
         mhinks@jmbm.com
         iwilson@jmbm.com


**SERVED VIA E-SERVICE AND U.S. MAIL**

Jeffrey K. Riffer                                   *Specially Appearing for Defendant DAVID*
ELKINS KALT WEINTRAUB REUBEN                        *MISCAVIGE*
  GARTSIDE LLP
10345 West Olympic Boulevard
Los Angeles, CA 90064
Telephone:  310-746-4400
Facsimile:   310-746-4499
Email:  jriffer@elkinskalt.com

---

DECLARATION OF CATHERINE FRASER IN SUPPORT OF MOTION TO COMPEL RELIGIOUS
ARBITRATION