# Exhibit 22



CHURCH OF SCIENTOLOGY
INTERNATIONAL

INTERNATIONAL JUSTICE CHIEF

July 29, 2025

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**BY U.S. MAIL**

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION

Dear Mr. and Mrs. Baxter and Ms. Paris,

I am in receipt of your letter dated July 12.

The arbitrators will make themselves available for the arbitration in the time frame you suggest—the latter half of January 2026. The arbitrators will be ready to commence the arbitration on Monday, January 19, 2026, at 1 p.m. in Clearwater, Florida.

My letter of June 11, 2025, made clear any delays in moving this matter forward are the result of your decisions. You chose to file a lawsuit in April 2022 rather than proceed under Scientology Ethics, Justice, and religious arbitration procedures as required by your agreements. In March 2023, the Court ordered you to comply with those agreements. Despite that Order, you did not submit a request for arbitration until November 2024—nearly two years later.

Once the arbitration committee had been empaneled, I wrote to you on February 2, 2025, informing you of the location selected by the arbitrators—Clearwater, Florida—and offering three alternative hearing dates: June 30–July 3, July 14–18,

6331 Hollywood Boulevard, Los Angeles, CA 90028-6329

2                                                                          7/29/25

or July 28–August 1. With full knowledge of the venue, your letter of March 4, 2025, confirmed your availability for June 30–July 3.

In April 2025, you advised me that Mrs. Baxter was pregnant and would be unable to travel on June 30. The arbitrators responded by courteously agreeing to continue the proceedings, should that be your request.

More than three years have now passed since you filed suit, and the sequence of events outlined above reflects the ensuing delays.

Regarding the remainder of your July 12 letter, the statements and requests you raised have already been addressed in prior correspondence dating back to November 2024. I have made repeated efforts to facilitate the arbitration you requested, yet your responses continue to suggest an unwillingness to proceed.

As you know, *all* Scientology Justice proceedings are conducted in person. The arbitrators selected Clearwater, Florida, as the venue. It is also the jurisdiction in which you chose to file suit. Clearwater, Florida, and the Caribbean are the locations most closely connected to the events and witnesses referenced in your statement of claims. It is therefore logical and appropriate that the arbitration be held there. Given the scope of your allegations, one may expect a significant number of witnesses from these general geographic areas to be requested by both sides. Witnesses are interviewed in person, and each party is required to be present throughout the proceedings.

With respect to your reference to "unknown" procedures, each of you expressly agreed to resolve any *"dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures."* You are familiar with Scientology Ethics and Justice from your time in the Church, and you may review those materials again if you wish. In addition, when you meet with the arbitrators, you will have an opportunity to review those materials at that time.

Regarding your psychologist, this is a matter you should address directly with the arbitrators, if you wish. It is not my role to evaluate or comment on such matters, but only to facilitate logistics of the arbitration.

This arbitration is proceeding at your request. If you do not wish to continue, you are free to withdraw your claims. Otherwise, please confirm that you will be present in Clearwater, Florida, on January 19, 2026, for the commencement of arbitration, so that all parties may prepare accordingly.

Sincerely,


Mike Ellis
International Justice Chief