# Exhibit 23

# PRIORITY®
## MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

CHURCH OF SCIENTOLOGY INTERNATIONAL
6331 Hollywood Boulevard, Los Angeles, CA 90028 USA

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**UNITED STATES POSTAL SERVICE®**

USPS TRACKING #

9114 9014 9645 1672 6608 83

Label 400  Jan. 2013
7690-16-000-7948

For international shipments, the maximum weight is 4 lbs.

EP14H July 2022 Outer Dimension: 10 x 5

**FP®** US POSTAGE
$011.95°
02/10/2026
034B 0081835097
ZIP 90028



CHURCH OF SCIENTOLOGY
I N T E R N A T I O N A L

INTERNATIONAL JUSTICE CHIEF

February 10, 2026

Gawain and Laura Baxter
Valeska Paris
3003 W. Olympic Blvd
Suite 205, Unit 72
Los Angeles, CA 90006-6511

**BY U.S. MAIL**

Gawain and Laura Baxter
Valeska Paris
15 Buttercup Way
Beeliar WA 6164
Australia

**BY FEDEX INTERNATIONAL PRIORITY EXPRESS**

RE: ARBITRATION STATUS AND NEXT STEPS

Dear Mr. and Mrs. Baxter and Ms. Paris,

You requested that an arbitration be convened, and an Arbitration Committee ("Committee") was duly impaneled to hear your claims in Clearwater, Florida.

I have been informed by the Arbitration Committee that it devoted substantial time and attention to these proceedings and advised you that the arbitration was not complete and would continue until all evidence and testimony were fully reviewed. I am also informed that the Committee advised you that additional evidence remained to be entered and reviewed, further witnesses and testimony were to be heard, and questions remained for you, all of which were required in order for the Committee to complete the arbitration. I am informed as well that the Committee advised you that it intended to continue and complete the arbitration while you were in the United States so that it could be concluded without the need for a return at a later date. I am further informed that the Committee advised you that if at any time you made yourself unavailable before the arbitration was concluded, the arbitration

6331 Hollywood Boulevard, Los Angeles, CA 90028-6329

2                                                    2/10/26

would remain open until such time as it could be concluded in person, in Clearwater, Florida.

Notwithstanding this, when the hearings were scheduled to resume on Monday, you did not appear.

**Accordingly, the arbitration has not been concluded and remains open.**

Please advise whether you are withdrawing your request for arbitration.

If you are not withdrawing your request, please provide multiple dates on which you are available to return to Clearwater, Florida so that the arbitration may be completed. Upon receipt of your response, those dates will be provided to the Arbitration Committee so that arrangements may be coordinated.

Sincerely,

Mike Ellis
International Justice Chief