**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS, Plaintiffs,

v.

DAVID MISCAVIGE; CHURCH OF                    CIVIL ACTION NO. 8:22-cv-00986
SCIENTOLOGY INTERNATIONAL,
INC.; RELIGIOUS TECHNOLOGY
CENTER, INC.; IAS
ADMINISTRATIONS, INC.; CHURCH
OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC.; and CHURCH
OF SCIENTOLOGY FLAG SHIP
SERVICE ORGANIZATION, INC.,
Defendants.

_____

**DECLARATION OF ELIZABETH F. QUINBY**

1. I am an attorney with the law firm Preti, Flaherty, Beliveau and Pachios, LLP. I represent Plaintiffs Gawain Baxter, Laura Baxter, and Valeska Paris. I submit this declaration in support of Plaintiffs' Motion for Reconsideration. I am over the age of 21, and I have personal knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

2. I was present outside the arbitration room at the Atrium Building in Clearwater, Florida, from January 19–23, 2026, and met with Plaintiffs during breaks, meals, and at the beginning and end of each day.

3. Plaintiffs took contemporaneous, handwritten notes during the arbitration sessions. Plaintiffs brought these notes outside the arbitration room to me and their other attorneys during breaks, meals, and at the end of each day. During each recess, I or my co-counsel photographed the clients' notes from the session that had just concluded.

25516692.3

4. Plaintiffs' counsel provided Plaintiffs with written questions to ask the Arbitration Panel on January 19, 2026 (the first day of the arbitration) regarding the issue of what substantive law the panel would be applying. The questions included the following: "Will you be applying U.S. law including the Trafficking Victims Protection Reauthorization Act (the law referred to in our Statement of Claim)?"

5. As Exhibit 11 reflects, Valeska Paris asked this question of the Panel. 15:2–6 ("What I said exactly is, 'Will you be applying U.S. law, including the Trafficking Victim Protection Reauthorization Act, the law referred to in our statement of claim?' And their response was, 'No, we will not be . . . .'").

6. Attached as Exhibit A is a true and correct photograph my co-counsel took of one page of Laura Baxter's handwritten notes from January 19, 2026. These notes show that the panel stated "We are doing a Religious Arbitration; laws not relevant."

7. Attached as Exhibit B is a true and correct photograph I took of one page of Gawain Baxter's handwritten notes from January 23, 2026. At the top, it shows that Valeska asked the panel "what laws" the panel was applying, to which the panel replied this is a "Scientology R[eligious] arb. Not US laws." Valeska asked if the panel would apply "Ethics and justice" procedures, to which the panel replied "Yes [that is] why [we are] here."

8. Attached as Exhibit C is a true and correct I took of one page of Laura Baxter's handwritten notes from January 23, 2026. In the middle, it shows that Valeska asked the panel "what laws" the panel was applying, to which the panel replied "We are doing a Sci. arbitration. Not applying a court law."

9.  Attached as Exhibit D is a true and correct photograph my co-counsel took of one page of Valeska Paris's handwritten notes from January 23, 2026. At the bottom, it shows that Valeska asked the panel "what laws" it was applying, to which the panel replied "no US law, we are applying Sci. procedures." Valeska asked if the panel would apply "Sci. justice," to which the panel replied "Yes we are."

Executed under penalty of perjury on this 9th day of April, 2026.


*/s/ Elizabeth F. Quinby*
Elizabeth F. Quinby

3