# EXHIBIT A

19.01.26

④ Taking expert witness reports into evidence.

- Kathy ask respondants to provide witness list / schedule.

- Valeska turns in Melissa and Chris statment

- Moving schedule to 9 - 5pm

- We are doing a Religious Arbitration laws not relevant.

- Valeska reads Damages
  · Panel wants copy

- Getting into the agrement tomorrow All agrements

- White noise machine on both sides ✓