# EXHIBIT B

②.

V. What laws?
C. SCN R. arb. Not US laws.
V. Ethics and justic
C. yes, why here.
P. Getting Rusty.
C Rusty R-Factor.
R. ok. (very quiet)
C. Substance.
R. not.
C. Cadet coord.
R. yes.
C. Schedule. Claims.
R. Bfast 8.830. Cleaning around property.
school until lunchtime. Dining Room
meeting after lunch. Team Drills. Projects
activities. wide variety 4pm 6.PE BBall- V.Ball
Swimming. R-blades. 6. Dinner. cleanup.
SCN Study 1.5 hrs. LHL. WTH. Rooms hygien
go to bed.
C. Education. ~~talk~~
R. 12th grade. Focus on reading.
Flash cards.
Had V-Sheets. History etc.
2005, Museums,
C. ? about edu.
R. Delphi. R.W.M, to be Successful
in life.