# EXHIBIT C

②                                         23.01.26

Ca: Witnesses today/
Rusty
Danny Light
Katrin Langenbrunner
Freddy Houkeler
Laura Willet
Corwin Desimone.

V. you ruled that arb. not duress.
"What laws?"
Ca: We are doing a Sen arbitration. Not
appling a court law.

Ca: Phillipe get Rusty

G: Ask if this will take all of next week?
Ca: Not all nemess are her, will I can take
up later.

Rusty Hilton (LRH Communicator) enters
Cathy gives Arbitration - R-Factor.
Not under the influence? R:l am not.
~~Answer~~
Ca: You were cadet coordinator?
R: yes, I was.