# EXHIBIT D

① 23.1.26

## morning

C few points Angela worked in cadet org. Both mom and dad routed out of Sea org at different times. first letter 26 Nov 1992 One page and from Valesha to dear mom & 24 dec 1992 to Raphael from Valesha V how got them - when.

witness list

Rusty Hilton
Danny Light
Katrin langenbrunner
freddy Hunkler
Laura willet
Corwin Desimon

V what laws? C no US laws we are applying Scn proceedure V are you applying Scn justice C yes we are can you go get Rusty C gives Rusty speel you were Cadet coordenator did you know GB R yes C minimal schooling etc... cadet org schedule R Get up in am