UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,                                  CIVIL ACTION

          Plaintiffs,                        Case No. 8:22-cv-00986-TPB-SPF

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL.
RELIGIOUS TECHNOLOGY
CENTER; IAS ADMINISTRATIONS,
INC.; CHURCH OF SCIENTOLOGY
FLAG SERVICE OF ORGANIZATION,
INC.; and CHURCH OF
SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC.

          Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW**
**APPEARANCE OF  GUSTAVO J. MEMBIELA**

Pursuant to Local Rule 2.02, Gustavo J. Membiela respectfully requests leave to withdraw as counsel for Defendant, Church of Scientology International, Inc., in the above-captioned action and direct the Clerk to terminate my ECF Noticing.

The withdrawal will not result in the Defendant, Church of Scientology International, Inc., proceeding *pro se*. Jeffrey Steinfeld and W. Dylan Fay of White & Case LLP have appeared for and will continue to represent the Church of Scientology International, Inc.

Pursuant to Rule 2.02(c)(1)(A), I certify that Defendant, Church of Scientology International, Inc., consents to my withdrawal.

The withdrawal will not result in a continuance of a trial.

WHEREFORE, I respectfully request the Court to grant my motion to withdraw as counsel for Defendant, Church of Scientology International, Inc.

**Local Rule 3.01(g) Certification**

I have conferred with counsel for the opposing parties and represent they do not oppose my withdrawal.

Dated: April 10, 2026

Respectfully submitted,

/s/ Gustavo J. Membiela
Gustavo J. Membiela

Attorney for Defendant,
Church of Scientology International,
Inc

**CERTIFICATE OF SERVICE**

I, Gustavo J. Membiela, hereby certify that I have caused a copy of the Motion to Withdraw Appearance to be electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to all registered parties.

Dated: April 10, 2026

/s/ Gustavo J. Membiela
Gustavo J. Membiela

Attorney for Defendant,
Church of Scientology International, Inc