**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GAWAIN BAXTER, LAURA
BAXTER and VALESKA PARIS,

        Plaintiffs,

v.

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL;
RELIGIOUS TECHNOLOGY
CENTER; IAS ADMINISTRATIONS,
INC.; CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION,
INC.; and CHURCH OF
SCIENTOLOGY FLAG SHIP
SERVICE ORGANIZATION, INC.,

        Defendants.

_____ /

**Case No. 8:22-cv-00986-TPB-SPF**

**DEFENDANT RELIGIOUS TECHNOLOGY CENTER'S
NOTICE OF JOINDER IN RESPONSE TO PLAINTIFFS'
SECOND MOTION FOR RECONSIDERATION**

Defendant Religious Technology Center ("RTC"), by and through undersigned counsel, hereby files this Notice of Joinder, adopting and joining in the Defendants Church of Scientology International's ("CSI") and Church of Scientology Flag Service Organization's ("FSO") Response to Plaintiffs' Second Motion for Reconsideration (Dkt. No. 223) ("Opposition" [Dkt. No. 226]) and supporting documents (Dkt. Nos. 227, 228), directed at this Court's March 31, 2023, Order granting the motions to compel arbitration filed by Defendants (the "Arbitration Order") (Dkt. No. 188).

Subject to and without waiving RTC's jurisdictional challenge discussed in its prior Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction or, Alternatively, to Compel Arbitration or, Alternatively, Dismiss for Failure to State a Claim (Dkt. No. 72), RTC adopts, joins in and incorporates by reference in its entirety the Opposition and supporting documentation (Dkt. Nos. 226, 227, 228). As explained in the Opposition, the Federal Arbitration Act ("FAA") bars interlocutory judicial review of an ongoing arbitration. Plaintiffs abandoned the arbitration proceedings before a final award for the singular purpose of manufacturing jurisdiction to proceed in federal court. That is improper. Additionally, Plaintiffs identify no "new evidence," but rather revive challenges that were previously raised—and rejected—in prior proceedings or fabricate evidence, neither of which provides grounds for avoiding court-ordered religious arbitration. For all of the reasons and reasoning set forth in the Opposition, Plaintiffs' Second Motion for Reconsideration must be denied.

Dated:  April 23, 2026

/s/ Christopher G. Oprison
Christopher G. Oprison, Esq.
Florida Bar Number: 122080
chris.oprison@dlapiper.com
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8522

## CERTIFICATE OF SERVICE

I certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a true and correct copy to all counsel of record.

/s/ *Christopher G. Oprison*
Christopher G. Oprison, Esq.

3