**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GAWAIN BAXTER, LAURA BAXTER
and VALESKA PARIS,

                    Plaintiffs,

vs.

DAVID MISCAVIGE; CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC.;
RELIGIOUS TECHNOLOGY CENTER,
INC.; IAS ADMINISTRATIONS, INC.;
CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; and
CHURCH OF SCIENTOLOGY FLAG
SHIP SERVICE ORGANIZATION INC.,

                    Defendants.

CIVIL ACTION

NO. 8:22-cv-00986

**UNOPPOSED MOTION TO WITHDRAW
APPEARANCE OF BRENDAN R. SCHNEIDERMAN**

Pursuant to Local Rule 2.02, I, Brendan R. Schneiderman, respectfully request leave to withdraw as counsel for Plaintiffs Gawain Baxter, Laura Baxter and Valeska Paris (collectively, "Plaintiffs"), in the above-captioned action and direct the Clerk to terminate my ECF Noticing. Effective July 10, 2026, I will no longer be employed at Cohen Milstein Sellers & Toll LLP ("Cohen Milstein").

This withdrawal will not result in Plaintiffs proceeding *pro se*. Attorneys from Cohen Milstein; Preti Flaherty Beliveau & Pachios, Chartered, LLP; Public Justice; Kohn, Swift & Graf, P.C.; and Warren A. Zimmerman, P.A. will continue to represent Plaintiffs.

Pursuant to Rule 2.02(c)(1)(A), I certify that Plaintiffs consent to my withdrawal.

The withdrawal will not result in a continuance of a trial.

WHEREFORE, I respectfully request the Court to grant my motion to withdraw as counsel for Plaintiffs.

### Local Rule 3.01(g) Certification

I have conferred with counsel for the opposing parties and represent they do not oppose my withdrawal.

July 15, 2026                                             Respectfully submitted,


                                                         /s/ Brendan R. Schneiderman
                                                         Brendan R. Schneiderman
                                                         Cohen Milstein Sellers & Toll LLP
                                                         88 Pine Street, 14th Floor
                                                         New York, NY 10005
                                                         bschneiderman@cohenmilstein.com
                                                         (212) 838-7797
                                                         (212) 838-7745


                                                         *Attorney for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 15, 2026, I caused a true and accurate copy of the Motion to Withdraw Appearance to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered parties.


Dated:    July 15, 2026                                   */s/ Brendan R. Schneiderman*
                                                          Brendan R. Schneiderman